UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiffs AMERICAN AIRLINES, INC., et. al., <br><br> v. <br><br> Defendants FEDERAL BUREAU OF INVESTIGATIONS and ROBERT S. MUELLER in his Official Capacity as Director of the Federal Bureau of Investigations. | Case No. 07 Civ. ____ (AKH) <br><br> **Rule 7.1 Statement** |

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Argenbright Security, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    Group 4 Securicor, plc

Date: ___8/01/07___　　　　　　　　_____
　　　　　　　　　　　　　　　　　Signature of Attorney

　　　　　　　　　　　　　　　　**Attorney Bar Code: JFW 7549**