UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AMERICAN AIRLINES, INC.; AMR
CORPORATION; UNITED AIRLINES, INC.;
UAL CORP.; US AIRWAYS GROUP, INC.;      07 Civ. _____ (AKH)
US AIRWAYS, INC.; DELTA AIRLNES, INC.;
AIRTRAN AIRWAYS, INC.; COLGAIN AIR,
INC.; ARGENBRIGHT SECURITY, INC.;       RULE 7.1 STATEMENT
GLOBE AVIATION SERVICES, INC.;
HUNTLEIGH USA CORP.; PINKERTON'S        This Action relates to
INC.; ICTS INTERNATIONAL NV;            In re September 11th Litigation,
THE BOEING COMPANY, THE                 No. 21 MC 97 (AKH) and
MASSACHUSETTS PORT AUTHORITY;           In re September 11th Property
THE METROPOLITAN WASHINGTON             Damage and Business Loss
AIRPORT AUTHORITY; AND THE              Litigation, No. MC 101 (AKH)
PORT AUTHORITY OF NEW YORK
AND NEW JERSEY.

       Plaintiffs/Aviation Parties,

   -against-

FEDERAL BUREAU OF INVESTIGATIONS
and ROBERT S. MUELLER in his Official
Capacity as Director of the Federal Bureau
of Investigations.

       Defendants.
------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Huntleigh USA Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    ICTS-U.S.A., Inc., a New York Corporation
    ICTS International, N.V. a Netherlands Corporation

768546v1/005989

Date: August 1, 2007

Respectfully submitted,

COUNSEL FOR DEFENDANT
HUNTLEIGH USA CORPORATION

BY: _____
Jonathan J. Ross (jr5100)
H. Lee Godfrey (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street Suite 5100
Houston, Texas 77002
Telephone: 713-651-9366
lgodfrey@susmangodfrey.com
jross@susmangodfrey.com

**MENDES & MOUNT, LLP**
Edward J. McMurrer
Ralph V. Pagano
Timothy Welch
750 Seventh Avenue
New York, NY 10019
Telephone: 212-261-8000
edward.mcmurrer@mendes.com
ralph.pagano@mendes.com
timothy.welch@mendes.com

768546v1/005989