UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

AMERICAN AIRLINES, INC.; AMR
CORPORATION; UNITED AIRLINES, INC.; UAL
CORP.; US AIRWAYS GROUP, INC.; US
AIRWAYS, INC.; DELTA AIR LINES, INC.;
CONTINENTAL AIRLINES, INC.; AIRTRAN
AIRWAYS, INC.; COLGAN AIR, INC.;
ARGENBRIGHT SECURITY, INC.; GLOBE
AVIATION SERVICES, INC.; HUNTLEIGH USA
CORP.; PINKERTON'S INC.; ICTS
INTERNATIONAL NV; THE BOEING
COMPANY; THE MASSACHUSETTS PORT
AUTHORITY; THE METROPOLITAN
WASHINGTON AIRPORT AUTHORITY; AND
THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY.

         Plaintiffs/Aviation Parties,

  -against-

FEDERAL BUREAU OF INVESTIGATIONS and
ROBERT S. MUELLER in his Official Capacity as
Director of the Federal Bureau of Investigations.

         Defendants.

------------------------------------------------------------- x

07 Civ. _____ (AKH)

**RULE 7.1 STATEMENT**

This Action relates to
In re September 11th Litigation,
No. 21 MC 97 (AKH) and
In re September 11th Property
Damage and Business Loss
Litigation, No. MC 101 (AKH)

 

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **GLOBE AIRPORT SECURITY SERVICES, INC.** ( a private non-governmental party) certifies that the following are corporate parents,

affiliates and/or subsidiaries of said party, which are publicly held:.

**SECURITAS A.B.**

Dated; New York, New York
August 3, 2007

                                      **JONES HIRSCH CONNORS & BULL P.C.**

                                      By: _____
                                            James P. Connors (JC-5421)
                                        One Battery Park Plaza -
                                        New York, New York 10004
                                        (212) 527-1000

                                        - and -

                                        **LORD BISSELL & BROOK**
                                        Gary Westerberg
                                        111 South Wacker Drive
                                        Chicago, Il. 60606
                                        (312)-443-0700

                                        **KELLY, LIBBY & HOOPES, P.C.**
                                        Paul V. Kelly
                                        175 Federal Street
                                        Boston, MA 02110
                                        617-338-9300

                                        *Counsel for Globe Airport Security Services, Inc.*