UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AIRLINES, INC.; AMR CORPORATION; UNITED AIRLINES, INC.; UAL CORP.; US AIRWAYS GROUP, INC.; US AIRWAYS, INC.; DELTA AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; AIRTRAN AIRWAYS, INC.; COLGAN AIR, INC.; ARGENBRIGHT SECURITY, INC.; GLOBE AVIATION SERVICES CORPORATION; GLOBE AIRPORT SECURITY SERVICES, INC.; HUNTLEIGH USA CORP.; ICTS INTERNATIONAL NV; THE BOEING COMPANY; THE MASSACHUSETTS PORT AUTHORITY; AND THE METROPOLITAN WASHINGTON AIRPORT AUTHORITY<br><br>Plaintiffs/Aviation Parties,<br><br>-against-<br><br>FEDERAL BUREAU OF INVESTIGATION and ROBERT S. MUELLER in his Official Capacity as Director of the Federal Bureau of Investigations<br><br>Defendants. | Case No.<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>plaintiff American Airlines, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

AMR Corporation is the parent of American Airlines, Inc. American Airlines, Inc. has no other corporate parents, subsidiaries, or affiliates that are publicly held.

Date: 8/6/07

**Signature of Attorney**

**Attorney Bar Code: DB 8066**