UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN AIRLINES, INC.,; AMR CORPORATION; UNITED AIR LINES, INC.; UAL CORP., ET. AL.

Plaintiffs,

-v-

FEDERAL BUREAU OF INVESTIGATIONS and ROBERT S. MUELLER in his Official Capacity as Director of the Federal Bureau of Investigations,

Defendants.

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **UAL CORPORATION** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

UAL CORPORATION has no corporate parents, subsidiaries, or affiliates which are publicly held.

QUIRK AND BAKALOR, P.C.

*[signature]*

**Signature of Attorney**
LORETTA A. REDMOND, ESQ.
Attorney Bar Code: (LR2690)
Attorneys for Defendant
UAL CORPORATION
845 Third Avenue - 15th Floor
New York, New York 10022
(212) 319-1000

Date: August 2, 2007

Form Rule7_1.pdf