UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AIRLINES, INC..; AMR CORPORATION; UNITED AIR LINES, INC.; UAL CORP., ET. AL.<br><br>Plaintiffs,<br><br>-v-<br><br>FEDERAL BUREAU OF INVESTIGATIONS and ROBERT S. MUELLER in his Official Capacity as Director of the Federal Bureau of Investigations,<br>Defendants. | Case No.<br><br><br>Rule 7.1 Statement |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **_UNITED AIR LINES, INC._** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

UAL CORPORATION is the parent of UNITED AIR LINES, INC., and that this party has no other corporate parents, subsidiaries, or affiliates which are publicly held.

                                                          QUIRK AND BAKALOR, P.C.

Date: August 2, 2007

_signature_
Signature of Attorney
LORETTA A. REDMOND, ESQ.
Attorney Bar Code: (LR2690)
Attorneys for Defendant
UNITED AIR LINES, INC.
845 Third Avenue - 15th Floor
New York, New York 10022
(212) 319-1000

Form Rule7_1.pdf