UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
AMERICAN AIRLINES, INC.; AMR                : Case No.
CORPORATION; UNITED AIRLINES, INC.; UAL     :
CORP.; US AIRWAYS GROUP, INC.; US           :
AIRWAYS, INC.; DELTA AIR LINES, INC.;       : 07 Civ. _____ (AKH)
CONTINENTAL AIRLINES, INC.; AIRTRAN         :
AIRWAYS, INC.; COLGAN AIR, INC.;            :
ARGENBRIGHT SECURITY, INC.; GLOBE           : **Rule 7.1 Statement**
AVIATION SERVICES, INC.; HUNTLEIGH USA      :
CORP.; PINKERTON'S INC.; ICTS               :
INTERNATIONAL NV; THE BOEING                :
COMPANY; THE MASSACHUSETTS PORT             :
AUTHORITY; THE METROPOLITAN                 :
WASHINGTON AIRPORT AUTHORITY; AND           :
THE PORT AUTHORITY OF NEW YORK AND          :
NEW JERSEY.                                 :
                                            :
       Plaintiffs/Aviation Parties,         :
                                            :
       -v-                                  :
                                            :
FEDERAL BUREAU OF INVESTIGATIONS and        :
ROBERT S. MUELLER in his Official Capacity as :
Director of the Federal Bureau of Investigations. :
                                            :
       Defendants.                          :
                                            :
-------------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff US Airways, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    US Airways Group, Inc. is the parent corporation of US Airways, Inc. and owns 100% of US Airways, Inc.'s stock.

Date: August 2, 2007

_____
Kathleen M. Guilfoyle, Esquire (KG 6984)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza, 3rd Floor
Charlestown, MA 02129
(617) 241-3000

*Attorney for US Airways, Inc.*