UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN AIRLINES, INC.; AMR
CORPORATION; UNITED AIRLINES, INC.;
UAL CORP.; US AIRWAYS GROUP, INC.;
US AIRWAYS, INC.; DELTA AIR LINES, INC.;
CONTINENTAL AIRLINES, INC.; AIRTRAN
AIRWAYS, INC.; COLGAN AIR, INC.;
ARGENBRIGHT SECURITY, INC.; GLOBE
AVIATION SERVICES, INC.; HUNTLEIGH USA
CORP.; PINKERTON'S INC.; ICTS
INTERNATIONAL NV; THE BOEING COMPANY;
THE MASSACHUSETTS PORT AUTHORITY;
THE METROPOLITAN WASHINGTON AIRPORT
AUTHORITY; AND THE PORT AUTHORITY OF
NEW YORK AND NEW JERSEY,

           Plaintiffs/Aviation Parties,

   -against-

FEDERAL BUREAU OF INVESTIGATIONS and
ROBERT S. MUELLER In his Official Capacity as
Director of the Federal Bureau of Investigations,

           Defendants.
------------------------------------------------------------------X

07 Civ. _____ (AKH)

This Action relates to
In re September 11th Litigation,
No. 21 MC 97 (AKH) and
In re September 11th Property
Damage and Business Loss
Litigation, No. MC101(AKH)

**DEFENDANT'S RULE 7.1
STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Delta Air Lines, Inc. ("Delta") by its attorneys, Gallagher Gosseen Faller & Crowley, certifies that the following are corporate parent, affiliates and/or subsidiaries of said party, which are publicly held:

    Delta Air Lines, Inc., Case No. 05-17923-PCB (Parent)
    Comair Holdings, LLC, Case No. 05-17931-PCB
    Comair, Inc., Case No. 05-17924-PCB
    Comair Services, Inc., Case No. 05-17935-PCB
    Crown Rooms, Inc., Case No. 05-17922-PCB

DAL Aircraft Trading, Inc., Case No. 05-17941-PCB
DAL Global Services, LLC, Case No. 05-17928-PCB
DAL Moscow, Inc., Case No. 05-17937-PCB
Delta AirElite Business Jets, Inc., Case No. 05-17942-PCB
Delta Benefits Management, Inc., Case No. 05-17945-PCB
Delta Connection Academy, Inc., Case No. 05-17926-PCB
Delta Corporate Identity, Inc., Case No. 05-17932-PCB
Delta Benefits Management Services, LLC, Case No. 05-17939-PCB
Delta Technology, LLC, Case No. 05-17927-PCB
Delta Ventures III, LLC, Case No. 05-17936-PCB
Epsilon Trading, Inc., Case No. 05-17943-PCB
Kappa Capital Management, Inc., Case No. 05-17947-PCB
Song, LLC, Case No. 05-17921-PCB

Dated: Garden City, New York
August 3, 2007

**GALLAGHER GOSSEEN**
**FALLER & CROWLEY**

By: _____
**MICHAEL J. CROWLEY (MC/2821)**
**JAMES A. GALLAGHER, JR. (JG/7597)**
**JAMES F. GALLAGHER (JG/3256)**
For the Firm
Attorneys for Defendant
**DELTA AIR LINES, INC.**
1010 Franklin Avenue, Suite 400
Garden City, NY 11530-2927
(516) 742-2500