UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AIRLINES, INC.; AMR CORPORATION; UNITED AIRLINES, INC.; UAL CORP.; US AIRWAYS GROUP, INC.; US AIRWAYS, INC.; DELTA AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; AIRTRAN AIRWAYS, INC.; COLGAN AIR, INC.; ARGENBRIGHT SECURITY, INC.; GLOBE AVIATION SERVICES CORPORATION; GLOBE AIRPORT SECURITY SERVICES, INC.; HUNTLEIGH USA CORP.; ICTS INTERNATIONAL NV; THE BOEING COMPANY; THE MASSACHUSETTS PORT AUTHORITY; AND THE METROPOLITAN WASHINGTON AIRPORT AUTHORITY,<br><br>       Plaintiffs/Aviation Parties,<br><br>    vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and ROBERT S. MUELLER in his Official Capacity as Director of the Federal Bureau of Investigations,<br><br>       Defendants. | Case No.<br><br><br><br><br><br>**CONTINENTAL AIRLINES, INC.'S<br>RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Continental Airlines, Inc. (a private non-governmental party) certifies that the following publicly traded corporation owns more than 10% of Continental Airlines, Inc.:

927218-1

(1)   Barclays Global Investors, N.A.

Date: August 6, 2007

_____
DOUGLAS H. AMSTER (DA 9965)
SEIDEN WAYNE LLC
Attorneys for Continental Airlines, Inc.
Heron Tower
77 East 55th Street
New York, New York 10022
(212) 446-5000

927218-1