UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
AMERICAN AIRLINES, INC.; AMR
CORPORATION; UNITED AIRLINES, INC.; UAL
CORP.; US AIRWAYS GROUP, INC.; US
AIRWAYS, INC.; DELTA AIR LINES, INC.;
CONTINENTAL AIRLINES, INC.; AIRTRAN
AIRWAYS, INC.; COLGAN AIR, INC.;
ARGENBRIGHT SECURITY, INC.; GLOBE
AVIATION SERVICES, INC.; HUNTLEIGH USA
CORP.; PINKERTON'S INC.; ICTS
INTERNATIONAL NV; THE BOEING
COMPANY; THE MASSACHUSETTS PORT
AUTHORITY; THE METROPOLITAN
WASHINGTON AIRPORT AUTHORITY; AND
THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY.

          Plaintiffs/Aviation Parties,

  -against-

FEDERAL BUREAU OF INVESTIGATIONS and
ROBERT S. MUELLER in his Official Capacity as
Director of the Federal Bureau of Investigations.

          Defendants.
------------------------------------------------------------ x

07 Civ. _____ (AKH)

**RULE 7.1 STATEMENT**

This Action relates to
In re September 11th Litigation,
No. 21 MC 97 (AKH) and
In re September 11th Property
Damage and Business Loss
Litigation, No. MC 101 (AKH)

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Colgan Air, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      Pinnacle Airlines Corp., which is a publicly held entity, is the parent company of Colgan Air, Inc. Colgan Air, Inc. is not a publicly held entity.

1858516-01

Dated: August __1__, 2007

                                                    *[signature]*
Jeffrey W. Moryan, Esq. (JM-5681)
Jonathan P. McHenry, Esq. (JM-8082)
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Colgan Air, Inc.

1858516-01                          2