UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AMERICAN AIRLINES, INC.; AMR CORPORATION; UNITED AIRLINES, INC.; UAL CORP.; US AIRWAYS GROUP, INC.; US AIRWAYS, INC.; DELTA AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; AIRTRAN AIRWAYS, INC.; COLGAN AIR, INC.; ARGENBRIGHT SECURITY, INC.; GLOBE AVIATION SERVICES, INC.; HUNTLEIGH USA CORP.; PINKERTON'S INC.; ICTS INTERNATIONAL NV; THE BOEING COMPANY; THE MASSACHUSETTS PORT AUTHORITY; THE METROPOLITAN WASHINGTON AIRPORT AUTHORITY; AND THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY.

  Plaintiffs/Aviation Parties,

  -against-

FEDERAL BUREAU OF INVESTIGATIONS and ROBERT S. MUELLER in his Official Capacity as Director of the Federal Bureau of Investigations.

  Defendants.

------------------------------------------------------------ x

07 Civ. _____ (AKH)

**RULE 7.1 STATEMENT**

This Action relates to
In re September 11th Litigation, No. 21 MC 97 (AKH) and
In re September 11th Property Damage and Business Loss Litigation, No. MC 101 (AKH)

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **GLOBE AVIATION SERVICES CORPORATION** ( a private non-governmental party) certifies that the following are corporate parents,

affiliates and/or subsidiaries of said party, which are publicly held:.

    SECURITAS A.B.

Dated; New York, New York
      August 3, 2007

                              **JONES HIRSCH CONNORS & BULL P.C.**

                              By: _____
                                  James P. Connors (JC-5421)
                                One Battery Park Plaza -
                                New York, New York 10004
                                (212) 527-1000

                                - and -

                                **LORD BISSELL & BROOK**
                                Gary Westerberg
                                111 South Wacker Drive
                                Chicago, Il. 60606
                                (312)-443-0700

                                **KELLY, LIBBY & HOOPES, P.C.**
                                Paul V. Kelly
                                175 Federal Street
                                Boston, MA 02110
                                617-338-9300

                                *Counsel for Globe Aviation Services Corporation*