UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

AMERICAN AIRLINES, INC.; AMR                          :
CORPORATION; UNITED AIRLINES, INC.; UAL   :
CORP.; US AIRWAYS GROUP, INC.; US              :
AIRWAYS, INC.; DELTA AIR LINES, INC.;          :         07 Civ. _____ (AKH)
CONTINENTAL AIRLINES, INC.; AIRTRAN          :
AIRWAYS, INC.; COLGAN AIR, INC.;                  :
ARGENBRIGHT SECURITY, INC.; GLOBE          :         **Rule 7.1 Statement**
AVIATION SERVICES, INC.; HUNTLEIGH USA   :
CORP.; PINKERTON'S INC.; ICTS                        :         This Action relates to
INTERNATIONAL NV; THE BOEING                    :         In re September 11th Litigation,
COMPANY; THE MASSACHUSETTS PORT        :         No. 21 MC 97 (AKH) and
AUTHORITY; THE METROPOLITAN                   :         In re September 11th Property
WASHINGTON AIRPORT AUTHORITY; AND     :         Damage and Business Loss
THE PORT AUTHORITY OF NEW YORK AND    :         Litigation, No. MC 101 (AKH)
NEW JERSEY.                                                       :
                                                                            :
                                                                            :
            Plaintiffs/Aviation Parties,                    :
                                                                            :
    -against-                                                        :
                                                                            :
FEDERAL BUREAU OF INVESTIGATIONS  and  :
ROBERT S. MUELLER in his Official Capacity as :
Director of the Federal Bureau of Investigations.    :
                                                                            :
            Defendants.                                             :
                                                                            :
                                                                            :
                                                                            :
------------------------------------------------------------- x

## <u>Rule 7.1 Statement for The Boeing Company</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for The Boeing Company ("Boeing") (a private non-governmental party) herein provides

the following disclosures required by Fed. R. Civ. P. 7.1:

1.      Boeing does not have a parent corporation.

2.      There is no publicly held corporation that owns 10% or more of Boeing's stock. State Street Bank & Trust is the trustee for the various Boeing employees' investment plans and beneficially owns over 10% of stock in The Boeing Company.  State Street Bank & Trust is a subsidiary of State Street Corporation, which is a publicly traded company.

Dated the 2nd day of August, 2007.

PERKINS COIE LLP

By _____

Thomas J. McLaughlin (pro hac vice)
Eric S. Lent (EL-0144)
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000