Karen M. Berberich
DOMBROFF GILMORE JAQUES & FRENCH
40 Broad Street, Suite 701
New York, NY 10004
(212) 742-8450

Counsel for Plaintiff Metropolitan Washington Airports Authority

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
AMERICAN AIRLINES, INC.; AMR
CORPORATION; UNITED AIRLINES, INC.; UAL
CORP.; US AIRWAYS GROUP, INC.; US
AIRWAYS, INC.; DELTA AIR LINES, INC.;
CONTINENTAL AIRLINES, INC.; AIRTRAN
AIRWAYS, INC.; COLGAN AIR, INC.;
ARGENBRIGHT SECURITY, INC.; GLOBE
AVIATION SERVICES, INC.; HUNTLEIGH USA
CORP.; PINKERTON'S INC.; ICTS
INTERNATIONAL NV; THE BOEING COMPANY;
THE MASSACHUSETTS PORT AUTHORITY;
THE METROPOLITAN WASHINGTON AIRPORT
AUTHORITY; AND THE PORT AUTHORITY OF
NEW YORK AND NEW JERSEY.

          Plaintiffs/Aviation Parties,

  -against-

FEDERAL BUREAU OF INVESTIGATIONS and
ROBERT S. MUELLER in his Official Capacity as
Director of the Federal Bureau of Investigations.

          Defendants.

------------------------------------------------------------------ X

07 Civ. _____ (AKH)

**RULE 7.1 STATEMENT**

This Action relates to
In re September 11th Litigation, No.
21 MC 97 (AKH) and
In re September 11th Property
Damage and Business Loss
Litigation, No. MC 101 (AKH)

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Metropolitan Washington Airports Authority certifies that it does not have any corporate parents, affiliates and/or subsidiaries which are publicly held.

Date:   August 2, 2007

Karen M. Berberich (KB6300)