UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

AMERICAN AIRLINES, INC., et al.,

        Plaintiffs/Aviation Parties,

-against-

FEDERAL BUREAU OF INVESTIGATIONS and

ROBERT S. MUELLER in his Official Capacity as Director of the Federal Bureau of Investigations.

        Defendants.
---------------------------------------------------------------

07 Civ. _____ (AKH)
**STATEMENT PURSUANT RULE 7.1**
This Action relates to
In re September 11th Litigations, No. 21 MC 97 (AKH) and In re September 11th Property Damage and Business Loss Litigation No. MC 101 (AKH)

    Pursuant to Federal Rule of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff I.C.T.S. International, N.V. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    Inksure Technologies, Inc.

New York, New York
August 1, 2007

                McLauglin & Stern, LLP
                By _____
                  Jon Paul Robbins (JPR #8517)
                Attorneys for ICTS International, N.V.
                260 Madison Avenue
                New York, New York 10016
                212-448-1100