GALLAGHER GOSSEEN FALLER Fax:1516742-2516                Dec 11 19 2007 11:0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                   :

IN RE SEPTEMBER 11 LITIGATION       :

                                   :

------------------------------------------------------------X
                                   :

IN RE SEPTEMBER 11 PROPERTY DAMAGE    :
AND BUSINESS LOSS LITIGATION     :

                                   :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

21 MC 97   (AKH)
21 MC 101 (AKH)

This document relates to:
All cases

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys of record for the respective parties hereto that the Cross-Claims by the Cross-Claim

Plaintiffs, The Port Authority of New York and New Jersey (the "PANYNJ") and additional

cross-claim plaintiffs, WTC Retail LLC ("WTCR") and The Port Authority Trans-Hudson

Corporation ("PATH") (all three entities collectively referred to as "The Port Authority")

contained in the Cross-Claims By The Port Authority Against Certain Defendants In Plaintiffs'

Amended Flight 175 Master Liability Complaint, against defendant Delta Air Lines, Inc. i/s/h/a

Delta Airlines, Inc. and Delta Express, Inc. (hereinafter "Delta") are hereby dismissed without

prejudice and without costs to either party as against the other.

Cross-Claim Plaintiffs, The Port Authority, reserve the right to recommence their Cross-Claims if they learn facts which confirm that any of the statements made in the Affidavit of James Dykes, submitted on behalf of Delta, are untrue. Delta agrees that any such reinstatement of the Cross-Claims will relate back to the date of the original filing and that it will not assert a statute of limitations defense to the refiled claims.

Dated: Garden City, New York
~~November~~ , 2007
December 18

_Keith E. Harris (KH/3162)_
Keith E. Harris (KH/3162)
PORT AUTHORITY OF NEW YORK
AND NEW JERSEY
225 Park Avenue South, 18th Floor
New York, New York 10003

Michael J. Crowley (MC/2821)
James A. Gallagher, Jr. (JG/7597)
GALLAGHER, GOSSEEN
FALLER & CROWLEY
1010 Franklin Avenue, Suite 400
Garden City, New York 11530
(516) 742-2500

_Attorneys for Cross-Claims Plaintiffs_
The Port Authority of New York and New Jersey, WTC Retail LLC and The Port Authority Trans-Hudson Corporation

_Attorneys for Defendant_
Delta Air Lines, Inc.

SO ORDERED: 12-19-07

Alvin K. Hellerstein
United States District Judge