UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

IN RE SEPTEMBER 11 LITIGATION

21 MC 97 (AKH)
----------------------------------------x
21 MC 101 (AKH)
This document relates to:
IN RE SEPTEMBER 11 PROPERTY DAMAGE     All Cases
AND BUSINESS LOSS LITIGATION

----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/07

ORIGINAL

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**WHEREAS**, defendant ATA Airlines, Inc., s/h/a American Trans Air, Inc. ("ATA"), represents that on September 11, 2001,

1. it did not utilize or operate out of any gates through which passengers were required to pass through (a) the Terminal B Main or Middle checkpoints or Terminal C checkpoint at Boston Logan International Airport or (b) the checkpoint at the Portland International Jetport;

2. it did not provide or participate or share in providing security or contracting for the provision of security at or in connection with (a) the Terminal B Main or Middle checkpoints or Terminal C checkpoint at Boston Logan International Airport, (b) the checkpoint at the Portland International Jetport, or (c) American Airlines Flight 11, United Airlines Flight 175 or Colgan Flight 5930; and

3. there are no other remaining claims or cross-claims pending against it in 21 MC 97 or 21 MC 101 or any other actions pending against it in any court arising out of, relating to or resulting from the events of September 11, 2001;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the respective parties hereto that the Cross-Claims by the Cross-Claim Plaintiffs World Trade Center Properties LLC, 1 World Trade Center LLC, 2 World Trade Center LLC, 4 World Trade Center LLC, 5 World Trade Center LLC and 7 World Trade Company, L.P. ("WTCP Entities"), contained in the Amended Cross-Claims by the WTCP Entities Against Certain Defendants In Plaintiffs' Amended Flight 11 Complaint and

Cross-Claims by the WTCP Entities Against Certain Defendants In Plaintiffs' Amended 175 Master Liability Complaint, against defendant ATA, are hereby dismissed without prejudice and without costs to either party as against the other.

WTCP Entities reserve the right to recommence their Cross-Claims if WTCP Entities learn facts which suggest that any representation recited in the first paragraph above, is untrue. ATA agrees that any such reinstatement of the cross-claims will relate back to the date of the original filing and that it will not assert a statute of limitations defense to the refiled claims.

Dated: December 11, 2007
New York, New York

_____
Michael J. Crowley (MC/2821)
GALLAGHER, GOSSEN,
FALLER & CROWLEY
1010 Franklin Avenue, Suite 400
Garden City, New York 11530
(516) 742-2500

Attorneys for Defendant
ATA Airlines, Inc., s/h/a
American Trans Air, Inc.

_____
Jason T. Cohen (JC/0530)
FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Cross-Claim Plaintiffs
World Trade Center Properties LLC
1 World Trade Center LLC
2 World Trade Center LLC
4 World Trade Center LLC
5 World Trade Center LLC (now known as 3 World Trade Center LLC)
7 World Trade Company, L.P.

SO ORDERED. 12/20/07

_____
Alvin K. Hellerstein
United States District Judge

2