# CONDON & FORSYTH LLP





NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com

March 31, 2008

**<u>VIA FACSIMILE AND EMAIL</u>**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10001

Re: In re September 11 Litigation, 21 MC 101
Property Damage and Business Loss Litigation,
Unsettled Wrongful Death and Personal Injury Cases;
American Airlines, Inc., et al. v. Federal Bureau of Investigation, 07 CV 7051
C & F Ref: DTB/CRC/VAT/28507

Dear Judge Hellerstein:

Pursuant to the Court's direction at the March 18, 2008 status conference, counsel for the Aviation Defendants, Government, Plaintiffs and Cross-Claim Plaintiffs have agreed to the briefing schedules set forth below for the four (4) indicated motions which we jointly ask that you approve.

1. With respect to the Aviation Parties' motion for summary judgment setting aside the Federal Bureau of Investigation's refusal to allow a limited number of witnesses to be deposed:

    a) Aviation Defendants' motion to be served and filed by April 29, 2008;
    b) Government's and Plaintiffs' opposition papers to be served and filed by June 6, 2008; and
    c) Aviation Defendants' reply papers to be served and filed by June 20, 2008.

2. With respect to the Aviation Defendants' motion for the admission of excerpts from the Final Report of the National Commission on Terrorist Attacks upon the United States, the related Aviation Monograph and selected Staff Statements:

    a) Aviation Defendants' motion to be served and filed by April 29, 2008;
    b) Plaintiffs' opposition papers to be served and filed by June 6, 2008; and
    c) Aviation Defendants' reply papers to be served and filed by June 20, 2008.

CONDON & FORSYTH LLP

Honorable Alvin K. Hellerstein
March 31, 2008
Page 2

3. Aviation Defendants' motion for a determination that Khalid Sheikh Mohammed's and Ramzi Binalshibh's prior out-of-court statements are not subject to any hearsay-related objections to their admissibility:

   a) Aviation Defendants' motion to be served and filed by April 29, 2008;
   b) Plaintiffs' opposition papers to be served and filed by June 6, 2008; and
   c) Aviation Defendants' reply papers to be served and filed by June 20, 2008.

4. Aviation Defendants' motion for a determination that the prior Moussaoui trial testimony of certain Federal Bureau of Investigation witnesses is not subject to any hearsay-related objections to its admissibility:

   a) Aviation Defendants' motion to be served and filed by May 9, 2008;
   b) Plaintiffs' opposition papers to be served and filed by June 16, 2008; and
   c) Aviation Defendants' reply papers to be served and filed by June 25, 2008.

Counsel for the Aviation Defendants, Government, Plaintiffs and Cross-Claim Plaintiffs request oral argument of these four motions at the Court's convenience, but note that argument on any of the following dates would be convenient to all participating counsel: June 26, 27, 30 or July 1 or 2, 2008. Counsel for certain Plaintiffs are unavailable beginning July 7, 2008 due to prior trial commitments.

Respectfully submitted,

Desmond T. Barry, Jr.

So Ordered: 3/31/08

Alvin K. Hellerstein, District Judge

CONDON & FORSYTH LLP

Honorable Alvin K. Hellerstein
March 31, 2008
Page 3

       <u>Via Email</u>

cc :    Marc S. Moller, Esq.
       Brian S. Alexander, Esq.
       Kreindler & Kreindler LLP
       Wrongful Death/Personal Injury Plaintiffs' Co-Liaison Counsel

       Donald A. Migliori, Esq.
       Motley Rice LLC
       Wrongful Death/Personal Injury Plaintiffs' Co-Liaison Counsel

       Robert A. Clifford, Esq.
       Timothy S. Tomasik, Esq.
       Clifford Law Offices, P.C.
       Property Plaintiffs' Liaison Counsel

       Richard A. Williamson, Esq.
       M. Bradford Stein, Esq.
       Flemming Zulack Williamson Zauderer LLP
       Ground Defendants' Liaison Counsel

       Beth Jacob, Esq.
       Schiff Hardin LLP
       WTC 7 Ground Defendants' Liaison Counsel

       Beth E. Goldman, Esq.
       Sarah S. Normand, Esq.
       Jeannette A. Vargas, Esq.
       U.S. Attorney's Office

       Aviation Defendants' Counsel