# Exhibit 15

From: W. JAY ABBOTT
To: SAMIT, HARRY
Date: 8/16/01 4:50AM
Subject: Re: Short Notice Legat Checks

Harry,

I'll get something written up today and try to walk it over ▓▓▓▓ by tomorrow. When the ec is written, e-mail me. If I haven't already received it, I'll pull it off of the ACS.

Weird one.

Regards.  Jay Abbott, alat paris.

>>> HARRY SAMIT 08/15/01 08:53PM >>>
Jay,

Minneapolis has a short notice check request for info on a French citizen. We don't really know what we have here, but here's the (weird) story:

Our duty agent received a call from a company that does flight simulator training for Boeing 747 Series 400 pilots. They are now training a student who just showed up to learn to fly the 747. He has no pilot's license and minimal previous flight experience (in any aircraft type). He paid between $6000 and $8000 dollars to essentially learn to take off and land the 747-400. His excuse is weak: he just wants to learn how to do it! That's pretty ominous and obviously suggests some sort of a hijacking plan.

He's in the U.S. since 02/2001 on a visa waiver from the UK, where he claims to reside. He's traveling on a French passport, although the flight instructor who has been with him for the last few days believes he's Middle Eastern. Indices shows that his last name is Lebanese ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I'm not even sure if you can run checks on French citizens, but if so, here he is:

Zacarias Moussaoui, DOB 05/30/1968
French Passport 00AE27016

Can you determine if he is known to ▓▓▓▓ or other ▓▓▓▓▓▓. I will do an EC to follow up if you need one, but we're working on fairly short notice since his training is only scheduled to go for a few more days and we don't want him to depart this area. Our INS guy on the JTTF is pretty sure we can arrest him on a visa overstay, but we want to get all we can on him first.

Thanks in advance for anything you can do,

Harry Samit
(612) 376-3365
(612) 490-5192 (Cell)

CC: DAVID RAPP, JONES, B., WEESS, JOHN

M-MP1-70000001

Declassified by: UC CTLUII NSLB, OGC
On: 1/25/06