# Exhibit 17

DEFENDANT'S EXHIBIT 56 ka
U.S. v. Moussaoui
Cr. No. 01-455-A

From: COLEEN ROWLEY
To: HOMER POINTER
Date: 8/22/01 5:05PM
Subject: Re: QUERY

Yes, SA Samit discussed the situation with me. Although I think there's a decent chance of being able to get a judge to sign a criminal search warrant, our USAO seems to have an even higher standard much of the time, so rather than risk it, I advised that they should try the other route.

>>> HOMER POINTER 08/22/01 10:57AM >>>
Coleen,

Have your folks asked you for your assessment of their chances of getting a [criminal] warrant to search the computer of one Zacarias Maussaoui, who sought out simulator training on the 747 and is presently in INS custody as an overstay?

Homer

CC: HARRY SAMIT

M-MP1-70000007