# Exhibit 19

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 01cr455 |
| | ) | |
| ZACARIAS MOUSSAOUI, | ) | |
| a/k/a "Shaqil," | ) | |
| a/k/a "Abu Khalid al Sahrawi," | ) | |
| | ) | |
| Defendant | ) | |

FILED IN OPEN COURT
APR - 3 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SPECIAL VERDICT FORM

1. As to Count I (Conspiracy to Commit Acts of Terrorism Transcending National Boundaries), do you unanimously find that the Government has established beyond a reasonable doubt that:

    a) the defendant was eighteen years of age or older at the time of the offense?

    YES ✓

    NO ___

    b) the defendant intentionally participated in an act, i.e. lying to federal agents on August 16-17, 2001?

    YES ✓

    NO ___

1739

  c) the defendant participated in the act, i.e. lying to federal agents on August 16-17, 2001, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense?

  YES ✓

  NO ____

  d) at least one victim died on September 11, 2001, as a direct result of the defendant's act, i.e. the defendant's lies to federal agents on August 16-17, 2001?

  YES ✓

  NO ____

2. As to Count III (Conspiracy to Destroy Aircraft), do you unanimously find that the Government has established beyond a reasonable doubt that:

  a) the defendant was eighteen years of age or older at the time of the offense?

  YES ✓

  NO ____

  b) the defendant intentionally participated in an act, i.e. lying to federal agents on August 16-17, 2001?

  YES ✓

  NO ____

      c) the defendant participated in the act, i.e. lying to federal agents on August 16-17, 2001, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense?

      YES ✓

      NO ____

      d) at least one victim died on September 11, 2001, as a direct result of the defendant's act, i.e. the defendant's lies to federal agents on August 16-17, 2001?

      YES ✓

      NO ____

3. As to Count IV (Conspiracy to Use Weapons of Mass Destruction), do you unanimously find that the Government has established beyond a reasonable doubt that:

      a) the defendant was eighteen years of age or older at the time of the offense?

      YES ✓

      NO ____

      b) the defendant intentionally participated in an act, i.e. lying to federal agents on August 16-17, 2001?

      YES ✓

      NO ____

c) the defendant participated in the act, i.e. lying to federal agents on August 16-17, 2001, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense?

YES ✓

NO ____

d) at least one victim died on September 11, 2001, as a direct result of the defendant's act, i.e. the defendant's lies to federal agents on August 16-17, 2001?

YES ✓

NO ____

The Foreperson must sign the form, provide his juror number, and write in the date. You should then advise the Court that you have reached a decision.

_____     _____0533_____
Foreperson                    Juror Number of Foreperson

DATE: _____April 3_____, 2006