# Exhibit 30



**FEDERAL BUREAU OF INVESTIGATION**

Precedence: IMMEDIATE                                         Date: 08/24/2001

To: Counterterrorism         Attn:  ITOS/RFU
                                    SSA Michael Maltbie
                                    IOS Rita Flack

From: Minneapolis
      Squad 5/JTTF
      Contact: SA Harry M. Samit, ext (612) 376-3365

Approved By: Jones G B

Drafted By: Samit Harry M:hms

Case ID #: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (Pending)

Title: ▓▓ MOUSSAOUI, ZACARIAS;
       IT - OTHER
       OO:MP

Synopsis: ▓▓ Set immediate lead to request FBIHQ/CTD/ITOS/RFU secure a search warrant from the Foreign Intelligence Security Court (FISC) for the property and residence of captioned subject.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓ Full Field Investigation Instituted: 08/15/2001 (NONUSPER).

Administrative: ▓▓ The "T" symbols listed in the enclosed Letterhead Memorandum (LHM) are described as follows:

   MP T-1 is ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   MP T-2 is ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



▓▓ This communication references telcal from MP SA Jones to FBIHQ/CTD/ITOS/RFU SSA Maltbie on 08/24/2001.

Enclosure(s): ▓▓ Enclosed for RFU is an LHM as needed to cover the lead set forth below.

M-MP1-70000010



*Declassified by: UC, CTLU II*
*NSLB, OGC*
*On: 1/26/05*

To: ~~Counterterrorism~~ From: Minneapolis
Re: ~~[redacted]~~ , 08/24/2001

SECRET

Details: ▮ Captioned subject, currently in the custody of the Immigration and Naturalization Service (INS) at St. Paul, Minnesota, has among his property items believed to pertain to his activities in support of International Terrorism. He has refused requests by Minneapolis for consent to search his effects.

▮ As forth in enclosure, Minneapolis is in possession of intelligence indicating that Moussaoui is connected to a radical fundamentalist group operating in Chechnya, whose leader has ties to Usama Bin Laden. For this reason, it is imperative that his effects be searched in order to gather intelligence relating to these connections and to any plans for terrorist attacks against the United States or United States Persons to which he may be a party.

▮ Minneapolis therefore requests that RFU secure, on an emergency basis, authority from the FISC to search Moussaoui's effects and his residence at 209A Wadsack Drive, Norman, Oklahoma. An LHM had been enclosed to facilitate this process. FBIHQ/CTD/ITOS/RFU is reminded that pending matter is urgent as Moussaoui is expected to be deported by INS in the near future. Further, it is not yet known how far advanced Moussaoui's plan is or how many unidentified co-conspirators exist.

SECRET

M-MP1-70000011

LEAD(s):

Set Lead 1:

COUNTERTERRORISM

AT ITSO/RFU

███ Will secure, on an emergency basis, authority from the FISC to search Moussaoui's effects and his residence at 209A Wadsack Drive, Norman, Oklahoma. An LHM had been enclosed to facilitate this process. FBIHQ/CTD/ITOS/RFU is reminded that pending matter is urgent as Moussaoui is expected to be deported by INS in the near future. Further, it is not yet known how far advanced Moussaoui's plan is or how many unidentified co-conspirators exist.

✦✦

M-MP1-70000012

To: ▓▓▓▓ From: Oklahoma City
Re: ▓▓▓▓ ▓▓▓▓, 08/24/2001

SECRET

This is because he knew the Imam and members of the mosque would raise some emergency funds to help with the bond. AL-ATTAS said this is very normal for members of the mosque to come together and raise money for friends who are in need.

▓▓ AL-ATTAS said he also called the Islamic Society of Greater Oklahoma City (ISGOC) and spoke to both ▓▓▓▓ WEBB and ▓▓ KHAN ▓▓▓▓▓▓▓▓▓▓▓▓ for the same assistance. He knew WEBB because WEBB frequently traveled down to Norman and was lectured by NDIAYE. WEBB is the American born Imam for ISGOC. AL-ATTAS advised that KHAN is the assistant Imam at ISGOC and KHAN also helped in offering assistance with the bond.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Oklahoma City Division notes that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓ AL-ATTAS advised he was provided airline tickets to fly back to Oklahoma after being released from prison but indicated he needed to drive back to Oklahoma since his car was with him in Minneapolis. AL-ATTAS advised he drove down to Oklahoma and arrived back on 08/21/2001.

▓▓ Attached to this communication are copies of e-mails MOUSSAOUI sent to AFS.

SECRET    M-MP1-70000013

To: Minneapolis
Re: , 08/24/2001

LEAD(s):

Set Lead 1:

<u>MINNEAPOLIS</u>

    <u>AT MINNEAPOLIS, MN</u>

        Read and clear.

♦♦

M-MP1-70000014

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Minneapolis, Minnesota
August 24, 2001

MOSSAOUI, ZACARIAS;
IT - OTHER

▇ This entire communication is classified SE~~CRE~~T.

