# Exhibit 34

# In The Matter Of:

*IN RE SEPTEMBER 11 LITIGATION*

_____

**LARRY WANSLEY**
*April 4, 2007*

_____

# *HIGHLY CONFIDENTIAL*
## *TC REPORTING in affliation with Merrill Legal Solutions*

*420 Lexington Avenue - Suite 2108*
*New York, NY 10170*
*PH: 516-795-7444 / FAX: 212-692-9171*

**WANSLEY, LARRY - Vol. II**

Page 418

```
                    1        LARRY WANSLEY – HIGHLY CONFIDENTIAL
12:32:39            2             The witness can answer but only to
12:32:41            3    the extent he does not reveal, his testimony
12:32:44            4    does not go to any information that has been
12:32:47            5    designated SSI in any security directive and
12:32:50            6    redacted out.
12:32:52            7         Q.    You can answer.
12:32:53            8         A.    I wasn't sure if I heard
12:32:55            9    everything.  Would you mind speaking a little
12:32:58            10   louder, ma'am, or can someone give you a mic.  I
12:33:01            11   am old, I can't hear too well.
12:33:09            12            MS. VARGAS:   It is a very long
12:33:10            13   room.  The witness can answer the question to
12:33:22            14   the extent that he testifies only to SDs in
12:33:26            15   their redacted form.  Not to any information
12:33:28            16   that is under SSI redaction.  So the universe of
12:33:33            17   SDs.
12:33:34            18        Q.    You can answer the question.
12:33:35            19        A.    Repeat the question, please.
12:33:51            20            (The pending question was read as
12:33:51            21   follows:
12:32:08            22            "Question:  Did you receive any
12:32:09            23   security directive prior to 9/11, 2001
12:32:13            24   mentioning in any way the 9/11 hijackers?")
12:33:52            25        Q.    Or any of them?
```

bc533a1c-ea0f-4563-bb02-97becf7c4260

Page 419

| | 1 | LARRY WANSLEY – HIGHLY CONFIDENTIAL |
|---|---|---|
| 12:33:53 | 2 | A.    Not that I recall. |
| 12:33:56 | 3 | Q.    Now, let's look at the redacted |
| 12:33:58 | 4 | version of Exhibit 418.  I direct you to |
| 12:34:03 | 5 | subparagraph Roman II on the first page.  Does |
| 12:34:08 | 6 | that subparagraph provide instructions as to |
| 12:34:10 | 7 | what the aircraft operator was supposed to do |
| 12:34:14 | 8 | with the individuals identified in this security |
| 12:34:22 | 9 | directive? |
| 12:34:22 | 10 | MR. GREEN:   Object to the form. |
| 12:34:23 | 11 | A.    Subsection 2 and sub, subsections |
| 12:34:28 | 12 | A, B, C and D do. |
| 12:34:31 | 13 | Q.    What are the directives, the |
| 12:34:34 | 14 | redacted directives as set forth in Exhibit 418 |
| 12:34:38 | 15 | as to what the air carriers are supposed to do |
| 12:34:42 | 16 | with the listed but unidentified individuals? |
| 12:34:45 | 17 | A.    Not transport that individual or |
| 12:34:48 | 18 | his or her baggage, immediately notify |
| 12:34:52 | 19 | appropriate law enforcement authorities and |
| 12:34:55 | 20 | provide them with the information in this |
| 12:34:58 | 21 | directive.  Immediately notify all other U.S. |
| 12:35:03 | 22 | aircraft operators at the airport, immediately |
| 12:35:07 | 23 | notify the FAA 24 hour watch at 202-267-3099. |
| 12:35:19 | 24 | Q.    If the CIA and the FBI had |
| 12:35:23 | 25 | contacted the FAA in late August, 2001 and had |

