# Exhibit 35

**Confidential - Do Not Copy or Disclose**

**Subj. to Protect. Order 21 MC 101 (AKH)**
**Subj. to Protect Order 21 MC 97 (AKH)**



US Department
of Transportation

Federal Aviation
Administration

Civil Aviation Security

Security Directive
Information of Concern to Aviation Security Personnel:
Current Security Procedures Should be Reviewed

Subject: Threat to U.S. Aircraft operators

Number: SD 108 01 01                                Date: August 21, 2001

EXPIRATION: October 31, 2001

Security Directive (SD) 108 01 01 shall be implemented immediately upon receipt.

INFORMATION:

**The FAA has received information that a number of individuals associated with terrorist activity are planning to travel by commercial aircraft operators.**

ACTIONS REQUIRED BY AIRCRAFT OPERATORS REGULATED UNDER 14 CFR 108:

I.    Measures set forth in this SD shall be immediately implemented by each U.S. aircraft operator operating from a foreign airport.

II.   Should an individual whose name is listed in section III present him or herself for transport, the aircraft operator shall:

    A.    Not transport that individual or his or her baggage, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

    B.    Immediately notify appropriate local law enforcement authorities and provide them with the information in this directive.

    C.    Immediately notify all other U.S. aircraft operators at that airport.

    D.    Immediately notify the FAA 24-hour watch at (202) 267-3099.

III.  List of individuals:

    A.    ▮▮▮▮▮▮▮▮ Date and Place of Birth: ▮▮▮▮▮▮▮▮▮▮▮
       Passport Numbers: ▮▮▮▮▮▮▮▮▮▮

    B.    ▮▮▮▮▮▮▮▮▮ Passport Number: ▮▮▮▮▮▮▮▮▮ Date and
       Place of Birth: ▮▮▮▮▮▮▮▮

AAL 011805

Confidential - Do Not Copy or Disclose

Subj. to Protect. Order 21 MC 101 (AKH)
Subj. to Protect Order 21 MC 97 (AKH)

Security Directive 108 01 01
Page 2 of 3



AIRCRAFT OPERATOR ACKNOWLEDGMENT: Upon receipt of this SD, the aircraft operator shall provide immediate written confirmation to its assigned PSI, indicating that they have received it.

AIRCRAFT OPERATOR DISSEMINATION REQUIRED: The aircraft operator shall immediately pass the information and directives set forth in this SD to all stations affected, and provide written confirmation to its assigned PSI, indicating that all stations affected have acknowledged receipt of the information and directives set forth in this SD.

The aircraft operators shall disseminate this information to senior management personnel, GSC's, and supervisory security personnel at locations described in section I of this SD. Aircraft operator security personnel at each location should coordinate the information in this SD with local airport management and law enforcement personnel on a strict need-to-know basis. All recipients must limit dissemination within their respective organizations to personnel with an operational need-to-know. All aircraft operator personnel implementing this SD must be briefed by the aircraft operator on its content and the restrictions governing dissemination.

APPROVAL OF ALTERNATIVE MEASURES: With respect to the provisions of this SD, according to FAR 108.18(c), aircraft operators may submit in writing to their PSI, proposed alternative measures and the basis for submitting the alternative measures, for approval by the Director of the Office of Civil Aviation Security Operations. The aircraft operator shall immediately notify its PSI whenever any procedure in this SD cannot be carried out by the carrier or its agents, or is not being carried out by a foreign government authority charged with performing security procedures.

FOR FAA ACTION ONLY: The FAA shall issue this SD immediately to the corporate security element of all affected U.S. aircraft operators.

WARNING: THIS DOCUMENT CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER THE PROVISIONS OF 14 CFR PART 191. NO PART OF THIS DOCUMENT MAY BE RELEASED WITHOUT THE WRITTEN PERMISSION OF THE ASSOCIATE ADMINISTRATOR FOR CIVIL AVIATION SECURITY, FEDERAL AVIATION ADMINISTRATION, WASHINGTON, DC 20591. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTY OR OTHER ACTION. FOR U.S. GOVERNMENT AGENCIES, PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 5**

AAL 011806

Confidential - Do Not Copy or Disclose

Subj. to Protect. Order 21 MC 101 (AKH)
Subj. to Protect Order 21 MC 97 (AKH)

FOR STATE DEPARTMENT: Retransmittal to appropriate foreign posts is authorized. Post must refer to STATE 093752, 300308Z Mar 93, Subject: FAA Security Directives and Information Circulars: Definitions and Handling, for specific guidance and dissemination.

//S//
Michael A. Canavan
Associate Administrator for
   Civil Aviation Security

AAL 011807

AAL TSA001104