# Exhibit 36

# In The Matter Of:

*IN RE SEPTEMBER 11 LITIGATION*

---

**HERMIE MILLER**
*January 23, 2007*

---

*HIGHLY CONFIDENTIAL*
*TC REPORTING in affliation with Merrill Corp.,*
420 Lexington Avenue - Suite 2108
New York, NY 10170
PH: 516-795-7444 / FAX: 212-692-9171

MILLER, HERMIE - Vol. 1

| | | |
|---|---|---|
| 11:12:28 | 1 | HERMIE MILLER |
| 11:12:30 | 2 | MR. ELSNER: Sure. |
| 11:12:31 | 3 | THE VIDEOGRAPHER: Going off |
| 11:12:34 | 4 | the record, 11:12, and this marks the |
| 11:12:36 | 5 | end of tape No. 1. |
| 11:23:32 | 6 | (A recess was taken.) |
| 11:23:37 | 7 | THE VIDEOGRAPHER: Returning |
| 11:23:41 | 8 | to the record at 11:23, and this will |
| 11:23:43 | 9 | mark the beginning of tape No. 2. |
| 11:23:46 | 10 | BY MR. ELSNER: |
| 11:23:48 | 11 | Q. Ms. Miller, just to finish |
| 11:23:51 | 12 | up this line of questioning. Did |
| 11:23:54 | 13 | anyone from United Air Lines or |
| 11:23:56 | 14 | Argenbright ever tell that you there |
| 11:24:00 | 15 | was a continuing concern that Osama Bin |
| 11:24:03 | 16 | Laden and terrorist groups in his |
| 11:24:05 | 17 | network were preparing to conduct |
| 11:24:07 | 18 | terrorist attacks against U.S., |
| 11:24:09 | 19 | including U.S. civil aviation? |
| 11:24:10 | 20 | MR. WAYLAND: Objection. |
| 11:24:10 | 21 | A. No. |
| 11:24:11 | 22 | Q. Did anyone from Argenbright |
| 11:24:13 | 23 | or from United Air Lines ever tell you |
| 11:24:17 | 24 | that as a result of this threat, that |
| | 25 | aviation security personnel should |