# Exhibit 17


From:     COLEEN ROWLEY
To:       HOMER POINTER
Date:     8/22/01 5:05PM
Subject:  Re: QUERY

**DEFENDANT'S EXHIBIT 56 ka**
U.S. v. Moussaoui
Cr. No. 01-455-A

Yes, SA Samit discussed the situation with me. Although I think there's a decent chance of being able to get a judge to sign a criminal search warrant, our USAO seems to have an even higher standard much of the time, so rather than risk it, I advised that they should try the other route.

>>> HOMER POINTER 08/22/01 10:57AM >>>
Coleen,

   Have your folks asked you for your assessment of their chances of getting a [criminal] warrant to search the computer of one Zacarias Maussaoui, who sought out simulator training on the 747 and is presently in INS custody as an overstay?

Homer


CC:       HARRY SAMIT

M-MP1-70000007