# Exhibit 27

# In The Matter Of:

*IN RE  SEPTEMBER 11  LITIGATION*

_____

### ROBERT J. CAMMAROTO
*February 11, 2008*

_____

## *HIGHLY CONFIDENTIAL/ CONFIDENTIAL SSI MATERIAL*
*TC REPORTING in affliation with Merrill*

*25 West 45TH Street - Suite 900*
*New York, NY 10036*
*PH: 516-795-7444 / FAX: 212-692-9171*

**CAMMAROTO, ROBERT J. - Vol. 1**

HIGHLY CONFIDENTIAL

Page 21

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 09:14:50 | 2 | daylight time on September 11, 2001.  I will try |
| 09:14:55 | 3 | to make the time period clear in my questions, |
| 09:14:57 | 4 | but I may fail.  But unless I say otherwise you |
| 09:15:00 | 5 | should interpret my questions as referring only |
| 09:15:03 | 6 | to security procedures in effect on or before |
| 09:15:07 | 7 | 9/11, 2001.  On the rare occasion if any I ask |
| 09:15:13 | 8 | any post 9/11 questions.  I will make the time |
| 09:15:15 | 9 | explicit. |
| 09:15:18 | 10 | I would like to turn first to topic |
| 09:15:21 | 11 | 2 which relates to CAPPS and is described on |
| 09:15:25 | 12 | page 4 and 5 of the February 7, 2008 final |
| 09:15:29 | 13 | determination.  First of all, to avoid any |
| 09:15:36 | 14 | mystery what does the acronym CAPPS stands for? |
| 09:15:39 | 15 | A.    The if acronym for CAPPS went |
| 09:15:41 | 16 | through several iterations, but the one was in |
| 09:15:47 | 17 | place on September 11 Computer Assisted |
| 09:15:50 | 18 | Passenger Prescreening System. |
| 09:15:50 | 19 | Q.    Would you briefly describe for us |
| 09:15:51 | 20 | the purpose of the CAPPS program as it existed |
| 09:15:54 | 21 | on September 11, 2001? |
| 09:15:54 | 22 | A.    The primary purpose of the CAPPS |
| 09:15:56 | 23 | program was to provide a tool to the air |
| 09:16:01 | 24 | carriers by which they could focus their limited |
| 09:16:04 | 25 | resources on checked baggage, typically for |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 22

|  |  |  |
|---|---|---|
|  | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 09:16:08 | 2 | explosives in checked baggage. |
| 09:16:10 | 3 | Q.    What was the nature of the security |
| 09:16:12 | 4 | threat that the CAPPS program was designed to |
| 09:16:14 | 5 | address? |
| 09:16:14 | 6 | A.    It was primarily designed to |
| 09:16:17 | 7 | address explosives secreted in in checked |
| 09:16:22 | 8 | baggage. |
| 09:16:23 | 9 | Q.    Would it be fair to describe the |
| 09:16:24 | 10 | threat CAPPS was designed primarily to address |
| 09:16:27 | 11 | as being the threat of bombings of aircraft by |
| 09:16:31 | 12 | non-suicidal terrorists? |
| 09:16:34 | 13 | MS. VARGAS:    Objection to the |
| 09:16:35 | 14 | form. |
| 09:16:36 | 15 | MS. HESSION:  Objection to the |
| 09:16:36 | 16 | form. |
| 09:16:37 | 17 | A.    Yes, sir. |
| 09:16:39 | 18 | MR. PODESTA:   I would like to now |
| 09:16:40 | 19 | have marked as the non-SSI Exhibit 756, a |
| 09:16:45 | 20 | document which purports to be -- it is from |
| 09:16:51 | 21 | the -- it bears document production numbers TSA |
| 09:16:55 | 22 | 10358 through TSA 10409 and it purports to be a |
| 09:17:05 | 23 | Notice of Proposed Rule Making By the Federal |
| 09:17:11 | 24 | Aviation Administration Entitled Security of |
| 09:17:14 | 25 | Checked Baggage on Flights Within the United |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 80

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

10:39:00    2    effective countermeasures to what it perceived

10:39:03    3    the terrorist threat to be?

10:39:06    4              MS. HESSION:    Objection.

10:39:07    5              MS. VARGAS:    Objection to the

10:39:07    6    form.

10:39:07    7         A.    Yes, sir. I would add that what we

10:39:10    8    perceived to be one of the major threats.

10:39:13    9         Q.    What were those major threats to

10:39:15    10    which you just referred?

10:39:16    11         A.    That is we discussed earlier

10:39:18    12    regarding explosives in checked baggage.

10:39:27    13         Q.    Now, I just like to turn back for a

10:39:31    14    moment to 7D of the ACSSP exhibit.  As of 9/11,

10:39:44    15    under the ACSSP requirements then in effect,

10:39:50    16    were air carriers permitted to ask the baggage

10:39:58    17    control questions, the security questions in

10:40:01    18    written form if the passenger appeared to have

10:40:04    19    difficulty understanding them in oral form?

10:40:08    20         A.    Yes, sir, the security program

10:40:10    21    permitted that.

10:40:13    22         Q.    Is that permission set forth in

10:40:16    23    section D5 of the ACSSP on page 79?

10:40:27    24         A.    Yes, sir.

10:40:28    25         Q.    Where the passenger spoke a foreign

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 205

|  |  |
|---|---|
| | 1 |

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

14:21:59    2    referring to the last clause of the knives

14:22:01    3    section?

14:22:01    4        A.    Yes, sir, I see that.  Yes, and we

14:22:03    5    were very much in tune with the local law at

14:22:06    6    that local site.

14:22:08    7        Q.    When you mean to say -- is the

14:22:09    8    reference to local law a reference to the local

14:22:12    9    law of the jurisdiction in which the screening

14:22:15    10    activity takes place?

14:22:16    11        A.    That's correct.  Where the airport

14:22:19    12    would be responsible for the law enforcement

14:22:21    13    support, the law enforcement support they would

14:22:24    14    send that is how we were gauging it.

14:22:27    15        Q.    As of 9/11 under the ACSSP and the

14:22:31    16    FAA's deadly or dangerous weapon guidelines, did

14:22:35    17    the FAA prohibit knives with blades less than

14:22:41    18    four inches long and that were legal under local

14:22:44    19    law from entering the sterile area?

14:22:47    20        A.    We did not.

14:22:49    21        MR. PEPE:    Objection to the form.

14:22:51    22        Q.    As of 9/11 under the ACSSP and the

14:22:54    23    FAA's deadly or dangerous weapons guidelines,

14:22:58    24    were most knives with blades less than four

14:23:01    25    inches long permitted into the sterile area?

