UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN AIRLINES, INC., ET AL.,  :  07 Civ. 7051 (AKH)
    Plaintiffs,  :

  -against-  :  This document relates to:
                                                                         :  21 MC 101 (AKH)
FEDERAL BUREAU OF INVESTIGATION,  :
ET AL.,  :
    Defendants.  :

------------------------------------------------------------X

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for World Trade Center Properties LLC, 1 World Trade Center LLC, 3 World Trade Center LLC, and 7 World Trade Company, L.P. (collectively referred to herein as the "WTCP Plaintiffs") states that none of the parent corporations of any of the WTCP Plaintiffs are publicly held and that no publicly held corporations own 10% or more of any of the WTCP Plaintiffs.

Dated: New York, New York
       June 17, 2008

                                      FLEMMING ZULACK
                                      WILLIAMSON ZAUDERER LLP

                                      By: _____/s/_____
                                        Richard A. Williamson, Esq. (RW-3033)

                                     One Liberty Plaza, 35th Floor
                                     New York, New York 10006-1404
                                     (212) 412-9500

                                     Attorneys for WTCP Plaintiffs