# EXHIBIT 11

2-26-07 Oral Argument transcript - 21 MC 97

1

72QYWTCP
1   UNITED STATES DISTRICT COURT
1   SOUTHERN DISTRICT OF NEW YORK
2   -------------------------------x
2
3   IN RE: SEPTEMBER 11 LITIGATION
3
4                                       21 MC 97 (AKH)
4
5   IN RE:  SEPTEMBER 11 PROPERTY
5   DAMAGE AND BUSINESS LOSS
6   LITIGATION
6
7   -------------------------------x
7
8
9
10
11                                  February 26, 2007
11                                  10:20 a.m.
12
12
13
14
15  Before:
15
16          HON. ALVIN K. HELLERSTEIN
16
17                                  District Judge
17
18
19
20
21
22
23
24
25
            SOUTHERN DISTRICT REPORTERS, P.C.
                    (212) 805-0300

                                                        2
    72QYWTCP
1                           APPEARANCES
1
2   FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
2   Attorneys for WTCP
3        One Liberty Plaza
3        New York, New york
4   CATHI A. HESSION, ESQ.,
4   RICHARD A. WILLIAMSON, ESQ.,
5   JASON T. COHEN, ESQ.,
5        Of counsel
6
6
7   QUIRK AND BAKALOR, P.C.
7   Attorneys  for United Airlines
8        845 Third Avenue
8        New York, New York
9   JEFFREY J. ELLIE, ESQ.,
9        Of counsel
10
10

                        Page 1

2-26-07 Oral Argument transcript - 21 MC 97
```
 4  should have considered costs --
 5        THE COURT:  I don't know that anyone can argue that
 6  cost is not a factor.  Of course cost is a factor.  Not only
 7  cost, but amount of people in line, the whole context of the
 8  times.
 9        I won't go into this because none of the plaintiffs
10  are here, but I think the context is in all in a decision on
11  reasonableness.  But what other parties did or did not do is
12  not relevant.
13        MR. ELLIS:  Your Honor, forget about the wrongful
14  death plaintiffs, we are just talking about the property damage
15  plaintiffs that are here --
16        THE COURT:  I would think that if Mr. Williamson says
17  cost has no bearing on whether you do not, I probably would
18  object.
19        MR. ELLIS:  Your Honor, if that issue comes before the
20  jury, is there any more powerful evidence to drive home the
21  point that cost is an issue --
22        THE COURT:  I made my ruling on that point.
23        MR. ELLIS:  Fine, your Honor.
24        THE COURT:  And Mr. Williamson knows now the ground of
25  the objection.
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

14

```
    72QYWTCP
 1        MR. BARRY:  One last point, your Honor.
 2        THE COURT:  Yes, sir.
 3        MR. BARRY:  Direct assessment of the threat.  Fourteen
 4  years ago today the World Trade Center was bombed.  From 1993
 5  until 2001 what did World Trade Center do to assess the threat
 6  of --
 7        THE COURT:  That is going to be an issue with regard
 8  to people suing the World Trade Center, it's not an issue
 9  between them and you or what people have to prove or not prove.
10        MR. BARRY:  What if I got an admission from them that
11  that was the government's responsibility, not our
12  responsibility?
13        THE COURT:  That is their contention.
14        MR. BARRY:  What?
15        THE COURT:  That's their contention.
16        MR. BARRY:  That's our contention, it's a government
17  responsibility.
18        THE COURT:  I have to deal with it in terms of each
19  parties' contentions.  But what some party did or did not do or
20  may or may not be negligent in relation to that is not relevant
21  to my judgment to the situation of another party.
22        MR. BARRY:  I understand that's your ruling, Judge,
23  but threat assessment, foreseeability, if they agree with us
24  that threat assessment of a terrorist Islamic attack is the
25  government's function, that goes to our defense and I think to
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

15

```
    72QYWTCP
 1  preclude discovery on that issue is a very severe sanction.
 2        THE COURT:  It's not a sanction, it's a ruling.
 3        MR. BARRY:  Ruling.
 4        THE COURT:  All right.
 5        MR. BARRY:  Sanction comes next if I don't shut up.
 6        THE COURT:  No, no, not from me.
 7        All right.  So we are finished with this.
 8        Does anybody else have something to say?
```
Page 7