# EXHIBIT 16

# Table of Contents

| | Page |
|---|---|
| Foreword | 1 |
| 1999 In Review | 3 |
| **Geographic Overviews – Significant Criminal Acts Against Civil Aviation** | 7 |
|    Asia | 8 |
|    Central Eurasia | 14 |
|    Europe | 18 |
|    Latin America and the Caribbean | 24 |
|    Middle East and North Africa | 28 |
|    North America | 32 |
|    Sub-Saharan Africa | 36 |
| **Feature Articles** | 41 |
|    The Hijacking of Avianca Airlines Flight 9463 | 42 |
|    The Hijacking of All Nippon Airways Flight 61 | 44 |
|    The Hijacking of Indian Airlines Flight 814 | 47 |
| **Trends 1995-1999** | 49 |
|    Introduction | 50 |
|    Hijackings of Civil Aviation Aircraft | 52 |
|    Bombings/Attempted Bombings/Shootings on Civil Aviation Aircraft | 54 |
|    Shootings at In-Flight Aircraft | 55 |
|    Off-Airport Facility Attacks | 56 |
|    Attacks at Airports | 57 |
|    Commandeerings of Civil Aviation Aircraft | 59 |
|    Incidents Involving General Aviation/Charter Aviation | 60 |
| **Appendices** | 61 |
|    Appendix A  U.S.-Registered Air Carrier Hijacking Chronology, 1995-1999 | 62 |
|    Appendix B  Foreign-Registered Air Carrier Hijacking Chronology, 1995-1999 | 63 |
|    Appendix C  Bombings of Aircraft Chronology, 1995-1999 | 66 |
|    Appendix D  Chronology of Significant Acts Against Civil Aviation In 1999 By Date | 67 |
|    Appendix E  Chronology of Significant Acts Against Civil Aviation In 1999 By Category | 68 |
|    Appendix F  Total Incidents, 1995-1999 | 70 |
|    Appendix G  Politically-Motivated Incidents Involving Civil Aviation 1995-1999 | 73 |
| **Charts and Graphs** | 75 |

**May 12, 1999—Shooting at Aircraft—Angola**

An Antonov-26 aircraft was shot down by UNITA rebels. The privately-owned plane had been chartered by "Avita," an Angolan company, and was being used to transport food and other civilian cargo on domestic Angolan routes. The plane was shot down as it left the airport in Luzamba (in northern Angola) en route to Luanda. Initial reports indicated that all six occupants were killed. However, UNITA later issued a communique stating that they had captured three Russian crew members and were holding them hostage. The fate of the Angolan passengers on board the plane is unknown. Russian government sources called this incident an act of international terrorism.

**June 12, 1999—Commandeering—Congo Air Lines—Democratic Republic of Congo**

As Congolese armed forces were abandoning their positions to advancing rebel forces, approximately 100 Special Presidential Security Group soldiers boarded and seized a Congo Air Lines plane at Gemena Airport. The soldiers took with them as hostages women they had gathered from surrounding villages. The civilian passengers already on the plane were forced to disembark. Soldiers fired randomly in the air, causing general panic. The plane arrived the same day at Kinshasa's Ndjili Airport, where the unruly troops were subdued by authorities.

**August 29, 1999—Shooting at Aircraft—Ethiopia**

Two people on board a U.S.-registered Learjet 35 A aircraft were killed when their plane was shot down by Ethiopian military forces. The plane was en route from Naples, Italy, to Johannesburg, South Africa, via Luxor, Egypt, at the time of the shootdown. Ethiopian authorities stated that the plane had entered the country's northern no-fly zone near the border with Eriteria. ExecuJet Aviation Group, which owned the plane, insisted that a flight plan had been filed and all flight clearances had been obtained. The plane also carried a transponder, and the pilot was in contact with Eritrean air traffic control (ATC) before entering Ethiopian airspace.

The pilot, for unknown reasons, deviated from his flight plan and overflew the area cited as the no-fly zone in northern Ethiopia. The pilot also did not contact Ethiopian ATC ten minutes prior to entering Ethiopian airspace, as required by an Ethiopian-issued Notice To Airmen.

**October 11, 1999—Theft of Plane/Suicidal Pilot—Botswana \***

A grounded Air Botswana pilot took an ATR-42 turbo-prop passenger plane without permission and crashed it into the apron at Sir Seretse Khama International Airport in Gaborone. The pilot, who had been grounded by the airline's management because of his ill-health, was angry because the airline would not reinstate him.

After stealing the plane, the pilot began circling Gabarone. He then contacted the air traffic control center and indicated his intention to commit suicide. During the two hours that he circled the capital city, the pilot demanded to speak to Botswana's vice president, Ian Khama. As the pilot's call was about to be put through to Khama's office the plane began to run out of fuel. The pilot then began threatening to run into buildings or other targets on the ground. At one point, he contemplated crashing into the Air Botswana office building near the airport but decided against it when he learned there were people inside. Finally, the pilot gave authorities time to clear the area near the terminal, and he crash-landed into two other ATR planes sitting empty on the apron.

