# EXHIBIT 17

Westlaw.
9/14/00 BOSTONG A1

NewsRoom
Page 1

9/14/00 Boston Globe A1
2000 WLNR 2316065

Boston Globe (MA)
Copyright (c) 2000, Globe Newspaper Company

September 14, 2000

Section: National/Foreign

SUMMER GAMES STAFF ALERT TO TERRORISM

Mitchell Zuckoff, Globe Staff

SYDNEY - Eric Rudolph is presumably dead or still hiding in the dense forests of North Carolina, but the suspected Atlanta bomber continues to haunt the Olympics.

When the 2000 Summer Games begin with tomorrow's opening ceremonies, a small army of men, women, dogs, and machines will be on high alert to protect the Olympics and preserve Australia's terrorist-free reputation.

"This is the Southern Hemisphere's Fort Knox," Olympic spokeswoman Elsie Hasting said during a tour of Olympic Park, the Games' main venue. "Nothing will move around here without security people being aware of it."

Authorities expressed confidence they can keep the Games free from a repeat of the bloody 1972 siege by Palestinian terrorists in Munich. They say they are also prepared to counteract more than 100 other nightmare scenarios, such as the use of "biological, chemical, or radiological" weapons, the pirating of ocean liners, or the intentional crash of a hijacked jet.

Added to that list in recent days are possible clashes with anti-globalization protesters en route from Melbourne, where they staged three days of demonstrations at the Asia Pacific Economic Summit.

Peter Ryan, police commissioner for the state of New South Wales and head of Games security, promised that security teams would deal "very, very firmly" with demonstrators.

"We have applied the most sophisticated security approach to these Olympic Games ever," Ryan said this month. "We have done all we can humanly possible to ensure there is a trouble-free Games."

And yet, Ryan and other officials acknowledged that a lone bomber - particularly one who chooses a target near but not within the Olympic venues, as happened in Atlanta - poses a potentially unstoppable threat.

"The real danger will come, rather than from some huge, well-financed, well-resourced terrorist group . . . but from the individual nutter making a bomb in the basement or garage," said Graham Richardson, who oversees the Olympic Village. "That would be the kind of thing a police department would find almost impossible to prepare against."

That's not to say they aren't trying.

Olympic organizers have mounted what they call the largest security operation in Australian peacetime history. At the top of the security pyramid is Joint Task Force

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/14/00 BOSTONG A1                                                      Page 2

Gold, consisting of 1,000 elite army commandos, navy divers, a Black Hawk helicopter squadron, and other military personnel.

Also, the Olympic security force includes nearly 5,000 state police, 4,500 civilian security guards, 4,000 army troops, 3,500 fire and emergency service personnel, up to 3,500 volunteers, and a group of bomb-sniffing labradors. So many police have been called in that three dozen police stations in New South Wales will be effectively closed during the Games.

To bolster the response to any security threats, Australia's Parliament last week gave the military broad powers to help police combat civil unrest.

Military involvement in domestic affairs had been limited to national emergencies such as direct threats to the government.

In addition to general security, special precautions will be taken to protect about 60 VIPs, including heads of state, sports ministers, and royalty expected at the Games.

The main Olympic precinct, the 1,877-acre site at Homebush Bay, underwent a painstaking search before being sealed off Sept. 1. Since then, access has been limited to people with proper accreditation, all of whom must undergo vehicle and bag searches as well as inspections with metal detectors.

The same treatment awaits the estimated 500,000 people expected to converge here daily during the Games, which last through Oct. 1. Even the movements of most staff and volunteers will be limited to specific areas of the site.

Public concern about security has increased recently in the wake of several well-publicized incidents.

In May, police arrested a man with a Nazi fixation after finding explosive materials in his home near the Olympic site. Some of the materials were similar to those used in the 1995 Oklahoma City bombing that killed 168 people.

And last month, New Zealand police said they had evidence of a plot by Afghan refugees to blow up a nuclear research reactor in Sydney; Australian authorities said an investigation determined there was "no credible threat."

