**EXHIBIT 18**

QDZ1 INC.

# Hijacker fails in try to force 747 to crash

ROME — (UPI) — An unshaven, incoherent hijacker today tried to force an Air India jet to crash into the city of Rome, but the crew overpowered him and landed the plane safely in the Italian capital.

Police arrested the hijacker, identified as a Czech-born Canadian, after the Boeing 747, carrying 155 passengers and 16 crew members, landed at Rome's Leonardo da Vinci Airport.

Authorities said the hijacker burst into the cockpit just before landing in Rome, pulled out a pocket knife and told the captain there was a bomb aboard.

"Are you sure we are over Rome?" he asked the pilot as the plane circled above the city. He asked the crew to point out St. Peter's Basilica.

Police said the air pirate suddenly ordered the pilot to put on full speed and crash the jetliner into the city. A crew member then struck him from behind and overcame him. No bomb was found.

The long-haired hijacker, a bandage on his head, grinned and flashed a victory sign at photographers as he was led away in handcuffs for questioning.

Officials at the airport said the air pirate was incoherent about his motives but made it clear the hijacking was not a political act.

Airport police identified the hijacker as Jozif Homolov, 30, born in Ocihov, Czechoslovakia, but carrying a Canadian passport. He had a Toronto-Bombay round-trip ticket.

The gunman seized the plane near the end of the second leg of a Bombay-to-New York flight with scheduled stops in Beirut, Rome, Paris and London.

Officials said none of the passengers or crew was injured in the hijacking.

BOE00051636
XC296160