# EXHIBIT 21

Confidential: Do Not Copy or Disclose FROM AA REGIONAL OFFICE-LONDON    ID: 44 181 572 3512    Subj. to Protect. Order 21 MC 101 (AKH)

Subj. to Protect. Order 21 MC 97 (AKH)



U.S. Department
of Transportation
Federal Aviation
Administration

# Civil Aviation Security
# Information Circular

### Information of Concern to Aviation Security Personnel
### Current Security Procedures Should be Reviewed in Light of
### This Information

**Subject: Increased Aviation Security Awareness in Light of Continued Threats from Osama bin-Laden**

Number: IC-98-13            Date: October 8, 1998            Page 1 of 3

---

**EXPIRATION:** INDEFINITE

THE FOLLOWING INFORMATION CIRCULAR (IC) SUPERCEDES IC-98-10A AND 98-11. IC-98-10A AND IC 98-11 ARE CANCELED.

**INFORMATION:** There is continuing concern that Osama bin-Laden and terrorist groups comprising the bin-Laden terrorist network are preparing to conduct further terrorist attacks against U.S. interests, which could include U.S. civil aviation. There is uncorroborated information to indicate the bin-Laden terrorist network is planning anti-U.S. terrorist operations in the wake of the U.S. missile strikes against terrorist related facilities in Afghanistan and Sudan, and the recent arrest of cadre members in Germany, the United Kingdom, East Africa and the United States.

The increased security at many U.S. Government facilities following the bombings of two U.S. Embassies in East Africa raises the possibility that bin-Laden may seek to attack other symbolic U.S. targets. Based on comments made by bin-Laden, and those claiming affiliation with the Saudi terrorist financier, these attacks could possibly include the hijacking or the destruction of a U.S. aircraft.

In a late May 1998 interview, bin-Laden implied he could use a shoulder-fired surface-to-air missile to shoot down a military passenger aircraft transporting U.S. military personnel. He reiterated that his attacks would not distinguish between U.S. civilians and military personnel. Bin-Laden has not disassociated himself from all who participated in the 1995 failed

---

For Use by Aviation Security Personnel Only
Unauthorized Dissemination of This Document or Information Contained Herein
is Prohibited: 14 CFR 108.18

AAL 011882

AAL TSA001179

XC    060118

Confidential-Do Not Copy or Disclose AA REGIONAL OFFICE-LONDON    ID: 44  181 573 3612    Subj. to Protect. Order 21 MC 101 (AKH)

Information Circular    Subj. to Protect. Order 21 MC 97 (AKH)

**Number: IC-98-13**        **Date: October 8, 1998**        **Page 2 of 3**

bomb plot against several U.S. civilian airliners in the Far East. Instead, bin-Laden publicly praised one would-be bomber and admitted to knowing him.

Following U.S. counterterrorist missile strikes on Sudan and Afghanistan in late August 1998, an Islamic leader in the United Kingdom stated Islamic militants had been mobilized to strike a significant U.S. or Israeli strategic target, to include bringing down or hijacking an aircraft. While this threat remains unsubstantiated, there is information from one of the incarcerated suspects in the bombing of the U.S. Embassy in Nairobi that he received aircraft hijack training. The arrest and pending extradition of bin-Laden cadre raises the possibility of a U.S. airliner being hijacked in an effort to demand the release of incarcerated members.

**Comment:** The U.S. Government continues to take very seriously all threats related to the bin-Laden terrorist network. FAA continues to recommend that all civil aviation security personnel continue to demonstrate a high degree of alertness.

**DISSEMINATION GUIDANCE:**

(1) This IC shall be disseminated to all U.S. air carriers. It is intended for the information of carrier corporate security directors, senior management personnel, ground security coordinators, and supervisory security personnel at overseas locations.

(2) This IC may also be disseminated to managers and security elements at Part 107 airports. Such dissemination must include the dissemination guidance contained in this IC.

(3) If required in the course of aviation security duties, U.S. air carrier local station security personnel outside the U.S. may coordinate the information in this circular with local airport management and law enforcement personnel on a strict need-to-know basis only.

(4) All recipients must limit dissemination within their respective organizations to personnel who have an operational need-to-know.

For Use by Aviation Security Personnel Only
Unauthorized Dissemination of This Document or Information Contained Herein
Is Prohibited: 14 CFR 108.18

AAL 011883

AAL TSA001180

XC    060119

Confidential Do Not Copy or Disclose AA REGIONAL OFFICE-LONDON   ID: 44 161 52 3612   Subj. to Protect. Order 21 MC 101 (AKH)
PG (OCT 17 50) 05:37           1-44-CLNUN                              Subj. to Protect. Order 21 MC 97 (AKH)

## Information Circular

**Number: IC-98-13**               **Date: October 8, 1998**               **Page 3 of 3**

(5) No other dissemination may be made without the prior approval of the FAA Associate Administrator for Civil Aviation Security. Unauthorized dissemination of this document or information contained herein is prohibited by 14 CFR 108.18.

**FOR STATE DEPARTMENT:** Retransmittal to appropriate foreign posts is authorized. Posts must refer to STATE 093752, 300308Z Mar 93, Subject: FAA Security Directives and Information Circulars: Definitions and Handling, for specific guidance on handling and dissemination.

For Use by Aviation Security Personnel Only
Unauthorized Dissemination of This Document or Information Contained Herein
Is Prohibited: 14 CFR 108.18

AAL 011884

AAL TSA001181

XC   060120