# EXHIBIT 23

Confidential - Do Not Copy or Disclose

Subj. to Protect. Order 21MC101 (AKH)

Subj. to Protect. Order 21MC97(AKH)

## AIR CARRIER STANDARD SECURITY PROGRAM
### TABLE OF CONTENTS

|   |   |   | PAGE |
|---|---|---|------|
| I. | **PURPOSE, APPLICABILITY, PERSONNEL, DEFINITIONS AND ABBREVIATIONS** | | |
| | A. | Purpose | 10 |
| | B. | Applicability | 10 |
| | C. | Personnel | 10 |
| | D. | Definitions | 11 |
| | E. | Abbreviations | 12 |
| II. | **SCREENING RESPONSIBILITIES AND PROCEDURES** | | |
| | A. | Responsibilities | 20 |
| | B. | Checkpoint Staffing and Supervision at Category X, I and II Airports | 20 |
| | C. | Checkpoint Staffing and Supervision at Category III and IV Airports | 24 |
| | D. | Alternate Staffing Option Irrespective of Screening Plan or Airport Category | 25 |
| | E. | Supervisory Screening Duties, Uniform and Equipment | 25 |
| | F. | Persons | 27 |
| | G. | Carry-on Items | 28 |
| | H. | Discovery of an Explosive, Incendiary, or Deadly or Dangerous Weapon in a Carry-on Item | 29 |
| | I. | Declaration of Deadly or Dangerous Weapons | 29a |
| | J. | Denied Boarding or Access Into a Sterile Area | 29a |
| | K. | Exceptional Screening | 29a |
| | | 1.  Authorized Carriage of Firearms | 29b |
| | | 2.  Nonpassenger Law Enforcement Officers | 29b |
| | | 3.  Air Carrier Employees | 29b |
| | | 4.  Diplomatic Immunity--Persons/Pouches | 29b |
| | | 5.  Private Screening | 29c |
| | | 6.  Screening of Handicapped Persons | 29c |
| | | 7.  Screening of Classified Material and Persons Transporting Classified Material | 29c |
| | | 8.  Medical, Lifesaving, Evidentiary, or Scientific Items and Crematory Containers | 29d |
| | | 9.  Religious Articles | 29d |
| | | 10. Duty-Free Items | 29e |
| | | 11. Charter Flights | 29e |
| | | 12. Persons Under Escort | 29f |
| | | 13. Other Persons | 29h |
| | | 14. Access to Sterile Areas | 29h |
| | | 15. Deported or Inadmissible Persons | 29i |
| | L. | Discovery of an Explosive, Incendiary, or an Undeclared or Loaded Firearm in Checked Baggage | 29j |

(i)

Change 57, 5/31/2000

WARNING: THIS DOCUMENT CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER THE PROVISIONS OF 14 CFR PART 191. NO PART OF THIS DOCUMENT MAY BE RELEASED WITHOUT THE WRITTEN PERMISSION OF THE ASSOCIATE ADMINISTRATOR FOR CIVIL AVIATION SECURITY, FEDERAL AVIATION ADMINISTRATION, WASHINGTON, DC 20591. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTY OR OTHER ACTION. FOR U.S. GOVERNMENT AGENCIES, PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552.

EXHIBIT ___
WIT: C.AMMACCIO
DATE: 3-11-08
T.M. PASTOR, RPR, CLR

AAL 060034

Confidential - Do Not Copy or Disclose

Appendix XV
Page 2

In any particular situation, the FAA will implement the AVSEC Plan by notifying airport and air carriers of the AVSEC Alert Level declared, and the specific countermeasures to be implemented. The FAA will issue a Security Directive (for air carriers) and Emergency Airport Security Program Amendments (for airports), both of which will reference the appropriate numbered countermeasures from this plan. Additionally, Security Directives and emergency amendments will have expiration dates to trigger a timely review of the threat and a decision to continue, modify or eliminate the countermeasures.

## AVSEC ALERT LEVELS

The four AVSEC Alert Levels described below correspond to various levels of threat to security. The FAA will determine whether to increase or decrease the AVSEC Alert Level for civil aviation security. The specific AVSEC Level assigned will indicate the FAA's overall assessment of the threat. The FAA has identified below typical responses for each AVSEC Alert Level, but will determine, on a case-by-case basis, which countermeasures to require in response to a specific threat condition.

### AVSEC ALERT LEVEL I

Political tensions may provoke elements hostile to the U.S. to initiate demonstrations and/or low level attacks against symbols of the U.S., or there is reason to believe that civil unrest could increase the risk to civil aviation.

### AVSEC ALERT LEVEL II

Information suggests that groups previously known to attack civil aviation may be preparing actions against symbols of the U.S., or civil disturbances with the potential to affect civil aviation are likely.

### AVSEC ALERT LEVEL III

Information indicates a terrorist group or other hostile entity with a known capability of attacking civil aviation is likely to carry out attacks against U.S. targets, or civil disturbances with a direct impact on civil aviation have begun or are imminent.

Change 39, 3/15/94

WARNING: THIS DOCUMENT CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER THE PROVISIONS OF 14 CFR PART 191. NO PART OF THIS DOCUMENT MAY BE RELEASED WITHOUT THE WRITTEN PERMISSION OF THE ASSOCIATE ADMINISTRATOR FOR CIVIL AVIATION SECURITY, FEDERAL AVIATION ADMINISTRATION, WASHINGTON, DC 20591. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTY OR OTHER ACTION. FOR U.S. GOVERNMENT AGENCIES, PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552.

AAL 060257