# EXHIBIT 24

# In The Matter Of:

*IN RE  SEPTEMBER 11  LITIGATION*

---

### ROBERT J. CAMMAROTO
*February 11, 2008*

---

## *HIGHLY CONFIDENTIAL/*
## *CONFIDENTIAL SSI MATERIAL*
## *TC REPORTING in affliation with Merrill*

*25 West 45TH Street - Suite 900*
*New York, NY 10036*
PH: 516-795-7444 / FAX: 212-692-9171

**CAMMAROTO, ROBERT J. - Vol. 1**

HIGHLY CONFIDENTIAL

Page 124

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 11:31:43 | 2 | appendices 1, 2, 3, 7A and 15 of the ACSSP. |
| 11:31:54 | 3 | I would like to show you and have |
| 11:31:57 | 4 | marked as an exhibit -- I guess it is part of |
| 11:32:00 | 5 | Exhibit 2G.  I would like to show you those |
| 11:32:03 | 6 | portions of Exhibit 2D which contain Appendix |
| 11:32:12 | 7 | XV.  These are marked, apart from the cover |
| 11:32:15 | 8 | page, which is 60034, this is pages 60256 |
| 11:32:23 | 9 | through 60264 Appendix XV is entitled Aviation |
| 11:32:37 | 10 | Security Contingency Plan AVSEC Plan. |
| 11:32:46 | 11 | Mr. Cammaroto, are you familiar |
| 11:32:47 | 12 | with the aviation security contingency plan as |
| 11:32:52 | 13 | described in Appendix XV to the ACSSP? |
| 11:32:54 | 14 | A.    Yes, sir, I am. |
| 11:32:55 | 15 | Q.    Are you familiar with the AVSEC |
| 11:32:56 | 16 | alert levels as they were used on and prior to |
| 11:33:00 | 17 | 9/11, 2001? |
| 11:33:02 | 18 | A.    Yes, sir. |
| 11:33:05 | 19 | Q.    What AVSEC alert level was in |
| 11:33:07 | 20 | effect for domestic aviation security on the |
| 11:33:10 | 21 | morning of 9/11? |
| 11:33:10 | 22 | A.    I believe that was AVSEC Level III, |
| 11:33:13 | 23 | sir. |
| 11:33:13 | 24 | Q.    How many AVSEC alert levels were |
| 11:33:15 | 25 | there? |

TC REPORTING in affliation with Merrill Corp.,
(516) 795-7444

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 138

|  |  |  |
|---|---|---|
|  | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 11:47:18 | 2 | ten minutes. |
| 11:47:18 | 3 | MS. VARGAS:    Would you like to |
| 11:47:19 | 4 | take another break? |
| 11:47:20 | 5 | MR. PODESTA:    If you want to take |
| 11:47:21 | 6 | a ten-minute break. |
| 11:47:22 | 7 | MS. VARGAS:    Happy to do so. |
| 11:47:28 | 8 | 11:57 we will be back here. |
| 11:47:29 | 9 | VIDEOGRAPHER:  Off the record |
| 11:47:31 | 10 | 11:46. |
| 11:51:15 | 11 | (Recess taken.) |
| 12:00:21 | 12 | VIDEOGRAPHER:  We are back on the |
| 12:00:23 | 13 | record at 12 p.m. This is the beginning of tape |
| 12:00:29 | 14 | number 3. |
| 12:00:30 | 15 | EXAMINATION CONTINUED BY MR. PODESTA: |
| 12:00:30 | 16 | Q.    Mr. Cammaroto, I would now like to |
| 12:00:33 | 17 | discuss for the next few minutes the screening |
| 12:00:34 | 18 | of persons.  I'd like to direct you first to |
| 12:00:38 | 19 | section 2F that begins on page 27 of the ACSSP |
| 12:00:45 | 20 | which is Exhibit 2D. |
| 12:00:50 | 21 | My first question what is the |
| 12:00:54 | 22 | function of section 2F of the ACSSP? |
| 12:00:57 | 23 | A.    Section 2 lays out the screening |
| 12:01:02 | 24 | responsibilities and gives a general frame in |
| 12:01:07 | 25 | which the air carrier can establish its |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 139

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 12:01:11 | 2 | screening functions at the checkpoints, they |
| 12:01:14 | 3 | were largely conducted by, at that time, 9/11, |
| 12:01:18 | 4 | largely conducted by contract companies as |
| 12:01:21 | 5 | opposed to direct air carrier employees. |
| 12:01:23 | 6 | Q.    Is it fair to describe section 2F |
| 12:01:28 | 7 | of the ACSSP as setting forth the FAA's basic |
| 12:01:32 | 8 | requirements for screening the persons of |
| 12:01:35 | 9 | individuals who wish to enter the sterile area? |
| 12:01:38 | 10 | A.    Yes, sir. |
| 12:01:42 | 11 | Q.    Would you just for the benefit of |
| 12:01:43 | 12 | the jury just tell us what the sterile area is? |
| 12:01:45 | 13 | A.    The sterile area can be viewed as |
| 12:01:48 | 14 | the portion of the airport at which the |
| 12:01:52 | 15 | passenger actually gains access to the aircraft |
| 12:01:55 | 16 | and is beyond the security checkpoint. |
| 12:02:01 | 17 | Q.    Now I would like to turn your |
| 12:02:03 | 18 | attention to Appendix III to the ACSSP. |
| 12:02:06 | 19 | A.    Yes, sir. |
| 12:02:10 | 20 | Q.    Which in my copy is at 60208.  What |
| 12:02:18 | 21 | is the function of the Appendix III of the |
| 12:02:21 | 22 | ACSSP? |
| 12:02:22 | 23 | A.    That is again a guideline, a |
| 12:02:28 | 24 | framework in which the air carrier and/or its |
| 12:02:34 | 25 | contractor can conduct screening of persons, |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 140

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 12:02:37 | 2 | being the individual person, him or herself and |
| 12:02:40 | 3 | their hand carried items that would be carried |
| 12:02:43 | 4 | through the checkpoint as opposed checked |
| 12:02:46 | 5 | baggage. |
| 12:02:46 | 6 | Q.    Would it be fair to describe |
| 12:02:49 | 7 | Appendix III as a supplement to section 2F of |
| 12:02:53 | 8 | the ACSSP? |
| 12:02:59 | 9 | MS. VARGAS:    Objection to the |
| 12:03:01 | 10 | form. |
| 12:03:01 | 11 | A.    I don't know I would characterize |
| 12:03:03 | 12 | it as a supplement to it.  I would certainly |
| 12:03:06 | 13 | characterize it as something that expanded on |
| 12:03:12 | 14 | what the intent of section 2 was. |
| 12:03:16 | 15 | Q.    Would it be fair to describe part 2 |
| 12:03:18 | 16 | of Appendix III as providing air carriers with |
| 12:03:23 | 17 | more detailed FAA guidelines to follow to |
| 12:03:27 | 18 | screening person who wished to enter the sterile |
| 12:03:29 | 19 | area? |
| 12:03:29 | 20 | A.    Yes. |
| 12:03:32 | 21 | Q.    I would like to refer you to the |
| 12:03:36 | 22 | introductory paragraph of Appendix III, that |
| 12:03:39 | 23 | appears at the top of AAL 060208.  Was the |
| 12:03:47 | 24 | language in that paragraph approved by the FAA? |
| 12:04:05 | 25 | A.    Yes, sir. |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 142

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 12:05:13 | 2 | providing for courteous and efficient treatment |
| 12:05:16 | 3 | of passengers? |
| 12:05:18 | 4 | A.    Yes, sir. |
| 12:05:20 | 5 | Q.    In devising its checkpoint |
| 12:05:22 | 6 | screening procedures, did the FAA take into |
| 12:05:26 | 7 | account the desirability of providing uniform |
| 12:05:29 | 8 | procedures? |
| 12:05:33 | 9 | A.    Yes, sir, although I would just put |
| 12:05:34 | 10 | a very fine point on your question.  And that is |
| 12:05:40 | 11 | certainly these were guidelines, the actual |
| 12:05:42 | 12 | specific procedures being applied were really |
| 12:05:46 | 13 | developed and posed by whatever entity was |
| 12:05:52 | 14 | actually doing the actual physical screening. |
| 12:05:54 | 15 | It was not the air carrier, it was most often a |
| 12:05:58 | 16 | contract company. |
| 12:05:59 | 17 | Q.    Why did the FAA consider uniform |
| 12:06:01 | 18 | procedures for checkpoint screening to be |
| 12:06:03 | 19 | desirable? |
| 12:06:06 | 20 | MR. PEPE:   Objection, |
| 12:06:07 | 21 | mischaracterizing testimony. |
| 12:06:08 | 22 | MS. VARGAS:    Objection to the |
| 12:06:09 | 23 | form. |
| 12:06:09 | 24 | A.    There were several levels of |
| 12:06:10 | 25 | desirability for that uniformity.  One of which |

HIGHLY CONFIDENTIAL

Page 174

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 12:39:45 | 2 | A.    It was an approved method at that |
| 12:39:48 | 3 | time and, again, it was left as a decision of |
| 12:39:51 | 4 | the security company and carriers to whether or |
| 12:39:53 | 5 | not they chose to use that one or not. |
| 12:39:55 | 6 | Q.    Were there any, as of 9/11, were |
| 12:39:57 | 7 | there any other FAA approved methods for |
| 12:40:00 | 8 | screening the carry-on bags, carry-on items of |
| 12:40:05 | 9 | passengers? |
| 12:40:06 | 10 | A.    They could be screened, yes, the |
| 12:40:07 | 11 | answer is yes.  They could be screened if they |
| 12:40:11 | 12 | did a physical inspection. |
| 12:40:12 | 13 | Q.    Physical inspection of every |
| 12:40:15 | 14 | carry-on bag? |
| 12:40:15 | 15 | A.    Yes, sir. |
| 12:40:16 | 16 | Q.    Just make us clear, are you aware |
| 12:40:17 | 17 | of any major airlines that as of 9/11 were using |
| 12:40:23 | 18 | a physical inspection of all carry-on bags as |
| 12:40:30 | 19 | the initial screening method for carry-on items |
| 12:40:33 | 20 | at any category X airport? |
| 12:40:36 | 21 | MR. TOMASIK:   Objection. |
| 12:40:37 | 22 | MR. MIGLIORI:   Objection. |
| 12:40:38 | 23 | A.    I am not aware of any using that at |
| 12:40:40 | 24 | the Xs. |
| 12:40:49 | 25 | Q.    I would like to refer you to |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 173

