# EXHIBIT 27

Confidential - Do Not Copy or Disclose          Subj. to Protect. Order 21 MC 101 (AKH)
                                                Subj. to Protect. Order 21 MC 97 (AKH)



U.S. Department of Transportation
Federal Aviation Administration

# Civil Aviation Security
# Information Circular

Information of Concern to Aviation Security Personnel
Current Security Procedures Should be Reviewed in Light of
This Information

**Subject:** Continued Middle Eastern Threats to Civil Aviation

**Number:** IC-2001-04        **Date:** April 18, 2001                Page 1 of 3

**EXPIRATION:** July 31, 2001.

This Information Circular supercedes IC-2001-01, which expired on April 18, 2001.

**INFORMATION:** The U.S. Government continues to receive reports that prompt concern about the safety and security of U.S. citizens traveling throughout the Middle East. In recent weeks, the armed conflict between Israel and the Palestinians has escalated dangerously with each side using heavy military weapons to inflict increasing damage on the other. Recent cross-border attacks by ▮▮▮▮ from Lebanon into Israel and the subsequent Israeli military response threaten to widen the conflict in the region. ▮▮▮▮ and numerous Palestinian groups involved in the uprising have shown increased resolve to continue and expand their anti-Israeli activities.

The animosity driving such activity has also inflamed anti-U.S sentiment. Since the beginning of the year, information about potential threats to U.S. interests has led a number of U.S. Embassies to temporarily suspended services in order to review their security.

Additional issues that may serve as catalysts for violence against U.S. interests overseas stem from ongoing terrorism trials in the United States involving Middle Eastern extremist defendants. Ahmed Ressam was recently convicted in connection with the plot to bomb sites in the United States during the millennium celebrations. Ressam is scheduled to be sentenced on June 28, 2001 and could receive up to 130 years in prison. Also, four alleged

---

For Use by Aviation Security Personnel Only
Unauthorized Dissemination of This Document or Information Contained Herein
is Prohibited. 14 CFR 191

AAL 011949

AAL TSA001246

XC  060185

Confidential - Do Not Copy or Disclose
Information Circular
Number: IC-2001-04      Date: April 18, 2001

Subj. to Protect. Order 21 MC 101 (AKH)
Subj. to Protect. Order 21 MC 97 (AKH)

Page 2 of 1

members of Usama bin Laden's al-Qa'ida terrorist organization are currently being tried in New York for their alleged involvement in the U.S. Embassy bombings in Kenya and Tanzania. Two of the defendants could face the death penalty if convicted.

**COMMENT:** U.S. Government personnel and facilities remain at a heightened state of alert. It is our judgement that the potential for Middle Eastern militant groups or individuals to conduct terrorist operations against U.S. interests is high and will remain so for the next several months.

The Federal Aviation Administration does not have any credible information regarding specific plans by terrorist groups to attack U.S. civil aviation interests. Nevertheless, some of the currently active groups are known to plan and train for hijackings and have the capability to construct sophisticated IEDs concealed inside luggage and consumer products. The FAA encourages all U.S. carriers to demonstrate a high degree of alertness.

## DISSEMINATION GUIDANCE:

(1) This IC shall be disseminated to all U.S. air carriers. It is intended for the information of carrier corporate security directors, senior management personnel, ground security coordinators, and supervisory security personnel at overseas locations.

(2) This IC may also be disseminated to managers and security elements at Part 107 airports. Such dissemination must include the dissemination guidance contained in this IC.

(3) If required in the course of aviation duties, U.S. air carrier local stations security personnel outside the U.S. may coordinate the information in this circular with local airport management and law enforcement personnel on a strict need-to-know basis only.

(4) All recipients must limit dissemination within their respective organizations to personnel who have an operational need-to-know.

(5) No other dissemination may be made without the prior approval of the FAA Associate Administrator for Civil Aviation Security. Unauthorized

For Use by Aviation Security Personnel Only
Unauthorized Dissemination of This Document or Information Contained Herein is Prohibited: 14 CFR 191

AAL 011950

AAL TSA001247

XC  060186

| Confidential - Do Not Copy or Disclose | | Subj. to Protect. Order 21 MC 101 (AKH) |
|---|---|---|
| **Information Circular** | | Subj. to Protect. Order 21 MC 97 (AKH) |
| **Number: IC-2001-04** | **Date: April 18, 2001** | **Page 3 of 1** |

dissemination of this document or information contained herein is prohibited by 14 CFR 108.18.

<u>FOR DEPARTMENT OF STATE:</u> Retransmittal to appropriate foreign posts is authorized. Posts must refer to STATE 174137, 212201Z Aug 96, Subject: FAA Security Directives and Information Circulars: Definitions and Handling, for specific guidance on handling and dissemination.

For Use by Aviation Security Personnel Only
Unauthorized Dissemination of This Document or Information Contained Herein
is Prohibited. 14 CFR 191

AAL 011951

AAL TSA001248

XC   060187