# EXHIBIT 28

Confidential - Do Not Copy or Disclose

Subj. to Protect. Order 21 MC 101 (AKH)
Subj. to Protect. Order 21 MC 97 (AKH)



U.S. Department of Transportation
Federal Aviation Administration

# Civil Aviation Security
# Information Circular

Information of Concern to Aviation Security Personnel
Current Security Procedures Should be Reviewed in Light of
This Information

**Subject:** Continued Middle Eastern Threats to Civil Aviation
**Number:** IC-2001-04A   **Date:** July 31, 2001   Page 1 of 3

**EXPIRATION:** October 20, 2001.

This Information Circular supersedes IC-2001-04, which expired on July 31, 2001.

**INFORMATION:** U.S. Government personnel and facilities remain at a heightened state of alert following reports of possible near-term terrorist operations. The potential for Middle Eastern terrorist groups or individuals to conduct terrorist operations against U.S. interests, particularly on the Arabian Peninsula and/or in Israel, has increased in 2001. The threat can be attributed to several factors, including:

- an unabated armed conflict between Israel and the Palestinians that has reached dangerous levels and threatens regional stability;

- a desire by extremist elements to force the departure of U.S. military and civilian personnel from the Arabian Peninsula through violence;

- opposition to U.S. foreign policy objectives in the Middle East;

- and, frustration on the part of extremists with counterterrorist successes that have resulted in U.S. arrests, prosecutions, and incarcerations of key militant operatives and leaders.

---

For Use by Aviation Security Personnel Only
Unauthorized Dissemination of This Document or Information Contained Herein
is Prohibited: 14 CFR 191

AAL 011974

AAL TSA001271

XC  060210

Confidential - Do Not Copy or Disclose  
**Information Circular**  
**Number: IC-2001-04A**     Date: July 31, 2001

Subj. to Protect. Order 21 MC 101 (AKH)  
Subj. to Protect. Order 21 MC 97 (AKH)

Page 2 of 1

These factors may become more significant with the approach of two anniversary dates:

- August 7 – marks the date the U.S. began the military build-up on the Arabian Peninsula in preparation for the 1991 Gulf War with Iraq. It was the chosen date for the 1998 bombings of the U.S. embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania, by terrorists affiliated with Usama bin Laden. Four terrorist operatives involved in the attack on the embassies have been arrested, convicted, and recently sentenced to lengthy prison terms in the United States. The desire to drive the United States from the Arabian Peninsula was the focus of an August 23, 1996 Islamic decree (fatwa) by Usama bin Laden. In the fatwa, bin Laden called on all Muslims to help "liberate the Islamic holy shrines."

- September 28 – marks the date of the first anniversary of the unrest associated with the al-Aqsa Intifada in Israel, the West Bank, and Gaza Strip. The anniversary will occur one day after the Jewish holiday of Yom Kippur. During 2001, there has been a sharp increase in the number of terrorist bombings in Israel. A number of public facilities, to include the international airport in Tel Aviv, have been threatened.

The terrorism threat is not solely confined to the Middle East. In June 2001, U.S. authorities learned of a disrupted plot to bomb U.S. interests in New Delhi, India. In addition, in the past eight months, several North African extremists have been arrested in Germany, Italy, and the United Kingdom for plotting terrorist activities in Europe. The likelihood that further spillover of terrorist activities from the Middle East to other areas of the world is of concern. Information about potential threats to U.S. interests has led a number of U.S. embassies to temporarily suspend services in order to review their security measures. There also have been a number of non-specific threats made against U.S. interests, to include U.S. civil aviation interests.

**COMMENT:** Despite recent terrorist activity which suggests a possible near-term terrorist attack, the target of such an attack is less clear. The Federal Aviation Administration does not have any credible information regarding specific plans by terrorist groups to attack U.S. civil aviation interests.

---

For Use by Aviation Security Personnel Only  
Unauthorized Dissemination of This Document or Information Contained Herein  
Is Prohibited: 14 CFR 191

AAL 011975

AAL TSA001272

XC 060211

Confidential - Do Not Copy or Disclose
Information Circular
Number: IC-2001-04A            Date: July 31, 2001

Subj. to Protect. Order 21 MC 101 (AKH)
Subj. to Protect. Order 21 MC 97 (AKH)

Page 3 of 1

Nevertheless, some of the currently active groups are known to plan and train for hijackings and have the capability to construct sophisticated IEDs concealed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The FAA encourages all U.S. carriers to exercise prudence and demonstrate a high degree of alertness.

**DISSEMINATION GUIDANCE:**

(1) This IC shall be disseminated to all U.S. air carriers. It is intended for the information of carrier corporate security directors, senior management personnel, ground security coordinators, and supervisory security personnel at overseas locations.

(2) This IC may also be disseminated to managers and security elements at Part 107 airports. Such dissemination must include the dissemination guidance contained in this IC.

(3) If required in the course of aviation duties, U.S. air carrier local stations security personnel outside the U.S. may coordinate the information in this circular with local airport management and law enforcement personnel on a strict need-to-know basis only.

(4) All recipients must limit dissemination within their respective organizations to personnel who have an operational need-to-know.

(5) No other dissemination may be made without the prior approval of the FAA Associate Administrator for Civil Aviation Security. Unauthorized dissemination of this document or information contained herein is prohibited by 14 CFR 108.18.

**FOR DEPARTMENT OF STATE:** Retransmittal to appropriate foreign posts is authorized. Posts must refer to STATE 174137, 212201Z Aug 96, Subject: FAA Security Directives and Information Circulars: Definitions and Handling, for specific guidance on handling and dissemination.

---

For Use by Aviation Security Personnel Only
Unauthorized Dissemination of This Document or Information Contained Herein
is Prohibited: 14 CFR 191

AAL 011976

AAL TSA001273

XC   060212