# EXHIBIT 31

# In The Matter Of:

*In Re: SEPTEMBER 11 LITIGATION,*

---

JAMES MILLER, Jr.
*May 23, 2008*

---

***CONFIDENTIAL***

***TC REPORTING in affiliation with Merrill Corp.***
*25 West 45th Street*
*New York, New York 10036*
*PH: 516-795-7444 / FAX: 212-692-9171*

MILLER, Jr., JAMES - Vol. I

11:50:21 taking pictures in front of the checkpoint, and they
11:50:28 told me it was okay. And when I say "they," because I
11:50:34 don't remember who.
11:50:43 Q. Did you report to someone that a person or
11:50:46 persons was taking pictures in front of the checkpoint?
11:50:51 A. I believe I did.
11:50:56 Q. Did you personally observe a person or
11:50:59 persons taking pictures in front of the checkpoint?
11:51:02 A. Yes, ma'am.
11:51:04 Q. Was there anybody with you when you made
11:51:05 that observation?
11:51:08 A. I don't remember.
11:51:11 Q. When did this occur?
11:51:14 A. Before September 11th.
11:51:17 Q. Can you be more specific as to date?
11:51:19 A. No, ma'am.
11:51:24 Q. What checkpoint was involved in this
11:51:26 incident?
11:51:28 A. American, main checkpoint.
11:51:34 Q. And was it one person or more than one
11:51:37 person?
11:51:37 A. I don't remember, ma'am.
11:51:41 Q. Can you describe any person who was taking
11:51:44 photographs in front of the checkpoint?

11:51:47 A. No, ma'am. It's been a long time, and I
11:51:51 can't remember the faces.
11:51:55 Q. Do you remember if it was men or women or
11:51:57 both?
11:51:59 A. I don't know, ma'am.
11:52:01 Q. Do you remember the nationality or the
11:52:02 appearance of any of the persons who were taking
11:52:05 photos?
11:52:07 A. No. I believe that to be Muslim.
11:52:16 Q. And what did it appear to you that they
11:52:18 were photographing?
11:52:21 MR. CONNORS: Objection to the form of the
11:52:22 question. You can answer.
11:52:26 A. The checkpoint, the setup, the machines.
11:52:37 Q. Where was the photographer standing?
11:52:39 Outside of the checkpoint?
11:52:41 A. Yes, ma'am.
11:52:43 Q. And how many photos did you observe them
11:52:46 taking?
11:52:47 A. I don't remember, ma'am.
11:52:48 Q. How long were they there taking pictures?
11:52:51 A. That, I couldn't tell you.
11:52:54 Q. Did you speak to the persons who were
11:52:57 taking pictures?

9e40b9d2-8529-44b7-9c9c-736770c22627

11:52:58 A. I don't remember if I did or not.

11:53:12 Q. Was anybody with you when you observed

11:53:13 this?

11:53:14 A. Ma'am, not that -- I don't remember.

11:53:29 Q. And am I understanding you correctly that

11:53:31 you reported this observation to someone, but you don't

11:53:36 remember who?

11:53:36 A. Yes, ma'am.

11:53:49 Q. Did you understand, sir, at the time that

11:53:52 you observed Muslim appearing persons photographing the

11:53:58 whole checkpoint setup, that one method that terrorists

11:54:04 use in planning terrorist operations is preoperational

11:54:10 surveillance of the target they intend to attack?

11:54:13 MR. CONNORS: Objection to the form of the

11:54:14 question.

11:54:16 MS. REILLY: Objection to the form.

11:54:16 Q. You can answer.

11:54:19 A. No, ma'am. At the time, I did not know.

11:54:26 Q. Were you aware that terrorists, unlike

11:54:30 other types of criminals, were more likely to undertake

11:54:34 surveillance work before committing a terrorist

11:54:38 operation?

11:54:39 MR. CONNORS: Objection to the form.

11:54:41 MS. REILLY: Objection to the form.

11:54:42 A. I did not know, ma'am.

11:54:54 Q. Did you understand, sir, that someone photographing a whole checkpoint operation was a suspicious activity?

