# EXHIBIT 32

# In The Matter Of:

*IN RE SEPTEMBER 11 LITIGATION v.*

---

## STEPHEN J. WALLACE
*July 17, 2007*

---

## CONFIDENTIAL
## TC REPORTING in Affliation with Merrill Corp.,

25 West 45th Street - Suite 900
New York, NY 10036
PH: 516-795-7444 / FAX: 212-692-9171

WALLACE STEPHEN J. - Vol. 1

| | | |
|---|---|---|
| 12:26:41 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 12:26:44 | 2 | Q. I just asked a question. I have feelings, |
| 12:26:49 | 3 | too. |
| 12:26:50 | 4 | MR. CAMPBELL: We're going into |
| 12:26:53 | 5 | sensitivity training? |
| 12:26:53 | 6 | (Discussion off the record.) |
| 12:26:54 | 7 | BY MR. GRANITO: |
| 12:26:56 | 8 | Q. Did you ever prepare a kiosk for the |
| 12:27:00 | 9 | checkpoints that contained prohibited items such as |
| 12:27:03 | 10 | knives? |
| 12:27:05 | 11 | MR. CONNORS: Objection to the form of the |
| 12:27:06 | 12 | question. |
| 12:27:06 | 13 | A. No. |
| 12:27:06 | 14 | Q. Guns? |
| 12:27:07 | 15 | A. No. |
| 12:27:07 | 16 | Q. Mace? |
| 12:27:07 | 17 | A. No. |
| 12:27:09 | 18 | Q. Pepper spray? |
| 12:27:10 | 19 | A. No. |
| 12:27:13 | 20 | Q. Did there come a time -- strike that. |
| 12:27:16 | 21 | On May 11th, were you engaged in putting |
| 12:27:17 | 22 | this kiosk together -- |
| 12:27:17 | 23 | A. Yes. |
| 12:27:18 | 24 | Q. -- at Logan? |
| | 25 | A. Yes. |

Page 104

```
12:27:18   1              STEPHEN J. WALLACE - CONFIDENTIAL
12:27:20   2                 MR. PODESTA:  Let him finish the question.
12:27:20   3                 THE WITNESS:  Sorry.
12:27:21   4      BY MR. GRANITO:
12:27:25   5           Q.   And did something occur at that time
12:27:27   6      pertaining to individuals?
12:27:28   7           A.   Yes.
12:27:32   8           Q.   Can you tell me what time it was that this
12:27:33   9      occurred, approximately?
12:27:40  10           A.   Yes.  It was -- it was -- it was between 8
12:27:44  11      and 9:30 in the morning.
12:27:46  12           Q.   And where were you located specifically?
12:27:47  13           A.   At that kiosk.
12:27:49  14           Q.   And what were you engaged in doing?
12:27:53  15           A.   I was -- I had boxes of items that I was
12:27:58  16      putting into the kiosk for the first time.
12:28:01  17           Q.   And what drew your attention to these two
12:28:03  18      individuals, if anything?
12:28:08  19           A.   Well, they were -- they were videotaping
12:28:12  20      and taking pictures, and talking fairly loudly on a
12:28:14  21      cell phone.
12:28:16  22           Q.   And could you describe the two
12:28:17  23      individuals?
12:28:21  24           A.   They were -- it was two men, medium
          25      height, maybe even a little slightly less than medium
```

