# EXHIBIT 33

Case 1:07-cv-07051-AKH   Document 41-34   Filed 06/17/2008   Page 1 of 4

<mark>Case 1:07-cv-07051-AKH   Document 41-34   Filed 06/17/2008   Page 2 of 4</mark>

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  09/12/2001

        (P)                              Special Services, Date of Birth
(P)       Social Security Account Number (P)        MASSPORT ID#
134408, was interviewed at her place of employment, UNITED
AIRLINES, Logan International Airport, East Boston, MA.
(P)             home address is (P)
telephone number (P)              Trooper (P)            of the
Massachusetts State Police Detectives assisted the writer in the
interview of (P)        After being advised of the nature and
purpose of the interview, (P)        provided the following
information:

        (P)          is an employee of HUNTLEIGH Inc., a security
firm hired by United Airlines. (P)        was assigned to Special
Services on 9/11/01. (P)        has been working for HUNTLEIGH for
a approximately one month. Before being employed with HUNTLEIGH,
(P)         was a Supervisor of Security Checkpoints for Globe over
at American Airlines.

        On 9/11/01, (P)       remembered assisting one (1) wheel
chaired passenger to a gate. (P)        did not remember taking
that customer to either of the gates of the hijacked United Airline
planes. (P)        also assisted the ticket counter load luggage
when they needed help.

        (P)          advised that HUNTLEIGH and GLOBE both hire
Muslims to work security at Logan Airport.

        (P)          advised that construction workers without
badges have been in the airport. The construction workers will get
"screened" by the security checkpoints, but their equipment will
not be screened by the metal detectors.

        (P)          also advised that the Airport Operations Area
(AOA) would be the easiest way for someone to get into the airport.
The AOA provides access to all of the different airlines and a
person only needs to have an authorized badge that will allow for
the gates at entrances to open. The AOA has two (2) entrances.

Investigation on  9/11/01      at  East Boston, MA

File #  265D-NY-280350                              dictated  9/12/01

by  SA (P)

FBI0149

9/29/01

On September 17, 2001 (P)                         , Date of Birth: (P)                          (P)
telephone number (P)            was interviewed by ALCOHOL, TOBACCO & FIREARMS (ATF) Special Agent (SA) (P)    at LOGAN INTERNATIONAL AIRPORT, Terminal C, East Boston, Massachusetts.
(P)      provided the following information:

(P)          stated she is a United States citizen and she has no political affiliations of any sort.

(P)          has been employed by HUNTLEIGH SECURITY as a Pre-Board Screener (PBS) for approximately one (1) month. Her usual days off are Friday and Saturday. Her work shift runs from 0500 through 1300 hours. She works the checkpoint at UNITED AIRLINES.

(P)          worked on September 11, 2001 but noticed nothing unusual.

(P)          is aware that the FEDERAL AVIATION ADMINISTRATION (FAA) regulation for knives passing through security is 4<". If a knife exceeds this measurement, she calls for a supervisor. The supervisor either confiscates the knife or instructs the individual to check the weapon back at the main baggage checkpoint.

(P)          will allow a box cutter through the checkpoint, if the blade is removed. An employee may pass with box cutters.

From October 4, 2000 through July 6, 2001, (P)          was previously employed as a Supervisor for GLOBE AVIATION SERVICES, AMERICAN AIRLINES, Terminal B. She stated during this time, approximately four (4) month ago, she observed a Middle Eastern man video taping the main security checkpoint. The man, approximately 5'5"-5'6" had one day's growth on his beard. She now knows him to be MOHAMED ATTA. She was bothered by ATTA's filming so she spoke to her supervisor, (P)          about it. (P)       informed her it was a public area and nothing could be done about it. (P)          has no recollection of this event or

9/17/01          East Boston, MA

265A-NY-280350-302                                              9/22/01

SA (P)          , ATF Bo

FB10150

265A-NY-280350-302

▓▓▓ (P) ▓▓▓                                                            9/17/01            2

conversation). She realized it was ATTA when his photo was displayed on the news. Additionally, she identified ATTA from a photo array shown to her by SA ▓(P)▓

▓(P)▓ suggested she would be leaving her job. She is angry that Americans get a thorough background completed on them, but the aliens hired are not subjected to this background because their records from other countries are not available. She stated at the end of March and early April, HUNTLEIGH started hiring Muslims and Arabs.

▓(P)▓ could not pinpoint any co-worker she felt might be involved in the terrorist action of September 11, 2001.

FBI0151