# EXHIBIT 34

Confidential - Do Not Copy or Disclose    Subj. to Protective Order 21 MC 97 (AKH)

## File Number: 01-06-5272      Incident Number: 0-0000005272

Subj. to Protective Order 21 MC 101 (AKH)

**Narrative**

09/11/01

**G. Bartulevitz:** Above are believed to be the suspects involved in the hijacking of AA Flight #11 BOS-LAX on September 11, 2001

9/12/01

**C. Schmidt:** Interview of Michael Woodward, Manager, BOS Flight Service in reference to phone conversation with BOS/FA Madeline Sweeney while in-flight during hijacking prior to crash into World Trade Center.

9/14/01

Additional names added to suspect list.

10/2/01

FBI requested eight specific PNRs and passenger name lists. SA ▓▓▓▓/DFW was provided with the records on 9/30/01. One PNR was requested for F/A Shah who was listed as an A-3 positive space passenger.

11/8/01

Update by 01/08/02

2/6/02

F/A ▓▓▓ reported to CERTS # 1D-02012294 relaying information regarding Mohammed Atta and associates traveling on Flight 11 in the Fall of 2000. She recalled his strange behaviour, lack of communication, no food, no drink and was very observant of all activity. He was in Business Class. There were an unusual number of Middle Eastern looking individuals and she had conversation with Capt Ogonowski at the time. The flight attendant has been thinking about calling but suspected that we already had reviewed these records on Atta and other suspect travelers.

NARRATIVE:

▓▓▓▓ advised that when told of the circumstances, the captain looked at the other crew member and remarked that they had just gotten a warning alert that day which she took to be be "Look out for Middle Eastern threats."

She advised that the cockpit recorder would have captured the conversation but by now would long have been played over.

I informed ▓▓▓ that I would share this information with FBI SA ▓▓▓▓ at DFW and that all records in our possession were turned over to the FBI and all Atta travel has been tracked.

I called SA ▓▓▓ with this information and provided her name and number to him. He is confident that this travel was documented and associates checked out. Case remains pending.

Incident Report    Printed: 02/15/2002 3.21PM    Page 4 of 5

AAL004767

AALTSA 006057

XC  024175

Confidential - Do Not Copy or Disclose

Subj. to Protective Order 21 MC 97 (AKH)

**File Number: 01-06-5272**  **Incident Number: 0-0000005272**

Subj. to Protective Order 21 MC 101 (AKH)

**Incident Outcome**

| | | | |
|---|---|---|---|
| Policy/Procedure Affected | No | Responsible Supervisor Notified | No |
| Primary Cause | Flight 11 - BOS/LAX | | |
| Corrective Action Summary | | | |
| FollowupDate | 01/15/2002 | | |
| ProfitCenter | AA American Airlines | | |
| CaseAssigned | False | | |

## End of Report

Confidential - Do Not Copy or Disclose                    Subj. to Protective Order 21 MC 97 (AKH)

## File Number: 01-06-5272                                Incident Number: 0-0000005272

Subj. to Protective Order 21 MC 101 (AKH)

| | | |
|---|---|---|
| Security Level | Unclassified | |
| Category | 06 AIRCRAFT/VEHICLE/FAC. | Org. Rollup 1 |
| Subcategory | 02 HIJACKING | Org. Rollup 2 |
| Type | | Org. Rollup 3 |
| Occurred From | 09/11/2001 7:45:00 AM | |
| Memo Date/Time | 02/15/2002 | |
| Investigator | Schmidt, Bill | |
| Station | BOS | |
| Address | | |
| Location | | |
| Location Details | | |
| Cause | Flight 11 - BOS/LAX | |
| Loss/Damage Type | | |
| Status | Open | |
| Reported to Police | Yes | |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Flt 11 BOS-LAX 11SEP01

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

| | |
|---|---|
| Person Type | Suspect |
| Person Status | Passenger |
| Barring Notice | No |

**User-Defined Fields**

■■■■■■■■■ Alomari Abdulaziz ■■■■■■■■■

| | |
|---|---|
| Person Type | Suspect |
| Person Status | Passenger |
| Barring Notice | No |

**User-Defined Fields**

■■■■■■■■■ ■■■■■ Waleed ■■■■■■■■■

| | |
|---|---|
| Person Type | Suspect |
| Person Status | Passenger |
| Barring Notice | No |

