# EXHIBIT 39

# In The Matter Of:

*IN RE SEPTEMBER 11 LITIGATION*

---

JOSEPH M. LAWLESS
*March 30, 2007*

---

***CONFIDENTIAL***
***TC REPORTING in affliation with Merrill Legal Solutions***
*420 Lexington Avenue - Suite 2108*
*New York, NY 10170*
*PH: 516-795-7444 / FAX: 212-692-9171*

LAWLESS, JOSEPH M. - Vol. 1

Page 64

|  |  |  |
|---|---|---|
|  | 1 | JOSEPH M. LAWLESS - CONFIDENTIAL |
| 11:07:15 | 2 | MR. MOTLEY: Can we go off the record just |
| 11:07:16 | 3 | one second? |
| 11:07:17 | 4 | THE VIDEOGRAPHER: Going off the record. |
| 11:07:18 | 5 | The time is 11:07. |
| 11:07:22 | 6 | (A recess was taken.) |
| 11:15:25 | 7 | THE VIDEOGRAPHER: We're back on the |
| 11:21:10 | 8 | record. The time is 11:21. |
| 11:21:13 | 9 | BY MR. MOTLEY: |
| 11:21:17 | 10 | Q. Mr. Lawless, we were about to discuss |
| 11:21:21 | 11 | Exhibit 394, which we believe was a presentation made |
| 11:21:26 | 12 | in 1997. And I would ask you to kindly turn over to |
| 11:21:33 | 13 | Page 34. I'm just giving you the last two digits of |
| 11:21:39 | 14 | the Bates. |
| 11:21:40 | 15 | It's entitled, "Overall Security Picture is |
| 11:21:48 | 16 | Fragmented." And this was a slide show, I take it? |
| 11:21:51 | 17 | A. Yes. It was a PowerPoint presentation. |
| 11:21:54 | 18 | Q. All right. You write that, "Massport is |
| 11:21:57 | 19 | responsible under Part 107 for perimeter security |
| 11:22:01 | 20 | access in the security areas, AOA, law enforcement, |
| 11:22:06 | 21 | etc. Under FAR 108, air carriers are responsible for |
| 11:22:11 | 22 | the integrity of the security checkpoints," and then |
| 11:22:14 | 23 | you put in parentheses, "currently weakest link," end |
| 11:22:17 | 24 | of parenthesis. "Security checkpoint personnel are the |
| 11:22:23 | 25 | last and only line of defense before aircraft |

```
                    JOSEPH M. LAWLESS - CONFIDENTIAL
```

1  
2  boarding."
3       Is that the state of your mind at the time
4  you made this presentation in '97?
5       A.  Yes, it is.
6       Q.  And by "currently the weakest link," you
7  meant security checkpoints were the weakest link in the
8  overall security program?
9       A.  At Logan Airport, yes, that is what I was
10 referring to.
11      Q.  At Logan.  And you became so concerned,
12 increasingly concerned about how weak checkpoint
13 security was that in the summer of 2001, you proposed
14 that Massport undertake to enhance checkpoint security
15 by using state police at the checkpoints to supplement
16 checkpoint security provided by the security companies;
17 is that correct?
18          MR. MOORE:  Objection to form.
19      Q.  Did you not, sir?  In 2001, let me just
20 say that.  I'll get to -- I'll show you the document
21 with the date in a minute, but just restrict it to
22 2001.  Is what I said correct?
23      A.  Could you ask that question again?
24      Q.  Yes.  In 2001, you became increasingly
25 concerned about the weakness of checkpoint security to