# EXHIBIT 43

Confidential - Do Not Copy or Disclose

Subject to Protect. Order 21 MC 101 (AKH)
Subject to Protect. Order 21 MC 21 (AKH)

# CHECKPOINT OPERATIONS GUIDE (COG)

## STANDARD OPERATING PROCEDURES

*Produced by*

**Air Transport Association of America**

*and*

**Regional Airline Association**

*in cooperation with*

**Federal Aviation Administration**

*and*

**Aviation Security Contractors Association**



---

PROPERTY OF CHECKPOINT – DO NOT REMOVE   AAL011990

Confidential – Do Not Copy or Disclose

Subject to Protect. Order 21 MC 101 (AKH)
Subject to Protect. Order 21 MC 21 (AKH)

## HAND-CARRIED ITEMS – 5

### HAZARDOUS MATERIALS

HAZARDOUS MATERIAL, often referred to as "HAZMAT" are materials that are dangerous to transport on-board an aircraft. (i.e. flammable liquids and matches in large quantities, aerosol deterrent devices such as Mace, acids or other corrosives, containers of propane gas, fireworks, bleaches and toxic materials such as poisons or insecticides)

Passengers **may not** take items in this category on an airplane as checked baggage without the express permission of the airline.

### WEAPONS AND EXPLOSIVE DEVICES

Items in this category (i.e. flare pistols, revolvers, long guns, automatic weapons, long bladed knives, explosives and explosive devices, etc.) may not enter the sterile area. The checkpoint supervisor, airport police, airline GSC and screening company management (if applicable) must be notified if an item in this category is encountered.

Items on the following chart may not be allowed to enter the sterile area. In some cases it may be difficult for screeners and/or supervisors to make a clear-cut determination as to the category of a specific item. Knives with blades under 4 inches, such as Swiss army knives, scout knives, pocket utility knives, etc. may be allowed to enter the sterile area. However, some knives with blades under 4 inches could be considered by a reasonable person to be a "menacing knife" and/or may be illegal under local law and should not be allowed to enter the sterile area. ANY
QUESTIONABLE ITEM SHOULD BE REFERRED TO A GSC.

Checkpoint Operations Guide-Rev 006-8/99

This document is a record subject to the provision of 14 CFR 191 et. seq. Release of the information contained herein is prohibited without the express written approval of the Associate Administrator for Civil Aviation Security, Federal Aviation Administration or designee.

AAL012031
5 - 7