# EXHIBIT 44

Confidential - Do Not Copy or Disclose

Subj. to Protect. Order 21MC101 (AKH)
Subj. to Protect. Order 21MC97(AKH)

# AIR CARRIER STANDARD SECURITY PROGRAM
## TABLE OF CONTENTS

PAGE

I. PURPOSE, APPLICABILITY, PERSONNEL, DEFINITIONS AND ABBREVIATIONS
   A. Purpose .................................................. 10
   B. Applicability ............................................ 10
   C. Personnel ................................................ 11
   D. Definitions .............................................. 11
   E. Abbreviations ............................................ 12

II. SCREENING RESPONSIBILITIES AND PROCEDURES
   A. Responsibilities ......................................... 20
   B. Checkpoint Staffing and Supervision at Category X, I and II Airports ............................. 20
   C. Checkpoint Staffing and Supervision at Category III and IV Airports ............................. 24
   D. Alternate Staffing Option Irrespective of Screening Plan or Airport Category .................... 25
   E. Supervisory Screening Duties, Uniform and Equipment ........................................ 25
   F. Persons .................................................. 27
   G. Carry-on Items ........................................... 28
   H. Discovery of an Explosive, Incendiary, or Deadly or Dangerous Weapon in a Carry-on Item ....... 29
   I. Declaration of Deadly or Dangerous Weapons ............... 29a
   J. Denied Boarding or Access Into a Sterile Area ............ 29a
   K. Exceptional Screening .................................... 29b
      1. Authorized Carriage of Firearms ....................... 29b
      2. Nonpassenger Law Enforcement Officers ................. 29b
      3. Air Carrier Employees ................................. 29b
      4. Diplomatic Immunity - Persons/Pouches ................. 29b
      5. Private Screening ..................................... 29c
      6. Screening of Handicapped Persons ...................... 29c
      7. Screening of Classified Material and Persons Transporting Classified Material ............. 29c
      8. Medical, Lifesaving, Evidentiary, or Scientific Items and Crematory Containers .......... 29d
      9. Religious Articles .................................... 29d
     10. Duty-Free Items ....................................... 29e
     11. Charter Flights ....................................... 29e
     12. Persons Under Escort .................................. 29f
     13. Other Persons ......................................... 29h
     14. Access to Sterile Areas ............................... 29h
     15. Deported or Inadmissible Persons ...................... 29i
   L. Discovery of an Explosive, Incendiary, or an Undeclared or Loaded Firearm in Checked Baggage .... 29j

(i)

Change 57, 5/31/2000

WARNING: THIS DOCUMENT CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER THE PROVISIONS OF 14 CFR PART 191. NO PART OF THIS DOCUMENT MAY BE RELEASED WITHOUT THE WRITTEN PERMISSION OF THE ASSOCIATE ADMINISTRATOR FOR CIVIL AVIATION SECURITY, FEDERAL AVIATION ADMINISTRATION, WASHINGTON, DC 20591. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTY OR OTHER ACTION. FOR U.S. GOVERNMENT AGENCIES, PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552.

EXHIBIT 20
WIT: Cammarato
DATE: 2-11-08
T.M. PASTOR, RPR, CLR

AAL 060034

Confidential - Do Not Copy or Disclose

Subj. to Protect. Order 21MC101 (AKH)
Subj. to Protect. Order 21MC97(AKH)

Appendix I

## DEADLY OR DANGEROUS WEAPON GUIDELINES

The following guidelines are furnished to assist in making a reasonable determination of what property in the possession of a person should be considered a deadly or dangerous weapon. They are only guidelines, however, and common sense should always prevail.

**Firearms** -- Any weapon from which a shot may be fired by the force of an explosion including starter pistols, compressed air or BB guns, and flare pistols.

**Knives** -- Including sabers, swords, hunting knives, souvenir knives, martial arts devices, and such other knives with blades 4 inches long or longer and/or knives considered illegal by local law.

**Bludgeons** -- Blackjacks, billy clubs, or similar instruments.

**Explosives/Ammunition/Flammable Liquids** -- Any explosive or incendiary components which by themselves or in conjunction with other items can result in an explosion or fire. These include explosive materials, blasting caps, fireworks, gasoline, other flammable liquids, ammunition, etc., or any combination of these items (generally referred to as a "bomb").

**Disabling or Incapacitating Items** -- All tear gas, mace, and similar chemicals and gases whether in pistol, canister, or other container, and other disabling devices such as electronic stunning/shocking devices.

**Other Articles** -- Such items as ice picks, straight razors, and elongated scissors, even though not commonly thought of as a deadly or dangerous weapon, but could be used as a weapon, including toy or "dummy" weapons or grenades.

WARNING: THIS DOCUMENT CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER THE PROVISIONS OF 14 CFR PART 191. NO PART OF THIS DOCUMENT MAY BE RELEASED WITHOUT THE WRITTEN PERMISSION OF THE ASSOCIATE ADMINISTRATOR FOR CIVIL AVIATION SECURITY, FEDERAL AVIATION ADMINISTRATION, WASHINGTON, DC 20591. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTY OR OTHER ACTION. FOR U.S. GOVERNMENT AGENCIES, PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552.

AAL 060204