# EXHIBIT 45

# In The Matter Of:

*IN RE: SEPTEMBER 11 LITIGATION*

---

TRANDAFILE BALA
*December 14, 2006*

---

# *HIGHLY CONFIDENTIAL*
*TC REPORTING in affliation with Merrill Corp.,*
*420 Lexington Avenue - Suite 2108*
*New York, NY 10170*
*PH: 516-795-7444 / FAX: 212-692-9171*

BALA, TRANDAFILE - Vol. 1

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 71

| Time | # | |
|---|---|---|
| 15:20:28 | 1 | Q. Were there any knives under four inches |
| 15:20:32 | 2 | prior to September 11th, 2001, which were not allowed |
| 15:20:38 | 3 | in the sterile area? |
| 15:20:43 | 4 | A. The knife, three to four inches, was not |
| 15:20:44 | 5 | allowed. |
| 15:20:51 | 6 | Q. Okay. So, prior to September 11th, 2001, |
| 15:20:55 | 7 | it's your testimony that a knife three to four inches |
| 15:20:58 | 8 | was not prohibit -- was not permitted in the sterile |
| 15:21:00 | 9 | area, correct? |
| 15:21:07 | 10 | A. Yes. |
| 15:21:13 | 11 | Q. Did you ever see a knife or detect a knife |
| 15:21:18 | 12 | while you worked at Huntleigh at Terminal C? Did you, |
| 15:21:20 | 13 | yourself, ever detect a knife? |
| 15:21:21 | 14 | A. Yes. |
| 15:21:27 | 15 | Q. And did you ever measure that knife to |
| 15:21:29 | 16 | determine how long the blade was? |
| 15:21:34 | 17 | A. No. |
| 15:21:37 | 18 | Q. Did you -- were you trained on how to |
| 15:21:42 | 19 | determine whether a knife was too long or too short? |
| 15:21:47 | 20 | How were you trained to measure a knife to |
| 15:21:49 | 21 | see whether or not it was permitted into the sterile |
| 15:21:53 | 22 | area? |
| 15:21:54 | 23 | MR. ROSS: Objection to form. |
| | 24 | A. We used a badge. |

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 96

| Time | Line | |
|---|---|---|
| 16:08:52 | 1 | A. Yes. |
| 16:08:55 | 2 | Q. And you worked at the magnetometer on a |
| 16:08:59 | 3 | daily basis prior to September 11th, 2001, correct? |
| 16:09:01 | 4 | A. Yes. |
| 16:09:07 | 5 | Q. I'm going to go back to this Exhibit 18. |
| 16:09:10 | 6 | Had you ever seen an item like Exhibit 18 prior to |
| 16:09:13 | 7 | September 11th, 2001? |
| 16:09:14 | 8 | A. I don't remember. |
| 16:09:19 | 9 | Q. Okay. But you have seen at some point |
| 16:09:23 | 10 | this type of item at the checkpoint, correct? |
| 16:09:25 | 11 | A. Yes. |
| 16:09:28 | 12 | Q. Did you, yourself, ever detect an item |
| 16:09:32 | 13 | like this, Exhibit 18? Did you ever detect this at the |
| 16:09:33 | 14 | checkpoint? |
| 16:09:35 | 15 | A. The supervisor had to decide. |
| 16:09:36 | 16 | Q. Okay. |
| 16:09:37 | 17 | A. For -- |
| 16:09:40 | 18 | Q. Fair enough. But did you ever detect it |
| 16:09:44 | 19 | coming through? And before you contacted a supervisor |
| 16:09:48 | 20 | to decide, did you ever -- were you ever the person who |
| 16:09:52 | 21 | first found the item that looked like this Exhibit 18? |
| 16:09:54 | 22 | A. You mean on September 11th? |
| 16:09:55 | 23 | Q. At any time. |
| | 24 | A. Yes. |

