# EXHIBIT 46

# In The Matter Of:

*IN RE SEPTEMBER 11 LITIGATION*

---

HEMSLEY MYLES
*November 6, 2007*

---

***CONFIDENTIAL***
***TC REPORTING in affliation with Merrill Corp.***
*25 West 45th Street*
*New York, NY 10036*
*PH: 212-931-6571 / FAX: 212-692-9171*

MYLES HEMSLEY - Vol. 1

Page 16

| | | |
|---|---|---|
| 09:32:35 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 09:32:39 | 2 | Q.  Were you taught in that training that |
| 09:32:42 | 3 | serrated blades on knives were in fact menacing or were |
| 09:32:43 | 4 | to be treated as menacing blades, irrespective of the |
| 09:32:44 | 5 | length of a blade? |
| 09:32:48 | 6 | A.  Yes. |
| 09:32:52 | 7 | Q.  Were you taught that pepper spray and mace |
| 09:32:55 | 8 | were both prohibited items as potential weapons and |
| 09:32:56 | 9 | hazardous items and, therefore, were not permitted |
| 09:33:06 | 10 | onboard airplanes? |
| 09:33:09 | 11 | A.  Yes. |
| 09:33:19 | 12 | Q.  In your 40 hours of on-the-job training at |
| 09:33:21 | 13 | Globe, were you tested at the x-ray machines for |
| 09:33:22 | 14 | objects, test objects? |
| 09:33:27 | 15 | A.  Yes. |
| 09:33:32 | 16 | Q.  And were you instructed on how to detect |
| 09:33:36 | 17 | items that would be prohibited like box cutters -- |
| 09:33:39 | 18 | well, let me strike that.  I didn't ask you about box |
| 09:33:42 | 19 | cutters.  Were you trained in 1998 that box cutters |
| 09:33:43 | 20 | were prohibited items and were not to be allowed |
| 09:33:44 | 21 | onboard planes? |
| 09:33:45 | 22 | A.  Yes. |
| 09:33:49 | 23 | Q.  When you went through your on-the-job |
| | 24 | training, did you receive training to detect items such |
| | 25 | as box cutters and knives that were either four inches |

Page 17

| Time | Line | |
|---|---|---|
| 09:33:57 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 09:33:58 | 2 | or greater or menacing and pepper spray, through the |
| 09:33:59 | 3 | x-ray machine? |
| 09:34:01 | 4 | A.  Yes. |
| 09:34:05 | 5 | Q.  Were you taught in your on-the-job |
| 09:34:09 | 6 | training how to look out for and detect those same |
| 09:34:12 | 7 | items, box cutters, knives, and pepper spray, in the |
| 09:34:13 | 8 | process of working the magnetometers? |
| 09:34:15 | 9 | A.  Yes. |
| 09:34:20 | 10 | Q.  And were you taught how to detect items |
| 09:34:22 | 11 | like box cutters, knives, and pepper spray in the hand |
| 09:34:23 | 12 | wanding procedures? |
| 09:34:25 | 13 | A.  Yes. |
| 09:34:29 | 14 | Q.  And in your training for Globe, did you -- |
| 09:34:34 | 15 | were you taught how to do the -- a continuous baggage |
| 09:34:35 | 16 | search of items bagged -- carry-on bags coming through |
| 09:34:36 | 17 | the x-ray machines? |
| 09:34:37 | 18 | A.  Yes. |
| 09:34:44 | 19 | Q.  And tell me what that means to do a |
| 09:34:48 | 20 | continuous baggage check at the x-ray machine. |
| 09:34:51 | 21 | A.  We continue doing bag checks, one after |
| 09:34:53 | 22 | the other.  As soon as you get through with one, you |
| 09:34:56 | 23 | continue doing the other bag check, frequently. |
|  | 24 | Q.  Even if the -- the alarms are not set off |
|  | 25 | by the x-ray machine, you're to continuously and |

