# EXHIBIT 47

# In The Matter Of:

*IN RE: SEPTEMBER 11 LITIGATION*

**ROSARITO RIVERA**
*September 13, 2006*

# *HIGHLY CONFIDENTIAL*
## *TC REPORTING in affliation with Legalink*

*420 Lexington Avenue - Suite 2108*
*New York, NY 10170*
PH: 516-795-7444 / FAX: 212-692-9171

RIVERA, ROSARITO - Vol. I



LEGALINK
A MERRILL COMPANY

HIGHLY CONFIDENTIAL
ROSARITO RIVERA

Page 134

```
 1        A.   Can you clear that question for me,
 2   please.
 3        Q.   Okay.  Mace and pepper spray, those are
 4   items you were trained to detect?
 5        A.   Yes, sir.
 6        Q.   And you were trained to confiscate them
 7   from passengers?
 8        A.   Yes, sir.
 9        Q.   And you were to confiscate them from
10   passengers because they were restricted items?
11        A.   Yes, sir.
12        Q.   If mace or pepper spray made it into the
13   sterile area, that was a failure in security.  True?
14             MR. WESTERBERG:  Object to the form.
15             MR. CONNORS:  Objection.
16   BY MR. TOMASIK:
17        Q.   You can answer.
18        A.   I don't understand the question.
19        Q.   Your job was to stop mace and pepper
20   spray --
21        A.   Yes, sir.
22        Q.   -- from getting in the sterile area, true?
23        A.   Yes.
24        Q.   If mace and pepper spray got into the
```