# EXHIBIT 48

# In The Matter Of:

*In Re:* SEPTEMBER 11 LITIGATION,

---

YOSMARIS (SANTA) GUERRERO
*October 18, 2007*

---

*CONFIDENTIAL*
*TC REPORTING in affliation with Merrill Corp.*
25 West 45th Street
New York, NY 10036
PH: 212-931-6571 / FAX: 212-692-9171

GUERRERO, YOSMARIS (SANTA) - Vol. I

Page 80

| Time | # | |
|---|---|---|
| | 1 | YOSMARIS (SANTA) GUERRERO - CONFIDENTIAL |
| 11:12:46 | 2 | A. Chris Fernandez? Mm-mmm, I don't |
| 11:12:50 | 3 | remember. |
| 11:12:50 | 4 | Q. And do you remember any of your employees |
| 11:12:52 | 5 | ever being -- at Huntleigh, screeners being reprimanded |
| 11:12:56 | 6 | for fighting, verbally fighting while on duty? |
| 11:13:02 | 7 | A. No. |
| 11:13:06 | 8 | Q. During the time that you were a supervisor |
| 11:13:08 | 9 | at Huntleigh -- |
| 11:13:09 | 10 | A. Yes. |
| 11:13:09 | 11 | Q. -- prior to 9/11, did you ever have to |
| 11:13:12 | 12 | reprimand any of the screeners? |
| 11:13:15 | 13 | A. Ever what? |
| 11:13:16 | 14 | Q. Ever reprimand? Discipline them? |
| 11:13:18 | 15 | A. No. |
| 11:13:26 | 16 | Q. During your classroom training at |
| 11:13:28 | 17 | Huntleigh, were you ever instructed on how to detect |
| 11:13:32 | 18 | mace? |
| 11:13:38 | 19 | A. In my classroom what? |
| 11:13:40 | 20 | Q. Were you ever instructed, were you ever |
| 11:13:41 | 21 | taught how to detect mace? |
| 11:13:47 | 22 | A. Mace? |
| 11:13:48 | 23 | Q. Mace. Do you know what mace is? |
| 11:13:49 | 24 | Remember, the spray? |
| 11:13:50 | 25 | A. Oh. Repeat that question again. |

Page 81

|  |  |  |
|---|---|---|
|  | 1 | YOSMARIS (SANTA) GUERRERO - CONFIDENTIAL |
| 11:13:56 | 2 | Q.  Sure.  Did they ever teach you at |
| 11:13:58 | 3 | Huntleigh how to detect it? |
| 11:14:01 | 4 | A.  Oh, yes. |
| 11:14:02 | 5 | Q.  How -- what did they teach you? |
| 11:14:03 | 6 | A.  By the machine, and they teach us how we |
| 11:14:08 | 7 | had to check every bag that has sprays to see if that |
| 11:14:12 | 8 | is going to be mace. |
| 11:14:14 | 9 | Q.  Was this taught in the classroom, on the |
| 11:14:17 | 10 | job, or both? |
| 11:14:18 | 11 | A.  On the classroom. |
| 11:14:20 | 12 | Q.  Was it done -- how was the instruction |
| 11:14:25 | 13 | done?  By video?  Actually bringing a bag in? |
| 11:14:28 | 14 | A.  They bring in a bag, but they show how to |
| 11:14:30 | 15 | look at the screen. |
| 11:14:31 | 16 | Q.  How to look for mace? |
| 11:14:32 | 17 | A.  Yes. |
| 11:14:33 | 18 | Q.  Well, how to look for what you think is |
| 11:14:34 | 19 | a -- a spray? |
| 11:14:37 | 20 | A.  That looks like sprays. |
| 11:14:39 | 21 | Q.  Did they give you any instruction on how |
| 11:14:42 | 22 | to detect box cutters? |
| 11:14:47 | 23 | A.  Box? |
| 11:14:48 | 24 | Q.  Oh, that's right.  Let me show you what we |
| 11:14:54 | 25 | previously marked for identification as Exhibit 19. |

TC REPORTING in affiliation with Merrill Corp.,
(516) 795-7444

23aef3ab-a78f-40fd-8f2b-491286da1d19

```
                                                              Page 82
              1          YOSMARIS (SANTA) GUERRERO - CONFIDENTIAL
11:15:01      2                    MR. ROSS:  Do you want the blade open?
11:15:03      3                    MR. GRANITO:  Yes.  You know what?  There
11:15:04      4          you go.
11:15:05      5                    MR. ROSS:  Do you want me to open it for
11:15:07      6          her?
11:15:08      7                    THE WITNESS:  I know what it is.
11:15:08      8          BY MR. GRANITO:
11:15:09      9              Q.    Now, you know what that is?
11:15:10     10              A.    Yes.
11:15:11     11                    MR. GRANITO:  Why don't you give it to
11:15:12     12          her?
11:15:12     13                    MR. ROSS:  Watch out.  The blade is open.
11:15:12     14          BY MR. GRANITO:
11:15:12     15              Q.    Why don't you hold that up for the camera,
11:15:13     16          Ms. -- hold that up, Ms. Guerrero.
11:15:16     17              A.    Oh.
11:15:16     18              Q.    What is that?
11:15:18     19              A.    I call this knife.
11:15:20     20              Q.    You call it a knife?
11:15:21     21              A.    Yes.
11:15:21     22              Q.    Okay.  And you never really heard it
11:15:24     23          referred to as a box cutter?
11:15:25     24              A.    Box cutter, no.
11:15:25     25              Q.    Were you ever trained specifically how to
```

Page 83

| | | |
|---|---|---|
| | 1 | YOSMARIS (SANTA) GUERRERO - CONFIDENTIAL |
| 11:15:28 | 2 | find that type of item by Huntleigh? |
| 11:15:31 | 3 | A.   That's metal, and -- |
| 11:15:38 | 4 | Q.   Metal? |
| 11:15:38 | 5 | A.   Yes. We had to open all bags. |
| 11:15:41 | 6 | Q.   But, did you ever -- as part of your |
| 11:15:42 | 7 | training, did they ever say to you, today we're going |
| 11:15:46 | 8 | to learn how to find box cutters? |
| 11:15:53 | 9 | A.   Yes. They -- they do that. |
| 11:15:54 | 10 | Q.   They did. |
| 11:15:55 | 11 | A.   But, they don't take one day to do it, |
| 11:15:59 | 12 | it's teach just one thing. They was teaching all the |
| 11:16:03 | 13 | metal things. The day that they teach the metal |
| 11:16:09 | 14 | machine -- |
| 11:16:09 | 15 | Q.   Okay. |
| 11:16:10 | 16 | A.   -- that's the same day that I -- |
| 11:16:12 | 17 | Q.   But, you remember being taught how to find |
| 11:16:14 | 18 | that? |
| 11:16:14 | 19 | A.   Yes. |
| 11:16:15 | 20 | Q.   Exhibit 19? |
| 11:16:16 | 21 | A.   Yes. |
| 11:16:16 | 22 | Q.   Okay. Did you -- during your time as a |
| 11:16:25 | 23 | screener, at either Globe or Huntleigh, did you ever |
| 11:16:31 | 24 | find that type of an item? |
| 11:16:34 | 25 | A.   Yes. |