# EXHIBIT 49

# In The Matter Of:

## IN RE SEPTEMBER 11 LITIGATION

---

### CAMILLE M. SUMMA
*July 26, 2007*

---

## *CONFIDENTIAL*
## *TC REPORTING in affliation with Merrill Corp.*
### *25 West 45th Street*
### *New York, NY 10036*
*PH: 212-931-6571 / FAX: 212-692-9171*

### SUMMA CAMILLE M. - Vol. 1

Page 41

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | CAMILLE M. SUMMA - CONFIDENTIAL                        |
| 14:21:19 | 2  | A.    Thank you.  I remember these.                    |
| 14:21:22 | 3  | Q.    Are you familiar with what Exhibit 22 is?        |
| 14:21:24 | 4  | A.    I am.                                            |
| 14:21:25 | 5  | Q.    What is that?                                    |
| 14:21:28 | 6  | A.    I don't know what you call it.  You call         |
| 14:21:35 | 7  | it a scraper?  I don't know what you call it.          |
| 14:21:38 | 8  | MR. KELLY:  Answer.  What was the                      |
| 14:21:39 | 9  | question?  I'm sorry.                                  |
| 14:21:41 | 10 | Q.    Do you know what that is?                        |
| 14:21:42 | 11 | A.    I do.                                            |
| 14:21:42 | 12 | Q.    What is that?  Do you know the name?             |
| 14:21:44 | 13 | A.    (Witness shook head.)                            |
| 14:21:45 | 14 | Q.    You don't recall it?                             |
| 14:21:47 | 15 | MR. KELLY:  You have to say "yes" or "no."             |
| 14:21:48 | 16 | Q.    That's okay.  You don't recall what              |
| 14:21:49 | 17 | that -- the name of that is right now?                 |
| 14:21:50 | 18 | A.    I don't recall.                                  |
| 14:21:51 | 19 | Q.    Okay.  Was that a prohibited item in             |
| 14:21:54 | 20 | September of 2001?                                     |
| 14:21:55 | 21 | A.    It was.                                          |
| 14:21:57 | 22 | Q.    Does that --                                     |
| 14:21:57 | 23 | A.    Because I remember the CSS removing the          |
| 14:22:00 | 24 | blade, securing the blade and giving back the casing to |
| 14:22:05 | 25 | the passenger.  I remember that.                       |

bbde46f5-294b-4284-8306-145864c680bb

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | CAMILLE M. SUMMA - CONFIDENTIAL                          |
| 14:22:07 | 2  | Q.    Okay.  So, if you found an item like that          |
| 14:22:10 | 3  | in September of 2001, you would confiscate that item,    |
| 14:22:14 | 4  | correct?                                                 |
| 14:22:14 | 5  | A.    Correct, sir.                                      |
| 14:22:15 | 6  | Q.    And you'd bring it to a CSS?                       |
| 14:22:17 | 7  | A.    Yes, sir.                                          |
| 14:22:17 | 8  | Q.    And a CSS could remove the blade and              |
| 14:22:19 | 9  | return the body without the blade to the passenger?      |
| 14:22:22 | 10 | A.    Yes, sir.                                          |
| 14:22:22 | 11 | Q.    And clear the passenger?                          |
| 14:22:23 | 12 | A.    Yes, sir.                                          |
| 14:22:25 | 13 | Q.    Otherwise, that is a -- as it is in your          |
| 14:22:28 | 14 | hands right now, that is a prohibited item, correct?    |
| 14:22:30 | 15 | A.    Correct.                                           |
| 14:22:31 | 16 | Q.    In September of 2001, that was an item            |
| 14:22:33 | 17 | that you could detect by x-ray, correct?                |
| 14:22:36 | 18 | A.    Correct.                                           |
| 14:22:37 | 19 | Q.    And in September of 2001, that was an item        |
| 14:22:39 | 20 | that you could detect by magnetometer, correct?         |
| 14:22:41 | 21 | A.    Correct.                                           |
| 14:22:42 | 22 | Q.    And that was an item that you could detect        |
| 14:22:44 | 23 | by hand wanding, correct?                               |
| 14:22:46 | 24 | A.    Correct.                                           |
| 14:22:47 | 25 | Q.    And in September of 2001, if you performed        |

bbde46f5-294b-4284-8306-145864c680bb

|            |    |                                                      |
|------------|----|------------------------------------------------------|
|            | 1  | CAMILLE M. SUMMA - CONFIDENTIAL                      |
| 14:22:50   | 2  | a bag check and found that in a bag, you would have |
| 14:22:53   | 3  | removed that and reported that to the CSS, correct? |
| 14:22:56   | 4  | A.   Yes, sir.                                       |
| 14:22:57   | 5  | Q.   All right.  Let me ask you a question:          |
| 14:23:08   | 6  | Did you ever do that?                                |
| 14:23:09   | 7  | Did you ever bring a box -- I call it a box          |
| 14:23:11   | 8  | cutter.  Would you call it a box cutter?             |
| 14:23:14   | 9  | A.   Yes.                                            |
| 14:23:14   | 10 | Q.   If you don't, I'm not trying to put words       |
| 14:23:16   | 11 | in your mouth.                                       |
| 14:23:17   | 12 | A.   Yes, I would.                                   |
| 14:23:18   | 13 | Q.   Okay.  If a -- if you found a box cutter        |
| 14:23:21   | 14 | and brought it to the CSS and they removed the knife |
| 14:23:24   | 15 | and gave it back to the passenger.                   |
| 14:23:26   | 16 | A.   Mm-hmm.                                          |
| 14:23:26   | 17 | Q.   First of all, did that ever happen?             |
| 14:23:29   | 18 | A.   I remember that happening, sir.                 |
| 14:23:31   | 19 | Q.   Did -- if that ever happened or when that       |
| 14:23:33   | 20 | happened, did you or the CSS go through the process of |
| 14:23:38   | 21 | looking to see if there were any more blades on the  |
| 14:23:42   | 22 | body of that passenger --                            |
| 14:23:45   | 23 | A.   I don't --                                       |
| 14:23:45   | 24 | Q.   -- or in the baggage?                            |
| 14:23:47   | 25 | A.   I don't recall.                                  |

bbde46f5-294b-4284-8306-145864c680bb