# EXHIBIT 50

# EXHIBIT 50

# In The Matter Of:

*IN RE SEPTEMBER 11 LITIGATION*

---

WILLIAM T. THOMAS
*January 16, 2007*

---

## *CONFIDENTIAL*
*TC REPORTING in affliation with Merrill Corp.*
420 Lexington Avenue - Suite 2108
New York, NY 10170
PH: 212-931-6571 / FAX: 212-692-9171

THOMAS, WILLIAM T. - Vol. I

Page 113

|  |  |  |
|---|---|---|
|  | 1 | WILLIAM THOMAS - CONFIDENTIAL |
| 11:25:37 | 2 | MR. ROSS: No, no, no. |
| 11:25:37 | 3 | Q.    -- exhibit number? |
| 11:25:38 | 4 | MR. ROSS: The Leatherman tool is |
| 11:25:39 | 5 | Exhibit 34. |
| 11:25:41 | 6 | MR. TOMASIK: I was asking the witness. |
| 11:25:42 | 7 | BY MR. TOMASIK: |
| 11:25:42 | 8 | Q.    Mr. Thomas, can you just tell us the |
| 11:25:44 | 9 | exhibit number on the Leatherman? |
| 11:25:47 | 10 | A.    Exhibit No. 34. |
| 11:25:48 | 11 | Q.    Okay. That is an item that you would |
| 11:25:49 | 12 | agree would normally activate the magnetometer? |
| 11:25:53 | 13 | A.    Yes. |
| 11:25:53 | 14 | Q.    And certainly it would be detectable by |
| 11:25:57 | 15 | hand wand? |
| 11:25:58 | 16 | A.    Yes. |
| 11:25:59 | 17 | Q.    Okay. Mr. Thomas, I'd like to talk to you |
| 11:26:08 | 18 | about the morning of September 11th. According to the |
| 11:26:14 | 19 | sign-in sheet, I believe you did, in fact, sign in |
| 11:26:17 | 20 | around 5 a.m.? |
| 11:26:18 | 21 | A.    Yes. |
| 11:26:18 | 22 | Q.    Where did you sign in? |
| 11:26:20 | 23 | A.    At the checkpoint. |
| 11:26:22 | 24 | Q.    Where was the sign-in sheet maintained? |
| 11:26:25 | 25 | A.    At the checkpoint. |

Page 123

WILLIAM THOMAS - CONFIDENTIAL

| Time | # | |
|---|---|---|
| 11:35:15 | 2 | A. No. I can't remember what she said. |
| 11:35:18 | 3 | Q. Well, you told us a moment ago that she |
| 11:35:20 | 4 | said it was her fault. |
| 11:35:22 | 5 | A. That is all I can remember. |
| 11:35:26 | 6 | Q. Do you recall her saying anything else? |
| 11:35:28 | 7 | A. No, I don't. |
| 11:35:30 | 8 | Q. That morning prior to leaving the |
| 11:35:33 | 9 | checkpoint to go look for wheelchairs, as a CSS can you |
| 11:35:40 | 10 | tell us what, if anything, was confiscated from |
| 11:35:44 | 11 | passengers? |
| 11:35:45 | 12 | A. I confiscated -- I confiscated a couple of |
| 11:35:49 | 13 | utility knives. |
| 11:35:50 | 14 | Q. You did? |
| 11:35:51 | 15 | A. Yes. |
| 11:35:52 | 16 | Q. We looked at some exhibits here today, and |
| 11:35:56 | 17 | there are some to the left of you, and is there any |
| 11:35:59 | 18 | exhibit here that's substantially similar to the ones |
| 11:36:03 | 19 | that you confiscated? |
| 11:36:04 | 20 | A. This one here. (Indicating.) |
| 11:36:05 | 21 | MR. ROSS: Can you identify it by exhibit |
| 11:36:07 | 22 | number? |
| 11:36:07 | 23 | A. Exhibit 21. |
| 11:36:08 | 24 | Q. Exhibit 21? |
| 11:36:09 | 25 | A. Yes. |