# EXHIBIT 51

```
                    NUMBER OF ITEMS:    0
                    *** END OF REPORT ***

        ------------------------------------
                        -SALE-
        SALES #: 91111DD1 136413     08-30-01
         46906 10.5OZ HD CONT.AD        3.94
                     2 @       1.97
         19244 16OZ UNSAN RPAIR         3.67
         70576 GL.AMER.TRAD.INT.       18.97
         70143 GL.AMER.TRAD.INT.       20.97
                         SUBTOTAL:     47.55
                        TAX 3229% :     2.86
              INVOICE    431  TOTAL:   50.41
                       BALANCE DUE:    50.41
                             AMEX :    50.41
        AMEX (P)                    ████15591
        1111 26  08/30/01 17:10:00   REF#: 431
        ------------------------------------
                        -SALE-
        SALES #: 91111DD1 136413     08-30-01
         46662 LEATHERMAN WAVE        69.98
                         SUBTOTAL:    69.98
                        TAX 3229% :    4.20
              INVOICE    432  TOTAL:  74.18
                       BALANCE DUE:   74.18
                             VISA :   74.18
        VISA  4011806070015591  0603  003402
        1111 26  08/30/01 17:10:51   REF#: 432
```

1A-1A1348

M-MMA-00019931
FBI0446

```
AS/400 Host Screen

 MARLINS                    THE SPORTS AUTHORITY                      9/23/01
 SET546R                    Credit Card Settlement                   15:08:10
 DETAIL                     Account Number Inquiry                     LPM505
    Account Number. . . 4011800840507778    Transaction Date. . . 0/00/00
 VISA
 Option: 2=Detail  5=Transaction Flags  6=Create Adjustment
 Opt    Date     Store   Reg   Trans   Seq         Amount   Expire  St  Author
     08/13/2001   115     4    9918     1           37.08    7/02   RY  005330
 Transmission Date . .  8/14/01    8:35                   1100000000 0000001000
 Track Data.   ALSHEHHNI/MARWAN
 _____




                                                                       Bottom

 F2=More Info   F3=Exit   F4=List   F22=Clear Screen




 Device: EDP, HostID: 0, Method: NLynx Tw1              2001 15:13:55
```

```
AS/400 Host Screen

INQI53              The Sports Authority - Get Out and Play         9/23/01
COMMON508                   Item Inquiry For Team 508              15:32:11


Bio:         SKU  22042105           | Desc.  CLIP HANFER VIPER PC-S
             UPC  44356015837        | Vendor IMPERIAL SCHRAD
=============Scorecard=============  | ===============Stats.================
On-Hand. . . . . :       3           | Dept . . . :  13    Sub-Dept . :  10
Transferred Out. :       0           | Class. . . :   7    Sub-Class. :   1
Allocated for RTV:       0           | Stock #. . :  CH18SCPM
                                     |
Remaining On-Hand:       3           | Tck Type . :    / Y  (NOS/E3)
                                     | Status Code:  D
On-Order . . . . :       0           |
                                     | Regular Price. . :       24.99
Incoming Xfer. . :       0           | Promo Price. . . :         .00
Incoming BOL . . :       0           |   Start Date . . :
Total In-Transit :       0           |   End Date . . . :


Color:Tbl/Code/Desc.            Size:Tbl/Code/Desc.   Dim:Tbl/Code/Desc.


F1=Exit   F2=Return   F4=View History   F9=P.O. Scan   F11=UPC   F13=Tran Inquiry
                      F17=RTV Info.                                      Help



Device: EDP, HostID: 0, Method: NLynx Tw            001 15:45:58
```

1A-1A7183                                              M-BAA-00000425
                                                       FBI0432

```
AS/400 Host Screen

 INQI53             The Sports Authority - Get Out and Play         9/23/01
 COMMON508                  Item Inquiry For Team 508              15:32:24

 Bio:           SKU  22076301           | Desc.  DUAL EDGE
                UPC  72146120768        | Vendor IMPERIAL SCHRAD
 ===============Scorecard=============== | ===============Stats.===============
 On-Hand. . . . . :         4           | Dept . . . :  13    Sub-Dept . :  10
 Transferred Out. :         0           | Class. . . :   7    Sub-Class. :   1
 Allocated for RTV:         0           | Stock #. . : TM5CP
                                        |
 Remaining On-Hand:         4           | Tck Type . : 0 / Y   (NOS/E3)
                                        | Status Code: A
 On-Order . . . . :         6           |
                                        | Regular Price. . :        9.99
 Incoming Xfer. . :         0           | Promo Price. . . :         .00
 Incoming BOL . . :         0           |   Start Date . . :
 Total In-Transit :         0           |   End Date . . . :



 _____
 F1=Exit   F2=Return   F4=View History   F9=P.O. Scan   F11=UPC   F13=Tran Inquiry
           F17=RTV Info.                                                    Help
```

