**EXHIBIT 53 TO THE JUNE 18, 2008 DECLARATION OF RICHARD A. WILLIAMSON IS BEING SERVED AND FILED IN HARD COPY**