# EXHIBIT 54

# In The Matter Of:

*In Re: SEPTEMBER 11 LITIGATION,*

---

NYDIA GONZALEZ
*March 1, 2007*

---

*HIGHLY CONFIDENTIAL*
*TC REPORTING in affliation with Merrill Legal Solutions*
*420 Lexington Avenue - Suite 2108*
*New York, NY 10170*
PH: 516-795-7444 / FAX: 212-692-9171

GONZALEZ, NYDIA - Vol. I

Page 35

```
                    1              NYDIA GONZALEZ - CONFIDENTIAL
10:10:13            2              MR. GREEN: Can you get one of those
10:10:14            3      copies for Des. I shortchanged him.
10:10:20            4      BY MR. GREEN:
10:10:23            5          Q.  Did anyone review this before it being
10:10:26            6      presented to the 9/11 Commission?
10:10:28            7          A.  Yes.
10:10:29            8          Q.  Who reviewed it?
10:10:31            9          A.  I had Chris Christensen take a look at it.
10:10:37           10          Q.  Did Mr. Christensen make any changes?
10:10:41           11          A.  Other than grammatical, no.
10:10:50           12          Q.  Incidentally, had you ever met Betty Ong
10:10:52           13      prior to September 11th, 2001?
10:10:54           14          A.  No.
10:10:57           15          Q.  Had you ever met any of the other flight
10:10:59           16      attendants on Flight 11?
10:11:02           17          A.  No.
10:11:02           18          Q.  So, you didn't know Karen Martin?
10:11:05           19          A.  No.
10:11:05           20          Q.  Or Bobbie Arestegui?
10:11:08           21          A.  No.
10:11:32           22          Q.  Can you tell me what, if anything,
10:11:39           23      Betty Ong told you about passengers being attacked on
10:11:42           24      the airplane on Flight 11?
10:11:47           25              MR. BARRY: During the call?
```

Page 36

NYDIA GONZALEZ - CONFIDENTIAL

10:11:49  2    Q.  During the call.
10:11:52  3    A.  I don't know that she said passengers
10:11:54  4  attacked other than indicating the information she was
10:11:58  5  getting from the other flight attendants, as far as she
10:12:02  6  knew that some passengers had been -- one passenger had
10:12:05  7  been stabbed.  I think she only referred to one
10:12:09  8  passenger being stabbed.
10:12:15  9         MR. CAMPBELL:  Move to strike.
10:12:22  10   Q.  What, if anything, did she tell you about
10:12:24  11 flight attendants being stabbed?
10:12:29  12   A.  She indicated that two flight attendants
10:12:31  13 were hurt.
10:12:34  14   Q.  Which two?
10:12:37  15   A.  She referred to them by number.  I believe
10:12:40  16 she said it was the No. 1 flight attendant has been
10:12:42  17 stabbed and the No. 5 flight attendant has been hurt.
10:12:50  18   Q.  Do you know who the No. 1 flight attendant
10:12:52  19 was?
10:12:52  20   A.  No.  Not at the time.
10:12:54  21   Q.  Did you later find out who the No. 1
10:12:56  22 flight attendant was?
10:12:58  23   A.  I believe it was Karen.
10:13:00  24   Q.  And that is Karen Martin?
10:13:03  25   A.  (Witness nodded.)

