# EXHIBIT 55

XC175575

265A-NY-280350-302-630
09/11/2001
Reference San Francisco Lead #7.
On Tuesday, September 11, 2001, [REDACTED] BELME, Manager, Untied Airlines Maintenance Facility, San Francisco International Airport, [REDACTED], was interviewed regarding events surrounding the hijacking and downing of United Flight 93 en route to San Francisco, California on September 11, 2001. After being advised of the identity of the interviewing agent, BELME provided the following information:
BELME stated that at approximately 6:40 AM, Pacific Daylight Time (PDT), he received a call from a female flight attendant aboard United Flight 93 en route to San Francisco, California. The flight attendant was not identified by BELME, however she advised the aircraft had been hijacked by at least two, possibly three individuals. She advised that one of the hijackers was in the aircraft cockpit and a second individual was at the First Class curtain wielding a knife.
The flight attendant did not provide any information regarding the hijacker's identity, nationality, intentions or other pertinent information. She stated to BELME that all passengers appeared to be OK. At that point, communication was terminated, or cut-off, from the aircraft. No further information was available from BELME.
The call was placed to San Francisco using a Starfix Airphone contained within the aircraft. BELME stated the call from the flight attendant was not recorded, however, Airphone, the company that manages the telephonic system may have a recording of the call. BELME provided the name of [REDACTED] COMBS at Airphone and contact number [REDACTED].
The original point of contact at the United Airlines San Francisco maintenance facility was [REDACTED] SAN, [REDACTED].
[REDACTED] 09/11/2001
09/11/2001 265D-NY-280350-SF
SA Richard G. Anderson RGA:rga

May 23, 2007

Page 1

FBI0327