**EXHIBIT 56**

# In The Matter Of:

*IN RE SEPTEMBER 11 LITIGATION*

---

THEODORE B. OLSON
*October 12, 2007*

---

***CONFIDENTIAL***
***TC REPORTING in affliation with Merrill Corp.***
*25 West 45th Street*
*New York, NY 10036*
*PH: 212-931-6571 / FAX: 212-692-9171*

OLSON, THEODORE, B - Vol. 1

CONFIDENTIAL

Page 22

| Time | Line | |
|---|---|---|
| 10:17:32 | 1 | THEODORE B. OLSON |
| 10:17:36 | 2 | board 77 as she was witnessing them or had just |
| 10:17:37 | 3 | witnessed them? |
| 10:17:39 | 4 | COUNSEL PRESENT: Object to the form. |
| 10:17:41 | 5 | THE DEPONENT: Well, I'm a little confused |
| 10:17:45 | 6 | by the form of the question, too. She was describing |
| 10:17:49 | 7 | to me what I assumed was what she was experiencing at |
| 10:17:52 | 8 | that time and had just immediately prior to that |
| 10:17:58 | 9 | experienced. |
| 10:18:01 | 10 | BY MS. FLOWERS: |
| 10:18:04 | 11 | Q   After reporting to you that she was on an |
| 10:18:08 | 12 | airplane and the plane had been hijacked, did she tell |
| 10:18:09 | 13 | you anything further about weapons on board the |
| 10:18:11 | 14 | aircraft? |
| 10:18:15 | 15 | MS. MONAGHAN: Object to the form. |
| 10:18:17 | 16 | COUNSEL PRESENT: Object to the form. |
| 10:18:21 | 17 | THE DEPONENT: We had two telephone calls -- |
| 10:18:24 | 18 | I'm sure you'll get to the second one -- and I'm not |
| 10:18:25 | 19 | 100 percent sure what I learned in the first telephone |
| 10:18:28 | 20 | call versus the second telephone call. |
| 10:18:30 | 21 | At some point, I think it was the first |
| 10:18:35 | 22 | telephone call, she told me that the plane had been |
| 10:18:40 | 23 | hijacked.  I remember her describing that the persons |
| | 24 | who had hijacked the plane had used knives or had -- |
| | 25 | and presumably used -- knives and box cutters.  I |

CONFIDENTIAL

Page 23

| Time | # | |
|---|---|---|
| 10:18:51 | 1 | THEODORE B. OLSON |
| 10:18:54 | 2 | hadn't thought of box cutters in any respect since I |
| 10:18:57 | 3 | was a kid packing groceries in a grocery store years |
| 10:18:59 | 4 | before, but -- so it stood out in my mind that idea of |
| 10:19:05 | 5 | box cutters. |
| 10:19:08 | 6 | I had learned at some point that -- I asked her |
| 10:19:13 | 7 | whether the hijackers knew that she was on the phone, |
| 10:19:16 | 8 | and she told me that they did not know. |
| 10:19:20 | 9 | I asked her at some point where she was in the |
| 10:19:25 | 10 | airplane, and she -- because I knew she had started |
| 10:19:28 | 11 | out, I think she had been upgraded or -- First |
| 10:19:35 | 12 | Class -- I think she was expected to be in First |
| 10:19:40 | 13 | Class. And she at some point told me that they, the |
| 10:19:46 | 14 | passengers, had been herded, I think the word was, to |
| 10:19:49 | 15 | the rear of the airplane. |
| 10:19:52 | 16 | Let me tell you before you ask, but -- so that |
| 10:19:58 | 17 | it may move more smoothly -- it was a minute or so |
| 10:20:02 | 18 | that conversation and it was abruptly cut off. |
| 10:20:06 | 19 | I received shortly thereafter a second |
| 10:20:10 | 20 | telephone call from Barbara and spoke to her again, |
| 10:20:10 | 21 | somewhat longer the second time. |
| 10:20:11 | 22 | BY MS. FLOWERS: |
| 10:20:13 | 23 | Q   Do you have a recollection about the length |
|  | 24 | of time between the two calls? |
|  | 25 | A   I think it was only a few minutes between |