MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    SARAH S. NORMAND
       BETH E. GOLDMAN
       JEANNETTE A. VARGAS
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709/2732/2678
Facsimile: (212) 637-2702
sarah.normand@usdoj.gov
beth.goldman@usdoj.gov
jeannette.vargas@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
AMERICAN AIRLINES, INC. et al.,

                                                         :        NOTICE OF CROSS-MOTION

                    Plaintiffs,

                                                       :        07 Civ. 7051 (AKH)

   v.

                                                         :        This case relates to
FEDERAL BUREAU OF INVESTIGATION et al.,       21 MC 101 (AKH)
                                                          :

                    Defendants.
------------------------------------ x

      PLEASE TAKE NOTICE that, upon the pleadings, the administrative record, the declaration of Michael J. Heimbach dated June 16, 2008, the declaration of Sarah S. Normand dated June 17, 2008, defendants' counter statement pursuant to Local Civil Rule 56.1, and the accompanying memorandum of law, defendants will cross-move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, in accordance with the schedule endorsed by the Court on May 23, 2008, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting

defendants summary judgment in their favor, and for such other relief against as the Court deems proper.

Dated:   New York, New York
        June 17, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendants

By:     s/ Sarah S. Normand
       SARAH S. NORMAND
       BETH E. GOLDMAN
       JEANNETTE A. VARGAS
       Assistant United States Attorneys

To:   Liaison Counsel, In re September 11 Litigation, 21 MC 101 (AHK)