# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com

April 13, 2007

**VIA EMAIL AND FEDERAL EXPRESS**

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
Assistant U.S. Attorneys
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York  10007

Re:    In re September 11 Litigation, 21 MC 97
       In re September 11 Property Damage and Business
       Loss Litigation, 21 MC 101
       C & F Ref:  DTB/CRC/VAT/28507

Dear Counsel:

This letter is submitted on behalf of the Aviation Defendants in response to your March 16, 2007 correspondence outlining the procedure to be followed for requesting records and documents from the Federal Bureau of Investigation ("FBI") in connection with the above-referenced litigation arising out of the September 11, 2001 terrorist attacks.

The Aviation Defendants will agree that disclosures made in response to this written request will not constitute a waiver of any privilege as to other documents in the FBI's investigatory files. We are prepared to discuss these requests with you.  Please appreciate, however, that we have made a concerted effort to tailor these requests as narrowly as possible.  The materials sought are considered highly relevant to these proceedings, and we trust that the FBI and the Department of Justice will make every effort to respond as fully and promptly as possible.

The Aviation Defendants also provide this letter in an attempt to comply with the request in your March 16 correspondence to identify by April 15 all FBI records of which production is being sought.  Please appreciate, however, that it is impossible to determine every specific FBI record that is necessary and relevant to the Aviation Defendants' defense at this early stage of government production.  For instance, the production of the records listed below may lead to the identification of additional necessary and relevant documents.   The Aviation Defendants

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 2

respectfully reserve the right to submit additional requests to the extent that relevant documents
are newly identified.

## Records Requested

I.    **Evidence Obtained by Search Warrant, Consent Search or Subpoena**

    A.  The subpoena (if such was used), consent to search, search warrant (including
search warrant application, supporting affidavit, search warrant return and
inventory), photographs or video recordings of the execution of the search, and an
opportunity to inspect, copy or photograph the physical items seized, for each of
the following locations or things:

      1.  The blue Nissan Altima found parked at the Portland Jetport on 9-12-01;

      2.  The white Mitsubishi sedan found parked at the Logan International Airport
garage on 9-11-01;

      3.  The Alamo Rent-A-Car rental office at Logan International Airport, Boston,
Massachusetts from which one or both of the above-described vehicles were
rented;

      4.  The Toyota Corolla located by the FBI at Washington Dulles airport on 9-12-
01 that was owned by and registered to Nawaf al Hazmi;

      5.  The room(s) rented by Mohammed Atta and Abdulaziz Alomari at the
Comfort Inn, 90 Maine Mall Road, South Portland, Maine on the evening of
9-10- 01;

      6.  The Wal-Mart store located at 451 Payne Road, Scarborough, Maine on or
about 9-12-01;

      7.  The room(s) rented by suspected 9-11 hijackers at the Park Inn, Boylston
Street (Rt. 9), Chestnut Hill, Massachusetts on the evening of 9-10-01;

      8.  The room(s) rented by suspected 9-11 hijackers at the Days Hotel, Soldiers
Field Road, Brighton, Massachusetts on the evening of 9-10-01;

      9.  The room(s) rented by suspected 9-11 hijackers at the Charles Hotel,
Cambridge, Massachusetts on the evening of 9-10-01;

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 3

10. The room(s) rented by suspected 9-11 hijackers at the Milner Hotel, Charles Street, Boston, Massachusetts on the evening of 9-10-01;

11. The room(s) rented by suspected 9-11 hijackers at the Days Inn, 45 Route 1, Newark, New Jersey on the evening of 9-10-01;

12. The two checked bags taken off of Colgan Air flight number 5930 from Portland to Boston, that were supposed to be transferred to American Airlines flight number 11 on the morning of 9-11-01, as checked at the Portland Jetport by Mohammed Atta and bearing tag numbers US138529 and US138530;

13. The two seats in which Mohammed Atta and Abdul Aziz al Omari were suspected to have been seated in while aboard Colgan Air flight number 5930 on 9-11-01;

14. The personal belongings of Zacharias Moussaoui, then in Minnesota, on or shortly after 9-11-01;

15. The residence of Zacharias Moussaoui, in Oklahoma, on or shortly after 9-11-01;

16. The Sun-Trust Bank branches in Miami, Delray Beach, Hollywood, and Ft. Lauderdale, Florida;

17. The room(s) rented by suspected 9-11 hijackers at the Panther Inn, Deerfield Beach, Florida in late August, early September 2001;

