

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                     Date: 07/10/2001

To: Counterterrorism          Attn: RFU
                                    SSA 
                                    IRS
                                    UBL Unit
PENTBOMB                            SSA
INFORMATION CONCERNING              IRS
                                    IRS
                                    IRS
                                    I-46
New York                            SSA
                                    SA

From: Phoenix
      Squad 16
      Contact: SA Kenneth J. Williams

Approved By:

Drafted By: Williams Kenneth J

Case ID #: ███████████ (Pending)

Title: ███████████ IT-OTHER (ISLAMIC ARMY OF THE CAUCASUS)

Synopsis: ███ UBL and AL-MUHAJIROUN supporters attending civil aviation universities/colleges in the State of Arizona.

        Derived From : G-3
        Declassify On: X1

    Full Field Investigation Instituted: 04/17/2000 (NONUSPER)

Details: ███ The purpose of this communication is to advise the Bureau and New York of the possibility of a coordinated effort by USAMA-BIN-LADEN (UBL) to send students to the United States to attend civil aviation universities and colleges. Phoenix has observed an inordinate number of individuals of investigative interest who are attending or who have attended civil aviation universities and colleges in the State of Arizona. The inordinate number of these individuals attending these type of schools and fatwas issued by AL-





000383

To: Counterterrorism   From: Phoenix
Re: ▓▓▓▓▓▓▓▓▓▓ 07/10/2001

MUHJIROUN spiritual leader SHEIKH OMAR BAKRI MOHAMMED FOSTOK, an ardent supporter of UBL, gives reason to believe that a coordinated effort is underway to establish a cadre of individuals who will one day be working in the civil aviation community around the world. These individuals will be in a position in the future to conduct terror activity against civil aviation targets.

▓ Phoenix believes that the FBI should accumulate a listing of civil aviation universities/colleges around the country. FBI field offices with these types of schools in their area should establish appropriate liaison. FBIHQ should discuss this matter with other elements of the U.S. intelligence community and task the community for any information that supports Phoenix's suspicions. FBIHQ should consider seeking the necessary authority to obtain visa information from the USDOS on individuals obtaining visas to attend these types of schools and notify the appropriate FBI field office when these individuals are scheduled to arrive in their area of responsibility.

▓ Phoenix has drawn the above conclusion from several Phoenix investigations to include captioned investigation and the following investigations: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓), a Saudi Arabian national and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ) and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ( ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ).

▓ Investigation of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ was initiated as the result of information provided by ▓▓▓▓▓▓▓ a source who has provided reliable information in the past. The source reported during April 2000 that ▓▓▓▓▓▓ was a supporter of UBL and ▓▓▓▓▓▓▓▓ the AL-MUHJIROUN. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ Phoenix has identified several associates of ▓▓▓▓ at ▓▓ who arrived at the university around the same time that he did. These individuals are Sunni Muslims who have the same radical fundamentalists views as ▓▓▓▓▓ They come from ▓▓▓▓▓▓▓▓ ▓▓▓▓

2

```
To: Counterterrorism   From: Phoenix
Re: ███████████████        07/10/2001
```

██████████████████████████████████████████████
associates are:

██████████████████ a ████████████████████████
████████. ████████ is enrolled in the ████████
████████████████████████████████████████

████████████████████ a (██████████████████). is
enrolled in the ████████████████████████████

████████████████ an (████████████████████████
is enrolled in the ████████████████████████

████████████████████████████████████████████
is enrolled in the ████████████████████████

████████████████████████████████████████████
is enrolled in the ████████████████████████

████████████████████████████████████████). is
enrolled in the ████████████████████████.

███ The above individuals are involved with ████ and regularly participate in meetings with him in ████ Arizona.

███ FBIHQ, IRS ██████████████ RFU, wrote an analytical paper on the AL-MUHAJIROUN, dated 11/09/1999, in support of FBINY investigation captioned: ████████████████████████ IRS ██████'s research paper can be found in ████████████. The following information was gleaned from IRS ██████'s research paper.

███ The AL-MUHAJIROUN, which in English means THE EMIGRANTS, is a Sunni Muslim fundamentalist organization based in the United Kingdom. The organization's spiritual leader is SHEIKH OMAR BAKRI MOHAMMED FOSTOK. The organization is dedicated to the overthrow



3

000385

To: Counterterrorism  From: Phoenix
Re: ▓▓▓▓▓▓▓▓▓▓▓ 07/10/2001

of Western society. British officials have reported that FOSTOK first came to their attention during the Gulf War after calling for the assassination of British Prime Minister John Major. FOSTOK has connections to UBL, JAMMAT AL-MUSLIMIAN (JM), HAMAS, HIZBALLAH and the ALGERIAN SALVATION FRONT.

