IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 01-455-A |
| ) | |
| ZACARIAS MOUSSAOUI ) | |

FILED
DEC 19 2005

## ORDER TO AMEND ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Upon consideration of defendant's written Motion to Amend Access to Classified National Security Information (filed March 24, 2005), and it appearing that Erik T. Rigler has a need to see such information, that the appropriate Memorandum of Understanding has been executed and filed with the Court, and for good cause shown, it is hereby

ORDERED that paragraph 12 of the Protective Order of January 22, 2002 (the "Protective Order") is modified to reflect that Erik T. Rigler is approved to have access to classified documents and information pursuant to the Protective Order, subject to compliance with all terms and conditions of that Order; and

FURTHER ORDERED that the Clerk of this Court furnish a copy of this Order forthwith to counsel for the defendant, counsel for the government, and Court Security Officer Christine E. Gunning.

ENTERED this 19th day of December, 2005.

/S/
_____
Leonie M. Brinkema
United States District Judge