IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 01-455-A |
| | ) | |
| ZACARIAS MOUSSAOUI | ) | |

## MEMORANDUM OF UNDERSTANDING REGARDING RECEIPT OF CLASSIFIED INFORMATION

I have familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code, including unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Agents Identities Protection Act, Title 50 U.S.C. § 421; Title 18 U.S.C. § 641; Title 50 U.S.C. § 783; 28 C.F.R. 17 et seq., and Executive Order 12356. I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as expressly authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order entered in the case of United States v. Zacarias Moussaoui, Cr. No. 01-455-A, Eastern District of Virginia.



(2)    I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia in the case of *United States v. Zacarias Moussaoui*, Cr. No. 01-455-A, relating to classified information, and I agree to comply with the provisions thereof.

_____
Erik T. Rigler

November 19, 2005
Date