U.S. Department of Justice

Federal Bureau of Investigation



DEFENDANT'S EXHIBIT
810
U.S. v. Moussaoui
Cr. No. 01-455-A

In Reply, Please Refer to
File No.

Minneapolis, Minnesota
August 31, 2001

MOUSSAOUI, ZACARIAS;
IT - OTHER

█  This entire communication is classified S~~E~~CRET.

█  Nature of Investigation: International Terrorism (199M-MP-60130).

█  Full Field Investigation Initiated: 08/15/2001 (**NONUSPER**).

█  Purpose of this document: To advise the Federal Aviation Administration (FAA) of a potential threat to the security of commercial aircraft.

█  Investigative Background

    █  This investigation was initiated after Minneapolis received information from Timothy Nelson, employed by Pan Am International Flight Academy, 2600 Lone Oak Point, Eagan, Minnesota, telephone (651) 208-1253, that he and co-workers were training a student they considered suspicious.

    █  Pan Am International Flight Academy's Eagan Facility is a fully accredited flight training center which uses flight simulators to train airline pilots from all over the world. Training conducted there consists exclusively of initial training for persons far advanced in becoming airline pilots, or update/refresher courses given to active airline pilots. In both cases the typical student holds a Federal Aviation Administration (FAA) Airline Transport Pilot (ATP) rating or foreign equivalent and has at least two thousand flight hours.

    █  Nelson indicated that Zacarias Moussaoui, who met neither of the above criteria, had been in contact with his company's headquarters in Miami, Florida and had paid $8,000-$9,000 dollars in cash for training on the Boeing 747 Model 400 aircraft simulator.

8-3543-15                                              3543-15

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

declassified by: UC, CTLU 1, OGC, FBI
on: 03/01/2006

SECRET

■ What set Moussaoui apart from all other students in Nelson's experience was that he had no aviation background, and to Nelson's knowledge, no pilot's license. Nelson also considered it odd that Moussaoui indicated that all he wished to learn was how to take off and land the 747 Model 400, giving the reason that this was an "ego boosting thing". At the time Nelson called FBI Minneapolis, Moussaoui had already received two days of classroom training and had been scheduled for 4-5 upcoming simulator sessions over the course of the next few days. Moussaoui had received his ground school instruction from a contract instructor named Clarence Prevost, who had also indicated that he thought Moussaoui was unusual.

■ Prevost, who is a retired airline pilot with more than 10,000 flight hours in a wide variety of aircraft, was subsequently interviewed regarding Moussaoui. Prevost is a contract employee of Pan Am who travels to Minneapolis in order to train students. He has been doing so for several years and characterized Moussaoui as unlike any other student with whom he has worked.

■ At the time Prevost was interviewed, Moussaoui had completed the ground school portion and performed one flight in a low fidelity simulator with him. Prevost was aware that he had been scheduled for several more sessions in the higher-fidelity simulators in the next few days. Prevost noted that although Moussaoui lacked aviation experience and knowledge, there were certain 747-400 systems in which he was particularly interested. Although Prevost himself brought the subject up, he indicated Moussaoui was extremely interested in the aircraft doors and their operation. Prevost indicated that Moussaoui seemed surprised to learn that the doors cannot normally be opened in flight because of the pressurization of the cabin of the aircraft.

■ The other system in which Moussaoui was interested was the Mode Control Panel (MCP). This is the portion of the aircraft's avionics suite which controls the aircraft when flying in an automated mode and what allows the 747-400 Series aircraft to have a two-person flight crew as opposed to earlier models which required additional pilots. Prevost indicated that at the time they did their one simulator session, Moussaoui already knew how to operate the MCP from previous study. For information, Prevost indicated that the level of automation provided by the MCP gives the 747-400 the ability to fly, navigate, and in some modes land in a fully automated manner.

■ Prevost stated that for his upcoming high-fidelity simulator sessions, Moussaoui advised that he would "love" to fly a simulated flight from Heathrow Airport in England, to John F. Kennedy



SECRET

source for this money. Minneapolis opines that Moussaoui's income from his self-described employment as a freelance telemarketer in the UK would not be adequate to allow him to spend $8,300 for aviation training of no value to his stated goal of becoming a pilot. Although Al-Attas indicated that he is aware that Moussaoui receives money from overseas via a bank in Norman, Oklahoma, he had no information as to the source.

