| Witness | Fact | Brief Reference | Alternative Source |
|---|---|---|---|
| Samit | terrorists used short-bladed knives | page 22 | Moussaoui Tr. (Samit) at 849-50; 953-54<br><br>Moussaoui trial exhibits (MN 502, MN 502P, MN 503, MN 504, MN 504P)<br><br>Plaintiffs' proposed stipulated facts 1-3, 302-305, 307<br><br>The 9/11 Commission Report at 7, 8, 13, 249<br><br>Documents produced by FBI regarding weapon purchases, knives found at crash sites, and communications with persons onboard aircraft |

| Samit | short-bladed knives permitted or not readily detectable by checkpoint screening | page 22 | <u>The 9/11 Commission Report</u> at 2, 84 |
| --- | --- | --- | --- |
| | | | Rule 30(b)(6) Deposition testimony of FAA witness Robert Cammaroto (at 205, 209-10, 212-13, 245-46, 618-19) |
| | | | Air Carrier Standard Security Program ("ACSSP") |
| | | | Checkpoint Operations Guide ("COG") |
| | | | Plaintiffs' proposed stipulated fact 301 |
| | | | Depositions of Aviation Defendants' employees |
| | | | Expert testimony |

| Samit | hijackers were religious fanatics | page 22 | Moussaoui Tr. (Samit) at 1037<br><br>8/18/01 FBI memo (Aviation Def. Exh. 16)<br><br>8/31/01 FBI memo (Moussaoui Def. Exh. 810) (Normand Decl. Exh. U)<br><br>document found in Atta's luggage (Moussaoui trial exhs. BS01101, BS01101T) (Normand Decl. Exh. V)<br><br>Moussaoui Statement of Facts (Normand Decl. Exh. T) |
|---|---|---|---|
| Samit; Billings | physical training of hijackers | page 22-23 | Moussaoui Tr. (Samit) at 956-57<br><br>Moussaoui Tr. (Billings) at 1303-10<br><br>Moussaoui Trial Exhibits (MN505, MN 505P, MN 506, MN 506P OK 1113) |

| | | | |
|---|---|---|---|
| Samit; Billings | FBI investigation of Moussaoui and agent's conclusion that he intended to hijack plane | page 23 | Moussaoui Tr. (Samit) at 857-58<br><br>8/16/01 email from Abbott to Samit (Aviation Def. Exh. 15) (Moussaoui Def. Exh. 326)<br><br>The 9/11 Commission Report at 274-75<br><br>8/31/01 FBI memo (Moussaoui Def. Exh. 810) (Normand Decl. Exh. U) |
| Samit | Intelligence regarding Moussaoui not shared with FAA, Aviation Defendants or public | page 24 | Moussaoui Tr. (Samit) at 948-49<br><br>The 9/11 Commission Report at 274-76<br><br>8/24/01 Warrant application (Aviation Def. Exh. 30) (Moussaoui Def. Ex 330)<br><br>FAA testimony to be provided (Normand Decl. ¶ 13 & Exh. L) |

| Rolince; other FBI witnesses that Aviation Defendants will seek to depose | FBI had information about individuals attending flight schools in Arizona | page 24 n.8, 29 n.9 | DOJ - IG Report - A Review of the FBI's Handling of Intelligence Information Related to the September 11 Attacks, chap. 3 (Normand Decl. Exh. N)<br><br>7/10/01 Memo (the Phoenix Memo) (redacted) (Normand Decl. Exh. O)<br><br>The 9/11 Commission Report at 272<br><br>Moussaoui Tr. (Rigler) |
| Samit | FAA could have prohibited any blades if FAA had information regarding Moussaoui's intentions | page 28 | Moussaoui Tr. (Cammaroto) at 1841-47<br><br>Cammarato Rule 30(b)(6) Deposition testimony at 639-44, 206-7<br><br>Moussaoui Tr. (Samit) at 846-47, 849-50, 943-54 |

| Rigler | FBI and CIA had identified Hazmi and Midhar as al-Qaeda operatives | page 23, 29 | Moussaoui Tr. (Rigler) at 2144-45<br><br>The 9/11 Commission Report at 266, 269-72<br><br>DOJ - IG Report - A Review of the FBI's Handling of Intelligence Information Related to the September 11 Attacks, chap. 5 (Normand Decl. Exh. P)<br><br>John and Mary substitutes offered at Moussaoui trial (Aviation Def. Exs. 32 & 33) |
|---|---|---|---|
| Samit | One FBI agent had contemplated that Moussaoui was planning on "taking a plane and crashing into the World Trade Center" | page 28 | The 9/11 Commission Report at 275<br><br>8/24/01 Warrant application (Aviation Def. Exh. 30) (Moussaoui Def. Exh. 330)<br><br>8/31/01 FBI memo (Moussaoui Def. Exh. 810) (Normand Decl. Exh. U) |

6

| Rigler, Rolince | FBI agent's concerns about Moussaoui, and information about Hazmi and Midhar not shared with FAA | page 23-24, 28, 34 | The 9/11 Commission Report at 83, 274-76<br><br>Warrant application by Samit dated 8/24/2001 (Aviation Def. Exh. 30)<br><br>DOJ - IG Report - A Review of the FBI's Handling of Intelligence Information Related to the September 11 Attacks, chap. 5 (Normand Decl. Exh. P)<br><br>Testimony of Larry Wansley (Aviation Def. Exh. 34)<br><br>Security Directive, Aug. 21, 2001 (Aviation Def. Exh. 35)<br><br>Moussaoui Tr. (Rigler) at 2148-50<br><br>Moussaoui Tr. (Rolince) at 1506 |

| Rolince | intelligence information available that al Qaeda planned to launch attacks in US | pages 33-34 | Moussaoui Tr. (Rolince) at 1484-92, Moussaoui Stipulation (Govt Exh. 3) (attached to Heimbach Decl. as Exh. A) The 9/11 Commission Report, chap. 8 |