UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                     :

AMERICAN AIRLINES, INC., ET AL.,       :      07 Civ. 7051 (AKH)
           Plaintiffs,                           :

   -against-                              :      This document relates to:
                                                     :      21 MC 101 (AKH)
FEDERAL BUREAU OF INVESTIGATION,    :
ET AL.,                                          :
           Defendants.                       :
                                                     :
-----------------------------------------------------------------X

### JOINDER IN THE OPPOSITION TO THE AVIATION DEFENDANTS' MOTION FOR SUMMARY JUDGMENT SETTING ASIDE THE FEDERAL BUREAU OF INVESTIGATION'S REFUSAL TO ALLOW THE DEPOSITIONS OF CERTAIN WITNESSES

                 All plaintiffs in 21 MC 101, by and through Liaison Counsel and the undersigned, respectfully join in the Opposition to the Motion of the Aviation Defendants For Summary Judgment Setting Aside the Federal Bureau of Investigation's Refusal to Allow the Depositions of Certain Witnesses filed today by Flemming Zulack Williamson Zauderer LLP.

Dated: June 17, 2008

Respectfully submitted,

| | |
|---|---|
| **CLIFFORD LAW OFFICES LLC** | **GREGORY P. JOSEPH LAW OFFICES LLC** |
| By: s/ Robert A. Clifford | By: s/ Gregory P. Joseph |
| Robert A. Clifford (rac@cliffordlaw.com) | Gregory P. Joseph (gjoseph@josephnyc.com) |
| Timothy S. Tomasik | Douglas J. Pepe |
| Kimberly M. Collins | Jeffrey H. Zaiger |
| 120 N. LaSalle Street, 31st Floor | 485 Lexington Ave, 30th Floor |
| Chicago, IL 60602 | New York, NY 10017 |
| (312) 899-9090 | (212) 407-1200 |
| *21 MC 101 Plaintiffs' Liaison Counsel* | *Member, 21 MC 101 Executive Committee* |

| | |
|---|---|
| **MOTLEY RICE LLC** | **WARDEN TRIPLETT GRIER, P.A.** |
| By: s/ Ronald L. Motley | By: s/ James M. Warden |
| Ronald L. Motley (rmotley@motleyrice.com) | James M. Warden (jwarden@wtglaw.com) |
| Donald Migliori | Michael J. Kuckelman |
| Michael Elsner | Jennifer E. Shafer |
| Jodi Flowers | 420 Nichols Road, Suite 200 |
| Robert Haefele | Kansas City, MO 64112 |
| Vincent Parrett | (816) 881-8100 |
| 28 Bridgeside Boulevard | *Member, 21 MC 101 Executive Committee* |
| Mount Pleasant, SC 29465 | |
| (843) 216-9000 | |
| *Attorneys for Plaintiffs* | |

| | |
|---|---|
| **ZELLE HOFMANN VOELBEL MASON & GETTE** | **SPEISER KRAUSE NOLAN & GRANITO P.C.** |
| By: s/ Steven J. Badger | By: s/ Frank H. Granito, III |
| Steven J. Badger (sbadger@zelle.com) | Frank H. Granito, III (f3g@speiserkrause.com) |
| Tony Parsons | Jeanne M. O'Grady |
| 1201 Main Street | Two Grand Central Tower |
| Suite 3000 | 140 East 45th Street, 34th Floor |
| Dallas TX 75202 | New York, NY 10017-3144 |
| *Member, 21 MC 101 Executive Committee* | *Member, 21 MC 101 Executive Committee* |

612300