# Hazmi and Mihdhar Timeline - Part I

**Late 1999**
NSA obtains information involving persons named "Khalid" and "Nawaf." The Intelligence Community reported they were planning to travel to Malaysia.

**1/4/2000**
Khalid al Mihdhar transits Dubai en route to Malaysia. Copy of Mihdhar's passport and U.S. visa obtained.

**1/5/2000**
Hazmi and Mihdhar depart Malaysia for Bangkok, Thailand

**1/15/2000**
Hazmi and Mihdhar travel to Los Angeles

**2/8/2000**
Hazmi and Mihdhar move to San Diego with assistance of Omar al Bayoumi. Hazmi and Mihdhar live in apartment complex near Bayoumi.

**3/5/2000**
CIA learns of Hazmi's travel to Los Angeles. CIA does not provide this information to the FBI.

**Late 1999**

**1/5/2000**
FBI detailees at CTC read cables and draft CIR to FBI about Mihdhar's U.S. visa. CIR not sent per direction of CIA.

**1/15/2000**
CIA advises FBI of Malaysian meetings, but does not pass Mihdhar's passport or U.S. visa information.

Timeline axis: 1/1/2000 — 2/1/2000 — 3/1/2000 — 4/1/2000 — 4/30/2000

227



Hazmi and Mihdhar Timeline - Part II