



بعد ذلك المرحلة الثانية:

إذا تحرك بك التكسي إلى (م) فاذكر الله كثيرا (دعاء الركوب، دعاء القرية، دعاء المكان، الأذكار الأخرى)

إذا وصلت ورأيت (م) ونزلت من التاكسي فقل دعاء المكان وكل مكان تذهب إليه قل دعاء المكان وابتسم واطمئن فإن الله مع المؤمنين والملائكة تحرسك وأنت لا تشعر.

ثم قل دعاء (الله أعز من خلقه جميعا) وقل (اللهم اكفنيهم بما شئت) وقل (اللهم إنا نجعلك في نحورهم ونعوذ بك من شرورهم) وقل (اللهم اجعل لنا من بين أيديهم سدا ومن خلفهم سدا فأغشيناهم فهم لا يبصرون) وقل (حسبنا الله ونعم الوكيل) مستذكرا قوله تعالى (الذين قال لهم الناس إن الناس قد جمعوا لكم فاخشوهم فزادهم إيمانا وقالوا حسبنا الله ونعم الوكيل)

فإنك بعدما تقوله سوف تجد الأمور مستقيمة بعون الله ولا توجد قوة إلا بإذن الله [illegible]
الذين يقولون هذا الدعاء [illegible]

٢- [illegible]

٣- [illegible]

قال تعالى ( [illegible] )
[illegible]

ولا يخاف منها المؤمنون وإنما يخاف منها أولياء الشيطان الذين هم في الأصل إخوان الشياطين وأصبحوا أولياءه، والعياذ بالله، لأن الخوف عبادة عظيمة لا تصرف إلا لله سبحانه وتعالى وهو أحق بها. قال تعالى بعد آيات في سورة آل عمران (إنما ذلكم الشيطان يخوف أولياءه) المعجبين بحضارة الغرب الذين شربوا حبهم وتعظيمهم مع الماء البارد، وخافوا من معداتهم الضعيفة الواهية (فلا تخافوهم وخافون إن كنتم مؤمنين) فالخوف عبادة عظيمة وأولياء الله من المؤمنين لا يصرفونها إلا لله الواحد الأحد الذي بيده كل شيء [illegible]
[illegible] أن الله سيبطل كيد الكافرين فقد قال تعالى (ذلكم وأن الله موهن كيد الكافرين)
ثم عليك أن تذكر ما ظهر من عظمة [illegible] أنك تذكر قول (لا إله إلا الله)
فإنك لو تأملت [illegible] تذكر [illegible] عليه الصلاة والسلام [illegible] قال لا إله إلا الله مخلصا من قلبه دخل الجنة) أو كما قال عليه الصلاة والسلام [illegible]
ومعناه (لو وضعت السموات والأرضين في كفة ولا إله إلا الله في كفة لرجحت بهن لا إله إلا الله) [illegible] وأنت تقولها وهذا من عظمتها
والتأمل [illegible] منقوطة وهذا من كمال عظمتها [illegible] الكلمات أو الحروف المنقوطة [illegible]
ويكفي أن [illegible] كلمة التوحيد التي أنت ثابت على قولها [illegible] القتال تحت لواء [illegible] الرسول صلى الله عليه وسلم [illegible] يوم القيامة.

USA-NY-180350
P3
K70
3
FBI
LABORATORY
Lab# 010917003 date 10-1-01