▇ Nature of Investigation: International Terrorism

▇ Full Field Investigation Initiated: 08/15/2001 (NONUSPER).

▇ Request of Minneapolis: Minneapolis requests that the Foreign Intelligence Security Court (FISC) issue a search warrant for the personal effects and, residence of captioned subject on an emergency basis.

▇ Investigative Background

▇ This investigation was initiated after Minneapolis received information from Timothy Nelson, employed by Pan Am International Flight Academy, 2600 Lone Oak Point, Eagan, Minnesota, telephone (651) 208-1253, that he and co-workers were training a student they considered suspicious.

▇ Pan Am International Flight Academy's Eagan Facility is a fully accredited flight training center which uses flight simulators to train airline pilots from all over the world. Training conducted there consists exclusively of initial training for persons far advanced in becoming airline pilots, or update/refresher courses given to active airline pilots. In both cases the typical student holds a Federal Aviation Administration (FAA) Airline Transport Pilot (ATP) rating or foreign equivalent and has at least two thousand flight hours.

▇ Nelson indicated that Zacarias Moussaoui, who met neither of the above criteria, had been in contact with his company's headquarters in Miami, Florida and had paid $8,000-$9,000 dollars in cash for training on the Boeing 747 Model 400 aircraft simulator.

M-MP1-70000015

SE~~C~~RET

■ What set Moussaoui apart from all other students in Nelson's experience was that he had no aviation background, and to Nelson's knowledge, no pilot's license. Nelson also considered it odd that Moussaoui indicated that all he wished to learn was how to take off and land the 747 Model 400, giving the reason that this was an "ego boosting thing". At the time Nelson called Minneapolis, Moussaoui had already received two days of classroom training and had been scheduled for 4-5 upcoming simulator sessions over the course of the next few days. Moussaoui had received his ground school instruction from a contract instructor named Clarence Prevost, who had also indicated that he thought Moussaoui was unusual.

■ Prevost, who is a retired airline pilot with more than 10,000 flight hours in a wide variety of aircraft, was subsequently interviewed regarding Moussaoui. Prevost is a contract employee of Pan Am who travels to Minneapolis in order to train students. He has been doing so for several years and characterized Moussaoui as unlike any other student with whom he has worked.

■ At the time Prevost was interviewed, Moussaoui had completed the ground school portion and performed one flight in a low fidelity simulator with him. Prevost was aware that he had been scheduled for several more sessions in the higher-fidelity simulators in the next few days. Prevost noted that although Moussaoui lacked aviation experience and knowledge, there were certain 747-400 systems in which he was particularly interested. Although Prevost himself brought the subject up, he indicated Moussaoui was extremely interested in the aircraft doors and their operation. Prevost indicated that Moussaoui seemed surprised to learn that the doors cannot normally be opened in flight because of the pressurization of the cabin of the aircraft.

■ The other system in which Moussaoui was interested was the Mode Control Panel (MCP). This is the portion of the aircraft's avionics suite which controls the aircraft when flying in an automated mode and what allows the 747-400 Series aircraft to have a two-person flight crew as opposed to earlier models which required additional pilots. Prevost indicated that at the time they did their one simulator session, Moussaoui already knew how to operate the MCP from previous study. For information, Prevost indicated that the level of automation provided by the MCP gives the 747-400 the ability to fly, navigate, and in some modes land in a fully automated manner.

M-MP1-70000016

SECRET

▨ Prevost stated that for his upcoming high-fidelity simulator sessions, Moussaoui advised that he would "love" to fly a simulated flight from Heathrow Airport in England, to John F. Kennedy airport in New York, to include performing all navigation and communications involved. He offered no explanation as to why he wished to do this. Prevost was also aware that Moussaoui was interested in booking additional simulator sessions after he finished his currently scheduled syllabus.

▨ Investigation by Minneapolis Joint Terrorism Task Force (JTTF) Immigration and Naturalization Service (INS) Special Agents revealed the following information regarding Moussaoui and the individual believed to be traveling with him, Hussein Al-Attas:

- Moussaoui, a resident of the United Kingdom, traveling on French passport # AE27016, entered the U.S. at Chicago, Illinois on 02/23/2001 on a visa waiver. He traveled to Norman, Oklahoma shortly after this date, ostensibly for the purpose of taking flying lessons in Cessna aircraft. Under the terms of the visa waiver program, citizens of certain countries may enter the U.S. without applying for a visa, however they are allowed to remain in the U.S. for no more than 90 days from the date of entry. According the INS records, Moussaoui was admitted to the U.S. only until 05/22/2001 and was therefore in an overstay status and subject to arrest any time after this date.

- Al-Attas, a resident of Saudi Arabia, traveling on Yemeni passport #0503683, is in the U.S. on an F1 (student) visa, first issued in 1995. Al-Attas indicated to INS that he is a student at the University of Oklahoma at Norman.

▨ It was decided to arrest Moussaoui on the overstay violation in order to delay his receiving any further training on the Boeing 747-400 aircraft until he could be interviewed and his true intentions determined. He remains in INS custody as of this date pending deportation to his country of origin. When arrested, Moussaoui was armed with a small sheathed knife in his pocket and admitted that a larger folding-blade knife found under the seat of Al-Attas' car was his.