bc533a1c-ea0f-4563-bb02-97becf7c4260

Page 420

|  |  |  |
|---|---|---|
|  | 1 | LARRY WANSLEY – HIGHLY CONFIDENTIAL |
| 12:35:29 | 2 | asked the FAA to put al Mihdhar and Al Hazmi on |
| 12:35:35 | 3 | a no fly list or a watch list, could the FAA |
| 12:35:39 | 4 | have issued a security directive similar to |
| 12:35:42 | 5 | Exhibit 418 but relating specifically to al |
| 12:35:47 | 6 | Mihdhar and Al Hazmi? |
| 12:35:49 | 7 | MR. TOMASIK:  Object to the form. |
| 12:35:50 | 8 | MS. HESSION:  Object to the form of |
| 12:35:51 | 9 | the question. |
| 12:35:52 | 10 | Q.    You can answer. |
| 12:35:52 | 11 | A.    Yes. |
| 12:35:54 | 12 | Q.    Would you, based on your experience |
| 12:35:55 | 13 | with the FAA and as security director for nine |
| 12:36:00 | 14 | years prior to 9/11 of American Airlines have |
| 12:36:03 | 15 | expected the FDA to issue such a directive? |
| 12:36:07 | 16 | MS. HESSION:  Object to the form. |
| 12:36:08 | 17 | A.    The FAA? |
| 12:36:09 | 18 | Q.    Yes. |
| 12:36:11 | 19 | A.    Yes. |
| 12:36:16 | 20 | Q.    If American Airlines had received a |
| 12:36:19 | 21 | security directive from the FAA in late August |
| 12:36:22 | 22 | 2001 placing al Mihdhar and Al Hazmi on a no fly |
| 12:36:29 | 23 | list or a watch list, what steps could American |
| 12:36:31 | 24 | Airlines have taken to implement that directive? |
| 12:36:34 | 25 | MS. HESSION:  Object to the form of |

bc533a1c-ea0f-4563-bb02-97becf7c4260

Page 421

```
            1          LARRY WANSLEY - HIGHLY CONFIDENTIAL
12:36:34    2     the question.
12:36:38    3          A.    American Airlines would have
12:36:39    4     immediately put that information into our
12:36:42    5     systems which would have been accessible to all
12:36:46    6     agents that would be dealing with or processing
12:36:53    7     passengers.
12:36:54    8          Q.    By systems are you referring to
12:36:56    9     computer systems?
12:36:56   10          A.    Yes, sir, computer systems.
12:37:00   11          Q.    Could that directive if received in
12:37:02   12     late August have been implemented by American
12:37:04   13     Airlines and put into the system prior to
12:37:06   14     September 11th?
12:37:07   15          A.    Yes, sir.
12:37:12   16          Q.    If al Mihdhar and Al Hazmi were on
12:37:15   17     an FAA no fly list or watch list of the type
12:37:19   18     we've been discussing, what would you in your
12:37:22   19     experience have expected to happen when they
12:37:25   20     attempted to check in under their own names for
12:37:28   21     Flight 77 on the morning of 9/11, 2001?
12:37:33   22               MR. PEPE:  Object to the form.
12:37:34   23     Lacks foundation.
12:37:35   24               MR. PARSONS:   Object to the form.
12:37:36   25          A.    Their names would have been in the
```

bc533a1c-ea0f-4563-bb02-97becf7c4260

Page 422

1          LARRY WANSLEY - HIGHLY CONFIDENTIAL

12:37:37    2    system.  It would have come to the immediate

12:37:40    3    attention of the agent processing them.  Law

12:37:43    4    enforcement would have been notified and they

12:37:46    5    would have contacted the individuals.

12:37:54    6          Q.    If the security directive had

12:37:56    7    instructed the ticket agent to notify a law

12:37:59    8    enforcement officer, would you have expected the

12:38:01    9    ticket agents to do so?

12:38:03    10              MR. PARSONS:    Object to the form.

12:38:04    11              MS. HESSION:    Object to the form of

12:38:05    12    the question.

12:38:05    13         A.    Absolutely.

12:38:06    14         Q.    Based on your experience, sir, your

12:38:08    15    long experience as an FBI agent, as an airline

12:38:13    16    security director and as a State Police man,

12:38:16    17    would you have expected law enforcement at

12:38:18    18    Dulles to have detained al Mihdhar and Al Hazmi

12:38:21    19    for questioning upon learning that they were the

12:38:24    20    subject of an FAA security directive and were

12:38:28    21    wanted for questioning by the FBI and CIA as

12:38:31    22    suspected terrorists?

12:38:32    23              MS. HESSION:    Object to the form of

12:38:33    24    the question.