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 206

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 14:23:04 | 2 | MR. PEPE:   Objection. |
| 14:23:05 | 3 | MS. HESSION:  Objection. |
| 14:23:05 | 4 | MS. VARGAS:   Objection. |
| 14:23:06 | 5 | A.    It is hard to answer to the most |
| 14:23:07 | 6 | but certainly again a knife under four inches |
| 14:23:10 | 7 | would have been permitted outside of the fact |
| 14:23:12 | 8 | that the local jurisdiction may have precluded |
| 14:23:15 | 9 | them as was the case at Pittsburgh and Baltimore |
| 14:23:18 | 10 | in my own experience. |
| 14:23:19 | 11 | Q.    I will ask you some more about |
| 14:23:21 | 12 | local laws in a minute.  I would like to direct |
| 14:23:23 | 13 | your attention now to your Moussaoui testimony |
| 14:23:31 | 14 | at page 1845, lines 8 through 22.  I will accept |
| 14:23:35 | 15 | the description of this testimony, |
| 14:23:39 | 16 | qualifications on it that Ms. Vargas has |
| 14:23:42 | 17 | previously stated. |
| 14:23:43 | 18 | MS. VARGAS:    What page number |
| 14:23:44 | 19 | again? |
| 14:23:44 | 20 | MR. PODESTA:   1845 lines 8 to 22. |
| 14:23:56 | 21 | Q.    Mr. Novack asked you at that point, |
| 14:24:00 | 22 | he is discussing this in the context of |
| 14:24:02 | 23 | Moussaoui revealing the details of the Al Qaeda |
| 14:24:05 | 24 | plot.  "Let's talk about what if any |
| 14:24:08 | 25 | countermeasures you could have used before |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 207

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 14:24:10 | 2 | somebody got on the plane.  Specifically, let's |
| 14:24:12 | 3 | talk about the use of the short bladed knives. |
| 14:24:15 | 4 | What is it that you could have done in relation |
| 14:24:17 | 5 | to prohibiting the four inch blades? |
| 14:24:20 | 6 | "Answer: We could have modified the |
| 14:24:23 | 7 | requirement that the air carriers had at that |
| 14:24:27 | 8 | time in the SSP.  There was an Appendix I that |
| 14:24:31 | 9 | said what items were prohibited from going on |
| 14:24:34 | 10 | board the aircraft, some general categories, |
| 14:24:36 | 11 | some very specific, but it did have the |
| 14:24:40 | 12 | exception that blades less than four inches were |
| 14:24:44 | 13 | permitted basically.  And we could have said in |
| 14:24:47 | 14 | a Security Directive, and that would have been |
| 14:24:49 | 15 | the appropriate vehicle, don't allow any blades |
| 14:24:52 | 16 | whatsoever.  And that would have of course, had |
| 14:24:55 | 17 | to be applied at the checkpoint." |
| 14:24:58 | 18 | Did you give that answer at the |
| 14:25:01 | 19 | Moussaoui trial. |
| 14:25:01 | 20 | A.     Yes, sir, I did. |
| 14:25:02 | 21 | Q.     And was it truthful and accurate to |
| 14:25:04 | 22 | the best of your ability? |
| 14:25:05 | 23 | A.     Yes, sir. |
| 14:25:06 | 24 | Q.     I would like to direct your |
| 14:25:20 | 25 | attention to page 1877 of your testimony at the |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 209

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL          |
| 14:26:34 | 2  | A.    Yes, sir.                                           |
| 14:26:36 | 3  | Q.    And were they truthful and accurate                |
| 14:26:37 | 4  | to the best of your ability?                             |
| 14:26:39 | 5  | A.    Yes, sir.                                           |
| 14:26:43 | 6  | MR. PEPE:   Objection.                                    |
| 14:26:44 | 7  | Q.    I am just trying to see if you                     |
| 14:26:50 | 8  | could help me with understanding the meaning of          |
| 14:26:55 | 9  | the knives paragraph in Appendix I.  As of 9/11,         |
| 14:27:00 | 10 | under the ACSSP and FAA's deadly or dangerous            |
| 14:27:08 | 11 | weapons guidelines as set forth in Appendix I            |
| 14:27:11 | 12 | were knives with played length of less than four         |
| 14:27:14 | 13 | inches allowed into the sterile area unless they         |
| 14:27:17 | 14 | came within one of the two following exceptions:         |
| 14:27:21 | 15 | First, they were a type of knife that illegal            |
| 14:27:26 | 16 | under local law, or two, the screener exercised          |
| 14:27:30 | 17 | his or her common sense to conclude that a               |
| 14:27:34 | 18 | particular knife under four inches should be             |
| 14:27:37 | 19 | treated as a deadly or dangerous weapon?                 |
| 14:27:39 | 20 | MR. PEPE:   Objection.                                    |
| 14:27:40 | 21 | MS. HESSION:  Objection, objection                        |
| 14:27:41 | 22 | to the form.                                             |
| 14:27:41 | 23 | A.    In those two circumstances they                    |
| 14:27:43 | 24 | would be permitted.                                      |
| 14:27:46 | 25 | Q.    But apart from those two exceptions                 |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 210

|  | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 14:27:48 | 2 | did FAA regulations as in effect on 9/11 permit |
| 14:27:51 | 3 | knives with a blade length of less than four |
| 14:27:54 | 4 | inches to enter the sterile area? |
| 14:27:58 | 5 | MR. ELSNER:  Objection. |
| 14:28:00 | 6 | MR. PEPE:   Objection. |
| 14:28:00 | 7 | A.    Of less than four inches, yes. |
| 14:28:02 | 8 | Q.    Under the FAA regulations in effect |
| 14:28:04 | 9 | on 9/11, did the FAA maintain any list or |
| 14:28:06 | 10 | compilation of local laws pertaining to the |
| 14:28:10 | 11 | carriage of knives by members of the general |
| 14:28:12 | 12 | public? |
| 14:28:14 | 13 | A.    Not that I'm aware of, sir. |
| 14:28:17 | 14 | Q.    Are you aware of any Massachusetts, |
| 14:28:20 | 15 | state or local law in force on 9/11 that |
| 14:28:24 | 16 | prohibited members of the general public from |
| 14:28:27 | 17 | possessing or carrying Swiss Army knives? |
| 14:28:32 | 18 | MR. WARDEN:   Objection. |
| 14:28:32 | 19 | A.    I was not aware of that law. |
| 14:28:35 | 20 | Q.    Leatherman multitools? |
| 14:28:37 | 21 | MR. PEPE:   Objection. |
| 14:28:37 | 22 | A.    I was not aware of that, sir. |
| 14:28:39 | 23 | Q.    Pocket utility knives? |
| 14:28:42 | 24 | MR. ELSNER:  Objection. |
| 14:28:44 | 25 | Q.    You have to answer audibly.  You |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 212

|            |    |                                                           |
|------------|----|-----------------------------------------------------------|
|            | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL           |
| 14:29:29   | 2  | Q.    My last local law, New Jersey.  Are                 |
| 14:29:31   | 3  | you aware of any New Jersey state or local law            |
| 14:29:36   | 4  | in force on 9/11 that prohibited members of the           |
| 14:29:39   | 5  | general public from possessing or carrying Swiss          |
| 14:29:43   | 6  | Army knives?                                              |
| 14:29:44   | 7  | A.    I am not aware of one.                              |
| 14:29:45   | 8  | Q.    Leatherman multitools?                              |
| 14:29:47   | 9  | A.    Not aware of it, sir.                               |
| 14:29:48   | 10 | Q.    Pocket utility knives?                              |
| 14:29:49   | 11 | A.    Have no awareness.                                  |
| 14:29:51   | 12 | Q.    Box cutters?                                        |
| 14:29:52   | 13 | A.    Was not aware, sir.                                 |
| 14:29:55   | 14 | Q.    Under the ACSSP and the FAA deadly                  |
| 14:30:00   | 15 | or dangerous weapons guidelines as in effect on           |
| 14:30:03   | 16 | 9/11, if a screener discovered a knife with a             |
| 14:30:08   | 17 | blade length under four inches during a                   |
| 14:30:10   | 18 | screening process, and there was no indication            |
| 14:30:13   | 19 | that it was unlawful for members of the general           |
| 14:30:15   | 20 | public to carry that type of knife under local            |
| 14:30:18   | 21 | law, was the screener free to return that knife           |
| 14:30:22   | 22 | to the passenger unless he found that particular          |
| 14:30:25   | 23 | knife threatening?                                        |
| 14:30:26   | 24 | MR. PEPE:  Objection.                                     |
| 14:30:27   | 25 | MS. VARGAS:   Objection.                                  |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 213