XC   043607

# The Hijacking of All Nippon Airways Flight 61

All Nippon Airways (ANA) flight 61 was hijacked by Yuji Nishizawa on July 23, 1999. The Boeing 747-400 aircraft carried 503 passengers and 14 crew on a domestic flight from Tokyo's Haneda Airport to Sapporo. On the morning of the hijacking, Nishizawa had taken two Japan Airlines (JAL) flights—from Tokyo to Osaka and back. He checked a bag containing two knives and carried another bag with him on the flight to Osaka. On the return flight to Tokyo, Nishizawa reportedly asked a flight attendant to allow him to see the cockpit of the 747-400 plane, probably to aid him in his plan. JAL authorizes cockpit tours on some flights, whereas ANA does not permit this practice on its domestic flights.

Upon returning to Haneda Airport, Nishizawa claimed his checked bag and proceeded to the ANA departure gate to present his ticket for flight 61. He was not required to exit the baggage claim area and re-enter through the normal departure ticketing and security procedures. In this way, Nishizawa was able to board flight 61 without having to pass through a screening checkpoint for carry-on bags. He carried with him his two bags, one of which contained the two knives.

ANA flight 61 departed Haneda Airport at 1123 hours (local). Approximately two minutes after takeoff, Nishizawa, seated in the aft section of the upper deck, stood up. When a flight attendant approached to tell him to be seated, he produced an 8-inch kitchen knife and demanded to be taken to the cockpit. He forced the flight attendant to knock on the door and pushed his way in when the door was opened. Once inside the cockpit, the hijacker ordered the First Officer to leave and then took his seat. Nishizawa gave the pilot instructions to fly to several different places: first, to Yokosuka, a U.S. Navy base south of Tokyo; then to Oshima in the Izu Islands south of Yokosuka; and finally to Yokota Air Base. Complying with the hijacker's demands, the pilot declared an emergency with Tokyo Flight Control at 1125 hours and turned the plane to the south. Meanwhile, the First Officer and flight attendants cleared most passengers from the upper deck. Several deadheading ANA crew members on board joined with the First Officer in attempting to hear what was taking place in the cockpit.

The pilot discussed heading and altitudes with Tokyo Flight Control between 1125 hours and 1146 hours. He kept the transmit button pressed to enable his conversations with Nishizawa to be heard. As the plane flew over Kanagawa Province en route to Yokota Air Base, Nishizawa reportedly asked to fly the plane. Some reports suggest that he also told the pilot that he wanted to land the plane at Yokota. When the pilot refused, Nishizawa began to stab him in the neck. The pilot sustained multiple stab wounds which resulted in such serious bleeding that he died almost instantly. As the attack was taking place, the plane repeatedly pitched to the left and right. Nishizawa took the controls from the co-pilot's seat and attempted to disengage the autopilot and descend into Yokota. The First Officer and others outside the door rushed into the flight deck when they heard the plane's ground proximity warning alarm. Nishizawa was subdued as he fumbled with the controls, and with the plane at an altitude of approximately 600

feet. One deadheading ANA pilot took control and stopped the steep dive, while others tied Nishizawa to a seat with neckties and belts. The First Officer then assumed control of the plane and returned to Haneda Airport, where all three runways had been closed in preparation for the emergency. The plane landed safely at 1216 hours. Upon arrival, police entered the plane and the hijacker was taken into custody. There were no other injuries to crew members or passengers.


Kyodo

It is believed that Nishizawa hijacked the plane because, in his perception, Haneda Airport officials had failed to heed his warnings about security problems. He had claimed that these problems made Japanese airliners easy prey for hijackers. Nishizawa, as a student, reportedly held a part-time cargo handling position at Haneda Airport and gained some familiarity with the airport's operations. According to Japanese Transport Ministry officials, Nishizawa, in a letter, pointed out faults in security measures at Japanese airports. He also reportedly demanded compensation for his "investigations" into security problems.

Nishizawa also reportedly told investigators that he hijacked the plane because he wanted to fly a jumbo jet. He boasted of his piloting ability in flight simulation games. It was his experience and familiarity with these games that may have led him to believe that he could safely pilot a large aircraft. Police suspect that Nishizawa's repeated playing of simulation games and reading aeronautics books played a role, not only in his decision to hijack the plane but also in a plan to fly a plane under the Rainbow Bridge, which crosses Tokyo Bay.

It remains unclear why Nishizawa wanted to be flown to Yokosuka or Yokota Air Base. Some reports suggest that he was going to force the plane to land at the air base and then commit suicide. Police speculate that he was going to use one of the two knives he carried to kill himself.

On December 19, 1999, Nishizawa pleaded guilty to hijacking the aircraft and to killing the pilot. His lawyers have insisted that he is mentally ill and suffered a nervous breakdown when he

committed the hijacking. Nishizawa faces a possible death penalty sentence, which is allowed under Japan's anti-hijacking law for incidents that result in fatalities.