International police and security agencies have been helping Australia prepare for the Games, and US agents, from the Secret Service and the FBI, are on hand.

Bill Matthews, a special agent in the FBI's Salt Lake City bureau, said the FBI agents will act as observers and liaisons with Australian authorities.

Salt Lake City will be home to the 2002 Winter Games; and Matthews said the FBI is focusing on preventive measures for large-scale terrorism and violent acts by "lone wolves."

"You do the best you can to prepare against anything, but it is the irrational individual acting on his own who is hardest to prepare against," Matthews said.

That was allegedly the case four years ago in Atlanta, where a pipe-bomb explosion in Centennial Park killed one woman and injured more than 100 other people. Federal authorities are still searching for Rudolph, who in early 1998 disappeared into North Carolina's rugged, half-million-acre Nantahala National Forest.

The only other Olympic-related terrorist act, and the only one on Olympic grounds, was the 1972 hostage-taking by eight Palestinians, which led to the deaths of 11 Israelis. A stainless-steel panel inscribed with the names of the slain Israelis has been installed on a light tower outside the Olympic Stadium. Extra security has been devoted to the Israeli Olympic team.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/14/00 BOSTONG A1                                                      Page 3

   In the months leading up to the Olympics, security officials have focused on expected protests by Aborigines, indigenous Australians who have suffered two centuries of persecution. Aboriginal leaders have been seeking a government apology for a now-defunct policy of removing indigenous children from their families to be raised in institutions or by whites.

   The government's refusal to apologize had prompted some Aborigines to suggest disruptive uprisings during the Olympics, but in recent weeks Aboriginal leaders have been unanimous in advocating loud but peaceful demonstrations.

   Protest leaders at the Asia Pacific Economic Summit have said they plan to join Aborigines in demonstrating at the opening ceremonies, but it is not clear whether disruptions are planned.

   Adding to the security mix, there is one non-human concern: sharks in Sydney Harbor, site of the swimming portion of the triathalon. Prompted more by media alarms than actual danger - death by asteroid is statistically as likely as a fatal shark attack in the harbor - six divers equipped with electrical prods will patrol the waters during the competition.

   Under the broadest definition of security, Olympic organizers say they have ordered 100,000 condoms for free distribution in the Olympic Village, which will house about 15,000 athletes and coaches for the two-week Games.

   Other than staging the competitions, security is the biggest remaining challenge for Olympic organizers who are eager to prove their competence after years of often farcical missteps.

   In the seven years since Sydney won its bid to host the Games, organizers have stumbled into embarrassments over ticket distribution schemes, medal designs, and nepotism in the choice of torch-bearers. Then there were repeated cost overruns, a dispute over the inclusion of foreign youths in marching bands at the opening ceremonies, and seemingly endless reminders of the influence-peddling scandal that led to the resignation or expulsion of 10 members of the International Olympic Committee.

   The result has been a certain amount of Olympic fatigue even before the first race is run.

   "I'm going to avoid it like the plague," said Michael Hays, 20, a scaffold builder on his lunch break at Sydney's Manly Beach. "They don't even have surfing in the Olympics, and that's what it's all about here."

   But not all are so cynical.

   George Eldred, 63, a retired executive who lives two miles from Olympic Park, said he attended the 1956 Games in Melbourne, "every event, for 13 pounds, nine shillings." Tickets for Sydney's opening ceremonies range from $70 to $900.

   "It's been seven years of build-up, and the excitement wore off for a time," Eldred said. "But now we can't wait for the world to come to Australia."

PHOTO

   A security checkpoint at Homebush Bay, the main Olympic precinct, where access has been restricted since Sept. 1. , GLOBE STAFF PHOTO, SUZANNE KREITER

SYDNEY 2000\\   TYPE: FAN

EDITION: THIRD

Word Count: 1724
9/14/00 BOSTONG A1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

XC   090315

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

XC 090316