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 12:38:52 | 2 | X airports in the United States at which x-ray |
| 12:38:56 | 3 | units were not in use as the primary vehicle for |
| 12:38:59 | 4 | screening passengers' carry-on items? |
| 12:39:02 | 5 | MS. VARGAS:    Objection. |
| 12:39:03 | 6 | A.    None that I recall. |
| 12:39:07 | 7 | Q.    And as of 9/11, did the FAA approve |
| 12:39:11 | 8 | x-ray machines as the primary vehicle for |
| 12:39:14 | 9 | screening passengers carry-on items? |
| 12:39:16 | 10 | MR. PEPE:    Objection. |
| 12:39:18 | 11 | MR. MIGLIORI:  Objection. |
| 12:39:19 | 12 | MS. VARGAS:    Objection to the |
| 12:39:19 | 13 | form.  Are you asking if the FAA approved it as |
| 12:39:21 | 14 | a primary vehicle? What does primary mean? |
| 12:39:25 | 15 | MR. PODESTA:   I mean the initial, |
| 12:39:27 | 16 | I mean the first screening measure that is |
| 12:39:29 | 17 | applied to your carry-on bags at the screening |
| 12:39:32 | 18 | checkpoint. |
| 12:39:32 | 19 | MS. VARGAS:    Just to clarify are |
| 12:39:33 | 20 | you asking if the FAA had a preference for |
| 12:39:36 | 21 | x-rays or if it was x-rays were one of the |
| 12:39:39 | 22 | initial methods that were approved by the FAA? |
| 12:39:42 | 23 | MR. PODESTA:    The second. |
| 12:39:43 | 24 | MR. MIGLIORI:  Objection to the |
| 12:39:44 | 25 | form.  Go ahead. |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 209

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 14:26:34 | 2 | A.    Yes, sir. |
| 14:26:36 | 3 | Q.    And were they truthful and accurate |
| 14:26:37 | 4 | to the best of your ability? |
| 14:26:39 | 5 | A.    Yes, sir. |
| 14:26:43 | 6 | MR. PEPE:    Objection. |
| 14:26:44 | 7 | Q.    I am just trying to see if you |
| 14:26:50 | 8 | could help me with understanding the meaning of |
| 14:26:55 | 9 | the knives paragraph in Appendix I.  As of 9/11, |
| 14:27:00 | 10 | under the ACSSP and FAA's deadly or dangerous |
| 14:27:08 | 11 | weapons guidelines as set forth in Appendix I |
| 14:27:11 | 12 | were knives with played length of less than four |
| 14:27:14 | 13 | inches allowed into the sterile area unless they |
| 14:27:17 | 14 | came within one of the two following exceptions: |
| 14:27:21 | 15 | First, they were a type of knife that illegal |
| 14:27:26 | 16 | under local law, or two, the screener exercised |
| 14:27:30 | 17 | his or her common sense to conclude that a |
| 14:27:34 | 18 | particular knife under four inches should be |
| 14:27:37 | 19 | treated as a deadly or dangerous weapon? |
| 14:27:39 | 20 | MR. PEPE:    Objection. |
| 14:27:40 | 21 | MS. HESSION:    Objection, objection |
| 14:27:41 | 22 | to the form. |
| 14:27:41 | 23 | A.    In those two circumstances they |
| 14:27:43 | 24 | would be permitted. |
| 14:27:46 | 25 | Q.    But apart from those two exceptions |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 210

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 14:27:48 | 2 | did FAA regulations as in effect on 9/11 permit |
| 14:27:51 | 3 | knives with a blade length of less than four |
| 14:27:54 | 4 | inches to enter the sterile area? |
| 14:27:58 | 5 | MR. ELSNER:  Objection. |
| 14:28:00 | 6 | MR. PEPE:   Objection. |
| 14:28:00 | 7 | A.    Of less than four inches, yes. |
| 14:28:02 | 8 | Q.    Under the FAA regulations in effect |
| 14:28:04 | 9 | on 9/11, did the FAA maintain any list or |
| 14:28:06 | 10 | compilation of local laws pertaining to the |
| 14:28:10 | 11 | carriage of knives by members of the general |
| 14:28:12 | 12 | public? |
| 14:28:14 | 13 | A.    Not that I'm aware of, sir. |
| 14:28:17 | 14 | Q.    Are you aware of any Massachusetts, |
| 14:28:20 | 15 | state or local law in force on 9/11 that |
| 14:28:24 | 16 | prohibited members of the general public from |
| 14:28:27 | 17 | possessing or carrying Swiss Army knives? |
| 14:28:32 | 18 | MR. WARDEN:  Objection. |
| 14:28:32 | 19 | A.    I was not aware of that law. |
| 14:28:35 | 20 | Q.    Leatherman multitools? |
| 14:28:37 | 21 | MR. PEPE:   Objection. |
| 14:28:37 | 22 | A.    I was not aware of that, sir. |
| 14:28:39 | 23 | Q.    Pocket utility knives? |
| 14:28:42 | 24 | MR. ELSNER:  Objection. |
| 14:28:44 | 25 | Q.    You have to answer audibly.  You |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 303

1    ROBERT J. CAMMAROTO – CONFIDENTIAL SSI MATERIAL

16:35:54    2        Q.    Is it correct, Mr. Cammaroto, that

16:35:56    3    the FAA regulations in fact required the

16:36:02    4    airlines to submit a proposed security program

16:36:07    5    to the TSA -- sorry, to the FAA?

16:36:09    6        A.    Yes, sir, that's correct.

16:36:11    7        Q.    So when you said that the ACSSP was

16:36:14    8    first approved in January of 1976, that came

16:36:18    9    after the airlines themselves submitted a

16:36:23    10   proposed security program to the FAA; didn't it?

16:36:26    11       A.    Yes, sir, that's correct.

16:37:05    12       Q.    Mr. Cammaroto, I had put in front

16:37:07    13   of you a copy of a document marked SSI

16:37:10    14   Exhibit 21 which has Bates numbers TSA 11547.

16:37:17    15   Do you have that in front of you?

16:37:18    16       A.    I do, sir.

16:37:19    17       Q.    Would you agree this is an FAA

16:37:22    18   memorandum dated July 30, 1977 subject of which

16:37:27    19   is the ATA proposed model air carrier security

16:37:32    20   program?

16:37:32    21       A.    Yes, my copy is dated July 30,

16:37:34    22   1975, sir.

16:37:35    23       Q.    July 30, 1975.  It is, the subject

16:37:38    24   of it is the ATA proposed model air carrier

16:37:42    25   security program; correct?

HIGHLY CONFIDENTIAL

Page 314

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 16:47:57 | 2 | A.     Yes, sir. |
| 16:47:57 | 3 | Q.     I think you testified earlier the |
| 16:48:23 | 4 | ACSSP became the security program for the |
| 16:48:28 | 5 | majority of the airlines; correct? |
| 16:48:31 | 6 | MR. PODESTA:   We are having |
| 16:48:32 | 7 | trouble hearing you over here. |
| 16:48:33 | 8 | MR. WARDEN:   Sorry. |
| 16:48:34 | 9 | Q.     Did the ACSSP become the standard |
| 16:48:36 | 10 | security program for the majority of the |
| 16:48:38 | 11 | airlines? |
| 16:48:40 | 12 | A.     Yes, sir. |
| 16:48:41 | 13 | Q.     Including United and American? |
| 16:48:44 | 14 | A.     Yes, sir. |
| 16:48:45 | 15 | Q.     But I think you indicated that |
| 16:48:47 | 16 | airlines could seek a modification if they |
| 16:48:51 | 17 | chose; correct? |
| 16:48:51 | 18 | A.     That's correct, sir. |
| 16:48:52 | 19 | Q.     So it was within the purview of the |
| 16:48:57 | 20 | FAA to allow modifications if an airline |
| 16:49:01 | 21 | requested it, to the ACSSP? |
| 16:49:04 | 22 | A.     Yes, sir. |
| 16:49:07 | 23 | Q.     Now, we referred to the guidelines |
| 16:49:11 | 24 | in Appendices I, II and III in Mr. Podesta's |
| 16:49:20 | 25 | earlier questions and your answers.  I would |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 316

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 16:51:06 | 2 | Q.    The statement that he asked you |
| 16:51:09 | 3 | about was that the guidelines were furnished to |
| 16:51:12 | 4 | assist in making a reasonable determination of |
| 16:51:15 | 5 | what property in the possession of a person |
| 16:51:18 | 6 | should be considered a deadly or dangerous |
| 16:51:21 | 7 | weapon.  Do you see that? |
| 16:51:22 | 8 | A.    I do, sir. |
| 16:51:25 | 9 | Q.    The next statement is the one I'd |
| 16:51:28 | 10 | like to focus on, the next statement says that |
| 16:51:31 | 11 | "these are only guidelines."  Did I read that |
| 16:51:34 | 12 | right? |
| 16:51:35 | 13 | A.    Yes, sir, you did. |
| 16:51:36 | 14 | Q.    What does that mean? |
| 16:51:37 | 15 | A.    The intent of that is to remind the |
| 16:51:42 | 16 | air carriers that, as I testified earlier, that |
| 16:51:45 | 17 | the Appendix I can't possibly anticipate every |
| 16:51:49 | 18 | iteration of every deadly or dangerous weapon. |
| 16:51:52 | 19 | Certainly lists the ones I think reasonably most |
| 16:51:57 | 20 | encountered at the checkpoints, but that as you |
| 16:52:00 | 21 | go on with the "however" statement, "however |
| 16:52:02 | 22 | common sense should always prevail," reminds the |
| 16:52:05 | 23 | air carriers to be watchful and to make |
| 16:52:09 | 24 | deliberate decisions in terms of items they |
| 16:52:11 | 25 | encounter beyond what they encounter listed here |

HIGHLY CONFIDENTIAL

Page 317

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 16:52:16 | 2 | in Appendix I. |
| 16:52:18 | 3 | Q.    Was it FAA's intent in approving |
| 16:52:20 | 4 | this guideline to suggest to the airlines that |
| 16:52:25 | 5 | they had to exercise common sense in |
| 16:52:29 | 6 | implementing the screening procedures? |
| 16:52:32 | 7 | MS. VARGAS:    Objection to the |
| 16:52:32 | 8 | form. |
| 16:52:33 | 9 | MR. PODESTA:    Objection, form. |
| 16:52:35 | 10 | A.    It was to remind them that in fact |
| 16:52:39 | 11 | this was not an all inclusive document, yes, |
| 16:52:42 | 12 | some level of common sense needed to prevail |
| 16:52:44 | 13 | when encountering a specific situation. |
| 16:52:47 | 14 | Q.    Would it be fair that the FAA did |
| 16:52:50 | 15 | not intend the guidelines to be all inclusive |
| 16:52:54 | 16 | but intended that the airlines would carry out |
| 16:52:57 | 17 | the guidelines exercising common sense in the |
| 16:53:00 | 18 | circumstances that they would encounter on a |
| 16:53:04 | 19 | daily basis? |
| 16:53:04 | 20 | A.    Yes, sir. |
| 16:53:07 | 21 | Q.    And in specific the airlines had to |
| 16:53:09 | 22 | make a reasonable determination of what property |
| 16:53:12 | 23 | in the possession of a person should be |
| 16:53:15 | 24 | considered a deadly or dangerous weapon in the |
| 16:53:17 | 25 | context of the situation on a day-to-day basis; |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 318