11:55:05 MR. CONNORS: Objection to the form.

11:55:06 MS. REILLY: Objection to the form.

11:55:08 MR. BURTON: Objection.

11:55:09 A. Ma'am, it looked weird to me.

11:55:11 Q. And that is why you reported it; isn't that right?

11:55:14 A. Yes, ma'am.

11:55:15 Q. And what did you say to the person you reported it to, when they told you that was okay?

11:55:21 A. I don't remember, ma'am.

11:55:24 Q. Did you take any further action?

11:55:26 A. No, ma'am.

11:55:26 Q. Did you make a written report?

11:55:28 A. No, ma'am.

11:55:45 Q. Do you know who Larry Wansley is?

11:55:48 A. No, ma'am.

11:55:52 Q. Mr. Wansley has, like you, also testified in this case. He was the managing director of corporate security for American Airlines. And he told us that if an American employee saw suspicious activity

11:56:09 from anybody who appeared to be surveilling a
11:56:12 checkpoint, he would expect them to report it. Is that
11:56:15 your understanding, that that kind of activity should
11:56:18 be reported?

11:56:20 MR. CONNORS: Objection to the form of the
11:56:20 question.

11:56:22 MS. REILLY: Objection to the form.

11:56:22 A. Yes, ma'am.

11:56:32 Q. Where did you go to make your report of
11:56:37 your observations of a Muslim appearing person or
11:56:42 persons photographing the checkpoint setup?

11:56:44 A. Ma'am, I don't remember, you know.

11:56:48 Q. Did you make the report to somebody who
11:56:50 was right there in the vicinity?

11:56:58 A. I don't know, ma'am. I must have talked
11:57:01 to someone, but I don't remember who I talked to.

11:57:10 MS. HESSION: Let me take two minutes. I
11:57:12 just want to pull some exhibits. We'll take a short
11:57:15 break.

11:57:17 THE VIDEOGRAPHER: This concludes
11:57:18 Tape No. 1 in the May 23, 2008, deposition of
11:57:26 James Miller. Going off the record, the time is
11:57:29 11:57 a.m.

11:57:32 (A recess was taken.)

                    12:11:02 effort by unknown elements to collect information on
12:11:06 air carrier and airport security measures for
12:11:10 subsequent targeting." Do you see that sentence, sir?
12:11:13 A. No, ma'am. Are we talking about on this
12:11:18 (indicating)?
12:11:19 Q. Do you see the top of the page where it
12:11:20 says FAA comment?
12:11:22 A. Yes.
12:11:23 Q. Okay. The second sentence of that
12:11:25 paragraph reads, "They may, however, indicate an effort
12:11:28 by unknown elements to collect information on air
12:11:32 carrier and airport security measures for subsequent
12:11:35 targeting."
12:11:36 MR. CONNORS: I think he's reading from
12:11:39 the wrong page.
12:11:40 A. Yes. That's what I -- yes, ma'am.
12:11:40 Q. All right. Are you with me, sir?
12:11:42 A. Yes, ma'am.
12:11:42 Q. Was it your understanding at the time that
12:11:44 you saw Muslim appearing people taking photographs of
12:11:47 the whole checkpoint setup, that those persons might
12:11:50 be, might be attempting to collect information on
12:11:54 airport security measures --
12:11:55 MR. CONNORS: Objection to the form of the

9e40b9d2-8529-44b7-9c9c-736770c22627

12:11:56 question.

12:11:56 Q. -- for improper purposes?

12:11:58 MR. CONNORS: Objection to the form of the

12:11:59 question.

12:12:00 MS. REILLY: Objection to form.

12:12:03 MR. BURTON: Objection to form.

12:12:05 A. It definitely caught me on guard, where I

12:12:08 didn't -- I wasn't comfortable with it.

12:12:11 Q. Okay. And you were aware at the time that

12:12:13 you observed the photographing, that persons,

12:12:19 terrorists, may attempt to collect information on

12:12:24 airport security measures for subsequent targeting of

12:12:28 terrorist activities?

12:12:29 MR. CONNORS: Objection.

12:12:30 Q. That was your understanding, wasn't it?