| Time | Line | |
|---|---|---|
| 12:28:25 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 12:28:31 | 2 | height, dark complexion. |
| 12:28:35 | 3 | They were wearing shirts that reminded |
| 12:28:40 | 4 | me of Miami. One in particular, and I'm sure you've |
| 12:28:45 | 5 | seen them, like a cotton shirt with two embroidered |
| 12:28:49 | 6 | stripes. Like embroidered with -- not colored thread, |
| 12:28:52 | 7 | but like a thread that had, I don't know, like almost |
| 12:28:56 | 8 | like lace kind of stuff, but not feminine lace. Like a |
| 12:29:03 | 9 | masculine kind of, and they had, they had chino type |
| 12:29:10 | 10 | pants. And then they had shoes that were like basket |
| 12:29:15 | 11 | woven leather shoes. |
| 12:29:17 | 12 | Q. You said they were videotaping. What |
| 12:29:19 | 13 | specifically were they videotaping? |
| 12:29:22 | 14 | A. They were videotaping the checkpoint and |
| 12:29:26 | 15 | the FIDS monitor, the flight information display |
| 12:29:29 | 16 | screens. |
| 12:29:31 | 17 | Q. When they were speaking on the cell |
| 12:29:33 | 18 | phones, what language were they speaking in? |
| 12:29:35 | 19 | A. I believed it to be Arabic. |
| 12:29:36 | 20 | Q. Did you also believe the individuals to be |
| 12:29:40 | 21 | Arab? Middle Eastern? |
| 12:29:42 | 22 | A. I thought that they were Middle Eastern, |
| 12:29:43 | 23 | yes. |
| 12:29:44 | 24 | Q. Was there anything else that concerned you |
| | 25 | concerning the two individuals during this time? |

| | | |
|---|---|---|
| 12:29:48 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 12:29:48 | 2 | MR. PODESTA: Object to the form. You can |
| 12:29:49 | 3 | answer. |
| 12:29:52 | 4 | A. They were taking pictures with disposable |
| 12:29:53 | 5 | cameras, also. |
| 12:29:59 | 6 | Q. Were both men using disposable cameras? |
| 12:30:01 | 7 | A. I -- I think one man was doing most of the |
| 12:30:04 | 8 | work. |
| 12:30:06 | 9 | Q. Did they have any luggage in their |
| 12:30:07 | 10 | possession? |
| 12:30:07 | 11 | A. Yes. |
| 12:30:08 | 12 | Q. What did they have? |
| 12:30:12 | 13 | A. They had a pilot bag, but you folks call |
| 12:30:16 | 14 | them litigation bags. Brand new. |
| 12:30:18 | 15 | Q. Did both men have the same pilot bags? |
| 12:30:20 | 16 | A. I only saw one pilot bag. |
| 12:30:21 | 17 | Q. How long did you observe the two |
| 12:30:22 | 18 | individuals? |
| 12:30:24 | 19 | A. About 45 minutes. |
| 12:30:27 | 20 | Q. Were they in your general location the |
| 12:30:30 | 21 | entire 45 minutes or did they move about the terminal? |
| 12:30:34 | 22 | A. I -- I had my stuff set behind the seats |
| 12:30:39 | 23 | right next to the kiosk, and they were on the same -- |
| 12:30:43 | 24 | they were sitting on that group of five seats, but they |
| | 25 | were down towards the end, so it was one, two seats and |

| Time | Line | |
|---|---|---|
| 12:30:47 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 12:30:54 | 2 | then -- and then their bag was in front of the third |
| 12:30:54 | 3 | seat. |
| 12:30:57 | 4 | Q.   Did they stay in that general location for |
| 12:30:57 | 5 | a period? |
| 12:30:59 | 6 | A.   No.  They were moving around.  The FIDS |
| 12:31:03 | 7 | monitors are on the other side of the door so they |
| 12:31:06 | 8 | would have had to walk approximately 35 feet. |
| 12:31:08 | 9 | Q.   How close did they get to the checkpoint |
| 12:31:09 | 10 | during your observation? |
| 12:31:13 | 11 | A.   They were to the -- to the actual |
| 12:31:16 | 12 | checkpoint or to the stanchions that led to the |
| 12:31:16 | 13 | checkpoint? |
| 12:31:17 | 14 | Q.   To the stanchions that led to the |
| 12:31:18 | 15 | checkpoint. |
| 12:31:20 | 16 | A.   They were always more than 25 feet from |
| 12:31:22 | 17 | those stanchions. |
| 12:31:25 | 18 | Q.   How far are the stanchions from the |
| 12:31:34 | 19 | walk-through magnetometer? |
| 12:31:41 | 20 | A.   Another 25 feet plus. |
| 12:31:46 | 21 | Q.   Did -- during this 45 minutes, did you |
| 12:31:51 | 22 | have any conversation with the two individuals? |
| 12:31:52 | 23 | A.   Yes. |
| 12:31:53 | 24 | Q.   When was the first time you said something |
|  | 25 | to them? |