**User-Defined Fields**

■■■■■■■■■ ■■■■■ Al ■■■ ■■■■■■■■■

| | |
|---|---|
| Person Type | Suspect |
| Person Status | Passenger |
| Barring Notice | No |

**User-Defined Fields**

■■■■■■■ Name: ■■■■■■■■■■■■■■■■

| | |
|---|---|
| Person Type | ■■■■■■■ |
| Person Status | ■■■■■■■ |
| Barring Notice | ■■■■■■■ |

**User-Defined Fields**

Investigative Report                Printed: 05/21/2002 3:46PM                Page 2 of 5

AAL004769
AALTSA 006059

XC   024177

Confidential - Do Not Copy or Disclose                    Subj. to Protective Order 21 MC 97 (AKH)

**File Number: 01-06-5272**                    **Incident Number: 0-0000005272**

Subj. to Protective Order 21 MC 101 (AKH)

███████████████ ███████████████████

**Person Type**        Suspect
**Person Status**      Passenger
**Barring Notice**     No
**User-Defined Fields**

███████████████████████████████████████

**Person Type**        Passenger
**Person Status**      Passenger
**Barring Notice**     No
**User-Defined Fields**

██████████████ ████████████ ██████████

**Person Type**        ████████████
**Person Status**      ████████████
**Barring Notice**     ████████████
**User-Defined Fields**

█████████████ ████████████ ███████████

**Person Type**        ████████████
**Person Status**      ████████████
**Barring Notice**     ████████████
**User-Defined Fields**

██████████ ███████████ ████████████████

**Person Type**        ████████████
**Barring Notice**     ████████████
**User-Defined Fields**

Confidential - Do Not Copy or Disclose                    Subj. to Protective Order 21 MC 97 (AKH)

**File Number: 01-06-5272**                               **Incident Number: 0-0000005272**

Subj. to Protective Order 21 MC 101 (AKH)

09/11/01
**G. Bartulevitz:** Above are believed to be the suspects involved in the hijacking of AA Flight #11 BOS-LAX on September 11, 2001

9/12/01
**C. Schmidt:** Interview of Michael Woodward, Manager, BOS Flight Service in reference to phone conversation with BOS/FA Madeline Sweeney while in-flight during hijacking prior to crash into World Trade Center.

9/14/01
Additional names added to suspect list.

10/2/01
FBI requested eight specific PNRs and passenger name lists. SA█████████DFW was provided with the records on 9/30/01. One PNR was requested for F/A Shah who was listed as an A-3 positive space passenger.

11/8/01
Update by 01/08/02

2/6/02
F/A█████ reported to CERTS # 1D-02012294 relaying information regarding Mohammed Atta and associates traveling on Flight 11 in the Fall of 2000. She recalled his strange behaviour, lack of communication, no food, no drink and was very observant of all activity. He was in Business Class. There were an unusual number of Middle Eastern looking individuals and she had conversation with Capt Ogonowski at the time. The flight attendant has been thinking about calling but suspected that we already had reviewed these records on Atta and other suspect travelers.

**NARRATIVE:**
█████ advised that when told of the circumstances, the captain looked at the other crew member and remarked that they had just gotten a warning alert that day which she took to be be "Look out for Middle Eastern threats."

She advised that the cockpit recorder would have captured the conversation but by now would long have been played over.

I informed Sheehy that I would share this information with FBI S█████████at DFW and that all records in our possession were turned over to the FBI and all   Atta travel has been tracked.

I called SA█████ with this information and provided her name and number to him. He is confident that this travel was documented and associates checked out. Case remains pending.

Incident Outcome
Policy/Procedure Affected   No          Responsible Supervisor Notified   No
Primary Cause                Flight 11 - BOS/LAX
Corrective Action Summary

Investigative Report            Printed: 05/21/2002 3:46PM                        Page 4 of ?
                                                              AAL004771    AALTSA 006081

XC   024179

Confidential - Do Not Copy or Disclose

Subj. to Protective Order 21 MC 97 (AKH)
Subj. to Protective Order 21 MC 101 (AKH)

**File Number: 01-06-5272**          **Incident Number: O-0000005272**

**Followup Date**      04/15/2002
**P C**                AA American Airlines

## End of Report