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 97

| Time | # | |
|---|---|---|
| 16:09:59 | 1 | Q. Do you recall how you detected this item? |
| 16:10:02 | 2 | Was it at the x-ray machine? |
| 16:10:04 | 3 | A. It was the x-ray machine. |
| 16:10:05 | 4 | Q. Okay. |
| 16:10:07 | 5 | A. Sometimes on a bag check. |
| 16:10:08 | 6 | Q. Okay. |
| 16:10:11 | 7 | A. Sometimes on a hand wand. |
| 16:10:19 | 8 | Q. Okay. So, Item 18 in your experience as a |
| 16:10:24 | 9 | screener is something that, in your experience, was |
| 16:10:30 | 10 | detected and could have been detected while you were |
| 16:10:32 | 11 | working the x-ray machine, correct? |
| 16:10:33 | 12 | MR. ROSS: Objection to form. |
| 16:10:35 | 13 | MR. MORYAN: Objection to form. |
| 16:10:36 | 14 | MR. CURCIO: Objection to form. |
| 16:10:37 | 15 | BY MR. MIGLIORI: |
| 16:10:37 | 16 | Q. Go ahead. |
| 16:10:38 | 17 | A. Can you please because -- |
| 16:10:39 | 18 | Q. Sure. Is this something that you have |
| 16:10:41 | 19 | ever detected while you were working on the x-ray |
| 16:10:43 | 20 | machine? |
| 16:10:44 | 21 | MR. MORYAN: Asked and answered. Object |
| 16:10:45 | 22 | to form. |
| 16:10:46 | 23 | A. It was a different knife. |
|  | 24 | Q. Yes. |

TC REPORTING in affliation with Merrill Corp.,
(516) 795-7444

04d83f77-103e-4005-a7c3-9eb7c2bb8ed6

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 98

| | | |
|---|---|---|
| 16:10:46 | 1 | A.   A different. |
| 16:10:48 | 2 | Q.   Okay.  Not this knife itself, but could |
| 16:10:50 | 3 | you have -- did you -- strike that. |
| 16:10:54 | 4 | Did you ever detect a knife that looked like |
| 16:10:57 | 5 | Exhibit 18 when you worked on the x-ray machines? |
| 16:10:59 | 6 | A.   Yes. |
| 16:11:01 | 7 | Q.   Okay.  And did you ever detect a knife |
| 16:11:04 | 8 | that hooked like Exhibit 18 when you were working the |
| 16:11:11 | 9 | magnetometer? |
| 16:11:14 | 10 | A.   It was the supervisor's job to -- when we |
| 16:11:17 | 11 | find the knife, it was the supervisor's job to decide |
| 16:11:18 | 12 | for that. |
| 16:11:21 | 13 | Q.   Okay.  I'm not asking whether it was taken |
| 16:11:27 | 14 | away.  Did you ever detect at the magnetometer a knife |
| 16:11:31 | 15 | that looked like something like Exhibit 18 before you |
| 16:11:35 | 16 | contacted the supervisor?  Did you ever detect an item |
| 16:11:36 | 17 | like this -- |
| 16:11:36 | 18 | A.   Yes. |
| 16:11:41 | 19 | Q.   -- with the magnetometer? |
| 16:11:47 | 20 | A.   What position you mean?  On the x-ray or |
| 16:11:48 | 21 | bag check? |
| 16:11:51 | 22 | Q.   We talked about the x-ray.  Let's go now |
| 16:11:53 | 23 | to the magnetometer.  At times you would work at the |
| | 24 | magnetometer, correct? |