TC REPORTING in affliation with Merrill Corp.,
(516) 795-7444

630becc1-ba35-40bf-989b-8b9834a19dbd

Page 60

```
10:48:01    1              HEMSLEY MYLES - CONFIDENTIAL
10:48:09    2         A.   It's safe?
10:48:10    3         Q.   Yes.  Can you identify what that is?
10:48:11    4              MR. CONNORS:  It's a safe hazardous
10:48:14    5    material.
10:48:16    6         Q.   It's safe if you don't push the button.
10:48:20    7         A.   Right.
10:48:21    8              MR. CONNORS:  Or point it at your counsel.
10:48:23    9         Q.   That's right.  But, preferably, that is
10:48:25   10    the direction to point.  Do you know what that is?
10:48:29   11         A.   Yes.  This is a -- pepper spray.
10:48:30   12         Q.   Okay.  On September 11th, 2001, was that
10:48:31   13    an obvious threat?
10:48:32   14              MR. CONNORS:  Objection to form.
10:48:33   15         A.   Yes.
10:48:33   16         Q.   Based on your training?
10:48:35   17         A.   Yes.
10:48:40   18         Q.   On September 11th, 2001, was that an
10:48:40   19    object that was detectable by x-ray?
10:48:42   20         A.   Yes.
10:48:44   21              MR. CONNORS:  Objection to form.
10:48:47   22         Q.   September 11th, 2001, was that an object
10:48:50   23    that was detectable by x-ray -- I'm sorry, by
           24    magnetometer?
           25              COUNSEL:  Objection.
```

| | | |
|---|---|---|
| 10:48:53 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 10:48:53 | 2 | MR. CONNORS: Again, objection to form. |
| 10:48:54 | 3 | MR. MIGLIORI: I can note your objection |
| 10:48:54 | 4 | because I'm going to do this string like I always do. |
| 10:48:55 | 5 | MR. CONNORS: Yes. |
| 10:48:57 | 6 | MR. MIGLIORI: I'll accept your objection |
| 10:48:57 | 7 | for all of them. Yes. |
| 10:48:59 | 8 | BY MR. MIGLIORI: |
| 10:49:02 | 9 | Q. On September 11th, 2001, was that an |
| 10:49:02 | 10 | object that was detectable by hand wanding? |
| 10:49:04 | 11 | A. Yes. |
| 10:49:09 | 12 | Q. On September 11th, 2001, was that an |
| 10:49:10 | 13 | object that was detectable by physical search? |
| 10:49:12 | 14 | A. Yes. |
| 10:49:15 | 15 | Q. And on September 11th, 2001, that was an |
| 10:49:17 | 16 | item that was not to be allowed into the sterile area |
| 10:49:18 | 17 | of Logan Airport, correct? |
| 10:49:21 | 18 | A. Yes. |
| 10:49:25 | 19 | Q. And if that were in fact onboard a plane |
| 10:49:29 | 20 | that boarded through Terminal B checkpoint, that would |
| 10:49:30 | 21 | have been a violation of the obligations at that |
| 10:49:31 | 22 | checkpoint, correct? |
| 10:49:32 | 23 | MR. CONNORS: Objection. |
| | 24 | Q. A violation by the preboard screeners, |
| | 25 | correct? |

Page 63

| | | |
|---|---|---|
| 10:50:16 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 10:50:19 | 2 | and if you want to pick it up, you can. |
| 10:50:21 | 3 | MR. CONNORS: You can pick it up. |
| 10:50:24 | 4 | Q.   First of all, how would you measure this |
| 10:50:27 | 5 | blade to determine whether or not it was four inches or |
| 10:50:30 | 6 | greater while at the checkpoint? |
| 10:50:34 | 7 | A.   From the blade to here (indicating). |
| 10:50:39 | 8 | Q.   And how would you actually do that, when |
| 10:50:41 | 9 | you were at the checkpoint? |
| 10:50:45 | 10 | A.   We normally go by -- by the measurement, |
| 10:50:46 | 11 | and we already see the length, and we can calculate how |
| 10:50:48 | 12 | much is the length. |
| 10:50:54 | 13 | Q.   Okay.  Did -- did you ever compare the |
| 10:50:56 | 14 | size of a blade of a knife to your badge to determine |
| 10:50:56 | 15 | if it was four inches or more? |
| 10:50:57 | 16 | A.   Yes. |
| 10:50:59 | 17 | Q.   What did -- |
| 10:51:02 | 18 | A.   The bottom part of the badge, yes. |
| 10:51:05 | 19 | Q.   Yes.  So, it was -- it was a regular |
| 10:51:07 | 20 | custom and practice to use the badge as a 4-inch guide; |
| 10:51:07 | 21 | is that true? |
| 10:51:11 | 22 | A.   Yes. |
| 10:51:15 | 23 | Q.   And if you were to compare that, that |
| | 24 | would probably be under -- well, strike that.  Of what |
| | 25 | length is that blade, if you can tell right now? |