Device: EDP, HostID: 0, Method: NLynx Tw:                  !001 15:46:09

```
AS/400 Host Screen

 1 CSH015                JDA Production 4R4            Date: 9/23/01
                      Register Detail Transactions     Time: 15:09:32
Store:   115 THE SPORTS AUTH 115 BOYNTON    Trn Type: 01 REGULAR SALE
 Date:   8/13/01   Trn Time: 16:30:05     Trn Amt:        37.08
  Reg:   4         Till:     119          Acct Typ: _   Acct No: _____
Trans:   9918      Cashier:  119          Salesperson: 119  Cust No: _____

Seq Tp Type Desc           SKU      Qty   Unit Price  Ext Price  Discounts Sts
  1 NT NO TAX            22042105    1       24.99      24.99                A
       CLIP HANFER VIPER PC-S
  2 01 REG SALE          22076301    1        9.99       9.99                A
       DUAL EDGE
  3 81 SALE TAX A                                         .60                A

  4 81 SALE TAX A                                        1.50                A

       SUBTOTAL                                         37.08


========================== JDA Software (4R4) =====AS/400 = Production  ====
F1=Return           F5=Toggle SKU/UPC      F9=Fold/Truncate
F2=Next Selection   F6=Toggle Tender       F24=End             F15=More-Inf
```

Device: EDP, HostID: 0, Method: NLynx T                    2001 15:14:17

IA-IA7183

M-BAA-00000427
FBI0434

```
AS/400 Host Screen

  1 CSH015                      JDA Production 4R4                Date:  9/23/01
                             Register Detail Transactions         Time: 15:09:32
    Store:  115 THE SPORTS AUTH 115 BOYNTON    Trn Type: 01 REGULAR SALE
     Date:  8/13/01   Trn Time: 16:30:05       Trn Amt:              37.08
      Reg:  4         Till:     119            Acct Typ: _      Acct No: _____
    Trans:  9918      Cashier:  119       Salesperson: 119      Cust No: _____

   Seq Tp Type Desc        SKU         Qty   Unit Price  Ext Price  Discounts Sts
     1 VI VISA                                                37.08            A
          4011800840507778




  ===========================  JDA Software (4R4) =====AS/400 = Production ====
  F1=Return              F5=Toggle SKU/UPC      F9=Fold/Truncate
  F2=Next Selection      F6=Toggle Tender       F24=End                F15=More-Inf



  Device: EDP, HostIO: 0, Method: NLynx Twi              2001 15:14:23
```

```
Sep-16-01 12:51P                                    P.02

CLTP HANVER VIPER PC S
  72042105                    24.99 (
  DUAL EDGE       72076301     9.99 T
  RCPT mem used=370
  SCP mem used=140, len=146
  TOTAL                       $34.98
  7.000% Sales Tax             $0.60
  6.000% Sales Tax             $1.50
  T O T A L                   $37.08
  V I S A                     $37.08
  4011800040507778
  EXPIRY: 07/02 SWIPED
  NAME: ALSHEHHI/MARWAN

  AUTH# 005330
  ITEMS 2
  J8 13-7001  16:30:23  0125 04 000119 9918
  SIGNATURE AVAILABLE - 011504991B0
  #987720255
```



FD-340 (7-19-00)

Universal Case File Number: 265D-NY-280350-1A-1A4776

Field Office Acquiring Evidence: Miami

Serial # of Originating Document: MM 836 Sub 302 ser 10237

Date Received: 9/15/01

From: ███████ (P) ███████
(Name of Contributor)

_____
(Address of Contributor)

DEERFIELD BCH, FL
(City and State)

By: SA ███████ (P) ███████

To Be Returned ☐ Yes  ☒ No
Receipt Given ☐ Yes  ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e) Federal Rules of Criminal Procedure
☐ Yes  ☒ No
Federal Taxpayer Information (FTI)
☐ Yes  ☒ No

Title: TWIN TOWERS BOMBING

Reference: _____
(Communication Enclosing Material)

Description: ☐ Original notes re interview of
Detailed transaction of 9/2/01 purchase at Winn Dixie by AL SHEHHI and ATTA.

1A-1A4776

M-MMA-00020841
FBI0456

DISPLAY JOURNAL                                           Line 907 of 1024
                                                          58 % read...

```
         9/02/01   5:37 PM 0345 06 0021 150
         -----------------------------------
            KBL CHIPS DEL WALN        2.50 F
         SAVED .79 ON POWER BUY ITEM
            2LT C/F PEPSI             1.39 B
            BLADES                   13.79 T
            EGGLAND BEST EGGS         1.99 F
            HEB NAT FRANKS            3.69 F
            HEB NAT FRANKS            3.69 F
            HEB NAT FRANKS            3.69 F
            7-UP 2LTR                 1.39 B
            7-UP 2LTR                 1.39 B
         **** TAX       1.08  TOT    34.60
         ACCOUNT NUMBER       4011800840507778
         AA:001 APPROVED    $34.60
         VF    CREDIT CARD           34.60
               CHANGE                  .00
                                    364.12
```