Page 37

```
                    1              NYDIA GONZALEZ - CONFIDENTIAL
10:13:03            2              Q.    Is that yes?
10:13:04            3              A.    Yes.
10:13:06            4              Q.    And the No. 5 flight attendant, do you
10:13:11            5     recall how she was hurt?
10:13:15            6              A.    No.
10:13:17            7              Q.    And the No. 5 flight attendant, was that
10:13:21            8     Bobbie Arestegui?
10:13:22            9              A.    I believe so.
10:13:32           10              Q.    What, if anything, did she tell you about
10:13:35           11     mace or pepper spray being sprayed in the cabin?
10:13:39           12              A.    She indicated that something had been
10:13:41           13     sprayed.  She said possibly mace.
10:13:49           14              Q.    Where had that substance been sprayed?
10:13:55           15              A.    Up front.
10:13:57           16                    MR. BARRY:  What did she tell --
10:13:58           17                    MR. GREEN:  That's right.
10:13:58           18                    MR. BARRY:  -- you that it had been
10:14:00           19     sprayed.
10:14:01           20                    THE WITNESS:  Up front.
10:14:02           21     BY MR. GREEN:
10:14:03           22              Q.    What effect, if any, did the spraying of
10:14:05           23     that substance have?
10:14:07           24              A.    She said that they --
10:14:09           25                    MR. CAMPBELL:  Object to the form.
```

```
                    1              NYDIA GONZALEZ - CONFIDENTIAL
10:14:10            2              MR. BARRY:  Yeah.  I'm going to object to
10:14:11            3    the form, as well.  I think your question should be
10:14:13            4    what did she tell you.  Okay?
10:14:15            5    BY MR. GREEN:
10:14:16            6         Q.   What, if anything, did she tell you about
10:14:18            7    the effect that the spraying of that substance had on
10:14:21            8    the airplane?
10:14:23            9         A.   She said they couldn't breathe.
10:14:47           10         Q.   What, if anything, did she tell you about
10:14:49           11    the terrorists?
10:14:50           12         A.   She didn't say anything about terrorists.
10:14:52           13         Q.   What about the hijackers?
10:14:55           14         A.   She didn't -- she indicated, "I think
10:14:59           15    we're being hijacked."
10:15:08           16         Q.   Did she describe the hijackers?
10:15:10           17         A.   No.  She could not.
10:15:16           18                   (Phone ringing)
10:15:16           19    BY MR. GREEN:
10:15:29           20         Q.   Sorry about that.
10:15:41           21              What, if anything, did she tell you about
10:15:43           22    knives onboard?
10:15:49           23         A.   I don't recall that she spoke about
10:15:52           24    knives.
10:15:54           25         Q.   What, if anything, do you recall she spoke
```

Page 134

|  |  |
|---|---|
|  | 1    NYDIA GONZALEZ - CONFIDENTIAL |
| 13:53:26 | 2    No. 1, the No. 5.  I recall writing down 10A, 10B. |
| 13:53:32 | 3         Q.   Do you recall anything else that you may |
| 13:53:33 | 4    have written down? |
| 13:53:35 | 5         A.   No.  I recall writing down stabbing. |
| 13:53:45 | 6         Q.   You wrote that -- what you wrote down was |
| 13:53:47 | 7    in response to the -- or was the responses that you |
| 13:53:50 | 8    received from Betty Ong; is that correct? |
| 13:53:53 | 9              MR. CAMPBELL:  Object to the form. |
| 13:53:55 | 10             MR. BARRY:  Objection.  She just told you |
| 13:53:57 | 11   what she wrote down. |
| 13:53:57 | 12             THE WITNESS:  I was just taking notes of |
| 13:53:59 | 13   my conversation with her. |
| 13:54:00 | 14   BY MR. FRANZ: |
| 13:54:00 | 15        Q.   And in that conversation, she made |
| 13:54:02 | 16   reference to knives and mace at various times? |
| 13:54:07 | 17             MR. CAMPBELL:  Object to the form. |
| 13:54:08 | 18             MR. BARRY:  Objection. |
| 13:54:08 | 19             THE WITNESS:  She made reference to mace. |
| 13:54:09 | 20   BY MR. FRANZ: |
| 13:54:10 | 21        Q.   She made reference to stabbing? |
| 13:54:12 | 22        A.   Stabbing. |
| 13:54:14 | 23        Q.   Did she make reference to corkscrews? |
| 13:54:20 | 24        A.   No. |
| 13:54:20 | 25        Q.   Did she make reference -- |

Page 136

1                NYDIA GONZALEZ - CONFIDENTIAL

13:55:10   2        Q.   Do you recall her making any reference to
13:55:11   3   silverware from first class?
13:55:13   4        A.   No.
13:55:14   5        Q.   Do you recall her making any reference to
13:55:17   6   any weapon or other object from the airplane, property
13:55:21   7   of American Airlines that the hijackers possessed?
13:55:27   8        A.   No.
13:55:28   9             MR. CAMPBELL:  Object to the form.  Move
13:55:29  10   to strike.
13:55:31  11        A.   The only weapons, as you want to consider
13:55:33  12   them, that she made reference to was the mace and
13:55:37  13   indicating that they were stabbed.  And if I might go
13:55:41  14   on record saying everything that Betty said to me was
13:55:44  15   relayed to Craig Marquis.
13:55:47  16        Q.   By whom?
13:55:48  17        A.   By me.
13:55:49  18        Q.   During the conversation?
13:55:50  19        A.   Yes.
13:55:51  20        Q.   Were there any things that you related to
13:55:54  21   him subsequent to the conversation?  This conversation
13:55:57  22   that is recorded here?
13:55:58  23        A.   No.
13:56:00  24        Q.   Did you ever have any other conversations
13:56:01  25   with Craig Marquis?