18. The room(s) rented by suspected 9-11 hijackers at the Homing Inn, Federal Highway, Boynton Beach, Florida in 2001;

19. The Lowe's store in Boynton Beach, Florida on or shortly after 9-11-01;

20. The Sports Authority store in Boynton Beach, Florida on or shortly after 9-11-01;

21. The condominium(s) rented by suspected 9-11 hijackers at the Hamlet Country Club, Delray Beach, Florida in 2001;

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 4

22. The Palm Beach County Airport, Lantanna, Florida, from which aircraft were rented by suspected 9-11 hijackers in August 2001;

23. Mail Boxes, Etc. locations in Hollywood, Florida, Delray Beach, Florida and Laurel, Maryland, where mailboxes were rented by suspected 9-11 hijackers during August and September 2001;

24. The room(s) rented by the suspected 9-11 hijackers at the Econo Lodge, 1150 Las Vegas Boulevard South, Las Vegas, Nevada, during the period June through September 2001;

25. Huffman Aviation International Flight Training School in Venice, Florida, from which certain of the suspected 9-11 hijackers took flight training lessons in 2000 and 2001;

26. Advanced Aviation, Gwinnett County, Georgia, from which certain of the suspected 9-11 hijackers rented aircraft in 2000 and 2001;

27. Airman Flight School, Norman, Oklahoma, from which certain of the suspected 9-11 hijackers took flight training lessons in 2000 and 2001;

28. Pan Am Flight Academy, Eagan, Minnesota, from which certain of the suspected 9-11 hijackers took flight training lessons in 2000 and 2001;

29. Logan International Airport, Boston, Massachusetts on or about 9-11-01, including but not limited to all records, documents or items seized regarding or resulting from any search or inspection of the sterile area of Terminals B or C on 9-11-01; and

30. Portland Jetport, Portland, Maine on or about 9-11-01, including but not limited to all records, documents or items seized regarding or resulting from any search or inspection of the sterile area of the terminal on 9-11-01.

31. Newark International Airport, Newark, New Jersey, on or about 9-11-01, including but not limited to all records, documents or items seized regarding or resulting from any search or inspection of the sterile area of the terminal on 9-11-01.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 5

32. Washington Dulles Airport, Washington, D.C, on or about 9-11-01, including but not limited to all records, documents or items seized regarding or resulting from any search or inspection of the sterile area of the terminal on 9-11-01.

B.  Any and all logs, records or other documents seized or obtained from the security checkpoints operated by Globe Aviation Services Corporation (at Logan International Airport or the Portland Jetport), by Huntleigh USA Corporation (at Logan International Airport), and by Argenbright Security, Inc. (at Washington Dulles and Newark International Airports) on 9-11-01, or from any offices relating to those checkpoints.

C.  Any and all items recovered from the crash site of United Airlines flight number 93 in Shanksville, Pennsylvania.

D.  Any and all items recovered from the crash site of American Airlines flight number 11 and United Airlines flight number 175 in New York, New York.

E.  Any and all items recovered from the crash site of American Airlines flight number 77 in Washington, D.C.

F.  Any and all records or other documents seized or obtained from United Airlines Denver Training facility regarding the Pilot-for-a-Day Program or Pilot Training.

II.  **Reports of Interview (FBI-302s)**

A.  FBI-302s or other written or tape-recorded reports of interviews conducted of any of the following persons on duty on 9-11-01. If needed for the purpose of searching the indices and files of the FBI for the interview reports listed below, the Aviation Defendants will agree to promptly provide the FBI with a separate letter listing the names of all persons from the airlines, airport operators, or security companies that were on duty on 9-11-01 at the relevant airports:

1.  Employees of Globe Aviation Services Corporation;

2.  Employees of Huntleigh USA Corporation;

3.  Employees of Argenbright Security, Inc.;

4.  Employees of American Airlines;

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 6

    5.  Employees of United Airlines;

    6.  Employees of U.S. Airways;

    7.  Employees of Colgan Air, Inc.;

    8.  Employees of the Massachusetts Port Authority;

    9.  Employees of the Portland Jetport;

    10. Employees of the Port Authority of New York and New Jersey;

    11. Employees of Newark International Airport;

    12. Employees of Washington Metropolitan Airport Authority; and

    13. Employees of Washington Dulles Airport.

B.  James Woods (actor, and passenger on previous AA Flight #11);

C.  Annie Jacobson (writer, and passenger on previous NW Flight #327);

D.  Employees of any of the following hotels or condominiums (listed in Section I above) concerning their contact with or knowledge of any of the activities of the suspected 9-11 terrorists:

    1.  Comfort Inn
    2.  Park Inn
    3.  Days Hotel
    4.  Charles Hotel
    5.  Milner Hotel
    6.  Days Inn
    7.  Panther Inn
    8.  Homing Inn
    9.  Hamlet Country Club
    10. Econo Lodge