▓ FOSTOK has made several controversial statements to the press. For example, he stated in public interviews that the bombings of the United States Embassies in Africa were "legitimate targets."

▓ FOSTOK, while representing the AL-MUHAJIROUN, signed a fatwa (religious decree) during February 1998 which stated the following:

▓ " The Fatwa is jihad against the U.S. and British government, armies, interests, airports (emphasis added by FBI Phoenix), and instructions and it has been given because of the U.S. and British aggression against Muslims and the Muslim land of Iraq...we...confirm that the only Islamic Fatwa against this explicit aggression is Jihad. Therefore the message for the British governments or any other government of non-Muslim countries is to stay away from Iraq, Palestine, Pakistan, Arabia, etc...or face full scale war of Jihad which it is the responsibility and the duty of every Muslim around the world to participate in...We...call upon...Muslims around the world including Muslims in the USA and in Britian to confront by all means whether verbally, financially, politically or militarily the U.S. and British aggression and do their Islamic duty in relieving the Iraqi people from the unjust sanctions."

▓▓▓▓▓▓▓▓▓▓ was interviewed by FBI Phoenix on ▓▓/2000 and ▓▓/2000 ▓▓▓▓▓▓▓▓. On ▓▓/2000, interviewing Agents observed photocopied photographs of UBL, IBN KHATTAB and wounded Chechnyan Mujahadin tacked to his livingroom wall. ▓▓▓▓



000386

To: Counterterrorism   From: Phoenix
Re: ▮▮▮▮▮▮▮▮▮  07/10/2001



On 06/▮▮/2001, the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ arrested two individuals who admitted under interrogation to being members of UBL's AL-QA'IDA organization. Evidence was developed demonstrating that these individuals were planning an operation to bomb the U.S. Embassy and U.S. Military forces in Saudi Arabia. A ▮▮▮ passport (▮▮▮▮) in the name of ▮▮▮▮

5

000387

To: Counterterrorism    From: Phoenix
Re: ███ ███████ ███, 07/10/2001

████████████████████████████████████████
████████████ within their possession. ██
████████████████████████████████████████
████ 's █████████████ address and could be a relative.

████████ Phoenix has not been able to show a direct association between ████ and ████████ had departed the U.S. prior to ████'s arrival. However, both ████ and ████ have associated with the ████████████████████████████ Arizona and it is highly probable that they know people in common.

████████ Investigations of ████████████████ and ████ were predicated on information received from ████████████████████ demonstrating that both subjects were involved with ████████████ activity. Both individuals also have association(s) with individuals associated with ████████████ who lived in Phoenix from the mid 1990s - 1997 left the United States after graduating from ████████████████. ████ has been identified as a friend of both ████ and ████. ████████████████████ a known supporter of the ████████████████. Phoenix has not developed any information linking these ████ with the other subjects referenced in this communication.

████ Phoenix believes that it is more than a coincidence that subjects who are supporters of UBL are attending civil aviation universities/colleges in the State of Arizona. As receiving offices are aware, Phoenix has had significant UBL associates/operatives living in the State of Arizona and conducting activity in support of UBL. WADIH EL-HAGE, a UBL lieutenant recently convicted for his role in the 1998 bombings of U.S. Embassies in Africa, lived in Tucson, Arizona for several years during the 1980s. ESSAM AL-RIDI, a personal pilot for UBL, traveled to Tucson, Arizona during 1993 at the direction of AL-HAGE to procure a T-39 jet aircraft for UBL's personal use. ████████████████████████████████████████

Phoenix believes that it is highly probable that UBL has an established support network in place in Arizona. This network was most likely established during the time period that EL-HAGE lived in Arizona.



6

000388

To: Counterterrorism   From: Phoenix
Re: █████████, 07/10/2001

█ This information is being provided to receiving offices for information, analysis and comments.

█████
7

000359

To: Counterterrorism   From: Phoenix
Re: ██████████   07/10/2001

LEAD(s):

Set Lead 1:

<u>COUNTERTERRORISM</u>

　　<u>AT WASHINGTON, DC</u>

█ The RFU/UBLU is requested to consider implementing the suggested actions put forth by Phoenix at the beginning of this communication.

Set Lead 2:

<u>NEW YORK</u>

　　<u>AT NEW YORK, NEW YORK</u>

█ Read and Clear

♦♦

8

000390