- Moussaoui was likewise unable to convincingly explain a trip to Pakistan lasting from December 2000 until February 2001, initially informing Agents that this was for "personal reasons". He later indicated that he was in Pakistan attempting to find a wife. Recipients will note that Moussaoui arrived in the U.S. only 16 days after leaving Pakistan, a country determined through other Minneapolis investigations to be a conduit for persons traveling to Afghanistan in order to provide or receive terrorist training and indoctrination.

▇   Information provided by ▇ a reliable source with excellent access to the information reported, indicated that he/she is aware that Moussaoui had fully embraced the doctrine of Radical Islamic Fundamentalism by 1995. Despite attempts to orient Moussaoui towards an Islam of tolerance and of moderation by individuals close to him, he remained wholly convinced of the need for Jihad (Holy War), maintained his radical convictions, and continued to spread his message of intolerance and hatred in several different countries. This source indicated that Moussaoui has traveled to Kuwait, Turkey and Afghanistan in connection with this goal.

▇   described Moussaoui as an individual who is extremely cynical, completely devoted to his cause and concerned with progressing that cause. ▇ depicted him as a cold, stubborn man, capable of nurturing a plan over several months, or even years, and of committing himself to this task in all elements of his life. ▇ characterized Moussaoui as a strategist and as being potentially very dangerous.

▇   Minneapolis believes that Moussaoui was deceptive in his answers regarding his reasons for being in the U.S. and their involvement in terrorist activities. Further, Minneapolis is in possession of intelligence that Moussaoui is an Islamic extremist and believes that his training in the U.S. represents preparation for some future act in furtherance these goals.

▇   As Moussaoui's training in Minnesota involved learning to fly the Boeing 747-400, Minneapolis believes that

5



SECRET

Moussaoui's plan involved the use of an aircraft of this type. This is especially true given his current low level of aviation experience. Moving from 50 hours of flight time in Cessna 152s to the 747-400 is a progression inconsistent with any legitimate flight training curriculum.

▮ While it is not known if his physical training and study of martial arts are also connected to this plan, such preparations are consistent with facilitating the violent takeover of a commercial aircraft.

▮ Threat Assessment

▮ Minneapolis believes that Moussaoui, Al-Attas, and others not yet known were engaged in preparing to seize a Boeing 747-400 in commission of a terrorist act. As Moussaoui denied requests for consent to search his belongings and was arrested before sufficient evidence of criminal activity was revealed, it is not known how far advanced were his plans to do so.

▮ It has been determined that the French ▮ are willing to accept custody of Moussaoui and have the legal authority to search his effects. It is not known what will be provided to the FBI by French authorities in connection with their investigation, nor is it known whether Moussaoui can be detained over the long term since the majority of his activities in support of radical fundamentalist causes in recent years are believed to have occurred outside France.

▮ Most significantly, it is unknown whether the French authorities will have the ability to legally retain Moussaoui's property indefinitely, to include the flight manuals and materials believed to be contained on his laptop which pertain to his plan. Although Minneapolis believes that these have been acquired to facilitate his seizure of an aircraft, it is possible that they will be returned to Moussaoui at the conclusion of any investigation conducted by the French authorities.

▮ If this occurs, Moussaoui may have the ability to continue with his plan to utilize a 747-400 for his own ends. FAA will note that he has already received some ground school instruction and that he had in his possession several 747-400 manuals of which he had already demonstrated knowledge. As the details of this plan are not yet fully known, it cannot be determined if Moussaoui has sufficient knowledge of the 747-400 to attempt to execute the seizure of such an aircraft if he becomes free to do so in the future.

6

Case 1:07-cv-07051-AKH   Document 42-26   Filed 06/17/2008   Page 5 of 5



SECRET

▇ Further, Moussaoui has proven to be well funded and highly motivated in pursuit of his goal. If released from French custody, he therefore may have the ability to continue training elsewhere until such time as he has acquired the necessary knowledge to execute his plan.

7