▨ Following his arrest, Moussaoui's property was brought from the hotel in which he was staying to INS storage at his request. Included among this was a laptop computer, cellular telephone and numerous spiral notebooks and air flight manuals. He denied requests for consent to search his property.

M-MP1-70000017

SE~~C~~RET

 Subsequent interviews of both men and a consensual search of the effects of Al-Attas revealed the following:

- Al-Attas, during an interview on the evening of 08/16/2001, described Moussaoui's beliefs as having characteristics known to be consistent with those held by Radical Islamic Fundamentalists. He also admitted that Moussaoui, whom he knows as Shaqil, is preparing himself to fight and has, in the past, expressed approval of "martyrs".

- During this same interview, Al-Attas indicated that Moussaoui believes that it is acceptable to kill civilians who harm Muslims. Al-Attas was also asked if he had ever heard Moussaoui make a plan to kill those who harm Muslims and in so doing become a martyr himself. Al-Attas admitted that he may have heard him do so, but that because it is not in his own heart to carry out acts of this nature, he claimed that he kept himself from actually hearing and understanding.

- In a sworn statement signed on 08/17/2001, Al-Attas indicated that Moussaoui would harm "non-believers", described as Jews and Christians, secretly if he believed they were harming Muslims.

- Moussaoui was unable to give a convincing explanation for his paying Pan Am $8,300 for 747-400 training. Although he indicated that he had completed approximately 50 hours of instruction at a flying school in Norman, Oklahoma, his level of aviation experience was in no way adequate to qualify him for this training. His continued insistence that this was indulging a desire for a "joy ride", clashed with the seriousness with which he was studying and preparing and his anxiousness to return to this when released from INS custody. When arrested, he had among his belongings several Boeing 747-400 Flight Manuals and is believed to have been making provisions to acquire additional data regarding the operation this type of aircraft through electronic means.

- Moussaoui had no convincing explanation for the large sums of money known to have been in his possession during his time in the United States. For information, upon arrival he is known to have opened a checking account with a deposit of $32,000 at a bank in Norman, Oklahoma. Moussaoui did not provide information of sufficient detail or specificity to allow Minneapolis to account for a legitimate source for this money. Minneapolis opines that Moussaoui's income from his self-described employment as a freelance telemarketer in the UK would not be adequate to allow him to spend $8,300 for aviation training of no value to

M-MP1-70000018

SE̶C̶R̶E̶T̶

his stated goal of becoming a pilot. Although Al-Attas indicated that he is aware that Moussaoui receives money from overseas via a bank in Norman, Oklahoma, he had no information as to the source.

- Moussaoui was likewise unable to convincingly explain a trip to Pakistan lasting from December 2000 until February 2001, initially informing Agents that this was for "personal reasons". He later indicated that he was in Pakistan attempting to find a wife. Recipients will note that Moussaoui arrived in the U.S. only 16 days after leaving Pakistan, a country determined through other Minneapolis investigations to be a conduit for persons traveling to Afghanistan in order to provide or receive terrorist training and indoctrination.

▪ Information provided by ███ indicated that he/she is aware of Moussaoui through his association with a ███ 1971 at Bazas, France (Department 33). ███ is French and his father is from the country of Benin. ███ died on 04/12/2000 in Chechnya fighting with the Mujahideen. While in Chechnya, ███ was a computer expert working for Emir Al-Khattab Ibn, aka Al Soueilem Samer, a Saudi known as the Black Arabian and a Mujahideen leader in Chechnya. ███ that ███ After ███ death, ███ was told by ███ was recruited to go to Chechnya by Zacarias Moussaoui. ███ advised that ███ stated that Moussaoui was "the dangerous one."

███ was contacted regarding these individuals and indicated that an Ibn Al-Khattab is well known to be the leader of the Chechen Mujahidin movement. In addition, he is known to be an associate of Usama Bin Ladin from past shared involvement in combat. ███ was also aware that a ███ in fact was a fighter for Khattab who perished in Chechnya in April 2000 as reported by ███.

▪ Minneapolis believes that Moussaoui and, to a lesser extent, Al-Attas, were deceptive in their answers regarding their reasons for being in the U.S. and their involvement in terrorist activities. Further, Minneapolis is in possession of intelligence that Moussaoui is an Islamic extremist and believes that his training in the U.S. represents preparation for some future act in furtherance these goals.

M-MP1-70000019

SECRET

 Request of Minneapolis

Minneapolis requests authority be granted on an emergency basis by the Foreign Intelligence Surveillance Court to conduct a search of Moussaoui's personal property currently in INS custody, and for his residence at 209A Wadsack Drive, Norman, Oklahoma. Minneapolis wishes to emphasize the urgency of this matter in reminding recipients that Moussaoui is in INS custody pending deportation. Further, it is not yet known how far advanced Moussaoui's plan is or how many unidentified co-conspirators exist.

M-MP1-70000020