12:38:35    25              MR. PEPE:  Roger, we are getting a

bc533a1c-ea0f-4563-bb02-97becf7c4260

Page 423

| | |
|---|---|
| | 1 |
| 12:38:37 | 2 |
| 12:38:40 | 3 |
| 12:38:41 | 4 |
| 12:38:43 | 5 |
| 12:38:44 | 6 |
| 12:38:46 | 7 |
| 12:39:15 | 8 |
| 12:39:15 | 9 |
| 12:38:06 | 10 |
| 12:38:07 | 11 |
| 12:38:10 | 12 |
| 12:38:15 | 13 |
| 12:38:17 | 14 |
| 12:38:20 | 15 |
| 12:38:23 | 16 |
| 12:38:26 | 17 |
| 12:38:28 | 18 |
| 12:38:31 | 19 |
| 12:39:16 | 20 |
| 12:39:17 | 21 |
| 12:39:18 | 22 |
| 12:39:20 | 23 |
| 12:39:22 | 24 |
| 12:39:25 | 25 |

1    LARRY WANSLEY – HIGHLY CONFIDENTIAL

2  bit far afield here.

3         MR. PODESTA:   Perhaps for you,

4  Doug, since you are not a plaintiff in Flight

5  77.

6         Q.    You may go on.  You may answer, Mr.

7  Wansley.

8         (The pending question was read as

9  follows:

10        "Question:   Based on your

11  experience, sir, your long experience as an FBI

12  agent, as an airline security director and as a

13  State Police man, would you have expected law

14  enforcement at Dulles to have detained al

15  Mihdhar and Al Hazmi for questioning upon

16  learning that they were the subject of an FAA

17  security directive and were wanted for

18  questioning by the FBI and CIA as suspected

19  terrorists?")

20        MS. SMITH:   Object to the form of

21  the question.

22        A.    In my opinion law enforcement there

23  would have been all over the situation, by that

24  I mean they would have immediately responded and

25  taken custody of them.

bc533a1c-ea0f-4563-bb02-97becf7c4260

Page 424

1          LARRY WANSLEY - HIGHLY CONFIDENTIAL

12:39:26   2          Q.      Would you have expected Dulles law

12:39:28   3    enforcement, based on your experience as an FBI

12:39:31   4    agent, an airline security director and State

12:39:35   5    policeman to detain al Mihdhar and Al Hazmi for

12:39:38   6    questioning at least until the FBI and CIA could

12:39:42   7    be contacted?

12:39:45   8               MS. HESSION:  Object to the form of

12:39:45   9    the question.

12:39:45  10          A.      Absolutely.

12:39:46  11          Q.      According to the Kean Commission

12:39:51  12    report Nawaf al Hazmi presented himself at the

12:39:54  13    ticket counter with his brother and traveling

12:39:56  14    companion, Salem Al Hazmi.  In these

12:40:01  15    circumstances would you have expected the law

12:40:05  16    enforcement officer to detain Salem Al Hazmi for

12:40:09  17    questioning as well?

12:40:10  18          A.      Absolutely.

12:40:11  19               MS. HESSION:  Object to the form of

12:40:11  20    the question.

12:40:11  21          Q.      Would that have been basic good law

12:40:13  22    enforcement practice?

12:40:14  23          A.      That would have been fundamental

12:40:16  24    basic and wise law enforcement practice.

12:40:19  25               MR. TOMASIK:  Objection, move to

bc533a1c-ea0f-4563-bb02-97becf7c4260

Page 425

```
                         1          LARRY WANSLEY - HIGHLY CONFIDENTIAL
12:40:20                 2     strike.
12:40:20                 3          Q.     Would you have expected the law
12:40:22                 4     enforcement officer to detain Salem Al Hazmi at
12:40:26                 5     least until it could be determined he was not a
12:40:28                 6     suspected terrorist, unlike his brother?
12:40:31                 7          A.     Yes.
12:40:32                 8               MS. HESSION:  Object to the form of
12:40:32                 9     the question.
12:40:33                10               MS. SMITH:   Object to the form.
12:40:34                11          Q.     The Kean Commission report notes al
12:40:38                12     Mihdhar checked in at the American Airlines
12:40:40                13     ticket counter with his traveling companion
12:40:44                14     Majed Moqued.  In these circumstances, based on
12:40:46                15     your experience that we recounted, would you
12:40:49                16     have expected the law enforcement officer at
12:40:51                17     Dulles to detain Moqued for questioning?
12:40:56                18               MS. HESSION:  Object to the form of
12:40:57                19     the question.
12:40:57                20          A.     Yes, that's true, I would.
12:40:58                21          Q.     At least until it could be
12:41:00                22     determined whether or not he was also a
12:41:01                23     suspected terrorist?
12:41:03                24               MS. HESSION:  Object to the form of
12:41:04                25     the question.
```