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL           |
| 14:30:28 | 2  | A.      Yes, sir.                                         |
| 14:30:29 | 3  | Q.      By free to return, I mean free to                |
| 14:30:31 | 4  | return it to the passenger and the passenger             |
| 14:30:34 | 5  | could take it into the sterile area?                     |
| 14:30:35 | 6  | A.      The caveat it was under four                     |
| 14:30:37 | 7  | inches?                                                  |
| 14:30:38 | 8  | Q.      Yes.                                             |
| 14:30:38 | 9  | A.      Yes.                                             |
| 14:30:46 | 10 | MR. PODESTA:   I would like to have                      |
| 14:30:48 | 11 | marked as the next exhibit TSA 11526.  This is           |
| 14:30:51 | 12 | an SSI exhibit.  I think this is part of a three         |
| 14:31:00 | 13 | page exhibit, so what I am introducing is TSA            |
| 14:31:04 | 14 | 11526 through TSA 11528 the reporter tells me            |
| 14:31:17 | 15 | this is SSI Exhibit 18.                                  |
| 14:31:17 | 16 | (Deposition Exhibit SSI 18                               |
| 14:31:17 | 17 | for identification, Knives and Sharp Objects, no         |
| 14:31:42 | 18 | production.)                                             |
| 14:31:42 | 19 | Q.      It is a document dated September                 |
| 14:31:44 | 20 | 16, 2001 and bears the caption Knives And Sharp          |
| 14:31:49 | 21 | Objects.  It has apparently a distinguished              |
| 14:31:53 | 22 | author, a Bob Cammaroto.                                 |
| 14:31:56 | 23 | MS. VARGAS:    Objection,                                |
| 14:31:57 | 24 | foundation.                                              |
| 14:32:00 | 25 | A.      I second the objection.                          |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 234

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 15:01:34 | 2 | MR. PODESTA:    As to the |
| 15:01:35 | 3 | consideration.  Yes. |
| 15:01:36 | 4 | MR. PEPE:   Objection to the form. |
| 15:01:37 | 5 | A.      The FAA took that into |
| 15:01:39 | 6 | consideration and made that one of the factors |
| 15:01:41 | 7 | in its decision not to modify the maximum |
| 15:01:44 | 8 | length. |
| 15:01:45 | 9 | Q.      Before 9/11 was the FAA aware that |
| 15:01:49 | 10 | it was possible for terrorists to improvise |
| 15:01:53 | 11 | small cutting implements once they were inside |
| 15:01:55 | 12 | the sterile area? |
| 15:01:58 | 13 | A.      Yes, sir. |
| 15:02:00 | 14 | Q.      For example, prior to 9/11 were |
| 15:02:01 | 15 | wine bottles permitted inside the sterile area? |
| 15:02:06 | 16 | A.      Yes, sir. |
| 15:02:09 | 17 | Q.      Prior to 9/11 under the FAA |
| 15:02:11 | 18 | regulations in force, could items in glass |
| 15:02:14 | 19 | bottles be purchased inside the sterile area at |
| 15:02:17 | 20 | many domestic airports? |
| 15:02:19 | 21 | A.      Yes, sir. |
| 15:02:20 | 22 | Q.      Isn't it relatively easy for a |
| 15:02:28 | 23 | trained terrorist to convert a wine bottle into |
| 15:02:30 | 24 | a weapon? |
| 15:02:31 | 25 | MR. MIGLIORI:  Objection. |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 235

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 15:02:32 | 2 | MR. PEPE:  Objection. |
| 15:02:33 | 3 | MS. VARGAS:   Objection. |
| 15:02:34 | 4 | MR. PODESTA:  He testified on the |
| 15:02:35 | 5 | subject. |
| 15:02:37 | 6 | A.    A wine bottle could be used as a |
| 15:02:39 | 7 | weapon.  It could be made to be used as a |
| 15:02:41 | 8 | weapon. |
| 15:02:41 | 9 | Q.    I would like to direct you Mr. |
| 15:02:45 | 10 | Moussaoui -- Mr. Cammaroto, pardon the insult. |
| 15:02:50 | 11 | Although maybe that is a good idea, maybe I will |
| 15:02:52 | 12 | depose him, too. |
| 15:02:54 | 13 | A.    That is not a Freudian slip there. |
| 15:02:57 | 14 | Q.    I direct you testimony to pages |
| 15:03:01 | 15 | 1879 and 1880 of your Moussaoui trial testimony |
| 15:03:11 | 16 | starting at the question page 1879 line 23 and |
| 15:03:23 | 17 | continuing to 1880.  The question you |
| 15:03:40 | 18 | answered -- I believe this is cross-examination |
| 15:03:41 | 19 | by defense counsel.  "In fact all you can take |
| 15:03:45 | 20 | glass -- you can take glass bottles on to an |
| 15:03:48 | 21 | airplane; couldn't you? |
| 15:03:49 | 22 | "Answer: Especially if they were |
| 15:03:51 | 23 | empty, yes, sir. |
| 15:03:52 | 24 | "Question: Especially what? |
| 15:03:53 | 25 | "Answer: Especially if they were |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 236

|  |  |  |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 15:03:55 | 2 | empty, sure. |
| 15:03:56 | 3 | "Question:  Well, you could take |
| 15:03:57 | 4 | them on if they were full, if they were unopened |
| 15:04:00 | 5 | you could take glass bottles on? |
| 15:04:02 | 6 | "Answer: If they were sealed yes, |
| 15:04:04 | 7 | sir. |
| 15:04:04 | 8 | "Question: In fact you could take |
| 15:04:06 | 9 | an unopened bottle of wine onto an airplane; |
| 15:04:09 | 10 | couldn't you? |
| 15:04:13 | 11 | "Answer:  Yes, you could. |
| 15:04:14 | 12 | "Question: And in fact the |
| 15:04:15 | 13 | Vineyards would sell carrying cases you can take |
| 15:04:19 | 14 | right on to the airplane, right?  You can put |
| 15:04:22 | 15 | three bottles on and take them in." |
| 15:04:24 | 16 | Your answer was "Unfortunately I |
| 15:04:26 | 17 | never had the pleasure of visiting the wine |
| 15:04:28 | 18 | country. |
| 15:04:29 | 19 | "Question:  You never had the |
| 15:04:30 | 20 | pleasure, but you seem to know I can walk up |
| 15:04:33 | 21 | with my little case of three from the Sonoma |
| 15:04:35 | 22 | Valley and walk onto an airplane in those days |
| 15:04:38 | 23 | in San Francisco and put it on that conveyor |
| 15:04:41 | 24 | belt we saw and have it just go on through and |
| 15:04:44 | 25 | nobody -- is that right? |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 237

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

15:04:45    2    "Answer: I was going to say that is

15:04:47    3    probably fair.