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 16:53:22 | 2 | correct? |
| 16:53:22 | 3 | MR. PODESTA:    Objection to the |
| 16:53:23 | 4 | form. |
| 16:53:23 | 5 | MS. VARGAS:    Objection to the |
| 16:53:23 | 6 | form. |
| 16:53:25 | 7 | A.    Yes, sir. |
| 16:53:26 | 8 | Q.    And in the context of the situation |
| 16:53:28 | 9 | that the airline screeners encountered every day |
| 16:53:32 | 10 | they had to exercise common sense in determining |
| 16:53:35 | 11 | whether an item could be considered a deadly or |
| 16:53:38 | 12 | dangerous weapon; right? |
| 16:53:41 | 13 | A.    That's correct, sir. |
| 16:53:50 | 14 | Q.    Back to the knives portion of |
| 16:53:58 | 15 | Appendix I.  Is it a fair statement, Mr. |
| 16:54:02 | 16 | Cammaroto, that as the FAA approved the |
| 16:54:07 | 17 | guideline proposed by the airlines, the |
| 16:54:12 | 18 | guideline on knives actually prohibits certain |
| 16:54:19 | 19 | types of knives; correct? |
| 16:54:21 | 20 | MR. PODESTA:    Objection to form. |
| 16:54:23 | 21 | A.    Yes, sir. |
| 16:54:25 | 22 | Q.    The guideline that the airlines |
| 16:54:27 | 23 | submitted doesn't expressly permit or allow |
| 16:54:33 | 24 | knives less than four inches; does it? |
| 16:54:35 | 25 | MS. VARGAS:    Objection.  Are you |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 319

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO – CONFIDENTIAL SSI MATERIAL      |
| 16:54:36 | 2  | asking him about the ACSSP or the ATA proposal?      |
| 16:54:40 | 3  | MR. WARDEN:   Well, for the moment                   |
| 16:54:42 | 4  | I am asking him about the ACSSP as approved by       |
| 16:54:44 | 5  | the FAA.                                             |
| 16:54:47 | 6  | MR. PODESTA:   Are we talking about                  |
| 16:54:49 | 7  | Appendix I?                                          |
| 16:54:50 | 8  | MR. WARDEN:   Appendix I.                            |
| 16:54:51 | 9  | A.    Could I ask to have the question               |
| 16:54:53 | 10 | again, sir.                                          |
| 16:54:53 | 11 | Q.    Sure.  As the FAA approved the                 |
| 16:54:57 | 12 | guideline on knives in the ACSSP, it prohibits       |
| 16:55:06 | 13 | knives as specified in the guideline; correct?       |
| 16:55:12 | 14 | A.    That's the effect of it, yes, sir.             |
| 16:55:13 | 15 | Q.    It does not expressly permit or                |
| 16:55:18 | 16 | allow any particular type of knife; does it?         |
| 16:55:20 | 17 | MR. CAMPBELL:   Objection to the                     |
| 16:55:21 | 18 | form.                                                |
| 16:55:21 | 19 | MR. PODESTA:   Objection to the                      |
| 16:55:22 | 20 | form.                                                |
| 16:55:22 | 21 | MS. VARGAS:   Objection to the                       |
| 16:55:22 | 22 | form.                                                |
| 16:55:22 | 23 | A.    It does not, sir.                              |
| 16:55:23 | 24 | Q.    Instead is this an example where               |
| 16:55:25 | 25 | the FAA left it to the airlines to exercise          |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 320

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 16:55:31 | 2 | discretion and common sense in the context of |
| 16:55:36 | 3 | the security procedures they had to implement to |
| 16:55:39 | 4 | determine what would be considered a deadly and |
| 16:55:43 | 5 | dangerous weapon? |
| 16:55:45 | 6 | MR. PODESTA:    Objection to the |
| 16:55:45 | 7 | form. |
| 16:55:45 | 8 | MS. VARGAS:    Objection to the |
| 16:55:46 | 9 | form. |
| 16:55:46 | 10 | A.    Yes, sir, this is where we had to |
| 16:55:49 | 11 | rely on common sense at the checkpoint. |
| 16:55:51 | 12 | Q.    So under the FAA's guidelines in |
| 16:55:58 | 13 | Appendix I, the airlines were expected to |
| 16:56:01 | 14 | exercise common sense and discretion in the |
| 16:56:05 | 15 | context of the daily circumstances they |
| 16:56:08 | 16 | encountered? |
| 16:56:10 | 17 | A.    Yes, sir. |
| 16:56:14 | 18 | Q.    And in specific they were expected |
| 16:56:16 | 19 | to do that in order to make a reasonable |
| 16:56:18 | 20 | determination of what would be considered a |
| 16:56:20 | 21 | deadly or dangerous weapon? |
| 16:56:22 | 22 | A.    Yes, sir. |
| 16:56:23 | 23 | Q.    At this point I would like to ask |
| 16:56:42 | 24 | you a couple of questions about SSI Exhibit 18 |
| 16:56:45 | 25 | which Mr. Podesta gave to you, Mr. Cammaroto. |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 330

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL              |
| 17:14:23 | 2  | Appendix I, that is that the best guideline of               |
| 17:14:26 | 3  | all is common sense and caution?                             |
| 17:14:31 | 4  | MS. VARGAS:    Objection to the                              |
| 17:14:31 | 5  | form.                                                         |
| 17:14:31 | 6  | MR. PODESTA:    Objection to the                             |
| 17:14:32 | 7  | form.                                                         |
| 17:14:32 | 8  | MS. VARGAS:    The document speaks                           |
| 17:14:33 | 9  | for themselves.                                              |
| 17:14:35 | 10 | A.    Yes, sir, that language is very                        |
| 17:14:37 | 11 | similar.                                                      |
| 17:14:37 | 12 | Q.    And is it a fair statement that the                   |
| 17:14:39 | 13 | FAA expected the airlines to carry out the steps             |
| 17:14:46 | 14 | in the physical inspection guidelines taking                 |
| 17:14:49 | 15 | into account common sense and caution?                       |
| 17:14:54 | 16 | A.    Yes, sir.                                              |
| 17:14:59 | 17 | Q.    Then in part A of physical                            |
| 17:15:01 | 18 | inspection guidelines the ACSSP guideline says               |
| 17:15:07 | 19 | "In the whole approach to the screening process,             |
| 17:15:09 | 20 | good judgement should prevail." Did I read that             |
| 17:15:12 | 21 | correctly?                                                    |
| 17:15:12 | 22 | A.    You did, sir.                                          |
| 17:15:13 | 23 | Q.    Is it also a fair statement then                      |
| 17:15:15 | 24 | that the FAA expected the airlines to carry out              |
| 17:15:21 | 25 | the physical inspection guidelines using good               |

HIGHLY CONFIDENTIAL

Page 331

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL            |
| 17:15:25 | 2  | judgement?                                                 |
| 17:15:28 | 3  | A.      Yes, sir.                                          |
| 17:15:29 | 4  | Q.      And in fact the FAA expected the                  |
| 17:15:33 | 5  | airlines to use good judgement in the whole                |
| 17:15:36 | 6  | approach to the screening process?                         |
| 17:15:40 | 7  | A.      Yes, sir.                                          |
| 17:15:41 | 8  | Q.      That would include passengers                     |
| 17:15:46 | 9  | walking through the  metal detector, the                   |
| 17:15:48 | 10 | walk-through metal detector; correct?                      |
| 17:15:52 | 11 | A.      Correct, sir.                                      |
| 17:15:52 | 12 | Q.      It would include use of the x-ray                 |
| 17:15:54 | 13 | equipment for carry-ons?                                   |
| 17:15:56 | 14 | A.      Yes, sir.                                          |
| 17:15:57 | 15 | Q.      It would include the use of hand                  |
| 17:15:59 | 16 | wanding for persons being screened with hand               |
| 17:16:03 | 17 | wands?                                                      |
| 17:16:03 | 18 | A.      Yes, sir.                                          |
| 17:16:04 | 19 | Q.      In all of those respects the FAA                  |
| 17:16:06 | 20 | expected the airlines to exercise good judgement           |
| 17:16:12 | 21 | under the circumstances; correct?                          |
| 17:16:15 | 22 | A.      Yes, sir.                                          |
| 17:16:26 | 23 | Q.      Now, I would like you to turn the                 |
| 17:16:29 | 24 | ACSSP to page 29A, please.                                 |
| 17:16:51 | 25 | A.      I have it, sir.                                    |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 333

1       ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

17:18:09    2       involves scissors; correct?

17:18:13    3              A.      Yes, sir, it does.

17:18:14    4              Q.      The guideline suggests that in the

17:18:16    5       context of one person dressmaking scissors are

17:18:23    6       completely innocent, and in the context of

17:18:25    7       another person they could be a deadly or

17:18:27    8       dangerous weapon; correct?

17:18:29    9              A.      That they might be reason to

17:18:31    10      restrict carriage, yes, sir.

17:18:33    11             Q.      The reason that you might restrict

17:18:35    12      carriage is that in the context of scissors in

17:18:40    13      the hands of somebody who doesn't look like

17:18:45    14      somebody who should have a pair of dressmaking

17:18:47    15      scissors they could be considered reasonably

17:18:49    16      dangerous; couldn't they?

17:18:51    17             A.      Yes, sir.

17:18:54    18             Q.      So when the FAA expected the

17:18:57    19      airlines to use good judgement in the screening

17:18:59    20      process, the FAA expected the airlines to take

17:19:02    21      into account all the circumstances, the context

17:19:06    22      of what they were screening; didn't it?

17:19:09    23             A.      Yes, sir.