12:12:32 MR. CONNORS: Objection to the form of the

12:12:32 question.

12:12:34 MS. REILLY: Objection to form.

12:12:35 MR. BURTON: Objection to form.

12:12:35 A. Yes, ma'am.

12:12:37 Q. And I want to call your attention to the

12:12:38 very last paragraph on that same page. Do you see that

12:12:43 last sentence, it says, "Suspicious activities similar

12:12:47 to those described above may indicate testing of

9e40b9d2-8529-44b7-9c9c-736770c22627

12:13:47 A. Can I answer now?

12:13:48 MR. CONNORS: I don't --

12:13:48 BY MS. HESSION:

12:13:49 Q. Well, let me ask again because you may have lost the question. You knew, sir, in the summer of 2001, didn't you, that when you saw suspicious activity that to you indicated that somebody may be attempting to collect information on airport security for an improper purpose, that you should report it?

12:14:08 MR. CONNORS: Objection to the form. You can answer.

12:14:10 MS. REILLY: Objection to form.

12:14:11 MR. BURTON: Objection.

12:14:11 A. Yes, ma'am.

12:14:12 Q. And in fact you did report it; is that correct?

12:14:14 A. Yes, ma'am.

12:14:15 Q. Okay. And, again, you've told us you don't remember to whom you reported the incident you observed. Do you know whether that was an airport law enforcement official?

12:14:28 A. No, ma'am.

12:14:36 Q. I'd like you to turn your attention to Exhibit 496, which I've left there in front of you,

12:37:19 Q. Has anyone, other than the one person
12:37:22 who -- to whom you reported the incident where you saw
12:37:27 Muslim appearing persons photographing the checkpoint,
12:37:31 did anyone else ever tell you that people had a right
12:37:38 to photograph or videotape the checkpoints?
12:37:41 MR. CONNORS: Objection to the form. You
12:37:42 can answer.
12:37:44 MS. HESSION: What is the objection to the
12:37:44 form?
12:37:45 MR. CONNORS: You keep referring to Muslim
12:37:47 persons. I don't believe that's the case.
12:37:50 Q. The persons that you saw photographing the
12:37:52 checkpoint were Muslim appearing; is that correct?
12:37:54 A. Yes, ma'am. I believe so.
12:37:56 Q. Is it your testimony you don't remember
12:37:57 whether it was one person or more than one person?
12:38:00 A. No, I don't.
12:38:01 Q. Okay. Has anyone, other than the person
12:38:04 to whom you reported that incident, that you personally
12:38:07 observed, ever told you that it's all right for persons
12:38:14 to videotape or photograph the checkpoints?
12:38:19 A. I'm sorry, ma'am. Can you repeat the
12:38:21 question, please?
12:38:22 Q. Other than that one person to whom you

9e40b9d2-8529-44b7-9c9c-736770c22627

12:38:25 reported the photographing incident that you observed,
12:38:29 other than that one person, is there anyone else who
12:38:33 has ever instructed you that persons have a right to
12:38:39 videotape or photograph the security checkpoint setup?
12:38:46 MS. REILLY: Objection to the form.
12:38:46 MR. CONNORS: Objection to the form of the
12:38:47 question.
12:38:47 A. No, ma'am.
12:38:54 Q. And did you take any action at all as a
12:39:00 result of the incident you observed, other than to
12:39:03 report it to one person?
12:39:08 A. Not to my knowledge. No, ma'am.
12:39:26 Q. Have you ever been made aware that any
12:39:32 other employees at the airport, whether employed by
12:39:36 Globe or an airline or anyone else, had observed
12:39:42 persons photographing or videotaping checkpoints?
12:39:47 A. Not that I remember, ma'am.
12:39:49 Q. Okay. Since you were told that it was
12:40:07 okay for those persons to be photographing -- person or
12:40:12 persons to be photographing the checkpoint, have you
12:40:15 personally observed other persons videotaping or
12:40:20 photographing checkpoints?
12:40:23 A. Are we talking about today?
12:40:26 Q. Prior to September 11th, 2001.

9e40b9d2-8529-44b7-9c9c-736770c22627