Page 108

| | | |
|---|---|---|
| 12:31:55 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 12:32:00 | 2 | A. As I was finishing up with the kiosk. |
| 12:32:01 | 3 | Q. How long had you had them under your |
| 12:32:04 | 4 | observation before you first said something to them? |
| 12:32:08 | 5 | A. About 40, 45 minutes. |
| 12:32:10 | 6 | Q. And I take it they had never said anything |
| 12:32:11 | 7 | to you during this time? |
| 12:32:11 | 8 | A. No. |
| 12:32:13 | 9 | Q. Did you approach them? |
| 12:32:15 | 10 | A. Well, it's not really approach them. They |
| 12:32:17 | 11 | were right there. But, we were in the same proximity. |
| 12:32:24 | 12 | Q. Why did you say something to them? |
| 12:32:26 | 13 | A. I was a little concerned about what they |
| 12:32:27 | 14 | were doing. |
| 12:32:29 | 15 | Q. Is it fair to say that it's not every day |
| 12:32:33 | 16 | that you would engage a customer in conversation at the |
| 12:32:35 | 17 | terminal at American Airlines? |
| 12:32:36 | 18 | A. No, I talk to people every day. |
| 12:32:38 | 19 | Q. Is it fair to say that it's not every day |
| 12:32:40 | 20 | you engage a customer in conversation because you're |
| 12:32:43 | 21 | concerned about their activities? |
| 12:32:45 | 22 | A. Not every day. |
| 12:32:46 | 23 | Q. Fair to say that the activities of these |
| 12:32:50 | 24 | two individuals were sufficiently suspicious that it |
| | 25 | concerned you? |

```
12:32:50   1              STEPHEN J. WALLACE - CONFIDENTIAL
12:32:51   2         A.   Yes.
12:32:57   3         Q.   And it was suspiciously consist -- it was
12:33:01   4    suspicious enough in your mind that you said something
12:33:02   5    to them?
12:33:03   6         A.   Yes.
12:33:07   7         Q.   And your concern was based upon, in part,
12:33:09   8    their surveillance of a security checkpoint area,
12:33:13   9    correct?
12:33:15  10              MR. CAMPBELL:   Object to the form.
12:33:15  11              MR. CONNORS:    Object to the form.
12:33:16  12              MR. PODESTA:    Yes, I'll object to the
12:33:17  13    form, too.   You can answer.
12:33:19  14         A.   The fact that they were videotaping and
12:33:22  15    taking pictures in -- concerned me, yes.
12:33:24  16         Q.   What did you say to them?
12:33:28  17         A.   I said, "You guys don't have any of this
12:33:30  18    stuff in your bags, do you?"
12:33:31  19         Q.   And what did they say?
12:33:37  20         A.   They moved away from me, and one of them
12:33:42  21    said to the other, gesturing at me, called me a rather
12:33:45  22    nasty name in Arabic.
12:33:46  23         Q.   Do you speak Arabic?
12:33:50  24         A.   I swear in Arabic.
          25         Q.   I take it you swear enough in Arabic that
```

```
                                                              Page 110
12:33:52    1           STEPHEN J. WALLACE - CONFIDENTIAL
12:33:54    2    you recognized this particular swear?
12:33:55    3          A.   Yes.
12:33:58    4          Q.   Did they say anything to alleviate the
12:34:00    5    concerns you had about their activities?
12:34:03    6          A.   I became more concerned after I responded
12:34:06    7    to them in kind.
12:34:08    8          Q.   At that point, what, if anything, did they
12:34:09    9    do?
12:34:10   10          A.   They left.
12:34:13   11          Q.   When you say they left, where did they go?
12:34:15   12          A.   They moved away from me, packed their bag
12:34:17   13    and headed towards the south checkpoint.
12:34:18   14          Q.   Did you follow them towards the south
12:34:19   15    checkpoint?
12:34:21   16          A.   I would say I was within 5 to 10 feet of
12:34:23   17    them every minute they were walking.
12:34:25   18          Q.   Did you try to keep them in your sight?
12:34:27   19          A.   I had them dead center in my sight.
12:34:29   20          Q.   You tried to keep them under your
12:34:30   21    surveillance?
12:34:30   22          A.   I did.
12:34:32   23          Q.   Did they reach the south checkpoint?
12:34:32   24          A.   They did.
           25          Q.   What did they do next?
```