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 99

| | | |
|---|---|---|
| 16:11:56 | 1 | You've worked at the magnetometer on a daily |
| 16:11:58 | 2 | basis, correct? |
| 16:11:58 | 3 | A. Yes. |
| 16:12:01 | 4 | Q. All right. And you have detected |
| 16:12:04 | 5 | prohibited items while working at the magnetometer, |
| 16:12:06 | 6 | correct? |
| 16:12:07 | 7 | A. Yes. |
| 16:12:09 | 8 | Q. And an alarm would sound? |
| 16:12:11 | 9 | A. It goes on. |
| 16:12:13 | 10 | Q. And you knew it was your job to find out |
| 16:12:17 | 11 | what caused the alarm to go off, correct? |
| 16:12:19 | 12 | A. No. It was a hand wand job. |
| 16:12:28 | 13 | Q. Okay. Did you ever detect an item like |
| 16:12:37 | 14 | Item 18 in the process of monitoring the magnetometer |
| 16:12:41 | 15 | and passing that screener to hand wanding? |
| 16:12:42 | 16 | MR. ROSS: Objection to form. |
| 16:12:43 | 17 | A. Yes. |
| 16:12:55 | 18 | Q. Okay. So, could Item 18, could this item, |
| 16:12:59 | 19 | in your experience, set off the alarm at the |
| 16:13:00 | 20 | magnetometer? |
| 16:13:01 | 21 | MR. ROSS: Objection to form. |
| 16:13:03 | 22 | MR. MORYAN: Objection to form. |
| 16:13:04 | 23 | MS. GUILFOYLE: Objection. |
| | 24 | THE WITNESS: Yes. |

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 100

| Time | Line | |
|---|---|---|
| 16:13:05 | 1 | BY MR. MIGLIORI: |
| 16:13:05 | 2 | Q. I'm sorry? |
| 16:13:08 | 3 | A. Yes, because all -- the alarm goes on with |
| 16:13:09 | 4 | this. |
| 16:13:11 | 5 | Q. With an item like No. 18? |
| 16:13:18 | 6 | A. Yes. |
| 16:13:24 | 7 | Q. Could an item like Item 21 appear and be |
| 16:13:28 | 8 | detected when you're working on the x-ray machine? |
| 16:13:30 | 9 | A. Yes. |
| 16:13:35 | 10 | Q. Could an item like 21 be detected by the |
| 16:13:38 | 11 | magnetometer? |
| 16:13:39 | 12 | MR. MORYAN: I'm sorry. |
| 16:13:40 | 13 | Q. Could this set off the alarm at the |
| 16:13:42 | 14 | magnetometer? |
| 16:13:44 | 15 | MR. MORYAN: Objection to form. |
| 16:13:45 | 16 | MR. ELLIS: Objection to the form. |
| 16:13:46 | 17 | MR. ROSS: Objection. |
| 16:13:46 | 18 | A. Yes. |
| 16:13:46 | 19 | BY MR. MIGLIORI: |
| 16:13:47 | 20 | Q. Go ahead. |
| 16:13:47 | 21 | A. Yes. |
| 16:13:53 | 22 | Q. Could an item like 21 be detected through |
| 16:13:55 | 23 | hand wanding? |
|  | 24 | MR. MORYAN: Objection to form. |

TC REPORTING in affliation with Merrill Corp.,
(516) 795-7444

04d83f77-103e-4005-a7c3-9eb7c2bb8ed6

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 101

| Time | Line | |
|---|---|---|
| 16:13:58 | 1 | MS. GUILFOYLE: Objection to form. |
| 16:13:58 | 2 | THE WITNESS: Yes. |
| 16:13:58 | 3 | BY MR. MIGLIORI: |
| 16:14:01 | 4 | Q. And could an item like 21 be detected |
| 16:14:03 | 5 | through a bag check? |
| 16:14:04 | 6 | A. Yes. |
| 16:14:06 | 7 | MR. MORYAN: Objection to form. |
| 16:14:13 | 8 | Q. Could an item like Exhibit 20 be detected |
| 16:14:14 | 9 | at the x-ray machine? |
| 16:14:16 | 10 | MR. ROSS: Objection to form. |
| 16:14:17 | 11 | MR. MORYAN: Objection to form. |
| 16:14:20 | 12 | MS. GUILFOYLE: Objection to form. |
| 16:14:22 | 13 | THE WITNESS: You mean this -- |
| 16:14:22 | 14 | BY MR. MIGLIORI: |
| 16:14:24 | 15 | Q. Can you see this on the x-ray machine? |
| 16:14:27 | 16 | A. Yes, yes. The blades, we could see the |
| 16:14:27 | 17 | blades. |
| 16:14:28 | 18 | Q. Okay. The blade? |
| 16:14:30 | 19 | A. Yes. The blade. |
| 16:14:32 | 20 | MR. ROSS: For the record, you have the |
| 16:14:34 | 21 | blade open, and that is what she's responding to. |
| 16:14:34 | 22 | MR. MIGLIORI: I can hold it. |
| 16:14:34 | 23 | BY MR. MIGLIORI: |
| | 24 | Q. Do you want to hold it and show me what |