| Time | # | |
|---|---|---|
| 10:51:20 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 10:51:23 | 2 | A. Three inches. |
| 10:51:23 | 3 | Q. Okay. Does that have a serrated edge? |
| 10:51:26 | 4 | A. Yes. |
| 10:51:27 | 5 | Q. Now that it's open, would you agree with |
| 10:51:30 | 6 | me that that -- on September 11th, 2001, that would |
| 10:51:30 | 7 | have been a prohibited item? |
| 10:51:33 | 8 | A. Yes. |
| 10:51:33 | 9 | Q. Because it's menacing and has a serrated |
| 10:51:34 | 10 | blade? |
| 10:51:37 | 11 | A. Yes. |
| 10:51:39 | 12 | Q. And if you were shown that object in your |
| 10:51:40 | 13 | recurrent testing, would that have been an obvious |
| 10:51:42 | 14 | threat? |
| 10:51:42 | 15 | A. Yes. |
| 10:51:45 | 16 | MR. CONNORS: Objection to form. |
| 10:51:47 | 17 | Q. On September 11th, 2001, was that an item |
| 10:51:49 | 18 | that was detectable by x-ray machine? |
| 10:51:50 | 19 | MR. CONNORS: And just for clarification, |
| 10:51:50 | 20 | it's that whole line of questions -- |
| 10:51:51 | 21 | MR. MIGLIORI: Yes. |
| 10:51:52 | 22 | MR. CONNORS: -- that you accept our |
| 10:51:53 | 23 | objection to form? |
|  | 24 | MR. MIGLIORI: Absolutely. Absolutely. |
|  | 25 | BY MR. MIGLIORI: |

```
                                                           Page 65
10:51:55    1              HEMSLEY MYLES - CONFIDENTIAL
10:51:58    2         Q.   On September 11th, 2001, was that an item
10:51:58    3    that was detectable by magnetometer?
10:52:01    4         A.   Yes.
10:52:04    5         Q.   Was that an item that was detectable in
10:52:05    6    September of 2001, by hand wanding and physical bag
10:52:06    7    search?
10:52:08    8         A.   Yes.
10:52:12    9         Q.   If that item got into the sterile area of
10:52:15   10    Logan Airport on September 11th, 2001 and onboard
10:52:18   11    Flight 11, would that have been a violation of the
10:52:19   12    checkpoint security rules and regulations?
10:52:20   13              MR. CONNORS:  Objection to form.
10:52:25   14              MR. MORYAN:  Objection.
10:52:31   15         A.   Yes.
10:52:31   16         Q.   I show you Exhibit 19.
10:52:34   17              MR. CONNORS:  Nineteen?
10:52:38   18              MR. MIGLIORI:  Nineteen.
10:52:38   19         Q.   If you can tell me, what is Exhibit 19?
10:52:41   20         A.   A box cutter.
10:52:46   21         Q.   On September 11th, 2001, was that box
10:52:46   22    cutter an obvious threat, according to your training?
10:52:47   23              MR. MORYAN:  Objection.
           24         A.   Yes.
           25         Q.   On September 11th, 2001, was that box
```

Page 66

| | | |
|---|---|---|
| 10:52:53 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 10:52:54 | 2 | cutter a prohibited item? |
| 10:52:55 | 3 | MR. MORYAN: Objection. |
| 10:52:58 | 4 | A. Yes. |
| 10:53:01 | 5 | Q. On September 11th, 2001, was that item |
| 10:53:02 | 6 | detectable by x-ray and magnetometer? |
| 10:53:03 | 7 | MR. MORYAN: Objection. |
| 10:53:05 | 8 | A. Yes. |
| 10:53:09 | 9 | Q. On September 11th, 2001, was that item |
| 10:53:09 | 10 | detectable by hand wanding and physical search? |
| 10:53:11 | 11 | MR. MORYAN: Objection. |
| 10:53:16 | 12 | A. Yes. |
| 10:53:20 | 13 | Q. And if that item got into the Terminal B |
| 10:53:23 | 14 | sterile area and onboard Flight 11 on September 11th, |
| 10:53:27 | 15 | 2001, would that have been a violation of the |
| 10:53:28 | 16 | checkpoint security regulations, as you were trained? |
| 10:53:28 | 17 | MR. MORYAN: Objection. |
| 10:53:30 | 18 | MR. CONNORS: Objection to form. |
| 10:53:40 | 19 | A. Yes. |
| 10:53:42 | 20 | Q. I show you two more. This is Exhibit 20. |
| 10:53:43 | 21 | Are you familiar with that object? |
| 10:53:44 | 22 | A. Yes. |
| 10:53:45 | 23 | Q. What is that? |
| | 24 | A. A box cutter. |
| | 25 | Q. And is that -- do you want me to close |