F1          F2          F3 QUIT        F4 PRINT         F5
F6          F7          F8             F9 REPEAT        F10SEARCH
Time=13:23   Current Window=8 Number of Windows=8   SYSTEM MESSAGE AVAILABLE
DISPLAY JOURNAL                                           Line 908 of 1024
                                                          58 % read...

```
         -----------------------------------
            KBL CHIPS DEL WALN        2.50 F
         SAVED .79 ON POWER BUY ITEM
            2LT C/F PEPSI             1.39 B
            BLADES                   13.79 T
            EGGLAND BEST EGGS         1.99 F
            HEB NAT FRANKS            3.69 F
            HEB NAT FRANKS            3.69 F
            HEB NAT FRANKS            3.69 F
            7-UP 2LTR                 1.39 B
            7-UP 2LTR                 1.39 B
         **** TAX       1.08  TOT    34.60
         ACCOUNT NUMBER       4011800840507778
         AA:001 APPROVED    $34.60
         VF    CREDIT CARD           34.60
               CHANGE                  .00
                                    364.12
         POWER BUYS,DISCOUNT DEPARTMENT
```



1A-1A4776

(BEST COPY)

M-MMA-00020843

FBI0458

FD-340 (7-19-00)

1A7392

Universal Case File Number 265A-NY-280350-~~MM~~

Field Office Acquiring Evidence MM

Serial # of Originating Document MM1791\Sub302-14697

Date Received 9/10/01

From (P) [redacted]
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

By (P) [redacted]

To Be Returned ☐ Yes  ☑ No
Receipt Given ☐  ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6(e) Federal Rules of Criminal Procedure
☐ Yes  ☑ No
Federal Taxpayer Information (FTI)
☐ Yes  ☑ No

Title: TWIN TOWER BOMBING

Reference: _____
(Communication Enclosing Material)

Description: ☐ Original notes re interview of

RECEIPT OF BOX CUTTERS + NUT DRIVER SET FROM CANTON, FL K-MART

```
(VER 5.58.P6)
**TILL EXCHANGE**
09/10/01 12:06 PM 4761 11 3750 0046
PRICE CHECK **********************        .00
01900008298    S/K DISPLAY        1.79
07780200835    W/W BLUSH          2.49 T
****  TAX           .15   BAL     2.64
      CASH                        3.00
      CHANGE                       .36
09/10/01 12:09 PM 4761 11 3750 0046
07200075046    UTILITY KNIF       2.64
07164130162    SHARPIE MRKR       2.79 T
07200075046    UTILITY KNIF       1.43 T
07200075046    UTILITY KNIF       2.79 T
07200071110    NUTDRV SET         2.79 T
                                  9.99 T
****  TAX          1.19   BAL    20.98
      CASH                       30.00
      CHANGE                      9.02
09/10/01 12:10 PM 4761 11 3751 0046
                                 23.62
02430003193    GRANOLA            1.43 F
07946551091    BATH TOWEL         2.50 T
07946551091    BATH TOWEL         2.50 T
04316890703    LITE BULB          2.63 T
****  TAX           .46   BAL     9.52
      CASH                       10.52
      CHANGE                      1.00
09/10/01 12:13 PM 4761 11 3752 0046
                                 33.14
02600000372    GLUE                .79 T
****  TAX           .05   BAL      .84
      CASH                         .84
      CHANGE                       .00
09/10/01 12:14 PM 4761 11 3753 0046
                                 33.98
41506533112    MOCCASIN          14.99 T
07946551091    BATH TOWEL         2.50 T
04177164156    KODAK GOLD         8.49 T
30005423930    CENTRUM VIT        8.68 T
****  TAX          1.56   BAL    36.23
ACCOUNT NUMBER         4254367220197014
AA 042522 834 02
```

(BEST COPY)

IA-IA7392

M-MMA-00021132

FBI0462

```
08/27/01 1007080 7620 0      14:43 111
RECEIPT ID# 2-1239-1007-0080-7620-7
CSH# 111
001 091090060 MULTI TOOL    T    64.99
002 081020378 BALL PT PEN   T     4.99
                 SUBTOTAL        69.98
           T= 5.000% TAX          3.50
                    TOTAL        73.48
            DEBIT PAYMENT        73.48
DEBIT ACCT #         4158740011865303
00 A 000000                      06/04
00024658 00102407 00024456
```

IB-1B1980

M-BAB-00000002
FBI0437

WAL-MART STORE # 2789

ST# 2789 OP# 00000271 TE# 03 TR# 06106
MERCHANT# 045202789995
VISA

GENERAL MDSE TOTAL          16.42
ACCOUNT #    4011806070844187-07/03
APPROVAL #                003410
Name

TRANS ID -
VALIDATION -
PAYMENT SERVICE -
SCANNED.....

BANIHAMMAD FAYEZ
0011225725769676
                        84MM
                        E

SIGNATURE: ..................

I AGREE TO COMPLY WITH THE
CARDHOLDER AGREEMENT

08/13/01    16:09:36

***STORE COPY***

M-MMA-00014101
FBI0441

1A-1A35735