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 7

E.   Employees of any of the following businesses (listed in Section I above)
concerning their contact with or knowledge of any of the activities of the
suspected 9-11 terrorists:

1. Wal- Mart
2. Lowe's
3. Sports Authority
4. Alamo-Rent-A-Car
5. Sun Trust Bank
6. Palm Beach County Airport
7. Mail Boxes, Etc.
8. Huffman Aviation
9. Advanced Aviation
10. Airman Flight School
11. Pan Am Flight Academy

III.   **Documents Referenced in 9/11 Commission Report**

1.   FBI response to Commission briefing request no. 6, undated.  Chapter 1,
Endnotes 3 and 82.

2.   FBI reports of investigation, interviews of Gail Jawahir, Sept. 21, 2001; Sept. 28,
2001.  Chapter 1, Endnote 5.

3.   FBI reports of investigation, interview of Nilda Cora, Oct. 4, 2001.  Chapter 1,
Endnote 8.

4.   FBI report of investigation, interview of Vaughn Allex, Sept. 12, 2001.  Chapter
1, Endnote 12.

5.   FBI report, "The Final 24 Hours," Dec. 8, 2003.  Chapter 1, Endnote 20.

6.   FBI report, "American Airlines Airphone Usage," Sept. 20, 2001.  Chapter 1,
Endnotes 32, 56, 57, and 58.

7.   FBI report of investigation, interview of Michael Woodward, Sept. 13, 2001.
Chapter 1, Endnote 32.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 8

8.   FBI report of investigation, interview of Lee Hanson, Sept. 11, 2001.  Chapter 1, Endnotes 43 and 45.

9.   FBI report of investigation, interview of Marc Policastro, Sept. 11, 2001.  Chapter 1, Endnotes 43 and 46.

10.  FBI report of investigation, interview of Louise Sweeney, Sept. 28, 2001.  Chapter 1, Endnotes 43 and 48.

11.  FBI report of investigation, interview of Ronald May, Sept. 11, 2001.  Chapter 1, Endnote 43.

12.  FBI report of investigation, interview of Jamal al Fadl, Nov. 10, 1996.  Chapter 2, Endnote 27.

13.  FBI report of investigation, interview of Jamal al Fadl, Nov. 12, 1996.  Chapter 2, Endnote 42.

14.  FBI report of investigation, interview of confidential source, Sept. 15, 1999.  Chapter 2, Endnote 42.

15.  FBI report of investigation, interview of Essem Mohammad al Ridi, Dec. 7, 1999.  Chapter 2, Endnote 46.

16.  FBI report of investigation, interviews of Sadeeq Odeh, Aug. 15-28, 1999.  Chapter 2, Endnote 89.

17.  FBI report, "Summary of Penttbom Investigation," Feb. 29, 2004.  Chapter 1, Endnote 43; Chapter 7, Endnote 1.

18.  FBI report of investigation, interview of David Price, Jan. 24, 2002.  Chapter 1, Endnote 46.

19.  FBI report of investigation, interview of Julie Sweeney, Oct. 2, 2001.  Chapter 1, Endnote 48.

20.  FBI report of investigation, interview of Theodore Olson, Sept. 11, 2001.  Chapter 1, Endnotes 53 and 57.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 9

21. FBI report of investigation, interview of Ronald and Nancy May, Sept. 12, 2001.
    Chapter 1, Endnote 53.

22. FBI report of investigation, interview of Helen Voss, Sept. 14, 2001. Chapter 1,
    Endnote 57.

23. FBI report, "CVR from UA Flight #93," Dec. 4, 2003. Chapter 1, Endnotes 70,
    71, 75, 76, and 78.

24. FBI report, "Flight #93 'No Show' Passengers on 9/11/01," Sept. 18, 2001.
    Chapter 1, Endnote 72.

25. FBI report of investigation, airphone records for flights UAL 93 and UAL 175 on
    Sept. 11, 2001, Sept. 18, 2001. Chapter 1, Endnote 77.

26. FBI reports of investigation, interviews of recipients of calls from Todd Beamer,
    Sept. 11, 2001, through June 11, 2002. Chapter 1, Endnote 79.

27. FBI reports of investigation, interviews of recipients of calls from Sandy
    Bradshaw, Sept. 11, 2001, through Oct. 4, 2001. Chapter 1, Endnote 79.

28. FBI reports of investigation, interviews of recipients of calls from Todd Beamer,
    Mark Bingham, Sandy Bradshaw, Marion Britton, Thomas Burnett, Joseph
    DeLuca, Edward Felt, Jeremy Glick, Lauren Grandcolas, Linda Gronlund,
    CeeCee Lyles, Honor Wainio. Chapter 1, Endnotes 80 and 81.