15:04:48    4    "Question: And nobody would object

15:04:49    5    to it?

15:04:50    6    "Answer: I would think you're

15:04:51    7    right. I think somebody would have probably done

15:04:53    8    what we called the bottle check in those days to

15:04:55    9    make sure it didn't contain gasoline or

15:04:58    10    something like that, so they weren't just

15:04:59    11    completely ignored."

15:05:01    12    It goes on "Right, but it was in

15:05:03    13    terms of being a potential weapon there was no

15:05:05    14    prohibition on it?"

15:05:07    15    Your answer was "Once it had been

15:05:09    16    determined not to be other than what it

15:05:11    17    purported to be, yes."

15:05:12    18    Did you give those answers  in

15:05:14    19    response to those questions in your Moussaoui

15:05:16    20    testimony.

15:05:16    21    MR. TOMASIK:   Objection.

15:05:17    22    MR. PEPE:   Objection.

15:05:18    23    A.    Yes, sir.

15:05:19    24    Q.    Do you believe them to be truthful

15:05:21    25    and accurate to the best of your ability?

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 238

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 15:05:22 | 2 | MR. PEPE:   Objection. |
| 15:05:23 | 3 | A.    Yes, sir. |
| 15:05:26 | 4 | Q.    Can a wine bottle be turned into a |
| 15:05:27 | 5 | weapon in a matter of seconds, Mr. Cammaroto? |
| 15:05:31 | 6 | MR. TOMASIK:   Objection. |
| 15:05:31 | 7 | MS. VARGAS:   Objection. |
| 15:05:32 | 8 | A.    A wine bottle can be used as a |
| 15:05:35 | 9 | weapon, yes, sir. |
| 15:05:46 | 10 | Q.    On page 1881 of your testimony in |
| 15:05:52 | 11 | this wine bottle sequence question if you know |
| 15:05:54 | 12 | perfectly well I can turn that into a weapon in |
| 15:05:57 | 13 | a matter of seconds; right?"  Your answer "I |
| 15:06:00 | 14 | imagine it could be, yes." |
| 15:06:02 | 15 | Did you give that answer at your |
| 15:06:04 | 16 | Moussaoui trial testimony? |
| 15:06:05 | 17 | MR. PEPE:   Objection, hearsay. |
| 15:06:06 | 18 | A.    Are you talking about lines -- |
| 15:06:09 | 19 | Q.    17 through 19 on 1881. |
| 15:06:15 | 20 | A.    Yes, sir, I see that.  Yes. |
| 15:06:17 | 21 | Q.    Was that truthful and accurate to |
| 15:06:19 | 22 | the best of your ability? |
| 15:06:20 | 23 | A.    Yes, sir. |
| 15:06:22 | 24 | Q.    Many bar fight has provided the |
| 15:06:24 | 25 | dangers of a broken bottle; hasn't it? |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 239

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 15:06:27 | 2 | MS. VARGAS:    Objection. |
| 15:06:28 | 3 | MR. TOMASIK:   Objection. |
| 15:06:29 | 4 | MS. VARGAS:    The FAA is not |
| 15:06:30 | 5 | testifying as to the dangers of bar fights. |
| 15:06:35 | 6 | Q.    A sharp edge broken bottle could be |
| 15:06:37 | 7 | a dangerous weapon, could it not, if the |
| 15:06:40 | 8 | terrorist had the advantage of surprise in |
| 15:06:42 | 9 | confronting a flight attendant in the close |
| 15:06:45 | 10 | quarters of an airport cabin? |
| 15:06:47 | 11 | MR. PEPE:   Objection. |
| 15:06:48 | 12 | MS. VARGAS:    Objection. |
| 15:06:48 | 13 | A.    Yes, sir. |
| 15:07:00 | 14 | Q.    Going back to Exhibit 771, there is |
| 15:07:01 | 15 | a category rationales that may or may not have |
| 15:07:04 | 16 | formed a basis for FAA's decision to maintain |
| 15:07:07 | 17 | the four inch rule. |
| 15:07:10 | 18 | Did your investigation reveal any |
| 15:07:12 | 19 | rationales for the -- any possible reasons for |
| 15:07:17 | 20 | the four inch knife rule you could not either |
| 15:07:20 | 21 | definitively rule in or rule out as being a |
| 15:07:23 | 22 | reason for the rule? |
| 15:07:26 | 23 | MR. MIGLIORI:  Objection. |
| 15:07:27 | 24 | MS. VARGAS:    Objection to the |
| 15:07:28 | 25 | form. |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 245

|        |    |                                                      |
|--------|----|------------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 15:12:44 | 2  | average passenger? |
| 15:12:45 | 3  | A.    There is no study on that that I'm |
| 15:12:47 | 4  | aware of, sir. |
| 15:12:48 | 5  | Q.    Prior to 9/11 did the FAA conduct |
| 15:12:51 | 6  | any analysis of the effect of a prohibition of |
| 15:12:53 | 7  | short bladed knives on  checkpoint congestion |
| 15:12:57 | 8  | and length of passenger lines at security |
| 15:13:00 | 9  | checkpoints? |
| 15:13:00 | 10 | A.    Not that I'm aware of, sir. |
| 15:13:03 | 11 | Q.    As of 9/11 had the FAA made a |
| 15:13:06 | 12 | deliberate decision to permit entry of most |
| 15:13:09 | 13 | short bladed knives into the sterile area and to |
| 15:13:11 | 14 | permit their carriage on board commercial |
| 15:13:14 | 15 | passenger aircraft? |
| 15:13:16 | 16 | MS. HESSION:  Objection to the |
| 15:13:17 | 17 | form. |
| 15:13:17 | 18 | MS. VARGAS:   Objection. |
| 15:13:17 | 19 | A.    What we had determined and |
| 15:13:19 | 20 | memorialized through the language in the SSP is |
| 15:13:22 | 21 | that four inch test was the bellwether. |
| 15:13:27 | 22 | Q.    Prior to 9/11 did the FAA consider |
| 15:13:30 | 23 | a prohibition on the entry of all short bladed |
| 15:13:33 | 24 | knives into the sterile area to be reasonably |
| 15:13:37 | 25 | necessary for the security of the traveling |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 246