17:19:12    24             Q.      Now, with that in mind, take a

17:19:15    25      look, please, at page 29A of the ACSSP.  And

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 334

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:19:27 | 2 | this particular section is part 2H -- sorry, |
| 17:19:32 | 3 | part 2J.  It is at the very bottom of page 29A. |
| 17:19:39 | 4 | A.    I have it, sir. |
| 17:19:40 | 5 | Q.    Okay.  The title of the section is |
| 17:19:44 | 6 | Denied Boarding Or Access Into a Sterile Area; |
| 17:19:50 | 7 | correct? |
| 17:19:50 | 8 | A.    Yes, sir, that's correct. |
| 17:19:53 | 9 | Q.    Would it be a fair statement, Mr. |
| 17:19:55 | 10 | Cammaroto, that in implementing the guidelines, |
| 17:19:59 | 11 | if a screener thought that in the context |
| 17:20:04 | 12 | someone with dressmaking scissors who ought not |
| 17:20:08 | 13 | have them and concluded that that person might |
| 17:20:12 | 14 | be a threat, the airline had the authority to |
| 17:20:17 | 15 | deny boarding to that passenger? |
| 17:20:21 | 16 | MR. CAMPBELL:    Objection to the |
| 17:20:22 | 17 | form. |
| 17:20:22 | 18 | MS. VARGAS:    Object to form as |
| 17:20:23 | 19 | well. |
| 17:20:23 | 20 | A.    Yes, sir. |
| 17:20:25 | 21 | Q.    In fact the ACSSP in part 2J says |
| 17:20:29 | 22 | "the final decision to board or refuse boarding |
| 17:20:32 | 23 | rests with the air carrier." Correct? |
| 17:20:34 | 24 | A.    That is correct, sir. |
| 17:20:36 | 25 | Q.    The air carrier had to make that |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 335

1    ROBERT J. CAMMAROTO – CONFIDENTIAL SSI MATERIAL

17:20:37    2    judgement in the context of the circumstances of

17:20:42    3    the person, the passenger and whatever

17:20:44    4    that passenger might be carrying; right?

17:20:47    5        A.    That's correct, sir.

17:20:48    6        Q.    That's what the FAA expected the

17:20:51    7    airlines to do in carrying out the guidelines?

17:20:54    8            MS. VARGAS:    Objection to the

17:20:56    9    form.

17:20:56    10            MR. PODESTA:    I will object to the

17:20:57    11    form as well.

17:20:58    12        A.    Yes, sir.  May I say that is what

17:21:06    13    in fact is required.

17:21:07    14        Q.    That is what the FAA required the

17:21:09    15    airlines to do?

17:21:09    16        A.    Yes, sir.

17:21:10    17        Q.    So a failure of the airlines to

17:21:12    18    take into context the circumstances of the

17:21:16    19    person and whatever the item was the person

17:21:19    20    might be carrying and make a judgement would be

17:21:23    21    a failure to comply with the requirements;

17:21:25    22    wouldn't it?

17:21:26    23            MR. CAMPBELL:    Objection to the

17:21:27    24    form.

17:21:27    25            MR. BARRY:  Objection to the form.

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 336

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:21:28 | 2 | MS. VARGAS:    Object to the form |
| 17:21:29 | 3 | of the question as well.  You can answer it. |
| 17:21:30 | 4 | A.    Yes, sir. |
| 17:21:33 | 5 | Q.    If the airlines failed to exercise |
| 17:21:37 | 6 | common sense in screening passengers or in |
| 17:21:42 | 7 | screening items that might be weapons, that |
| 17:21:45 | 8 | would be a failure to comply with the FAA |
| 17:21:48 | 9 | requirements; wouldn't it? |
| 17:21:50 | 10 | MR. PODESTA:    Objection to the |
| 17:21:50 | 11 | form. |
| 17:21:50 | 12 | MS. VARGAS:    Objection to the |
| 17:21:51 | 13 | form. |
| 17:21:51 | 14 | A.    Presumably, yes, sir, it could be. |
| 17:21:55 | 15 | Q.    If the airlines failed to exercise |
| 17:21:57 | 16 | good judgement in carrying out the screening |
| 17:22:01 | 17 | process, that would be a failure to comply with |
| 17:22:04 | 18 | the FAA requirements; wouldn't it? |
| 17:22:06 | 19 | MR. CAMPBELL:    Objection to the |
| 17:22:08 | 20 | form. |
| 17:22:08 | 21 | MR. PODESTA:    Objection to the |
| 17:22:09 | 22 | form. |
| 17:22:09 | 23 | MS. VARGAS:    Objection to the |
| 17:22:09 | 24 | form. |
| 17:22:09 | 25 | A.    Yes, sir.  Again, it could be.  A |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 338

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:23:41 | 2 | on, Mr. Warden? |
| 17:23:43 | 3 | MR. WARDEN:   It is page 140 of the |
| 17:23:44 | 4 | ACSSP.  Exhibit 2D.  It is part Roman numeral |
| 17:23:52 | 5 | XIV. |
| 17:23:53 | 6 | MR. PODESTA:   Thank you. |
| 17:23:54 | 7 | Q.    It is entitled Implementing |
| 17:23:55 | 8 | Procedures.  Correct, Mr. Cammaroto? |
| 17:23:57 | 9 | A.    That's correct.  Yes, sir. |
| 17:23:58 | 10 | Q.    Is it a fair statement, Mr. |
| 17:24:04 | 11 | Cammaroto, the ACSSP contemplated that the |
| 17:24:10 | 12 | airlines themselves would develop and adopt |
| 17:24:15 | 13 | implementing procedures to carryout the |
| 17:24:20 | 14 | requirements of the ACSSP and the guidance? |
| 17:24:23 | 15 | A.    Yes, sir. |
| 17:24:27 | 16 | MS. VARGAS:   I am just going to |
| 17:24:28 | 17 | note that I don't believe that this was one of |
| 17:24:30 | 18 | the sections that was specifically authorized in |
| 17:24:33 | 19 | our authorized topics.  But I will give you a |
| 17:24:35 | 20 | little leeway to establish a connection to an |
| 17:24:38 | 21 | authorized topic. |
| 17:24:39 | 22 | MR. PODESTA:   I will object it is |
| 17:24:40 | 23 | not clear what implementing procedures are being |
| 17:24:43 | 24 | talked about. |
| 17:24:44 | 25 | MR. WARDEN:   Well, we'll find out. |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 339

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:24:45 | 2 | MR. PODESTA:    Good. |
| 17:24:46 | 3 | Q.    Mr. Cammaroto, is it a fair |
| 17:24:47 | 4 | statement that the security procedures at the |
| 17:24:51 | 5 | checkpoints in place before September 11, 2001 |
| 17:24:56 | 6 | under the FAA's regulations were expected to |
| 17:25:01 | 7 | include procedures developed by the airlines to |
| 17:25:06 | 8 | carry out the ACSSP and the guidelines? |
| 17:25:10 | 9 | A.    Yes, sir. |
| 17:25:14 | 10 | Q.    So the implementing procedures the |
| 17:25:16 | 11 | airlines themselves were expected to develop |
| 17:25:18 | 12 | were part of the security program? |
| 17:25:19 | 13 | MS. VARGAS:    Objection, |
| 17:25:20 | 14 | foundation. |
| 17:25:21 | 15 | A.    They are referenced in the program, |
| 17:25:23 | 16 | they are not part of the program. |
| 17:25:25 | 17 | Q.    They were expected to be part of |
| 17:25:27 | 18 | the security procedures the airlines were |
| 17:25:28 | 19 | taking? |
| 17:25:28 | 20 | MR. PODESTA:    Objection, form. |
| 17:25:30 | 21 | MS. VARGAS:    Objection, |
| 17:25:31 | 22 | foundation. |
| 17:25:31 | 23 | A.    Yes. |
| 17:25:32 | 24 | Q.    Would it be a fair statement that |
| 17:25:33 | 25 | the COG, the Checkpoint Operations Guideline |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 340

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:25:38 | 2 | developed by the airlines would be considered an |
| 17:25:40 | 3 | implementing procedure? |
| 17:25:43 | 4 | A.    Yes, sir. |
| 17:25:43 | 5 | Q.    You called it a how-to document, |
| 17:25:45 | 6 | under the ACSSP, it is an implementing |
| 17:25:48 | 7 | procedure; correct? |
| 17:25:49 | 8 | MS. VARGAS:    Objection, |
| 17:25:50 | 9 | foundation, form. |
| 17:25:51 | 10 | A.    Yes, sir. |
| 17:26:02 | 11 | Q.    I think you were very careful to |
| 17:26:04 | 12 | express that the FAA reviewed the implementing |
| 17:26:11 | 13 | procedure prepared by the airlines and I think |
| 17:26:19 | 14 | Section XIV titled Implementing Procedures |
| 17:26:21 | 15 | required the airlines to submit them to the FAA; |
| 17:26:23 | 16 | doesn't it? |
| 17:26:24 | 17 | MR. PODESTA:    Objection to the |
| 17:26:25 | 18 | form. |
| 17:26:25 | 19 | MS. VARGAS:    Object, compound. |
| 17:26:39 | 20 | Q.    Yes.  Doesn't Roman numeral XIV |
| 17:26:41 | 21 | Implementing Procedures require that the |
| 17:26:45 | 22 | airlines routinely provide to the FAA copies of |
| 17:26:49 | 23 | all implementing procedures issued? |
| 17:26:54 | 24 | A.    Yes, sir. |
| 17:26:54 | 25 | Q.    So the airlines would have |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 341

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:26:56 | 2 | developed the COG and submitted it to the FAA in |
| 17:26:59 | 3 | accordance with the implementing procedures |
| 17:27:03 | 4 | requirement in the ACSSP? |
| 17:27:05 | 5 | MR. PODESTA:    Objection to the |
| 17:27:05 | 6 | form. |
| 17:27:05 | 7 | MS. VARGAS:    Objection, |
| 17:27:06 | 8 | foundation. |
| 17:27:06 | 9 | A.    Presumably, yes, sir. |
| 17:27:10 | 10 | Q.    When the FAA reviewed it, in |
| 17:27:14 | 11 | accordance with that procedure, the FAA reviewed |
| 17:27:17 | 12 | it to make sure that the procedures developed by |
| 17:27:21 | 13 | the airlines in the COG were not inconsistent |
| 17:27:26 | 14 | with the ACSSP? |
| 17:27:26 | 15 | A.    That's correct. |
| 17:27:30 | 16 | Q.    But they were procedures developed |
| 17:27:32 | 17 | by the airlines independently of the FAA; |
| 17:27:35 | 18 | correct? |
| 17:27:35 | 19 | MR. PODESTA:    Objection to the |
| 17:27:36 | 20 | form. |
| 17:27:36 | 21 | A.    Yes, sir, they were. |
| 17:27:41 | 22 | Q.    The airlines had the authority, the |
| 17:27:46 | 23 | right, to develop implementing procedures as |
| 17:27:50 | 24 | long as they submitted them to the FAA and as |
| 17:27:52 | 25 | long as they weren't inconsistent with the |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 342