Page 111

| Time | # | |
|---|---|---|
| 12:34:34 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 12:34:36 | 2 | A.   They got -- well, the whole time that I |
| 12:34:38 | 3 | was following them, they were watching me follow them. |
| 12:34:43 | 4 | Very nervous, like a kind of smile at me like they knew |
| 12:34:45 | 5 | I was there. |
| 12:34:49 | 6 | They got into the line.  They had |
| 12:34:55 | 7 | tickets.  They got into the line and started into the |
| 12:34:55 | 8 | checkpoint. |
| 12:34:56 | 9 | Q.   And when you say "the line," you're |
| 12:34:59 | 10 | referring to the security line? |
| 12:35:00 | 11 | A.   I'm sorry.  Yes, the queue. |
| 12:35:02 | 12 | Q.   At the south checkpoint? |
| 12:35:02 | 13 | A.   Yes. |
| 12:35:04 | 14 | Q.   And this would be for passengers departing |
| 12:35:07 | 15 | out of the south checkpoint on American Airlines |
| 12:35:07 | 16 | flights? |
| 12:35:09 | 17 | A.   American Airlines and American Eagle. |
| 12:35:11 | 18 | Q.   Did you have a walkie-talkie with you on |
| 12:35:12 | 19 | that day? |
| 12:35:12 | 20 | A.   I did. |
| 12:35:12 | 21 | Q.   At that time? |
| 12:35:15 | 22 | A.   Yes, I did. |
| 12:35:16 | 23 | Q.   Did there come a time when they passed |
| 12:35:18 | 24 | through the security checkpoint? |
|  | 25 | A.   Yes. |

Page 112

| | | |
|---|---|---|
| 12:35:19 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 12:35:21 | 2 | Q.  What, if anything, did you do at the |
| 12:35:23 | 3 | security checkpoint with respect to these two |
| 12:35:24 | 4 | individuals? |
| 12:35:26 | 5 | A.  Well, as I was approaching the security |
| 12:35:30 | 6 | checkpoint, I noticed a Massachusetts state trooper.  I |
| 12:35:34 | 7 | spoke to the trooper, told him what I had observed, and |
| 12:35:37 | 8 | then I moved to the -- to the back of the x-ray |
| 12:35:42 | 9 | machine, to the operator of the x-ray machine, and told |
| 12:35:46 | 10 | the operator let me know if is there anything wrong |
| 12:35:47 | 11 | with these bags. |
| 12:35:48 | 12 | Q.  Did you say anything else to the operator |
| 12:35:51 | 13 | other than "let me know if there is anything wrong with |
| 12:35:52 | 14 | these bags"? |
| 12:35:54 | 15 | A.  Yes.  Don't let them through if there is |
| 12:35:54 | 16 | anything wrong. |
| 12:35:56 | 17 | Q.  Did you say anything else to the operator |
| 12:35:57 | 18 | other than that? |
| 12:35:58 | 19 | A.  No. |
| 12:36:00 | 20 | Q.  Was it important in your mind to advise |
| 12:36:03 | 21 | the state trooper of these concerns? |
| 12:36:04 | 22 | A.  Yes. |
| 12:36:06 | 23 | Q.  And you're sure you said something to the |
| 12:36:07 | 24 | state trooper at that checkpoint? |
| | 25 | A.  Yes, I did. |