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 102

| Time | Line | Text |
|---|---|---|
| 16:14:36 | 1 | you mean? |
| 16:14:39 | 2 | A.  Yes, the blade.  It can show the blade on |
| 16:14:40 | 3 | the x-ray machine. |
| 16:14:41 | 4 | Q.  Okay.  Could an item -- what is the |
| 16:14:42 | 5 | number? |
| 16:14:44 | 6 | A.  Twenty. |
| 16:14:50 | 7 | Q.  Twenty?  Twenty-two?  Could an item like |
| 16:14:57 | 8 | 22 be detected on an x-ray machine when it's closed? |
| 16:14:58 | 9 | A.  Like this?  Yes. |
| 16:15:01 | 10 | Q.  Okay.  Could an item like 22 be detected |
| 16:15:03 | 11 | by the magnetometer? |
| 16:15:06 | 12 | MR. MORYAN:  Objection. |
| 16:15:06 | 13 | MS. GUILFOYLE:  Objection to form. |
| 16:15:07 | 14 | THE WITNESS:  I don't know. |
| 16:15:07 | 15 | BY MR. MIGLIORI: |
| 16:15:10 | 16 | Q.  Okay.  Could an item like 22 be detected |
| 16:15:13 | 17 | by a hand wand? |
| 16:15:14 | 18 | MS. GUILFOYLE:  Objection. |
| 16:15:14 | 19 | A.  I don't know. |
| 16:15:17 | 20 | Q.  Could an item like 22 be detected with a |
| 16:15:18 | 21 | bag check? |
| 16:15:19 | 22 | MR. MORYAN:  Objection. |
| 16:15:23 | 23 | A.  Yes. |
|  | 24 | Q.  I've got two more and then we're done. |

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 103

| Time | Line | Text |
|---|---|---|
| 16:15:33 | 1 | Item 25.  Could an item like 25 be detected |
| 16:15:35 | 2 | at the x-ray machine? |
| 16:15:37 | 3 | MR. MORYAN:  Objection. |
| 16:15:37 | 4 | MS. GUILFOYLE:  Objection. |
| 16:15:37 | 5 | THE WITNESS:  Yes. |
| 16:15:38 | 6 | BY MR. MIGLIORI: |
| 16:15:40 | 7 | Q.  Could an item like 25 be detected at the |
| 16:15:42 | 8 | magnetometer? |
| 16:15:43 | 9 | MR. MORYAN:  Objection. |
| 16:15:44 | 10 | MS. GUILFOYLE:  Objection. |
| 16:15:44 | 11 | THE WITNESS:  I don't know. |
| 16:15:45 | 12 | BY MR. MIGLIORI: |
| 16:15:47 | 13 | Q.  Is there metal on Exhibit 25? |
| 16:15:48 | 14 | A.  Yes.  There is the metal here |
| 16:15:49 | 15 | (indicating). |
| 16:15:51 | 16 | Q.  And do you know what sets off the alarm on |
| 16:15:52 | 17 | the magnetometer? |
| 16:15:54 | 18 | A.  Metal. |
| 16:15:57 | 19 | Q.  Would this Item 25 have set off, in your |
| 16:15:59 | 20 | experience, the alarm on the magnetometer? |
| 16:16:01 | 21 | MR. ROSS:  Objection? |
| 16:16:02 | 22 | MS. GUILFOYLE:  Objection. |
| 16:16:02 | 23 | THE WITNESS:  Yes. |
|  | 24 | BY MR. MIGLIORI: |