Page 67

| Time | Line | |
|---|---|---|
| 10:53:54 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 10:53:54 | 2 | that knife or -- |
| 10:53:56 | 3 | MR. MIGLIORI: What number was that one? |
| 10:53:56 | 4 | Twenty? |
| 10:53:56 | 5 | MR. CONNORS: Twenty. |
| 10:53:57 | 6 | A. Twenty. |
| 10:53:59 | 7 | BY MR. MIGLIORI: |
| 10:54:03 | 8 | Q. On September 11th, 2001, was that box |
| 10:54:05 | 9 | cutter, Exhibit 20, a prohibited item? |
| 10:54:07 | 10 | A. Yes. |
| 10:54:09 | 11 | Q. On September 11th, 2001, would that have |
| 10:54:11 | 12 | been considered an obvious threat under your training |
| 10:54:12 | 13 | with Globe security? |
| 10:54:12 | 14 | A. Yes. |
| 10:54:14 | 15 | MR. MORYAN: Objection. |
| 10:54:19 | 16 | Q. On September 11th, 2001, was that an item |
| 10:54:19 | 17 | that was detectable by magnetometer and x-ray? |
| 10:54:19 | 18 | MR. MORYAN: Objection. |
| 10:54:22 | 19 | A. Yes. |
| 10:54:25 | 20 | Q. On September 11th, 2001, was that item |
| 10:54:25 | 21 | detectable by hand wand and physical search? |
| 10:54:26 | 22 | MR. MORYAN: Objection. |
| 10:54:28 | 23 | A. Yes. |
| | 24 | Q. If that item got through to the sterile |
| | 25 | area in Terminal B and onboard Flight 11, would that |

Page 68

| | | |
|---|---|---|
| 10:54:34 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 10:54:37 | 2 | have been a violation of the security regulations, as |
| 10:54:38 | 3 | you were trained to enforce? |
| 10:54:39 | 4 | MR. CONNORS:  Objection. |
| 10:54:40 | 5 | MR. MORYAN:  Objection. |
| 10:54:44 | 6 | A.  Yes. |
| 10:54:48 | 7 | Q.  And isn't it true that the fact that it's |
| 10:54:52 | 8 | a box cutter alone, irrespective of the length of the |
| 10:54:53 | 9 | blade, makes that a prohibited item? |
| 10:54:55 | 10 | MR. MORYAN:  Objection. |
| 10:54:59 | 11 | A.  Yes. |
| 10:55:01 | 12 | Q.  Finally, this is Exhibit 34.  Have you |
| 10:55:02 | 13 | ever seen an item like that? |
| 10:55:10 | 14 | A.  Yes. |
| 10:55:12 | 15 | Q.  Do you know what that is called? |
| 10:55:14 | 16 | A.  At the moment, I don't remember the name, |
| 10:55:15 | 17 | but I -- I do know it sure.  Yeah, yeah. |
| 10:55:19 | 18 | Q.  It's familiar.  Have you ever heard of |
| 10:55:21 | 19 | the -- the term a "Leatherman"? |
| 10:55:22 | 20 | A.  Yes. |
| 10:55:23 | 21 | Q.  Is that a Leatherman, as you understand |
| 10:55:23 | 22 | it? |
| 10:55:27 | 23 | A.  Mm-hmm. |
| | 24 | Q.  A Leatherman tool?  That has lots of |
| | 25 | things to open, and -- |