29. FBI report of investigation, interview of Lisa Jefferson, Sept. 11, 2001. Chapter
    1, Endnote 81.

30. FBI report, "Knives Found at the UA Flight 93 Crash Site," undated. Chapter 1,
    Endnote 82.

31. FBI reports of investigation, interviews of recipients of calls from United 93.
    Chapter 1, Endnotes 84 and 85.

32. FBI report of investigation, interview of Phillip Bradshaw, Sept. 11, 2001.
    Chapter 1, Endnote 85.

33. FBI report, "History of the FBI," undated. Chapter 3, Endnote 11.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 10

34.  FBI letter, Kalish to Wolf, responses to questions posed by the Subcommittee on
     Commerce, Justice, State, and Judiciary of the House Appropriations Committee,
     May 25, 2004.  Chapter 3, Endnote 11.

35.  FBI report, "[The FBI's] Counterterrorism Program Since September 2001,"
     Apr. 14, 2004.  Chapter 3, Endnotes 13 and 25.

36.  FBI report, "Congressional Budget Justification Book Fiscal Year 1995,"
     undated.  Chapter 3, Endnote 19.

37.  FBI report, "Strategic Plan: 1998—2003, 'Keeping Tomorrow Safe," May 8,
     1998.  Chapter 3, Endnote 21.

38.  FBI memo, Freeh to Reno, "Reorganization of FBI Headquarters—Establishment
     of Counterterrorism Division and Investigative Services Division," Apr. 22,
     1999.  Chapter 3, Endnotes 22 and 27.

39.  FBI report, "FY 2002 Counterterrorism Division Program Plan Summary,"
     undated.  Chapter 3, Endnote 25.

40.  FBI report, linguists interviews (July 31, 2003 – May 10, 2004).  Chapter 3,
     Endnote 25.

41.  FBI report, "Director's Report on Counterterrorism," Sept. 1, 2001.  Chapter 3,
     Endnote 27.

42.  FBI memo, description of MAXCAP 05, undated.  Chapter 3, Endnote 27.

43.  FBI report, Counterterrorism Division, International Terrorism Program,
     "Strategic Program Plan, FY 2001-06," undated.  Chapter 3, Endnote 27.

44.  FBI report, "Hijacker's Timeline," Nov. 14, 2003.  Chapter 7, Endnote 8.

45.  FBI letterhead memo, Penttbom investigation, Oct. 8, 2002.  Chapter 7, Endnote
     9.

46.  FBI report of investigation, interview of Mohdar Abdullah, Jan. 15, 2002.
     Chapter 7, Endnote 9.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 11

47. FBI electronic communication, "Fahad Althumairy," Sept. 4, 2002. Chapter 7, Endnote 9.

48. FBI electronic communication, "Ziyat Kharfan," Jan. 8, 2002. Chapter 7, Endnote 9.

49. FBI electronic communication, investigation of *Cole* bombing, interview of witness, March 19, 2003. Chapter 7, Endnote 9.

50. FBI letterhead memo, investigation of Mohammed bin Suleiman al Muhanna, July 9, 2003. Chapter 7, Endnote 10.

51. FBI letterhead memo, investigation of Mohamed Ibrahim Aliter, Dec. 2, 2002. Chapter 7, Endnote 10.

52. FBI electronic communication, "Abdulaziz Alroomi," Apr. 2, 2003. Chapter 7, Endnote 11.

53. FBI letterhead memo, investigation of Khaled Charif, Dec. 4, 2002. Chapter 7, Endnote 12.

54. FBI electronic communication, "Fahad Althumairy," Oct. 25, 2002. Chapter 7, Endnote 13.

55. FBI report of investigation, interview of Mohdar Abdullah, July 23, 2002. Chapter 7, Endnote 13.

56. FBI reports of investigation, interviews of Qualid Moncef Benomrane, March 7, 2002; March 13, 2002; May 23, 2002. Chapter 7, Endnote 14.

57. FBI report of investigation, interview of Isamu Dyson, Oct. 8, 2001. Chapter 7, Endnote 16.

58. FBI report of investigation, recovery of hotel records, Jan. 15, 2002. Chapter 7, Endnote 17.

59. FBI report of investigation, "Connections of San Diego PENTTBOMB Subjects to the Government of Saudi Arabia," undated. Chapter 7, Endnote 18.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 12