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 15:13:39 | 2 | public? |
| 15:13:40 | 3 | A.    Sorry, I ask you repeat that. |
| 15:13:42 | 4 | Q.    Yes.  Prior to 9/11 did the FAA |
| 15:13:44 | 5 | consider a prohibition on the entry of all short |
| 15:13:47 | 6 | bladed knives into the sterile area to be |
| 15:13:51 | 7 | reasonably necessary for the security of the |
| 15:13:53 | 8 | traveling public? |
| 15:13:55 | 9 | A.    It did not. |
| 15:14:01 | 10 | MR. PEPE:  Move to strike. |
| 15:14:02 | 11 | Q.    Prior to 9/11 did the FAA have the |
| 15:14:04 | 12 | authority to prohibit the entry of all short |
| 15:14:08 | 13 | bladed knives into the sterile area if it had |
| 15:14:11 | 14 | considered such a prohibition to be necessary, |
| 15:14:14 | 15 | reasonably necessary for protection of the |
| 15:14:17 | 16 | traveling public? |
| 15:14:17 | 17 | MR. PEPE:  Objection. |
| 15:14:18 | 18 | MR. TOMASIK:  Objection. |
| 15:14:19 | 19 | A.    Yes, sir, we had that authority. |
| 15:14:25 | 20 | MR. PODESTA:  I would like to have |
| 15:14:26 | 21 | now marked as Exhibit TSA 11524.  This is a |
| 15:14:55 | 22 | restricted use document. |
| 15:14:56 | 23 | (Deposition Exhibit SSI 19 |
| 15:15:14 | 24 | for identification, FAA Position on Box Cutters, |
| 15:14:27 | 25 | production numbers TSA 11524.) |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 360

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL     |
| 17:47:42 | 2  | form.                                              |
| 17:47:42 | 3  | MS. VARGAS:    Objection to the                    |
| 17:47:43 | 4  | form, foundation.                                  |
| 17:47:44 | 5  | MR. CAMPBELL:   Objection to the                   |
| 17:47:44 | 6  | form.                                              |
| 17:47:44 | 7  | A.    Sir, I am going to stick with the            |
| 17:47:46 | 8  | not inconsistent.                                  |
| 17:47:48 | 9  | Q.    Okay.  I tried.                              |
| 17:48:20 | 10 | I think Mr. Podesta asked you about                |
| 17:48:22 | 11 | some of your testimony in the Moussaoui trial      |
| 17:48:26 | 12 | where you indicated what the FAA could have done   |
| 17:48:31 | 13 | if it had some specific intelligence in the way    |
| 17:48:35 | 14 | of additional countermeasures.  Do you remember    |
| 17:48:37 | 15 | those questions?                                   |
| 17:48:38 | 16 | A.    I remember the general line of               |
| 17:48:40 | 17 | questioning, yes, sir.                             |
| 17:48:41 | 18 | Q.    Sorry, you remember what?                    |
| 17:48:42 | 19 | A.    The general line of questioning, I           |
| 17:48:44 | 20 | don't know --                                      |
| 17:48:45 | 21 | Q.    I don't want to repeat all of                |
| 17:48:47 | 22 | those.  But I want to make sure you have the       |
| 17:48:49 | 23 | line of questions in context of my next question   |
| 17:48:50 | 24 | okay.                                              |
| 17:48:51 | 25 | A.    Yes, sir.  Thank you.                        |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 361

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

17:48:55    2         Q.    You were talking about

17:48:56    3    countermeasures the FAA itself could have

17:48:59    4    specifically required the airlines to follow by

17:49:03    5    issuing SDs, Security Directives; correct?

17:49:07    6         A.    That's correct, yes, sir.

17:49:08    7         Q.    Would it be a fair statement that

17:49:13    8    all of the examples of additional

17:49:15    9    countermeasures that the FAA could have required

17:49:17    10    before September 11, 2001 were feasible as far

17:49:20    11    as you were concerned?

17:49:21    12              MR. CAMPBELL:   Objection to the

17:49:23    13    form.

17:49:23    14              MR. PODESTA:   Objection to the

17:49:23    15    form.

17:49:23    16              MS. VARGAS:   Objection to the

17:49:24    17    form.

17:49:27    18         A.    Do you mean the contingency

17:49:29    19    measures in Appendix XV?

17:49:31    20         Q.    No.  I actually mean --

17:49:34    21              MS. VARGAS:   Refer him to the

17:49:35    22    pages of the Moussaoui testimony for

17:49:37    23    clarification as to the countermeasures.

17:49:41    24         Q.    Sure.  In your testimony in

17:49:42    25    Moussaoui at page 1845 to 1846 you talk about

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 362

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

17:49:49    2    prohibiting blades shorter than four inches.

17:49:56    3         A.    Yes, sir.

17:49:57    4         Q.    On page 1853 you talk about

17:50:04    5    additional screening measures in the form of

17:50:07    6    pat-down and physical searches in following

17:50:10    7    walk-through metal detector.  Do you see that?

17:50:17    8         A.    Yes, sir.

17:50:17    9         Q.    On page 1859 in your Moussaoui

17:50:19    10    testimony you talk about changing the

17:50:22    11    sensitivity of the walk-through metal detectors

17:50:24    12    for smaller metallic items; right?

17:50:27    13         A.    I am looking there, sir. Yes, sir.

17:50:32    14         Q.    All of those countermeasures were

17:50:36    15    feasible, put differently all of those

17:50:39    16    particular actions could have been done before

17:50:42    17    September 11, 2001, it is just that the FAA did

17:50:48    18    not have specific intelligence to direct them to

17:50:50    19    be done; am I right?

17:50:52    20              MS. VARGAS:    Objection.

17:50:55    21    Speculative and it calls for opinion testimony.

17:50:58    22              MR. PODESTA:    Also object it is

17:51:00    23    outside the topic.  It is getting into the

17:51:02    24    threat assessment.

17:51:03    25              MS. VARGAS:    I don't believe we

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 363

1        ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

17:51:04    2        are getting into threat assessments.  I disagree

17:51:07    3        with you, Mr. Podesta.  But I am going to

17:51:12    4        instruct the witness not to answer.  It's

17:51:16    5        speculative as to what the FAA could or could

17:51:17    6        not have done in a particular situation that was

17:51:22    7        not presented to it.

17:51:22    8                    MR. PODESTA:   I will accept that.

17:51:23    9            Q.    I am not asking what the FAA could

17:51:25    10       have done.  I apologize if I conveyed that.  I

17:51:27    11       am asking Mr. Cammaroto if the airlines could

17:51:33    12       have carried out those countermeasures before

17:51:36    13       September 11, 2001, that is was it feasible for

17:51:40    14       the airlines to carry out the countermeasures

17:51:42    15       that you mentioned in your Moussaoui testimony?

17:51:44    16                   MR. PODESTA:   Objection,

17:51:45    17       speculation and outside the topic.

17:51:48    18                   MR. ELLIS:  Can you specify for

17:51:49    19       record what countermeasures we are referring to

17:51:51    20       just so we are clear on the record?

17:51:53    21                   MS. VARGAS:    Objection.