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:27:54 | 2 | ACSSP; correct? |
| 17:27:56 | 3 | MS. VARGAS:    Objection to the |
| 17:27:56 | 4 | form. |
| 17:27:56 | 5 | A.    Yes, sir. |
| 17:28:12 | 6 | Q.    So I would like you to look at the |
| 17:28:14 | 7 | COG a little bit, please.  I think we may need |
| 17:28:20 | 8 | to give you a copy. |
| 17:28:44 | 9 | A.    I have it, sir. |
| 17:28:45 | 10 | Q.    I learned, Mr. Cammaroto, there are |
| 17:28:46 | 11 | different paginations in the COG.  I want to |
| 17:28:49 | 12 | first of all make sure we are looking at the |
| 17:28:51 | 13 | same thing. |
| 17:28:51 | 14 | Can you tell me what you have in |
| 17:28:55 | 15 | front of you, if it is marked as an exhibit |
| 17:28:57 | 16 | please? |
| 17:28:57 | 17 | A.    Deposition Exhibit 1 Charlie of |
| 17:29:01 | 18 | 2/7/07. |
| 17:29:04 | 19 | Q.    Mine is Exhibit 1A,  but we will |
| 17:29:06 | 20 | see if we can make it work.  Mr. Podesta asked |
| 17:29:35 | 21 | you about some parts of the COG earlier.  I |
| 17:29:42 | 22 | would like to return to section 5-8, 5-9. |
| 17:29:52 | 23 | A.    I am page 5-8, sir. |
| 17:29:54 | 24 | Q.    Is it correct that section or pages |
| 17:29:56 | 25 | 5-8 through 5-10 are lists of hand carried items |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 343

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO – CONFIDENTIAL SSI MATERIAL |
| 17:30:04 | 2 | that the airlines themselves decided to prohibit |
| 17:30:09 | 3 | from the sterile area? |
| 17:30:10 | 4 | MR. PODESTA:   Objection to the |
| 17:30:11 | 5 | form. |
| 17:30:12 | 6 | A.    It reads "items not allowed to |
| 17:30:14 | 7 | enter the sterile area," yes, sir. |
| 17:30:16 | 8 | Q.    The implementing procedures |
| 17:30:18 | 9 | developed by the airlines called the COG |
| 17:30:19 | 10 | prohibited box cutters; correct? |
| 17:30:23 | 11 | MS. VARGAS:   Objection to the |
| 17:30:23 | 12 | form. |
| 17:30:23 | 13 | MR. PODESTA:   Objection to the |
| 17:30:24 | 14 | form. |
| 17:30:24 | 15 | A.    Box cutters are listed as an item |
| 17:30:27 | 16 | on page 5-8, yes, sir. |
| 17:30:29 | 17 | Q.    An item not allowed to enter the |
| 17:30:32 | 18 | sterile area? |
| 17:30:33 | 19 | A.    That's correct. |
| 17:30:34 | 20 | Q.    Bombs of course not allowed to |
| 17:30:38 | 21 | enter the sterile area? |
| 17:30:39 | 22 | A.    Sorry? |
| 17:30:40 | 23 | Q.    Bombs. |
| 17:30:40 | 24 | A.    Bombs are not allowed in the |
| 17:30:42 | 25 | sterile area, yes, sir. |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 344

1          ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

17:30:42   2          Q.      Mace, under the airlines'
17:30:45   3     implementing procedure not allowed to enter the
17:30:49   4     sterile area?
17:30:50   5          A.      That's correct.  Mace is listed.
17:30:51   6          Q.      And pepper spray also listed to not
17:30:54   7     be allowed in the sterile area?
17:30:55   8          A.      Pepper spray is listed.
17:30:58   9          Q.      And knives that could be considered
17:31:00   10    menacing; correct?
17:31:06   11         A.      It says "knives with blades over
17:31:09   12    four inches or menacing," yes, sir.
17:31:10   13         Q.      The airlines implementing procedure
17:31:13   14    called the COG prohibited both knives over four
17:31:17   15    inches and knives that could be considered
17:31:19   16    menacing even if they were shorter than four
17:31:21   17    inches; correct?
17:31:22   18              MS. VARGAS:      Objection to the
17:31:22   19    form.
17:31:24   20              MR. PODESTA:    Object to the form
17:31:25   21    as well.
17:31:25   22         A.      That would be my interpretation of
17:31:27   23    it, sir, but, again --
17:31:29   24         Q.      Would it be a fair statement the
17:31:31   25    FAA left it to the airlines to make the decision

TC REPORTING in affliation with Merrill Corp.,
(516) 795-7444

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 345

|   |   |   |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:31:33 | 2 | to prohibit knives shorter than four inches if |
| 17:31:37 | 3 | they were deemed menacing? |
| 17:31:39 | 4 | MR. PODESTA:    Objection to the |
| 17:31:39 | 5 | form. |
| 17:31:39 | 6 | MS. VARGAS:    Objection to the |
| 17:31:40 | 7 | form.    Hold on one second.    Can you repeat the |
| 17:31:53 | 8 | question. |
| 17:31:54 | 9 | (The pending question was read as |
| 17:31:54 | 10 | follows: |
| 17:31:29 | 11 | "Question:    Would it be a fair |
| 17:31:30 | 12 | statement the FAA left it to the airlines to |
| 17:31:32 | 13 | make the decision to prohibit knives shorter |
| 17:31:36 | 14 | than four inches if they were deemed menacing?") |
| 17:32:06 | 15 | MS. VARGAS:    I am going to object |
| 17:32:07 | 16 | to the testimony -- object to the question to |
| 17:32:11 | 17 | the extent you're entering into questions of |
| 17:32:13 | 18 | minimum standards.    You can ask him about his |
| 17:32:15 | 19 | role in reviewing the COG or FAA's role in |
| 17:32:18 | 20 | reviewing the COG and review of the provision. |
| 17:32:24 | 21 | Q.    I think maybe let's have the |
| 17:32:27 | 22 | question read back, first of all.    Then if I |
| 17:32:29 | 23 | need to I will clarify it. |
| 17:32:32 | 24 | MS. VARGAS:    It can just be a |
| 17:32:33 | 25 | clarifying -- it only needs to be clarified. |

TC REPORTING in affliation with Merrill Corp.,
(516) 795-7444

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 346

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 17:32:50 | 2 | (The pending question was read as |
| 17:32:50 | 3 | follows: |
| 17:31:29 | 4 | "Question:   Would it be a fair |
| 17:31:30 | 5 | statement the FAA left it to the airlines to |
| 17:31:32 | 6 | make the decision to prohibit knives shorter |
| 17:31:36 | 7 | than four inches if they were deemed menacing?") |
| 17:32:51 | 8 | MR. PODESTA:   Repeat my objection. |
| 17:32:54 | 9 | A.    Yes, sir. |
| 17:32:57 | 10 | MS. VARGAS:   There is an |
| 17:32:58 | 11 | instruction not to answer that question, I |
| 17:33:00 | 12 | apologize.  We need to rephrase the question. |
| 17:33:05 | 13 | MR. CAMPBELL:   Move to strike. |
| 17:33:06 | 14 | MR. PODESTA:   Move to strike and |
| 17:33:08 | 15 | object on the ground the question is outside the |
| 17:33:10 | 16 | scope. |
| 17:33:11 | 17 | MR. PEPE:   The question is |
| 17:33:14 | 18 | basically asked and answered, so we should move |
| 17:33:16 | 19 | on. |
| 17:33:16 | 20 | Q.    I take it the FAA did not consider |
| 17:33:19 | 21 | it inconsistent with the ACSSP for the airlines |
| 17:33:23 | 22 | to make the decision to prohibit knives that |
| 17:33:30 | 23 | would be considered menacing even if the blades |
| 17:33:33 | 24 | were shorter than four inches? |
| 17:33:34 | 25 | MS. VARGAS:   You can answer that |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 347

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:33:35 | 2 | question. |
| 17:33:35 | 3 | A.    That was not inconsistent, no, sir. |
| 17:33:40 | 4 | Q.    In fact your position is that the |
| 17:33:46 | 5 | FAA left it up to the airlines to decide whether |
| 17:33:50 | 6 | to allow blades shorter than four inches in |
| 17:33:53 | 7 | general; correct? |
| 17:33:54 | 8 | MS. VARGAS:    Objection. |
| 17:33:55 | 9 | MR. PODESTA:    Objection to the |
| 17:33:55 | 10 | form. |
| 17:33:56 | 11 | MS. VARGAS:    Pause.  I am going |
| 17:34:03 | 12 | to object to that question and instruct you not |
| 17:34:05 | 13 | to answer as it is getting into minimum |
| 17:34:09 | 14 | standards topics which are still pending |
| 17:34:10 | 15 | consideration by the FAA.  Mr. Cammaroto can |
| 17:34:13 | 16 | testify as to the FAA's role in reviewing the |
| 17:34:16 | 17 | COG and what their role was with respect to |
| 17:34:18 | 18 | these specific provisions. |
| 17:34:24 | 19 | MR. WARDEN:    Is that an |
| 17:34:25 | 20 | instruction? |
| 17:34:25 | 21 | MS. VARGAS:    I did instruct him |
| 17:34:26 | 22 | not to answer, yes, I did. |
| 17:34:27 | 23 | Q.    Does Mr. Cammaroto still have his |
| 17:34:29 | 24 | testimony from the Moussaoui trial in front of |
| 17:34:31 | 25 | him? |

TC REPORTING in affliation with Merrill Corp.,
(516) 795-7444

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 351

|  | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 17:38:12 | 2 | "Question: Excuse me, that was up |
| 17:38:13 | 3 | to the airlines as to whether or not they |
| 17:38:15 | 4 | allowed that on the sterile concourse and on to |
| 17:38:19 | 5 | the plane?" And your answer was "That's |
| 17:38:22 | 6 | correct." |
| 17:38:23 | 7 | Did I read that right? |
| 17:38:25 | 8 | A.    Yes, sir. |
| 17:38:25 | 9 | Q.    What I would like to know is when |
| 17:38:27 | 10 | you gave that testimony were you telling the |
| 17:38:30 | 11 | lawyer who asked you the questions that it was |
| 17:38:32 | 12 | up to the airlines whether or not to allow sharp |
| 17:38:36 | 13 | blades on to the airplane or in the sterile |
| 17:38:39 | 14 | area? |
| 17:38:39 | 15 | A.    Yes, this line of questioning was |
| 17:38:41 | 16 | specifically, as I was responding to it, related |
| 17:38:46 | 17 | to tools of the trade. So if you were an |
| 17:38:50 | 18 | electrician, a computer technician and you had |
| 17:38:53 | 19 | items that you would use to strip wires and to |
| 17:38:56 | 20 | splice wires and they have sharp edges would the |
| 17:39:00 | 21 | air carrier be allowed to allow them into the |
| 17:39:02 | 22 | sterile area, my answer is yes. |
| 17:39:03 | 23 | MS. VARGAS:    Again, I don't want |
| 17:39:04 | 24 | to sound like a broken record, any time we are |
| 17:39:06 | 25 | talking about authenticating Mr. Cammaroto's |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 352

1    ROBERT J. CAMMAROTO – CONFIDENTIAL SSI MATERIAL

17:39:09    2    Moussaoui testimony, that is official capacity

17:39:11    3    testimony he gave on behalf of the government,

17:39:13    4    but it was not and is not intended to be

17:39:16    5    30(b)(6) testimony.  Just to keep the record

17:39:18    6    clear.  I will just always make that caveat.