| | | |
|---|---|---|
| 12:36:08 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 12:36:10 | 2 | Q. What, if anything, did you say |
| 12:36:13 | 3 | specifically to the state trooper? |
| 12:36:16 | 4 | A. I said, specifically, these two clowns are |
| 12:36:20 | 5 | up to something. They've been taking videos and |
| 12:36:24 | 6 | pictures down at the checkpoint, down at the -- across |
| 12:36:25 | 7 | from the main checkpoint. |
| 12:36:29 | 8 | Q. Did you say anything else to anybody else |
| 12:36:31 | 9 | at the checkpoint at that time? |
| 12:36:33 | 10 | A. At the south checkpoint? |
| 12:36:34 | 11 | Q. Yes, sir. |
| 12:36:36 | 12 | A. No. |
| 12:36:38 | 13 | Q. And at that point, they cleared through |
| 12:36:40 | 14 | security and went on their way? |
| 12:36:42 | 15 | A. No. We stayed behind the x-ray and the |
| 12:36:45 | 16 | trooper was with me, and we watched their bags. I got |
| 12:36:49 | 17 | a radio call -- as they were clearing the first set of |
| 12:36:53 | 18 | magnetometers, I got a radio call and had to leave, and |
| 12:36:59 | 19 | I left the trooper there and went on the call. |
| 12:37:00 | 20 | Q. What was the call? |
| 12:37:02 | 21 | A. Something in the bag room. |
| 12:37:04 | 22 | Q. Do you recall specifically what it was? |
| 12:37:07 | 23 | A. No, but it was something that I was |
| 12:37:11 | 24 | specifically called for, so if it was a bag room issue, |
| | 25 | it was either a sort controller or a programmable |

Page 118

| Time | Line | |
|---|---|---|
| 13:27:27 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 13:27:28 | 2 | A. I don't know that they were |
| 13:27:29 | 3 | American Airlines passengers. |
| 13:27:32 | 4 | Q. Had you ever made a derogatory comment to |
| 13:27:33 | 5 | individuals -- strike that. |
| 13:27:35 | 6 | Had you ever made a derogatory comment |
| 13:27:37 | 7 | towards anyone else in the American Airlines terminal |
| 13:27:40 | 8 | at Logan prior to that day? |
| 13:27:41 | 9 | MR. PODESTA: Including his coworkers? |
| 13:27:43 | 10 | Q. With the exception of his coworkers. The |
| 13:27:53 | 11 | general -- the general public. |
| 13:27:53 | 12 | A. No. |
| 13:27:56 | 13 | Q. I take it this was a very unusual event |
| 13:27:59 | 14 | surrounding these two individuals? |
| 13:28:02 | 15 | A. I was concerned, yes. |
| 13:28:05 | 16 | Q. Did they say anything else to you at any |
| 13:28:08 | 17 | time between when you first observed them and when they |
| 13:28:10 | 18 | went through the security checkpoint? |
| 13:28:12 | 19 | A. Not one word. |
| 13:28:15 | 20 | Q. Did you point out to any other |
| 13:28:17 | 21 | American Airlines employees or anyone else in the |
| 13:28:21 | 22 | vicinity of the kiosk these two individuals? |
| 13:28:22 | 23 | A. Yes. |
| 13:28:27 | 24 | Q. Who did you point the individuals out to? |
|  | 25 | A. There were two Massport employees |

```
                                                        Page 119
13:28:33   1              STEPHEN J. WALLACE - CONFIDENTIAL
13:28:36   2    standing, sort of, as you face the exit lane to the
13:28:40   3    right of the exit lane, right at the corner of -- the
13:28:45   4    corner of the line defining the security checkpoint.
13:28:48   5         Q.   And who were these Massport --
13:28:49   6         A.   I don't.
13:28:51   7         Q.   Let me finish.  Who were these Massport
13:28:52   8    employees?
13:28:55   9         A.   They -- all I remember about them was it
13:29:00  10    was a man and a woman, and they wore like an
13:29:04  11    electric-blue piece of clothing, like a shirt or a
13:29:08  12    blouse.  I know they had a Massport badge on.  They're
13:29:14  13    like -- I know they were like terminal managers.
13:29:18  14         Q.   Had you ever seen them before?
13:29:22  15         A.   I -- there's a lot of them.  I had seen
13:29:25  16    people in that uniform before, but I don't know
13:29:27  17    specifically if I had seen them before.
13:29:28  18         Q.   Did you know their names?
13:29:28  19         A.   No.
13:29:30  20         Q.   What did you say to them?
13:29:33  21         A.   I said, there's two guys over there
13:29:38  22    videotaping and taking pictures and speaking in Arabic
13:29:40  23    to the -- on the telephone.
13:29:43  24         Q.   Where were the Massport -- strike that.
          25              You were both located at this point outside
```