TC REPORTING in affliation with Merrill Corp.,
(516) 795-7444

04d83f77-103e-4005-a7c3-9eb7c2bb8ed6

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 104

| | | | |
|---|---|---|---|
| 16:16:02 | 1 | Q. | It would? |
| 16:16:03 | 2 | A. | Yes. |
| 16:16:07 | 3 | Q. | Would Item 25, could that be detected by |
| 16:16:11 | 4 | hand wanding, this item? | |
| 16:16:12 | 5 | | MR. ROSS:  Objection. |
| 16:16:13 | 6 | A. | Yes.  Yes. |
| 16:16:16 | 7 | Q. | Could Item 25 be detected through a bag |
| 16:16:16 | 8 | check? | |
| 16:16:17 | 9 | A. | Yes. |
| 16:16:22 | 10 | Q. | The last one.  I won't open any of the |
| 16:16:26 | 11 | knives on this. | |
| 16:16:29 | 12 | | Exhibit 24, are you aware that this is |
| 16:16:31 | 13 | referred to as a Leatherman?  Have you ever heard that | |
| 16:16:33 | 14 | expression before? | |
| 16:16:35 | 15 | A. | Can you repeat, please? |
| 16:16:37 | 16 | Q. | Do you know that some people call this a |
| 16:16:38 | 17 | Leatherman?  Have you ever heard that before? | |
| 16:16:39 | 18 | A. | I never. |
| 16:16:45 | 19 | Q. | Well, Item 24, could -- on September 11th, |
| 16:16:48 | 20 | 2001, or before September 11th, 2001, could a | |
| 16:16:52 | 21 | Leatherman have been detected by x-ray? | |
| 16:16:53 | 22 | A. | Yes. |
| 16:16:55 | 23 | Q. | Prior to September 11th, 2001, could a |
| | 24 | Leatherman have been detected by magnetometer? | |

TRANDAFILE BALA - HIGHLY CONFIDENTIAL

Page 105

| | | |
|---|---|---|
| 16:17:01 | 1 | MR. ROSS: Objection. |
| 16:17:02 | 2 | MR. MORYAN: Objection. |
| 16:17:02 | 3 | THE WITNESS: Yes. |
| 16:17:02 | 4 | BY MR. MIGLIORI: |
| 16:17:03 | 5 | Q. Prior to September 11th, 2001, could a |
| 16:17:07 | 6 | Leatherman have been detected by hand wanding? |
| 16:17:08 | 7 | MR. MORYAN: Objection. |
| 16:17:09 | 8 | MS. GUILFOYLE: Objection. |
| 16:17:09 | 9 | THE WITNESS: Yes. |
| 16:17:10 | 10 | BY MR. MIGLIORI: |
| 16:17:13 | 11 | Q. And prior to September 11th, 2001, could a |
| 16:17:16 | 12 | Leatherman have been detected through a bag check? |
| 16:17:18 | 13 | MR. MORYAN: Objection. |
| 16:17:26 | 14 | A. Yes. |
| 16:17:28 | 15 | MR. MIGLIORI: Thank you for coming out. |
| 16:17:32 | 16 | I have no more questions. Thank you. |
| 16:17:36 | 17 | MR. ROSS: Anybody else? Jeff? |
| 16:17:36 | 18 | Ms. Bala, I just have a couple. |
| 16:17:37 | 19 | CROSS-EXAMINATION |
| 16:17:38 | 20 | BY MR. ROSS: |
| 16:17:40 | 21 | Q. Ms. Bala, are you a citizen of the |
| 16:17:41 | 22 | United States? |
| 16:17:41 | 23 | A. Yes, I am. |
| | 24 | Q. When did you become a citizen? |

TC REPORTING in affliation with Merrill Corp.,
(516) 795-7444

04d83f77-103e-4005-a7c3-9eb7c2bb8ed6