Page 69

| | | |
|---|---|---|
| 10:55:29 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 10:55:31 | 2 | A. Yes. |
| 10:55:33 | 3 | Q. -- if you're comfortable doing it, |
| 10:55:34 | 4 | otherwise, I'll open it. |
| 10:55:34 | 5 | MR. CONNORS: Why don't you open the one |
| 10:55:34 | 6 | that you have. |
| 10:55:34 | 7 | MR. MIGLIORI: Okay. |
| 10:55:34 | 8 | MR. CONNORS: Concerned with. |
| 10:55:37 | 9 | BY MR. MIGLIORI: |
| 10:55:39 | 10 | Q. Do you know just by looking at this object |
| 10:55:44 | 11 | before opening anything, whether this was a prohibited |
| 10:55:45 | 12 | item on September 11th, 2001? Was that permitted? |
| 10:55:47 | 13 | A. No. |
| 10:55:50 | 14 | Q. Okay. It was not permitted? |
| 10:55:52 | 15 | A. No. |
| 10:55:55 | 16 | Q. I usually give this to somebody sitting |
| 10:56:00 | 17 | next to me so I don't have to open it, but I think I'm |
| 10:56:02 | 18 | feeling brave today. Again, this is Exhibit 34. I'm |
| 10:56:07 | 19 | just going to lay it on the table because I don't want |
| 10:56:09 | 20 | to pass this, but -- well, okay. Does that in fact |
| 10:56:10 | 21 | have a blade that -- with a serrated edge? |
| 10:56:12 | 22 | A. Yes. |
| 10:56:15 | 23 | Q. And that serrated edge is less than |
| | 24 | three inches -- sorry, less than four inches? |
| | 25 | A. Yes. |

```
10:58:20   1              HEMSLEY MYLES - CONFIDENTIAL
10:58:22   2        Q.   And that was around October of 2002?
10:58:27   3        A.   At the moment, I don't -- can't recall.
10:58:30   4        Q.   Okay.  In the entire period of time that
10:58:34   5   you worked as a preboard screener, whether for
10:58:39   6   Service Master or Globe, did you in fact come across
10:58:40   7   box cutters that you had to confiscate -- confiscate?
10:58:42   8        A.   Yes.
10:58:47   9        Q.   During that period of time, did you come
10:58:48  10   across items like the Leatherman tool that we showed
10:58:49  11   you?
10:58:51  12        A.   Yes.
10:58:54  13        Q.   And that's something that -- that when you
10:58:57  14   came across it, you confiscated and contacted your CSS?
10:59:00  15        A.   Yes.  I held it in the screener.  I called
10:59:01  16   for -- for the CSS, and she'd come over.
10:59:02  17        Q.   And prior to September 11th --
10:59:04  18        A.   Or he'd come over.
10:59:07  19        Q.   Okay.  I'm sorry.  And during that period
10:59:11  20   of time, prior to September 11th, 2001, did you come
10:59:16  21   across knives less than four inches long, but with
10:59:18  22   serrated edges that you confiscated?
10:59:20  23        A.   Yes.
          24        Q.   So, the items that I showed you today
          25   are -- are items that were common enough for you to
```

| | | |
|---|---|---|
| 10:59:31 | 1 | HEMSLEY MYLES - CONFIDENTIAL |
| 10:59:33 | 2 | have been familiar with at the checkpoint as of |
| 10:59:34 | 3 | September 11th, 2001, correct? |
| 10:59:37 | 4 | A.   Yes. |
| 10:59:39 | 5 | MR. CONNORS:  Objection to form. |
| 10:59:42 | 6 | Q.   After September 11th, 2001, do you |
| 10:59:49 | 7 | remember having any conversations with your coworkers |
| 10:59:53 | 8 | or supervisors about what was going on or what possibly |
| 10:59:54 | 9 | was going on that morning at the checkpoint? |
| 10:59:56 | 10 | A.   No. |
| 11:00:01 | 11 | Q.   Did you hear any suspicion or rumors or |
| 11:00:02 | 12 | conjecture about how it is that items may have gotten |
| 11:00:03 | 13 | onboard that plane? |
| 11:00:07 | 14 | A.   No. |
| 11:00:12 | 15 | Q.   Had you heard from anybody at Globe or at |
| 11:00:16 | 16 | American Airlines or at Massport, that they felt that |
| 11:00:19 | 17 | one of those companies had some responsibility for |
| 11:00:20 | 18 | letting items get onboard planes? |
| 11:00:21 | 19 | MR. CONNORS:  Objection to form. |
| 11:00:23 | 20 | A.   No. |
| 11:00:32 | 21 | Q.   Did you hear anything about how things |
| 11:00:34 | 22 | were -- were less than satisfactory at the checkpoints |
| 11:00:34 | 23 | in the summer of 2001 -- |
| | 24 | MR. MORYAN:  Objection. |
| | 25 | A.   No. |