60.  FBI letterhead memo, investigation of Bayoumi, Apr. 15, 2002.  Chapter 7, Endnote 18.

61.  FBI electronic communication, interview of Bayoumi, Sept. 17, 2003.  Chapter 7, Endnote 19.

62.  FBI electronic communication, "Omar Ahmed Al Bayoumi," June 7, 1999.  Chapter 7, Endnote 19.

63.  FBI electronic communication, Abdullah investigation, May 19, 2004.  Chapter 7, Endnote 20.

64.  FBI report of investigation, interview of Mohdar Abdullah, Sept. 22, 2001.  Chapter 7, Endnote 21.

65.  FBI electronic communication, "Osama Bassnan," Oct. 17, 2002.  Chapter 7, Endnote 21.

66.  FBI electronic communication, "Shareef Abdulmuttaleb el Arbi," Feb. 4, 2003.  Chapter 7, Endnote 21.

67.  FBI report, Behavioral Analysis Activity, Oct. 4, 2001.  Chapter 7, Endnote 21.

68.  FBI electronic communication, interview of Charles Sabah Toma, May 18, 2004.  Chapter 7, Endnote 22.

69.  FBI electronic communication, Interview (re Mohdar Abdullah), May 17, 2004.  Chapter 7, Endnote 23.

70.  FBI report of investigation, Interview (re Mohdar Abdullah), Sept. 24, 2001.  Chapter 7, Endnote 23.

71.  FBI report, "San Diego Brief to 9/11 Commission," June 26, 2003.  Chapter 7, Endnote 26.

72.  FBI report of investigation, interview of George Harb, Oct. 30, 2001.  Chapter 7, Endnote 26.

73.  FBI report of investigation, interview of George Harb, Sept. 16, 2001.  Chapter 7, Endnote 27.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 13

74. FBI report of investigation, interview of Omar al Bayoumi, Aug. 4-6, 2003. Chapter 7, Endnote 27.

75. FBI electronic communication, Penttbom investigation, Oct. 3, 2001. Chapter 7, Endnote 28.

76. FBI letterhead memo, investigation of Ali Ahmad Mesdaq, Jan. 28, 2002. Chapter 7, Endnote 30.

77. FBI reports of investigation, interviews of Samir Abdoun, Oct. 28, 2001; May 15, 2002. Chapter 7, Endnote 30.

78. FBI electronic communication, Abdullah investigation, July 1, 2004. Chapter 7, Endnote 31.

79. FBI electronic communication, interview of Osama Awadallah, July 6, 2002. Chapter 7, Endnote 32.

80. FBI electronic communication, interview of Osama Awadallah, Feb. 4, 2003. Chapter 7, Endnote 32.

81. FBI report of investigation, interview of Omar Bakarbashat, Sept. 17, 2001. Chapter 7, Endnote 32.

82. FBI electronic communication, Penttbom Investigation, Apr. 11, 2002. Chapter 7, Endnote 32.

83. FBI letterhead memo, "Diah Thabet," Oct. 25, 2002. Chapter 7, Endnote 32.

84. FBI electronic communication, background searches, Feb. 3, 2000. Chapter 7, Endnote 33.

85. FBI report of investigation, interview of Anwar Aulaqi, Sept. 25, 2001. Chapter 7, Endnote 33.

86. FBI electronic communication, Penttbom investigation, Sept. 15, 2002. Chapter 7, Endnote 33.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 14

87. FBI report of investigation, interviews of Anwar Aulaqi, Sept. 17, 2001; Sept. 19, 2001. Chapter 7, Endnote 34.

88. FBI report of investigation, interview of Ramez Noaman, Oct. 1, 2001. Chapter 7, Endnote 36.

89. FBI report of investigation, interview of Khaled al Kayed, Sept. 15, 2001. Chapter 7, Endnote 37.

90. FBI letterhead memo, San Diego investigation, July 2, 2002. Chapter 7, Endnote 40.

91. FBI report of investigation, interview of Yazeed al Salmi, Oct. 8, 2001. Chapter 7, Endnote 41.

92. FBI report of investigation, interview of Yazeed al Salmi, Sept. 21, 2001. Chapter 7, Endnote 41.

93. FBI electronic communication, Information and questions re Salmi interview, June 9, 2004. Chapter 7, Endnote 41.

94. FBI report of investigation, interview of Salmi, June 17, 2004. Chapter 7, Endnote 41.

95. FBI report of investigation, interview of Abdullah, July 23, 2002. Chapter 7, Endnote 41.

96. FBI report of investigation, interview of Yazeed al Salmi, June 14, 2004. Chapter 7, Endnote 41.

97. FBI report of investigation, interview, May 21, 2002. Chapter 7, Endnote 42.

98. FBI report, "Hijackers Timeline," Dec. 5, 2003. Chapter 7, Endnote 45.

99. FBI letterhead memo, profile of Jarrah, March 20, 2002. Chapter 7, Endnote 46.

100. FBI briefing materials, Penttbom, Dec. 10–11, 2003. Chapter 7, Endnotes 46 and 158.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 15