17:51:55    22                   MR. WARDEN:   I think I went

17:51:56    23       through them with Mr. Cammaroto in specific

17:51:59    24       pages in his testimony.  I am talking about

17:52:01    25       those specific pages and those specific

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 364

|  |  |  |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:52:03 | 2 | countermeasures. |
| 17:52:03 | 3 | MR. ELLIS:  Just so we are clear on |
| 17:52:05 | 4 | the record, can we identify what the |
| 17:52:06 | 5 | countermeasures were?  There were a lot of |
| 17:52:09 | 6 | countermeasures that were list. |
| 17:52:12 | 7 | Q.    Let me ask Mr. Cammaroto if he can |
| 17:52:13 | 8 | answer my question.  If he can't I will rephrase |
| 17:52:15 | 9 | it. |
| 17:52:16 | 10 | MS. VARGAS:    Can we repeat the |
| 17:52:17 | 11 | question back because I need to hear it. |
| 17:52:41 | 12 | (The pending question was read as |
| 17:52:41 | 13 | follows: |
| 17:51:24 | 14 | "Question:   I am not asking what |
| 17:51:24 | 15 | the FAA could have done.  I apologize if I |
| 17:51:27 | 16 | conveyed that.  I am asking Mr. Cammaroto if the |
| 17:51:32 | 17 | airlines could have carried out those |
| 17:51:34 | 18 | countermeasures before September 11, 2001, that |
| 17:51:38 | 19 | is was it feasible  for the airlines to carry |
| 17:51:41 | 20 | out the countermeasures that you mentioned in |
| 17:51:42 | 21 | your Moussaoui testimony?") |
| 17:52:42 | 22 | MR. PODESTA:   Objection to the |
| 17:52:42 | 23 | form, speculation and beyond the scope of the |
| 17:52:44 | 24 | witness' 30(b)(6) testimony. |
| 17:52:47 | 25 | MS. VARGAS:    Can we take a |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 366

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

17:54:53    2         Q.    When you gave your testimony in the

17:54:55    3    Moussaoui trial, you were testifying in I

17:54:59    4    believe, the sentencing phase of a man that had

17:55:02    5    been convicted of murder; weren't you?

17:55:04    6         A.    That's correct, sir.

17:55:06    7         Q.    And you were giving testimony about

17:55:07    8    what you considered as the witness was accurate

17:55:15    9    and true; weren't you?

17:55:16    10         A.    Yes, sir.

17:55:18    11         Q.    So when you suggested a number of

17:55:21    12    different countermeasures on pages 1845 to 6,

17:55:30    13    1852, 1853, 1859 and 1860 to 1861 of your

17:55:39    14    testimony, those were measures that you

17:55:41    15    considered were feasible if the FAA had had

17:55:47    16    sufficiently specific intelligence to require

17:55:52    17    them; correct?

17:55:54    18              MR. CAMPBELL:    Objection.

17:55:55    19         A.    They were measures that I testified

17:55:57    20    we could have imposed.  I would have a question

17:56:00    21    as to what feasibility means, but we could have

17:56:03    22    imposed them, yes, sir.

17:56:08    23              MR. PODESTA:    Imposed.

17:56:09    24              THE WITNESS:    Yes, sir.

17:56:10    25         Q.    The FAA could have imposed them on

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 367

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:56:12 | 2 | the airlines? |
| 17:56:12 | 3 | A.    That's correct. |
| 17:56:13 | 4 | Q.    Before September 11, 2001? |
| 17:56:15 | 5 | A.    Yes, sir. |
| 17:56:17 | 6 | Q.    And isn't it true the airlines |
| 17:56:18 | 7 | could have implemented all of those measures |
| 17:56:20 | 8 | themselves before September 11, 2001 -- |
| 17:56:23 | 9 | MR. PODESTA:   Objection. |
| 17:56:24 | 10 | Q.    -- if in the context of the |
| 17:56:26 | 11 | screening process they thought reasonable |
| 17:56:29 | 12 | judgement and caution required it? |
| 17:56:31 | 13 | MR. PODESTA:   Objection. |
| 17:56:33 | 14 | MR. CAMPBELL:   Objection to the |
| 17:56:34 | 15 | form. |
| 17:56:34 | 16 | MS. VARGAS:   Objection to the |
| 17:56:35 | 17 | form. |
| 17:56:35 | 18 | MR. PODESTA:   Outside the topic. |
| 17:56:40 | 19 | MS. VARGAS:  I am going to allow it |
| 17:56:41 | 20 | purely to the extent you're asking him for |
| 17:56:43 | 21 | interpretation of the good judgment requirements |
| 17:56:47 | 22 | of Appendix II which is authorized.  If you want |
| 17:56:49 | 23 | to ask him if the airlines under authority or |
| 17:56:53 | 24 | discretion they had under Appendix II they could |
| 17:56:56 | 25 | have imposed such a countermeasure, you can ask |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 374

1      ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

18:02:55    2          A.     It will just take a second.  It

18:03:12    3      reads "Information indicates a terrorist group

18:03:14    4      or other hostile entity with known capability of

18:03:16    5      attacking civil aviation is likely to carry out

18:03:20    6      attacks against U.S. targets with civil

18:03:21    7      disturbances with direct impact on civil

18:03:22    8      aviation have begun or are imminent."  So yes,

18:03:25    9      sir.

18:03:27   10          Q.     So the answer to my question is,

18:03:28   11      yes, AVSEC Level III is there is a known

18:03:32   12      terrorist group with known capability that is

18:03:34   13      likely to attack civil aviation in the United

18:03:37   14      States?

18:03:37   15              MS. VARGAS:    Objection, he read

18:03:38   16      the precise language of the AVSEC Alert Level

18:03:42   17      III.  That is the language.

18:03:44   18          A.     Yes, sir.

18:03:47   19          Q.     When you answered Mr. Podesta's

18:03:49   20      question, AVSEC Level III was the environment,

18:03:54   21      you meant the environment was there was a known

18:03:57   22      terrorist group capable of attacking and likely

18:04:01   23      to do so.  That was the environment pre 9/11,

18:04:05   24      2001; correct?

18:04:07   25              MR. PODESTA:    Objection.

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 375

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

18:04:07    2                MR. CAMPBELL:    Objection to the

18:04:08    3    form.

18:04:08    4          A.    Yes, sir.

18:04:09    5          Q.    That was the context the airlines

18:04:11    6    had to take into account in exercising good

18:04:14    7    judgment in the whole screening process;

18:04:18    8    correct?

18:04:18    9          A.    Yes, sir.

18:04:20    10                MR. WARDEN:    Shall we stop for the

18:04:23    11    evening.

18:04:23    12                MS. VARGAS:    That would be good.

18:04:28    13                MS. WINTER:    I want to remind all

18:04:29    14    counsel they are to pass up all SSI documents

18:04:32    15    that were copies or marked today and none of

18:04:34    16    those SSI documents are to leave this room.

18:04:39    17

18:04:41    18

18:04:44    19                (Continued on following page.)