17:39:24    7         Q.    Is it a fair statement, Mr.

17:39:26    8    Cammaroto, that your testimony that it was up to

17:39:29    9    the airlines as to whether or not to allow

17:39:31    10    something with a sharp edge on it into the

17:39:34    11    sterile area, that you gave at the Moussaoui

17:39:36    12    trial, that is consistent with the FAA's

17:39:39    13    position; isn't it?

17:39:41    14              MS. VARGAS:    Objection.

17:39:43    15              MR. BARRY:  Objection to the form.

17:39:44    16              MS. VARGAS:    I am not going to

17:39:45    17    permit him to answer that question.  I am

17:39:47    18    instructing you not to answer.

17:39:49    19         A.    Okay, I have been so instructed,

17:39:49    20    sir.

17:39:51    21              MS. VARGAS:  He can authenticate

17:39:52    22    his statements  I will allow him to authenticate

17:39:57    23    as I allowed Mr. Podesta to authenticate.

17:40:00    24         Q.    It is the FAA's position prior to

17:40:02    25    September 11, 2001, that it was up to the

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 353

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:40:06 | 2 | airlines to exercise good judgement and common |
| 17:40:09 | 3 | sense and to determine whether an item that |
| 17:40:16 | 4 | might have a sharp edge should be allowed into |
| 17:40:18 | 5 | the sterile area? |
| 17:40:20 | 6 | MR. CAMPBELL:   Objection to the |
| 17:40:21 | 7 | form. |
| 17:40:21 | 8 | MR. PODESTA:   Objection to the |
| 17:40:21 | 9 | form. |
| 17:40:21 | 10 | Q.    Even if it was shorter than four |
| 17:40:23 | 11 | inches? |
| 17:40:24 | 12 | MS. VARGAS:    You can answer. |
| 17:40:25 | 13 | A.    Yes, sir. |
| 17:40:34 | 14 | Q.    In making that determination the |
| 17:40:36 | 15 | FAA expected the airlines to exercise good |
| 17:40:39 | 16 | judgment, common sense and caution? |
| 17:40:41 | 17 | MR. PODESTA:   Objection. |
| 17:40:42 | 18 | MR. CAMPBELL:   Objection. |
| 17:40:43 | 19 | MS. VARGAS:    Asked and answered. |
| 17:40:44 | 20 | MR. PODESTA:   We had this. |
| 17:40:45 | 21 | A.    Yes, sir. |
| 17:41:01 | 22 | Q.    I would like to ask you a couple |
| 17:41:02 | 23 | questions about the context in which the FAA |
| 17:41:05 | 24 | expected the airlines to make such decisions. |
| 17:41:14 | 25 | For example, the FAA provided |

HIGHLY CONFIDENTIAL

Page 355

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:43:00 | 2 | require specific countermeasures, the FAA would |
| 17:43:05 | 3 | place information in Information Circulars? |
| 17:43:07 | 4 | A.    Yes, sir. |
| 17:43:08 | 5 | Q.    And provide that information to the |
| 17:43:11 | 6 | airlines? |
| 17:43:12 | 7 | A.    Yes, sir. |
| 17:43:16 | 8 | Q.    Did the FAA expect the airlines to |
| 17:43:18 | 9 | make judgment about the screening process or in |
| 17:43:21 | 10 | the screening process, taking into account the |
| 17:43:26 | 11 | information in the Information Circulars? |
| 17:43:28 | 12 | MR. CAMPBELL:    Objection to the |
| 17:43:29 | 13 | form. |
| 17:43:29 | 14 | MS. VARGAS:    Objection to the |
| 17:43:29 | 15 | form.  Are you referring to the exercise of good |
| 17:43:31 | 16 | judgment you were referring to before in the |
| 17:43:33 | 17 | Appendix? |
| 17:43:34 | 18 | MR. WARDEN:    Yes. |
| 17:43:35 | 19 | MS. VARGAS:    You can answer it to |
| 17:43:36 | 20 | the extent it relates to the Appendix |
| 17:43:38 | 21 | guidelines. |
| 17:43:38 | 22 | A.    Yes, sir, that would provide a |
| 17:43:40 | 23 | context in which they could exercise good |
| 17:43:43 | 24 | judgment. |
| 17:43:43 | 25 | Q.    The Information Circulars in fact |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 357

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:45:03 | 2 | A.      Yes, sir, you did. |
| 17:45:07 | 3 | Q.      "This is most often due to a |
| 17:45:09 | 4 | security Information Circulars or Security |
| 17:45:12 | 5 | Directive issued to the airline by the FAA or |
| 17:45:14 | 6 | intelligence developed by the airline's security |
| 17:45:18 | 7 | department." |
| 17:45:19 | 8 | Did I read that sentence right from |
| 17:45:20 | 9 | section 6-1 of the COG? |
| 17:45:22 | 10 | MS. VARGAS:      Objection, the |
| 17:45:23 | 11 | document speaks for itself. |
| 17:45:24 | 12 | A.      Yes, sir, you did read it |
| 17:45:25 | 13 | correctly. |
| 17:45:27 | 14 | Q.      Did the FAA consider it to be |
| 17:45:31 | 15 | consistent with the ACSSP that the airlines |
| 17:45:34 | 16 | would implement a procedure to intensify their |
| 17:45:39 | 17 | security efforts as the result of information in |
| 17:45:43 | 18 | an Information Circulars? |
| 17:45:46 | 19 | MR. PODESTA:      Objection to the |
| 17:45:47 | 20 | form. |
| 17:45:47 | 21 | MR. CAMPBELL:      Objection to the |
| 17:45:49 | 22 | form. |
| 17:45:49 | 23 | MS. VARGAS:      Objection to the |
| 17:45:49 | 24 | form. |
| 17:45:49 | 25 | A.      It was not inconsistent again with |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 358

1          ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

17:45:51    2     the requirements of the program, sir.

17:45:53    3          Q.     It is an example of the airlines

17:45:56    4     taking into account the context in which they

17:45:59    5     were carrying out the screening operations;

17:46:03    6     correct?

17:46:03    7          A.     I think it can be taken in that

17:46:05    8     sense, yes, sir.

17:46:05    9          Q.     In fact, section 6-1 provides that

17:46:10   10     the airlines could intensify their security

17:46:15   11     procedures as a result of their own intelligence

17:46:17   12     generation; correct?

17:46:18   13               MS. VARGAS:    Objection, are you

17:46:19   14     asking him to interpret the COG? The COG speaks

17:46:23   15     for itself, it is not an FAA document.

17:46:25   16               MR. WARDEN:    That is a predicate

17:46:26   17     for another question.

17:46:27   18               MR. PODESTA:    I will object as

17:46:28   19     beyond the scope of the final determination.

17:46:30   20               MS. VARGAS:    With the

17:46:31   21     understanding that is leading somewhere, I will

17:46:33   22     permit it.

17:46:36   23          Q.     Did I read that correctly?

17:46:37   24          A.     If you would repeat the question,

17:46:38   25     sir.

HIGHLY CONFIDENTIAL

Page 359

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL          |
| 17:46:38 | 2  | Q.     Sure.  Am I reading it correctly                  |
| 17:46:43 | 3  | when I read the COG in section 6-1 to call for           |
| 17:46:48 | 4  | airline Ground Security Coordinators to direct           |
| 17:46:51 | 5  | the use of intensified security procedures as a          |
| 17:46:54 | 6  | result of intelligence developed by the airline          |
| 17:46:58 | 7  | security departments?                                    |
| 17:47:00 | 8  | MR. GRAVES:    Objection to the                          |
| 17:47:01 | 9  | form?                                                    |
| 17:47:01 | 10 | A.     Yes, sir.                                         |
| 17:47:02 | 11 | Q.     Would it be not inconsistent with                 |
| 17:47:05 | 12 | the ACSSP for the airlines to intensify their            |
| 17:47:12 | 13 | security procedures as a result of their own             |
| 17:47:13 | 14 | intelligence generation?                                 |
| 17:47:14 | 15 | A.     It would not be -- it would not --                |
| 17:47:18 | 16 | okay, I lost it.  It would not be inconsistent           |
| 17:47:22 | 17 | with the SSP.                                            |
| 17:47:23 | 18 | Q.     I would very much like to ask that                |
| 17:47:25 | 19 | question a different way, Mr. Cammaroto.  And            |
| 17:47:27 | 20 | I'd like to know if it would be consistent with          |
| 17:47:30 | 21 | the ACSSP for the airlines to take into account          |
| 17:47:35 | 22 | the intelligence that their own security                 |
| 17:47:37 | 23 | departments developed in carrying out the                |
| 17:47:40 | 24 | screening process?                                       |
| 17:47:41 | 25 | MR. PODESTA:    Objection to the                         |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 360