Page 120

| | | |
|---|---|---|
| 13:29:45 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 13:29:47 | 2 | the security checkpoint area? |
| 13:29:47 | 3 | A.   Yes. |
| 13:29:49 | 4 | Q.   And this is when you had walked over |
| 13:29:50 | 5 | following the two individuals? |
| 13:29:51 | 6 | A.   No.  That was -- that in the beginning, |
| 13:29:56 | 7 | when I first started loading the kiosk up. |
| 13:29:59 | 8 | Q.   Okay.  So, I'm sorry, I misunderstood you. |
| 13:30:01 | 9 | When you had this conversation with the two individuals |
| 13:30:02 | 10 | from Massport -- |
| 13:30:02 | 11 | A.   Yes. |
| 13:30:04 | 12 | Q.   -- where were they located with respect to |
| 13:30:05 | 13 | the kiosk? |
| 13:30:10 | 14 | A.   They were -- they were 25 feet in front of |
| 13:30:13 | 15 | it and slightly to the left of it. |
| 13:30:15 | 16 | Q.   And how far were they from the security |
| 13:30:15 | 17 | checkpoint? |
| 13:30:17 | 18 | A.   They were right at the corner of the |
| 13:30:20 | 19 | security checkpoint.  Right -- right where the office |
| 13:30:24 | 20 | used to be, there was a glass block office.  They were |
| 13:30:26 | 21 | right by that glass block office. |
| 13:30:28 | 22 | Q.   And did you leave your location at the |
| 13:30:30 | 23 | kiosk to walk over and specifically talk to them? |
| 13:30:30 | 24 | A.   Yes. |
| | 25 | Q.   Were you following the two individuals at |

Page 121

| | | |
|---|---|---|
| 13:30:32 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 13:30:35 | 2 | this point or did you walk over to specifically talk to |
| 13:30:35 | 3 | the Massport -- |
| 13:30:37 | 4 | A.  I walked over specifically to talk to the |
| 13:30:38 | 5 | Massport people. |
| 13:30:41 | 6 | Q.  And what did they say when you relayed -- |
| 13:30:43 | 7 | what did they say when you relayed that information to |
| 13:30:44 | 8 | them? |
| 13:30:47 | 9 | A.  They said -- they said, no, they're not |
| 13:30:50 | 10 | speaking Arabic.  They're speaking Portuguese.  They're |
| 13:30:50 | 11 | okay. |
| 13:30:51 | 12 | Q.  And what did you say? |
| 13:30:52 | 13 | A.  I didn't say anything. |
| 13:30:54 | 14 | Q.  You knew they weren't speaking Portuguese? |
| 13:30:54 | 15 | A.  Yes. |
| 13:30:56 | 16 | Q.  You knew they weren't okay, correct? |
| 13:30:58 | 17 | A.  I -- I -- I -- |
| 13:30:58 | 18 | MR. PODESTA:  Object to the form. |
| 13:31:01 | 19 | Q.  And you knew in your mind they were not |
| 13:31:02 | 20 | okay, correct? |
| 13:31:04 | 21 | A.  I can't use those words, "not okay."  I |
| 13:31:05 | 22 | can't say correct to that. |
| 13:31:07 | 23 | Q.  But, you would agree with me, |
| 13:31:11 | 24 | notwithstanding what the individuals from Massport may |
| | 25 | have said to you, you were still concerned about these |