101.  FBI report of investigation, interview of Ivan Chirivella, Sept. 15, 2001.
      Chapter 7, Endnote 50.

102.  FBI electronic communication, Penttbom investigation, Sept. 18, 2001.  Chapter
      7, Endnote 51.

103.  FBI letterhead memo, Penttbom investigation, Jan. 4, 2004.  Chapter 7, Endnote
      55.

104.  FBI report of investigation, interview of Mourad Jdaini, Sept. 22, 2001.
      Chapter 7, Endnote 55.

105.  FBI report of investigation, interview of Adnan Khalil, Sept. 29, 2001.  Chapter
      7, Endnote 55.

106.  FBI report of investigation, interview of Adnan Khalil, Sept. 14, 2001.  Chapter
      7, Endnote 56.

107.  FBI letterhead memo, investigation of Bandar al Hazmi, Jan. 15, 2002.  Chapter
      7, Endnote 56.

108.  FBI letterhead memo, investigation of Lotfi Raissi, Jan. 4, 2004.  Chapter 7,
      Endnote 56.

109.  FBI letterhead memo, interview of James McRae, Sept. 17, 2001.  Chapter 7,
      Endnote 56.

110.  FBI reports of investigation, interviews of Rayed Abdullah, Sept. 15, 2001;
      Sept. 16, 2001.  Chapter 7, Endnote 56.

111.  FBI letterhead memo, investigation of Rayed Abdullah, Nov. 16, 2001.  Chapter
      7, Endnote 56.

112.  FBI report of investigation, interview of Amro Hassan, Sept 17, 2001.  Chapter
      7, Endnote 56.

113.  FBI joint analytic report (w/CIA), "Arizona: Long Term Nexus For Islamic
      Extremists," May 15, 2002.  Chapter 7, Endnote 58.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 16

114. FBI electronic communication, Rayed Abdullah, Sept. 22, 2003. Chapter 7, Endnote 59.

115. FBI report of investigation, interview of Malek Seif, Oct. 25, 2001. Chapter 7, Endnote 59.

116. FBI electronic communication, investigation of Zakaria Soubra, June 5, 2002. Chapter 7, Endnote 59.

117. FBI memorandum, investigation of Hamed al Sulami, Aug. 1, 2002. Chapter 7, Endnote 60.

118. FBI electronic communication, investigation of Hamdan al Shalawi, Oct. 16, 2003. Chapter 7, Endnote 60.

119. FBI letterhead memo, Hamed al Sulami, July 25, 2002. Chapter 7, Endnote 60.

120. FBI letterhead memo, investigation of Fahad al Wahedi, Nov. 8, 2002. Chapter 7, Endnote 60.

121. FBI report, financial timeline of 9/11 hijackers, Dec. 9, 2004. Chapter 7, Endnote 63.

122. FBI report of investigation, interview of Rodney McAlear, Apr. 10, 2002. Chapter 7, Endnote 64.

123. FBI report of investigation, interview of James Milton, Apr. 12, 2002. Chapter 7, Endnote 64.

124. FBI electronic communication, Penttbom investigation, Sept. 16, 2001. Chapter 7, Endnote 64.

125. FBI report of investigation, interview of Erik Seiberlich, Sept. 12, 2001. Chapter 7, Endnote 65.

126. FBI memo, Penttbom investigation, Jan. 14, 2002. Chapter 7, Endnote 70.

127. FBI electronic communication, request for interviews, Aug. 6, 2002. Chapter 7, Endnote 73.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 17

128. FBI electronic communication, analysis related to Penttbom investigation, Oct. 23, 2001. Chapter 7, Endnote 74.

129. FBI report of investigation, interview of Eyad al Rababah, June 10, 2002. Chapter 7, Endnote 75.

130. FBI report of investigation, interview of Derar Mohammed Saleh, Jan. 16, 2003. Chapter 7, Endnote 75.

131. FBI report of investigation, interview of Jimi Nouri, Sept. 19, 2001. Chapter 7, Endnote 79.

132. FBI report of investigation, interview of Jennifer Stangel, Sept. 14, 2001. Chapter 7, Endnote 135.

133. FBI memo, Penttbom investigation, Oct. 7, 2001. Chapter 7, Endnote 135.

134. FBI memo, Penttbom investigation, summary of dispatch sheets, Oct. 12, 2001. Chapter 7, Endnote 135.

135. FBI report of investigation, interview of Tina Arnold, Oct. 17, 2001. Chapter 7, Endnote 135.

136. FBI electronic communication, Penttbom investigation, Feb. 19, 2002. Chapter 7, Endnote 135.

137. FBI report, Moussaoui Zacaria, a.k.a Shaquil, Aug. 18, 2001. Chapter 7, Endnote 158.

138. FBI letterhead memo, "Moussaoui Zacarias," Aug. 31, 2001. Chapter 7, Endnote 159.

139. FBI report of investigation, interview of Samir Abdoun, Oct. 21, 2001. Chapter 7, Endnote 175.

140. FBI electronic communication, heightened threat advisory, Apr. 13, 2001. Chapter 8, Endnote 7.

141. FBI report, Daily UBL/Radical Fundamentalist Threat Update, ITOS Threat Update Webpage, May 7, 2001. Chapter 8, Endnote 9.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 18