20

21

22

23

24

25

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

# In The Matter Of:

*IN RE SEPTEMBER 11 LITIGATION*

_____

### ROBERT J. CAMMAROTO
*February 12, 2008*

_____

## *HIGHLY CONFIDENTIAL/ CONFIDENTIAL SSI MATERIAL*
## *TC REPORTING in affliation with Merrill*
*25 West 45TH Street - Suite 900*
*New York, NY 10036*
*PH: 516-795-7444 / FAX: 212-692-9171*

**CAMMAROTO, ROBERT J. - Vol. 2**

HIGHLY CONFIDENTIAL

Page 618

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL    |
| 14:39:48 | 2  |         Q.    Now, and as you testified            |
| 14:39:50 | 3  | yesterday, the FAA actually considered the         |
| 14:39:53 | 4  | possibility of changing the four inch knife rule   |
| 14:39:56 | 5  | back in 1993; isn't that correct?                  |
| 14:40:00 | 6  |             MR. TOMASIK:   Objection.              |
| 14:40:01 | 7  |         A.    That's correct, sir.                 |
| 14:40:02 | 8  |         Q.    The FAA decided in 1993 that it      |
| 14:40:05 | 9  | should not change the four inch knife rule;        |
| 14:40:08 | 10 | isn't that correct?                                |
| 14:40:08 | 11 |             MR. PEPE:   Objection.                 |
| 14:40:09 | 12 |             MR. TOMASIK:   Objection, asked and    |
| 14:40:10 | 13 | answered.                                          |
| 14:40:10 | 14 |         A.    Yes, sir.                            |
| 14:40:13 | 15 |         Q.    And that decision by the FAA not to  |
| 14:40:16 | 16 | change the four inch knife rule was based at       |
| 14:40:19 | 17 | least in part on the view of persons within the    |
| 14:40:21 | 18 | FAA to change -- that changing the rule would      |
| 14:40:25 | 19 | not appreciably improve aviation security; isn't   |
| 14:40:28 | 20 | that correct?                                      |
| 14:40:29 | 21 |             MR. PEPE:   Objection, form.           |
| 14:40:30 | 22 |             MR. TOMASIK:   Objection.              |
| 14:40:31 | 23 |             MS. VARGAS:   Objection, asked and     |
| 14:40:31 | 24 | answered.                                          |
| 14:40:33 | 25 |         A.    Yes, sir.                            |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 619

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 14:40:33 | 2 | Q.    Is it fair to say, Mr. Cammaroto |
| 14:40:34 | 3 | that prior to 9/11 the FAA did not regard knives |
| 14:40:39 | 4 | with blades under four inches long as a high |
| 14:40:42 | 5 | priority threat item in terms of aviation |
| 14:40:45 | 6 | security? |
| 14:40:46 | 7 | MR. PEPE:   Objection. |
| 14:40:46 | 8 | MS. VARGAS:   Objection to the |
| 14:40:47 | 9 | form. |
| 14:40:47 | 10 | MR. MIGLIORI:  Objection. |
| 14:40:49 | 11 | A.    Well I believe that is the language |
| 14:40:51 | 12 | in the, in some of the documents, yes, sir. |
| 14:40:55 | 13 | Q.    Now, I would like to direct your |
| 14:40:56 | 14 | attention back to appendices or ask you some |
| 14:41:00 | 15 | questions about Appendices I and II of the |
| 14:41:03 | 16 | ACSSP.  Which is Exhibit 2D. |
| 14:41:22 | 17 | A.    You said Appendix I and II? |
| 14:41:24 | 18 | Q.    I and II, yes. |
| 14:41:25 | 19 | A.    I have Appendix I.  Yes, sir, go |
| 14:41:30 | 20 | ahead. |
| 14:41:30 | 21 | Q.    Now, Appendixes I and II relate to |
| 14:41:38 | 22 | checkpoint screening guidelines; do they not? |
| 14:41:41 | 23 | A.    Yes, sir. |
| 14:41:44 | 24 | Q.    And Appendix I and II are intended |
| 14:41:47 | 25 | by the FAA for use primarily by individuals |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 638

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

15:00:33    2    government's counsel:

15:00:35    3    "Question: Now did FAA have its own

15:00:38    4    intelligence unit that would collect this

15:00:39    5    information from the other agencies?"

15:00:44    6    The transcript records your answer

15:00:45    7    as "Yes, we had a really robust and intelligence

15:00:51    8    group of folks."

15:00:55    9    MS. VARGAS:   I think you misread

15:00:56    10    it.  Excellent.

15:01:01    11    MR. PODESTA:   What did I say?

15:01:02    12    MS. VARGAS:   Intelligence.

15:01:03    13    Q.   Your answer is even better.  "Yes,

15:01:05    14    we had a really robust and excellent group of

15:01:07    15    folks." Do you recall giving that answer?

15:01:09    16    A.   I do.  I further say that they were

15:01:11    17    both intelligent and excellent, sir.

15:01:13    18    Q.   Very good.  Thank you.

15:01:14    19    MS. VARGAS:   Don't elaborate, Bob.

15:01:17    20    Q.   Yes, don't volunteer.

15:01:21    21    Now, you were also asked yesterday

15:01:23    22    about your testimony at the Moussaoui trial with

15:01:27    23    respect to the steps you indicated the FAA could

15:01:29    24    have implemented if it had received certain

15:01:32    25    information about the Al Qaeda plot from Mr.

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 639

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL        |
| 15:01:41 | 2  | Moussaoui pre 9/11, do you recall that?                |
| 15:01:43 | 3  | A.    Yes, sir, I did.                                  |
| 15:01:47 | 4  | Q.    And I'd just like to ask you to                  |
| 15:01:50 | 5  | take a look at page 1841 of the transcript             |
| 15:02:03 | 6  | specifically to the questions asked at page 10         |
| 15:02:05 | 7  | through 22 -- lines 10 through 22.                     |
| 15:02:07 | 8  | A.    Excuse me, I am on page 1841, what               |
| 15:02:11 | 9  | lines are you asking about?                            |
| 15:02:12 | 10 | Q.    10 to 22.  This time I am only                   |
| 15:02:15 | 11 | asking about a question.  "If I can continue           |
| 15:02:17 | 12 | then and ask you what type of countermeasures          |
| 15:02:19 | 13 | you could have employed if you received                |
| 15:02:21 | 14 | intelligence information that indicated that a         |
| 15:02:24 | 15 | person had been arrested at a flight school,           |
| 15:02:26 | 16 | taking inappropriate flight training, indicating       |
| 15:02:30 | 17 | that they were a member of Al Qaeda, that they         |
| 15:02:33 | 18 | were part of a larger plot to fly commercial           |
| 15:02:37 | 19 | airliners into buildings in the United States of       |
| 15:02:39 | 20 | America, and that that person, as well as              |
| 15:02:42 | 21 | others, were going to overcome and take control        |
| 15:02:44 | 22 | of the airplane through the use of short blade         |
| 15:02:49 | 23 | knives.  Could you explain to us what type of          |
| 15:02:52 | 24 | countermeasures you could, that were available         |
| 15:02:54 | 25 | to you that you could have employed as you did         |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 640