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 17:47:42 | 2 | form. |
| 17:47:42 | 3 | MS. VARGAS:    Objection to the |
| 17:47:43 | 4 | form, foundation. |
| 17:47:44 | 5 | MR. CAMPBELL:    Objection to the |
| 17:47:44 | 6 | form. |
| 17:47:44 | 7 | A.    Sir, I am going to stick with the |
| 17:47:46 | 8 | not inconsistent. |
| 17:47:48 | 9 | Q.    Okay.  I tried. |
| 17:48:20 | 10 | I think Mr. Podesta asked you about |
| 17:48:22 | 11 | some of your testimony in the Moussaoui trial |
| 17:48:26 | 12 | where you indicated what the FAA could have done |
| 17:48:31 | 13 | if it had some specific intelligence in the way |
| 17:48:35 | 14 | of additional countermeasures.  Do you remember |
| 17:48:37 | 15 | those questions? |
| 17:48:38 | 16 | A.    I remember the general line of |
| 17:48:40 | 17 | questioning, yes, sir. |
| 17:48:41 | 18 | Q.    Sorry, you remember what? |
| 17:48:42 | 19 | A.    The general line of questioning, I |
| 17:48:44 | 20 | don't know -- |
| 17:48:45 | 21 | Q.    I don't want to repeat all of |
| 17:48:47 | 22 | those.  But I want to make sure you have the |
| 17:48:49 | 23 | line of questions in context of my next question |
| 17:48:50 | 24 | okay. |
| 17:48:51 | 25 | A.    Yes, sir.  Thank you. |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 374

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 18:02:55 | 2 | A.    It will just take a second.  It |
| 18:03:12 | 3 | reads "Information indicates a terrorist group |
| 18:03:14 | 4 | or other hostile entity with known capability of |
| 18:03:16 | 5 | attacking civil aviation is likely to carry out |
| 18:03:20 | 6 | attacks against U.S. targets with civil |
| 18:03:21 | 7 | disturbances with direct impact on civil |
| 18:03:22 | 8 | aviation have begun or are imminent."  So yes, |
| 18:03:25 | 9 | sir. |
| 18:03:27 | 10 | Q.    So the answer to my question is, |
| 18:03:28 | 11 | yes, AVSEC Level III is there is a known |
| 18:03:32 | 12 | terrorist group with known capability that is |
| 18:03:34 | 13 | likely to attack civil aviation in the United |
| 18:03:37 | 14 | States? |
| 18:03:37 | 15 | MS. VARGAS:    Objection, he read |
| 18:03:38 | 16 | the precise language of the AVSEC Alert Level |
| 18:03:42 | 17 | III.  That is the language. |
| 18:03:44 | 18 | A.    Yes, sir. |
| 18:03:47 | 19 | Q.    When you answered Mr. Podesta's |
| 18:03:49 | 20 | question, AVSEC Level III was the environment, |
| 18:03:54 | 21 | you meant the environment was there was a known |
| 18:03:57 | 22 | terrorist group capable of attacking and likely |
| 18:04:01 | 23 | to do so.  That was the environment pre 9/11, |
| 18:04:05 | 24 | 2001; correct? |
| 18:04:07 | 25 | MR. PODESTA:    Objection. |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

HIGHLY CONFIDENTIAL

Page 375

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 18:04:07 | 2 | MR. CAMPBELL:    Objection to the |
| 18:04:08 | 3 | form. |
| 18:04:08 | 4 | A.    Yes, sir. |
| 18:04:09 | 5 | Q.    That was the context the airlines |
| 18:04:11 | 6 | had to take into account in exercising good |
| 18:04:14 | 7 | judgment in the whole screening process; |
| 18:04:18 | 8 | correct? |
| 18:04:18 | 9 | A.    Yes, sir. |
| 18:04:20 | 10 | MR. WARDEN:    Shall we stop for the |
| 18:04:23 | 11 | evening. |
| 18:04:23 | 12 | MS. VARGAS:    That would be good. |
| 18:04:28 | 13 | MS. WINTER:    I want to remind all |
| 18:04:29 | 14 | counsel they are to pass up all SSI documents |
| 18:04:32 | 15 | that were copies or marked today and none of |
| 18:04:34 | 16 | those SSI documents are to leave this room. |
| 18:04:39 | 17 | |
| 18:04:41 | 18 | |
| 18:04:44 | 19 | (Continued on following page.) |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

85e00f9e-9052-4dce-91c1-83bd7bd4c8b6

# In The Matter Of:

*IN RE SEPTEMBER 11 LITIGATION*

---

### ROBERT J. CAMMAROTO
*February 12, 2008*

---

## *HIGHLY CONFIDENTIAL/ CONFIDENTIAL SSI MATERIAL*
## *TC REPORTING in affliation with Merrill*
### *25 West 45TH Street - Suite 900*
### *New York, NY 10036*
*PH: 516-795-7444 / FAX: 212-692-9171*

**CAMMAROTO, ROBERT J. - Vol. 2**

HIGHLY CONFIDENTIAL

Page 403

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 09:23:07 | 2 | administrator.  There were times where the title |
| 09:23:09 | 3 | shifted back and forth.  When I say assistant |
| 09:23:11 | 4 | administrator, I am talking ACS 1. |
| 09:23:16 | 5 | Q.     At any rate, he is the top person |
| 09:23:18 | 6 | in the division? |
| 09:23:18 | 7 | A.     Yes, top security guy. |
| 09:23:20 | 8 | Q.     If you look at the part of the |
| 09:23:21 | 9 | document that I highlighted. |
| 09:23:25 | 10 | A.     I have it, sir. |
| 09:23:26 | 11 | Q.     Okay. Does it read that "Airlines |
| 09:23:30 | 12 | have the flexibility to apply judgment and |
| 09:23:32 | 13 | discretion in determining whether a passenger |
| 09:23:34 | 14 | might be adverse to the safety and security of |
| 09:23:37 | 15 | the flight.  Ideally the nature of the articles |
| 09:23:41 | 16 | and the circumstances in which they are carried |
| 09:23:43 | 17 | are carefully considered before a decision is |
| 09:23:45 | 18 | made to allow or restrict?" |
| 09:23:49 | 19 | MS. VARGAS:    Objection, I believe |
| 09:23:50 | 20 | you misread the sentence. |
| 09:23:52 | 21 | Q.     Then it refers to a knife; doesn't |
| 09:23:54 | 22 | it? |
| 09:23:54 | 23 | A.     My copy says "The air carrier |
| 09:23:59 | 24 | security personnel are given flexibility to |
| 09:24:01 | 25 | apply judgment and discretion in determining |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 404

| | 1 | ROBERT J. CAMMAROTO – CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 09:24:02 | 2 | whether an article carried by a passenger might |
| 09:24:04 | 3 | be adverse to the safety and security of the |
| 09:24:07 | 4 | flight. Ideally, the nature of the articles and |
| 09:24:08 | 5 | the circumstances in which they are carried are |
| 09:24:09 | 6 | carefully considered before a decision is made |
| 09:24:11 | 7 | to allow or restrict transportation of an item, |
| 09:24:13 | 8 | such as a knife." Yes, sir. |
| 09:24:18 | 9 | Q. That was the statement sent out in |
| 09:24:20 | 10 | 1996 for associate administrator Cathal Flynn by |
| 09:24:24 | 11 | the FAA? |
| 09:24:25 | 12 | A. Yes, sir. |
| 09:24:54 | 13 | Q. Now, Mr. Cammaroto, we put in front |
| 09:24:56 | 14 | of you a document marked Exhibit 777, do you |
| 09:24:58 | 15 | have that? |
| 09:24:59 | 16 | A. Not yet, sir. |
| 09:25:14 | 17 | Q. For the record number 777 has Bates |
| 09:25:18 | 18 | numbers TSA 11597. |
| 09:25:19 | 19 | A. I have been handed the document, |
| 09:25:21 | 20 | sir. |
| 09:25:21 | 21 | MS. VARGAS: Again, the record |
| 09:25:23 | 22 | reflect it extends through TSA 11608. |
| 09:25:36 | 23 | MR. GODFREY: Let the record |
| 09:25:36 | 24 | reflect it's very difficult the testimony off |
| 09:25:36 | 25 | the witness if we don't have copies of the |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 406

|  |  |  |
|---|---|---|
|  | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 09:26:53 | 2 | the House of Representatives of the U.S. |
| 09:26:55 | 3 | Congress; correct? |
| 09:26:56 | 4 | A.    Yes, sir. |
| 09:26:57 | 5 | Q.    And the letter is responding to an |
| 09:27:00 | 6 | inquiry from the Congressman about the FAA's |
| 09:27:03 | 7 | regulations concerning carrying pocket knives on |
| 09:27:09 | 8 | a airplane; correct? |
| 09:27:20 | 9 | A.    It says we are responding to the |
| 09:27:21 | 10 | Congressman on behalf of Mr. Tuttle regarding |
| 09:27:25 | 11 | his request for a copy of regulations on |
| 09:27:27 | 12 | carrying pocket knifes on board a commercial |
| 09:27:29 | 13 | aircraft, yes, sir. |
| 09:27:30 | 14 | Q.    If you look at the fourth paragraph |
| 09:27:32 | 15 | of the letter Mr. Canavan states or Mr. McDonald |
| 09:27:38 | 16 | states for Mr. Canavan, the associate |
| 09:27:41 | 17 | administrator of the Civil Aviation Security |
| 09:27:44 | 18 | division "It is important to note that while the |
| 09:27:46 | 19 | security programs issued by the FAA, established |
| 09:27:49 | 20 | the minimum standards that airlines and airports |
| 09:27:51 | 21 | must follow, the airlines and airports may |
| 09:27:53 | 22 | implement more stringent security requirements." |
| 09:27:58 | 23 | Did I read that correctly? |
| 09:28:02 | 24 | A.    Yes, sir, you did. |
| 09:28:03 | 25 | Q.    That was the statement of position |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 407

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 09:28:05 | 2 | of associate administrator for Civil Aviation |
| 09:28:10 | 3 | Security on carrying a pocket knife on board a |
| 09:28:12 | 4 | commercial aircraft six months before the |
| 09:28:16 | 5 | September 11th occurrence; correct? |
| 09:28:16 | 6 | MR. PODESTA:    Objection to the |
| 09:28:16 | 7 | form, outside the scope. |
| 09:28:18 | 8 | A.    That was certainly the |
| 09:28:19 | 9 | characterization provided to Congressman Hobson |
| 09:28:22 | 10 | at that time. |
| 09:28:36 | 11 | Q.    Now I would like you to look at a |
| 09:28:38 | 12 | document I mentioned before your counsel |
| 09:28:40 | 13 | prepared for you yesterday, Exhibit 771. |
| 09:28:41 | 14 | A.    I have it, sir. |
| 09:28:53 | 15 | Q.    I take it, you can tell us in view |
| 09:28:56 | 16 | of what your counsel said yesterday they |
| 09:28:58 | 17 | prepared this for you yesterday, that is not, |
| 09:29:00 | 18 | this Exhibit 771 is not a document prepared and |
| 09:29:05 | 19 | maintained by the FAA in the ordinary course of |
| 09:29:08 | 20 | its business; correct? |
| 09:29:08 | 21 | A.    That's correct. |
| 09:29:09 | 22 | Q.    So we are not looking at a |
| 09:29:11 | 23 | statement of the FAA's position prepared in the |
| 09:29:13 | 24 | ordinary course of its business; are we? |
| 09:29:15 | 25 | A.    We are not looking at FAA prepared |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 416