Page 140

| | | |
|---|---|---|
| 13:50:15 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 13:50:16 | 2 | photographing in the terminal, specifically what were |
| 13:50:19 | 3 | they taking pictures of? |
| 13:50:20 | 4 | MR. PODESTA: Asked and answered. |
| 13:50:21 | 5 | MR. GRANITO: I think what we asked is the |
| 13:50:24 | 6 | videotape, not the Polaroid camera. |
| 13:50:25 | 7 | A. They were taking pictures of the |
| 13:50:32 | 8 | checkpoint and the FIDS monitors. |
| 13:50:34 | 9 | Q. Did you positively identify one of the |
| 13:50:41 | 10 | individuals as the terrorist Atta? |
| 13:50:42 | 11 | A. When? |
| 13:50:44 | 12 | Q. When you were shown the photographs by |
| 13:50:47 | 13 | either the FBI agents or ATF. |
| 13:50:48 | 14 | A. Yes. |
| 13:50:50 | 15 | Q. And would the first identification have |
| 13:50:52 | 16 | been with the FBI agent -- |
| 13:50:52 | 17 | A. Yes. |
| 13:50:55 | 18 | Q. -- on September 12th? |
| 13:51:40 | 19 | A. Yes. |
| 13:51:42 | 20 | Q. I'd like to show you what we've marked for |
| 13:51:49 | 21 | identification as Exhibit 27, and ask you to take a |
| 13:51:51 | 22 | look at that, Mr. Wallace. |
| 13:51:53 | 23 | Let me know if that was one of the |
| 13:51:58 | 24 | individuals you identified to the FBI as having been at |
| | 25 | the airport on May 11th conducting surveillance. |

Page 141

| | | |
|---|---|---|
| 13:52:01 | 1 | STEPHEN J. WALLACE - CONFIDENTIAL |
| 13:52:04 | 2 | A.  Yes.  That's Mohamed Atta. |
| 13:52:05 | 3 | Q.  No doubt in your mind? |
| 13:52:09 | 4 | A.  No doubt in my mind. |
| 13:52:12 | 5 | Q.  You also identified one other person |
| 13:52:15 | 6 | through the picture array as having been at the airport |
| 13:52:17 | 7 | on May 11th conducting surveillance? |
| 13:52:21 | 8 | A.  Yes. |
| 13:52:23 | 9 | Q.  I'd like to show you what we have marked |
| 13:52:26 | 10 | for identification as Exhibit 29, and ask if that is |
| 13:52:30 | 11 | the individual who you identified for the FBI? |
| 13:52:33 | 12 | A.  I would want to see them all together. |
| 13:52:36 | 13 | Q.  Sure.  I'll provide you with Exhibit 28 |
| 13:52:46 | 14 | and 31. |
| 13:52:47 | 15 | MR. PODESTA:  Do you have any other |
| 13:52:50 | 16 | photographs? |
| 13:52:51 | 17 | MR. GRANITO:  We're working. |
| 13:52:53 | 18 | MR. PODESTA:  I mean do you want him to |
| 13:52:56 | 19 | look at a comprehensive array or what is your -- |
| 13:52:57 | 20 | MR. GRANITO:  To see who he -- who it was |
| 13:53:00 | 21 | that he identified as the second individual on |
| 13:53:01 | 22 | May 11th. |
| 13:53:07 | 23 | BY MR. GRANITO: |
| 13:53:08 | 24 | Q.  Is the second individual -- |
| | 25 | A.  There is more. |