142. FBI report, Daily UBL/Radical Fundamentalist Threat Update, ITOS Threat Update Webpage, June 22, 2001.  Chapter 8, Endnote 12.

143. FBI report, National Law Enforcement Telecommunications System (NLETS) message, "National Threat Warning System—Potential Anti-U.S. Terrorist Attacks," July 2, 2001.  Chapter 8, Endnote 19.

144. FBI memo, Kevin G. to Watson, "Protective Services Working Group (PSWG) Meeting Held at FBIHQ 7/9/01," July 16, 2001.  Chapter 8, Endnote 25.

145. FBI report, NLETS message, "Third Anniversary of the 1998 U.S. Embassy Bombings in East Africa Approaches; Threats to U.S. Interests Continue," Aug. 1, 2001.  Chapter 8, Endnote 33.

146. FBI report, Daily UBL/Radical Fundamentalist Threat Update, ITOS Threat Update Webpage, Aug. 1, 2001.  Chapter 8, Endnote 37.

147. FBI case file, No. 266A-NY-279198, undated.  Chapter 8, Endnote 37.

148. FBI report, "70 UBL Cases," undated.  Chapter 8, Endnote 37.

149. FBI report, Daily UBL/Radical Fundamentalist Threat Update, ITOS Threat Update Webpage, May 16, 2001.  Chapter 8, Endnote 37.

150. FBI electronic communication, USS Cole investigation, Nov. 21, 2000.  Chapter 8, Endnote 55.

151. FBI electronic communication, USS Cole investigation, Jan. 10, 2001.  Chapter 8, Endnote 55.

152. FBI report of investigation, interview of source, July 18, 2000.  Chapter 8, Endnote 56.

153. FBI electronic communication, UBL investigation, Jan. 16, 2001.  Chapter 8, Endnote 56.

154. FBI emails, emails between Al S. and Michael D., re.: source, Jan. 9-11, 2001.  Chapter 8, Endnote 60.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 19

155. FBI electronic communication, USS Cole investigation, Jan. 4, 2001. Chapter 8, Endnote 60.

156. FBI email, Jane to Craig D., "Re: FFI Request," Aug. 28, 2001. Chapter 8, Endnote 77.

157. FBI email, "Request to Open a Full Field Investigation," Aug. 28, 2001. Chapter 8, Endnote 79.

158. FBI email, Jane to John L., "Fwd: Re: FFI Request," Aug. 29, 2001. Chapter 8, Endnote 80.

159. FBI email, Jane to Steve, NSLU Response, Aug. 29, 2001. Chapter 8, Endnote 81.

160. FBI emails, emails between Steve B. and Jane, re: NSLU response, Aug. 29, 2001. Chapter 8, Endnote 82.

161. FBI electronic communication, Los Angeles lead, Sept. 10, 2001. Chapter 8, Endnote 84.

162. FBI report, financial spreadsheet re: 9/11 hijackers, undated. Chapter 8, Endnote 85.

163. Electronic communication, Phoenix memo, July 10, 2001. Chapter 8, Endnote 87.

164. FBI electronic communication, Request OPIR permission to contact U.S. Attorney's Office regarding Zacarias Moussaoui, Aug. 18, 2001. Chapter 8, Endnote 90.

165. FBI email, Harry S. to Chuck F., "Please Pass To [desk officer], Aug. 24, 2001. Chapter 8, Endnote 96.

166. FBI electronic communication, Moussaoui investigation, Aug. 22, 2002. Chapter 8, Endnote 97.

167. FBI electronic communication, Moussaoui investigation, Aug. 30, 2002. Chapter 8, Endnote 97.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 20

168. FBI letterhead memo, Zacarias Moussaoui, Aug. 21, 2001. Chapter 8, Endnote 98.

169. FBI letterhead memo, Zacarias Moussaoui, Sept. 5, 2001. Chapter 8, Endnote 98.

170. FBI teletype, "Zacarias Moussaoui—International Terrorism," Sept. 4, 2001. Chapter 8, Endnote 99.

171. FBI letterhead memo, Zacarias Moussaoui, Sept. 11, 2001. Chapter 8, Endnote 105.

172. All non-exempt materials that the FBI provided to the National Commission on Terrorist Attacks Upon the United States, also known as The 9/11 Commission.