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 15:02:57 | 2 | in the past with, using perhaps Bojinka as an |
| 15:03:00 | 3 | example to counteract that threat?" |
| 15:03:03 | 4 | Do you recall being asked that |
| 15:03:03 | 5 | question at the Moussaoui trial? |
| 15:03:06 | 6 | MR. MIGLIORI:  Objection.  For the |
| 15:03:08 | 7 | record I do think this time that you have is |
| 15:03:11 | 8 | allotted for redirect.  That is something |
| 15:03:16 | 9 | responsive to a question that was brought up |
| 15:03:18 | 10 | by -- |
| 15:03:19 | 11 | MR. PODESTA:   Mr. Warden.  Who |
| 15:03:20 | 12 | spent a half hour on this topic. |
| 15:03:22 | 13 | MR. MIGLIORI:  No, we didn't.  In |
| 15:03:24 | 14 | fact we did not get into it, the substance of |
| 15:03:28 | 15 | the Moussaoui.  We think this is beyond cross |
| 15:03:33 | 16 | and beyond Touhy. |
| 15:03:34 | 17 | MS. VARGAS:   If he would like to |
| 15:03:35 | 18 | authenticate this, I am not going to permit |
| 15:03:38 | 19 | testimony beyond authentication but since Mr. |
| 15:03:40 | 20 | Warden did authenticate testimony right in this |
| 15:03:45 | 21 | very area of testimony, then I will let him |
| 15:03:48 | 22 | authenticate testimony.  But we are not going to |
| 15:03:50 | 23 | get into substance beyond that, it is beyond the |
| 15:03:53 | 24 | substance. |
| 15:03:53 | 25 | Q.    Do you recall being asked that |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 641

|  |  |  |
|---|---|---|
|  | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 15:03:55 | 2 | question at the Moussaoui trial? |
| 15:03:56 | 3 | A.    Yes, sir, I do. |
| 15:03:57 | 4 | Q.    Was it in that context, the context |
| 15:04:00 | 5 | of responding to that question that you |
| 15:04:02 | 6 | described the countermeasures that the FAA could |
| 15:04:04 | 7 | have implemented in response to this |
| 15:04:09 | 8 | information? |
| 15:04:10 | 9 | MS. VARGAS:   Objection. |
| 15:04:11 | 10 | MR. MIGLIORI:  Objection. |
| 15:04:11 | 11 | MS. VARGAS:   Do you have specific |
| 15:04:12 | 12 | testimony you would like him to authenticate, a |
| 15:04:15 | 13 | specific response to that question? |
| 15:04:16 | 14 | MR. PODESTA:   Yes.  All right. |
| 15:04:17 | 15 | MS. VARGAS:   If you would like to |
| 15:04:18 | 16 | go to a particular response, we can go to that. |
| 15:04:22 | 17 | Q.    You were asked at page 1845 line 8, |
| 15:04:32 | 18 | "All right, let's talk about what if any |
| 15:04:34 | 19 | countermeasures you could have used before |
| 15:04:36 | 20 | somebody got on a plane.  Specifically let's |
| 15:04:38 | 21 | talk about the use of the short blade knives. |
| 15:04:40 | 22 | What is it you could have done in relation to |
| 15:04:43 | 23 | prohibiting the four inch blades?"  Do you see |
| 15:04:47 | 24 | that question? |
| 15:04:48 | 25 | A.    I do, sir. |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 642

1   ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

15:04:49   2      Q.    Were you answering that question

15:04:52   3   based on the hypothetical from Mr. Novak that I

15:04:57   4   just read to you from pages 1841 lines 10

15:05:02   5   through 22 of the transcript?

15:05:03   6       MR. MIGLIORI:  That is not

15:05:05   7   authenticating.

15:05:06   8       MS. VARGAS:  Can you read the

15:05:07   9   whole four pages and ask --

15:05:09   10       MR. PODESTA:  Go ahead.

15:05:10   11       MS. VARGAS:  If you are limiting

15:05:11   12   the question to whether that answer is response

15:05:13   13   to that line of questioning, he can answer that

15:05:15   14   specific question.  But read all four pages.

15:05:18   15       Q.    Let me just read into the record

15:05:19   16   while you are doing that.  The answer you gave

15:05:21   17   at 1845 lines 13 through 22 was "We could have

15:05:27   18   modified the requirement that the air carriers

15:05:30   19   had at that time in the SSP.  There was an

15:05:32   20   Appendix 1 that said what items were prohibited

15:05:35   21   from going on board the aircraft, some general

15:05:38   22   categories, some very specific, but it did have

15:05:40   23   the exception that blades less than four inches

15:05:42   24   were permitted basically.  And we could have

15:05:45   25   said in a Security Directive, and that would

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 643

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

15:05:47   2    have been the appropriate vehicle, don't allow

15:05:49   3    any blades whatsoever.  And that would have, of

15:05:51   4    course had to be applied at the checkpoints."

15:05:54   5         Do you recall giving that testimony

15:05:55   6    at the Moussaoui trial?

15:05:56   7    A.    Sorry, sir, I was reading the

15:05:59   8    information.  Can I ask you to repeat that, I

15:06:03   9    apologize.

15:06:03   10        MS. VARGAS:   He will read it to

15:06:05   11   himself.

15:06:06   12   Q.    Read it to yourself and tell me if

15:06:08   13   you gave that answer.

15:06:09   14        MS.  VARGAS:   Read it to yourself,

15:06:10   15   Bob.

15:06:11   16   A.    How far did you want me to go to?

15:06:14   17        MS. VARGAS:   1845.

15:06:15   18   A.    1845.

15:06:16   19   Q.    Line 22.

15:06:54   20   A.    Okay.  I read to the question on

15:06:56   21   line 11 page 1845.  "What is it you could have

15:06:59   22   done in relation to prohibiting the four inch

15:07:02   23   blades?"

15:07:02   24   Q.    Yes.  Did you give the answer that

15:07:05   25   I just read into the transcript?

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 644

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 15:07:08 | 2 | MR. PEPE:  Objection. |
| 15:07:09 | 3 | MR. MIGLIORI:  Objection. |
| 15:07:09 | 4 | A.    Line 13 through line 22? |
| 15:07:11 | 5 | Q.    Yes. |
| 15:07:12 | 6 | A.    I will take a look, I stopped |
| 15:07:13 | 7 | reading it at that question. |
| 15:07:27 | 8 | Yes, sir, I did give that answer in |
| 15:07:29 | 9 | the context of what we could have done provided |
| 15:07:32 | 10 | information that allegedly Mr. Moussaoui had |
| 15:07:35 | 11 | withheld. |
| 15:07:38 | 12 | Q.    As the type of information that Mr. |
| 15:07:41 | 13 | Novak described in the transcript at page 1841, |
| 15:07:45 | 14 | lines 10 through 22; is that correct? |
| 15:07:49 | 15 | MS. HESSION:  Objection. |
| 15:07:56 | 16 | A.    It was in response to that line of |
| 15:07:58 | 17 | questioning, yes, sir. |
| 15:08:00 | 18 | Q.    Fine.  Thank you.  As a practical |
| 15:08:03 | 19 | matter, Mr. Cammaroto, do screeners have only a |
| 15:08:06 | 20 | limited amount of time to screen each passenger |
| 15:08:11 | 21 | passing through the security checkpoint? |
| 15:08:14 | 22 | MS. HESSION:  Objection. |
| 15:08:15 | 23 | MR. PEPE:  Objection to the form, |
| 15:08:16 | 24 | scope. |
| 15:08:17 | 25 | MS. VARGAS:  Objection to the |

5663124e-a92d-4ac6-a9a6-96f7453b3d78