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO – CONFIDENTIAL SSI MATERIAL |
| 09:37:49 | 2 | for?" |
| 09:37:49 | 3 | Q.    Second paragraph, last sentence in |
| 09:37:53 | 4 | the second paragraph which I will read "While |
| 09:37:55 | 5 | airlines are required to meet certain standards, |
| 09:37:57 | 6 | they possess the final decision to impose more |
| 09:37:59 | 7 | stringent restrictions for carry-on items." |
| 09:38:02 | 8 | Did I read that correctly? |
| 09:38:03 | 9 | MR. CAMPBELL:   Objection to the |
| 09:38:04 | 10 | form. |
| 09:38:04 | 11 | MR. PODESTA:   Objection. |
| 09:38:04 | 12 | MS. VARGAS:   Objection to the |
| 09:38:05 | 13 | form. |
| 09:38:05 | 14 | MR. PODESTA:  And outside scope. |
| 09:38:06 | 15 | MS. VARGAS:   The document speaks |
| 09:38:07 | 16 | for itself.  You can answer whether he read that |
| 09:38:10 | 17 | sentence correctly. |
| 09:38:11 | 18 | A.    Yes, sir, you most certainly read |
| 09:38:13 | 19 | it correctly. |
| 09:38:13 | 20 | MR. CAMPBELL:   Move to strike. |
| 09:38:14 | 21 | Q.    You would agree that was a correct |
| 09:38:16 | 22 | statement of the FAA's position before September |
| 09:38:20 | 23 | 11, 2001; wouldn't you? |
| 09:38:21 | 24 | MR. CAMPBELL:   Objection. |
| 09:38:21 | 25 | MR. PODESTA:   Objection. |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 445

|  |  |  |
|---|---|---|
|  | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 10:09:46 | 2 | Random House is supplemented in the context of |
| 10:09:49 | 3 | the checkpoint by the experience and knowledge |
| 10:09:51 | 4 | base that's developed and available at that |
| 10:09:56 | 5 | point, yes, sir. |
| 10:09:58 | 6 | Q.    By the airlines? |
| 10:10:00 | 7 | A.    Yes, sir. |
| 10:10:00 | 8 | Q.    That common sense as you've refined |
| 10:10:14 | 9 | the definition is something that should always |
| 10:10:15 | 10 | prevail when trying to make determinations under |
| 10:10:19 | 11 | Appendix I as to whether or not a weapon is |
| 10:10:27 | 12 | considered deadly? |
| 10:10:29 | 13 | MS. VARGAS:    Objection to the |
| 10:10:30 | 14 | form. |
| 10:10:30 | 15 | A.    Appendix I does read in "common |
| 10:10:33 | 16 | sense should always prevail," yes, sir. |
| 10:10:35 | 17 | Q.    All right.  Then you talked |
| 10:10:36 | 18 | yesterday about Checkpoint Operations Guide.  In |
| 10:10:41 | 19 | the Checkpoint Operation Guide, I believe you |
| 10:10:43 | 20 | referred to it or was referred in documentation |
| 10:10:47 | 21 | as being sort of a quick reference to be kept at |
| 10:10:50 | 22 | each of the checkpoints; correct? |
| 10:10:52 | 23 | A.    That's correct, sir. |
| 10:10:53 | 24 | Q.    And it is your understanding that |
| 10:10:56 | 25 | that Checkpoint Operations Guide was actually |

HIGHLY CONFIDENTIAL

Page 498

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 11:39:17 | 2  | A.      Yes, sir.                            |
| 11:39:19 | 3  | Q.      And specifically if you can turn to  |
| 11:39:20 | 4  | page 1862.                                   |
| 11:39:29 | 5  | A.      I have it, sir, page 1862.           |
| 11:39:34 | 6  | Q.      If you turn to line 9, please.       |
| 11:39:37 | 7  | A.      Line 9, sir.                         |
| 11:39:38 | 8  | Q.      This is a question by Mr. Novak, I   |
| 11:39:41 | 9  | am going to read it, question and answer then |
| 11:39:42 | 10 | ask you a question.  Okay.                   |
| 11:39:45 | 11 | The question begins "In addition to          |
| 11:39:46 | 12 | the measures that you mandate in the         |
| 11:39:48 | 13 | countermeasures that you mandate in the Security |
| 11:39:53 | 14 | Directive, could an airline also add their own |
| 11:39:55 | 15 | additional security if they felt that it was |
| 11:39:58 | 16 | appropriate?                                 |
| 11:39:59 | 17 | Answer, line 13, "yes they could             |
| 11:40:03 | 18 | absolutely.  What we gave them was always the |
| 11:40:06 | 19 | minimum they had to comply with and they were |
| 11:40:09 | 20 | always to go beyond."                        |
| 11:40:13 | 21 | Was that your testimony in this              |
| 11:40:14 | 22 | case?                                        |
| 11:40:17 | 23 | MR. BARRY:  Objection.                       |
| 11:40:18 | 24 | MS. VARGAS:   In the Moussaoui               |
| 11:40:19 | 25 | case?                                        |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 499

| | | |
|---|---|---|
| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
| 11:40:20 | 2 | Q.    In the Moussaoui case March 22, |
| 11:40:23 | 3 | 2006? |
| 11:40:24 | 4 | A.    Yes, sir, it was. |
| 11:40:24 | 5 | Q.    Was it true and accurate then? |
| 11:40:26 | 6 | MR. CAMPBELL:    Objection. |
| 11:40:27 | 7 | A.    Yes, sir. |
| 11:40:27 | 8 | Q.    Is it true and accurate today? |
| 11:40:29 | 9 | MR. CAMPBELL:    Objection. |
| 11:40:30 | 10 | MS. VARGAS:    Objection to the |
| 11:40:31 | 11 | form. |
| 11:40:31 | 12 | A.    The FAA -- |
| 11:40:38 | 13 | MS. VARGAS:    Mr. Cammaroto, pause. |
| 11:40:44 | 14 | You can authenticate the statement in its |
| 11:40:47 | 15 | accuracy, you cannot interpret the statement or |
| 11:40:49 | 16 | go beyond authenticating the statement you made |
| 11:40:51 | 17 | and its truthfulness and accuracy.  So please |
| 11:40:54 | 18 | keep that in mind when you give your answer. |
| 11:40:56 | 19 | A.    And the statement was true and |
| 11:40:58 | 20 | accurate when I made, yes, sir. |
| 11:41:02 | 21 | MR. CAMPBELL:    Move to strike. |
| 11:41:03 | 22 | MS. VARGAS:    Again, I would just |
| 11:41:04 | 23 | like to make the same caveat I was making |
| 11:41:06 | 24 | yesterday, I hate to sound like a broken record, |
| 11:41:08 | 25 | but the Moussaoui testimony was testimony that |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 500

| | 1 | ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 11:41:10 | 2 | Mr. Cammaroto provided in his official capacity |
| 11:41:14 | 3 | as a witness for the government but was not the |
| 11:41:16 | 4 | 30(b)(6) testimony of the FAA. |
| 11:41:19 | 5 | MR. MIGLIORI:  That's fine. |
| 11:41:19 | 6 | Q.    I am only asking you, sir, the |
| 11:41:22 | 7 | statement I just read from page 1862 of your |
| 11:41:27 | 8 | testimony in the Moussaoui case, that answer |
| 11:41:28 | 9 | that you provided was true and accurate when you |
| 11:41:32 | 10 | gave it; correct? |
| 11:41:33 | 11 | MR. CAMPBELL:   Objection. |
| 11:41:34 | 12 | MR. PODESTA:   Objection to the |
| 11:41:34 | 13 | form. |
| 11:41:34 | 14 | MS. VARGAS:   Asked and answered. |
| 11:41:36 | 15 | Q.    Well there were so many objections, |
| 11:41:37 | 16 | I would like to get a clean answer. |
| 11:41:40 | 17 | A.    Yes, sir. |
| 11:41:40 | 18 | Q.    Was the testimony that you provided |
| 11:41:43 | 19 | on page 1862 of the Moussaoui transcript true |
| 11:41:47 | 20 | and accurate when you gave it? |
| 11:41:51 | 21 | MR. CONNORS:   Objection. |
| 11:41:53 | 22 | A.    Yes, sir. |
| 11:41:53 | 23 | MR. CONNORS:   Move to strike. |
| 11:41:55 | 24 | Q.    Can you turn to page 1798. |
| 11:42:11 | 25 | A.    Page 1798, sir. |

5663124e-a92d-4ac6-a9a6-96f7453b3d78

HIGHLY CONFIDENTIAL

Page 633

| | 1 | ROBERT J. CAMMAROTO – CONFIDENTIAL SSI MATERIAL |
|---|---|---|
| 14:54:48 | 2 | A.    The air carriers as private |
| 14:54:50 | 3 | entities, not government operations certainly |
| 14:54:52 | 4 | had rights to determine who could or couldn't |
| 14:54:56 | 5 | fly on their aircraft.  We merely said if you |
| 14:54:58 | 6 | were going to permit someone into the sterile |
| 14:55:00 | 7 | area and on to an aircraft, this is what you |
| 14:55:02 | 8 | must do to screen them into that area. |
| 14:55:06 | 9 | MR. PEPE:  Move to strike. |
| 14:55:08 | 10 | Q.    Pre 9/11 did the, under FAA policy, |
| 14:55:15 | 11 | were airlines permitted to refuse to board |
| 14:55:19 | 12 | passengers where the causal factor, the but-for |
| 14:55:23 | 13 | cause of the decision to refuse boarding was the |
| 14:55:26 | 14 | race, religion or national or ethnic origin of |
| 14:55:30 | 15 | the passenger? |
| 14:55:30 | 16 | MR. MIGLIORI:  Objection to the |
| 14:55:31 | 17 | form and legal conclusion. |
| 14:55:32 | 18 | MS. VARGAS:  Objection to the |
| 14:55:33 | 19 | form. |
| 14:55:34 | 20 | A.    My understanding of the regulations |
| 14:55:39 | 21 | in place at that time would not have allowed the |
| 14:55:41 | 22 | air carriers to do that.  That being to preclude |
| 14:55:45 | 23 | someone from flight because of race, religion, |
| 14:55:48 | 24 | etc. |
| 14:55:48 | 25 | Q.    I would like to direct your |

5663124e-a92d-4ac6-a9a6-96f7453b3d78