173. A copy of the surveillance videotape from Washington Dulles International Airport on September 11, 2001 which allegedly contains images of the hijackers responsible for the September 11, 2001 terrorist attacks.

IV.    **Documents Referenced in the 9/11 Commission Monograph**

1. FBI report, "Copy of surveillance video, ATTA/ALOMARI in Portland, Maine," Sept. 11, 2001. Endnotes 8, 10.

2. FBI report of investigation, interview of Kenneth Anderson, Sept. 11, 2001. Endnotes 11, 13.

3. FBI report of investigation, interview of Susan Yochelson, Oct. 12, 2001. Endnote 14.

4. FBI response to Commission briefing request no. 6, undated (topic 11). Endnotes 17, 30, 38, 129.

5. FBI report, "Summary of Penttbom Investigation," Jan. 31, 2003. Endnotes 20, 38.

6. FBI report, "The Final 24 hours," Dec. 3, 2004. Endnotes 22, 299.

7. FBI report of investigation, interview of witness, Sept. 19, 2001. Endnote 25.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 21

8.  FBI report of investigation, supervisor of B4 checkpoint, Sept. 15, 2001.  Endnote 29.

9.  FBI report of investigation, interview of Manuel Carriero, Sept. 28, 2001. Endnote 124.

10. FBI reports of investigation, interviews of William Thomas, Sept. 14, 2001; Jennifer Gore, Sept. 12, 2001; Claudia Richey, Sept. 15, 2001.  Endnote 133.

11. FBI response to Commission briefing request no. 6, undated (topic 8).  Endnotes 140, 234, 306.

12. FBI report of investigation, interview of Julie Sweeney, Oct. 10, 2001.  Endnote 177.

13. FBI report of investigation, interview of witness, Sept. 14, 2001.  Endnote 266.

14. FBI report of investigation, interview of witness, Sept. 4, 2001.  Endnote 272.

15. FBI record, "United Air Lines Flight 93 Telephone Calls."  Endnote 341.

16. FBI record, GTE phone records.  Endnote 344.

17. FBI reports of investigation, interviews of recipients of calls from passengers Mark Bingham, Sept. 13, 2001; Jeremy Glick, Sept. 12, 2001; Lauren Grandcolas, Sept. 11, 2001; Joseph DeLuca, Sept. 13, 2001; Linda Gronland, Sept. 11, 2001; CeeCee Lyles, Sept. 15, 2001; Marion Britton, Sept. 14, 2001; Honor Waino, Sept. 11, 2001; Todd Beamer, Sept. 11, 2001; Sandy Bradshaw, Sept. 11, 2001; Edward Felt, Sept. 11, 2001.  Endnotes 349, 350, 357, 360, 366, 368, 370, 371, 375, 377, 379, 381, 382.

18. FBI report of investigation, interview of Robert C., Sept. 11, 2001.  Endnote 353.

19. FBI report, "Summary of Penttbom Investigation," Jan. 31, 2003.  Endnote 408.

20. FBI report of investigation, interview of screener, Sept. 30, 2001.  Endnote 577.

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 22

**V.    Documents Referenced by FBI Special Agents During Public Testimony at Moussaoui Trial**

1.  FBI-302 of Ihab Ali, as mentioned by Special Agent Michael Anticev (March 7, 2006).

2.  FBI/FAA "No Fly List" in effect on 9-11-01.

3.  Any and all documents related to or relied upon to create or explain Defense Exhibit 950, as discussed during the testimony of Special Agent Rigler on March 23, 2006.

4.  An unredacted version of the TIPOFF notice regarding Khalid al Mihdhar and Nawaf al Hazmi received by the FBI on Aug. 23, 2001, see Defense Exhibit 468.

We appreciate your attention and look forward to your response to this request.  Please do not hesitate to contact me if you have any questions concerning this matter.

Very truly yours,

Desmond T. Barry, Jr.
Aviation Defendants' Liaison Counsel

cc:    Via Email

Marc S. Moller, Esq.
Brian J. Alexander, Esq.
Kreindler & Kreindler LLP

Robert A. Clifford, Esq.
Timothy S. Tomasik, Esq.
Clifford Law Offices, P.C.

Richard A. Williamson, Esq.
M. Bradford Stein, Esq.
Flemming Zulack Williamson Zauderer LLP

CONDON & FORSYTH LLP

Beth E. Goldman, Esq.
Sarah S. Normand, Esq.
April 13, 2007
Page 23

     Beth D. Jacob, Esq.
     Schiff Hardin LLP

     Aviation Defendants' Counsel