



### The Last Night:

1. Embrace the will to die and renew allegiance.
   - Shave the extra body hair and wear cologne.
   - Pray.

2. Familiarize yourself with the plan well from every aspect, and anticipate the reaction and resistance from the enemy

3. Read the Al-Tawbah [i.e., Repentance], the Anfal chapters [in the Koran], and reflect on their meaning and what Allah has prepared for the believers and the martyrs in Paradise.

4. Remind your self on this night to listen and obey because you will be subjected to decisive situations in which you must listen and obey 100%. Accordingly, control yourself, explain, convince, and instigate it onto this. The Sublime said, "Obey Allah and the apostle. Do not fight among yourselves lest you fail and lose. Be patient for Allah is with those who are patient."

5. Rise at night and persist in your supplications for victory, ability, complete conquest, facilitation of matters, and ability to maintain secrecy.

6. Invoke [Allah] many times, and the best invocation is in reading the Holy Koran, by unanimous agreement among all the scholars. And it is sufficient for us that these are words of the creator of the heavens and earth with whom you are about to meet.

7. Purify your heart cleanse it from impurities. Forget and ignore what is of this world for the time of play has gone, and the time of truth is nigh! How much of our lives and time has been wasted, should we not exploit these few hours to offer sacrifices and obedience?

8. Be cheerful for you have only moments between you and your eternity, after which a happy and satisfying life begins, the eternal pleasures with the prophets, the righteous, the good and the martyrs, the best company you can have, whom God can provide you through His favor. So be optimistic because [Prophet Mohammed] "loved optimism in all his affairs."

9. Always concentrate on that which you will do if a problem befalls you. How to act, to remain steadfast, and regain your footing. And know that what happens to you is not within your power. This suffering came upon you from Allah, praised and uplifted, in order to elevate you and atone for your sins. Also know that within a few moments, by Allah's will, it will be resolved ... so congratulations, you have won the great reward

from Allah, the Sublime, who said, "You who hoped to enter Paradise, Allah knows those who struggled and knows those who are patient."

10. Remember also the saying of Allah, the Sublime, "You wished death before facing it. You have seen it while you were looking." Also remember, "How a minority defeated a majority by Allah's will." The Sublime also said, "If Allah grants you victory, no one will defeat you. And if HE fails you, who will make you victorious. The believers rely on Allah."

11. Remind yourself and your brothers of the invocations and ponder their meanings, the morning and evening invocations, invocations of the country, of the location, and of meeting up with the enemy, etc.

12. Spray on yourself, the suitcase, clothes, the knife, your tools, your Ids, your (Tick), your passport, and all your documents.

13. Examine your weapon before departure, and it was said before the departure "Each of you must sharpen his blade and go out and wound his sacrifice."

14. Tighten your clothes well about you, for this is the custom of the good forebears, Allah bless them, for they pulled their clothes tight before battle. Also, tighten your shoes well and put on tight socks so that they would not come out of the shoes. All these things have been commanded for us to follow: "Allah is our best Representative and Defender.

15. Perform the morning prayers in a group and ponder their reward, then use the invocation. After this recite the Ithkar. And do not leave your apartment without ritually cleansing yourself. For the angels will intercede for your forgiveness and pray for you as long as you have washed yourself. The Sublime said, "And do you think that we created your in vain?" The Believers Chapter [of the Koran.] In his book, The Chosen Among the Ideas, see note above: [Translator Note: We moved note from top of page to here, its correct spot.] One of the Prophet's companions said that the prophet ordered us to, prior to an invasion/raid, read it, and so we read it and we took our spoils and returned safely.

After that, the Second Phase:

If the taxi takes you to the "A", then say the Thukr in the car many times, and say the prayer of riding, the prayer of the homeland, the prayer of place, and the other prayers [thukrs.]

If you arrive and see the "A" and descend from the taxi, then recite the prayer of place, and every place you go to say in it the prayer of place. Smile and rest assured for Allah is with the believers, and the angels protect you while you remain unaware.

2

Then, recite the prayer "Allah is greater than all His creation." And say "Allah, illegible according to your will" and " My God I see refuge in your from >>>>>>> and I seek refuge in You from their wickedness," and say, "Allah create for us out of their hands a barrier and behind them a barrier and blind them so they may not see." And say, "Allah is our best Representative and Defender." And recall the Sublime's saying, "Those who were told that people have gathered against them, feared them, but HE increased their faith, so they proclaimed 'Allah is our best Representative and Defender.'"

After you say these you will find that things will become easier without any effort from you because God will have taken care of you for he has promised those who say this prayer that:

1. They would receive His grace and favor.
2. No harm will come to them.
3. They will please Allah.

The Sublime said "They will receive Allah's grace and His favor, so they will not be harmed and please Allah. "Allah's favor is great." For all their equipment, their money, and their technology will never be of benefit nor harm except with the will of Allah.

And the faithful do not fear these things, but only those who are the followers of the devil fear them and in fact they also fear the devil. Fear is a great worship that should not be offered except to Allah, praised and uplifted. Allah deserves it, for the Sublime said, following up on these verses, "That devil scares his followers" who admire Western civilization and swallow their love and beatification of it with cold water, and fear their weak and fragile equipment. So "Do not fear them but fear [Allah] if you are believers!" For fear is a great worship that the believers cannot afford to expend except on Allah, the one god, in whose hand is everything. We strongly believe that Allah will frustrate conspiracies of the infidels because the Sublime said, "God will frustrate the conspiracies of the infidels."

Then you must recite the Thukr, the greatest of them, and no one should notice that you are reciting that "There is no god but Allah," even if you say it a thousand times. No one should be able to know whether you are silent or reciting the name of Allah. And among the greatest of these is the saying of the prophet: "Whoever said there is no god but Allah and believed in his heart, entered paradise." Or as the prophet, prayer and peace upon him said, "If the seven heavens and the earth were placed on one scale and 'there is no god but Allah' in the other scale, the latter would be heavier." So you can smile while saying it. In this lies the greatness of this phrase, and its perfection in that its letters are free of diacritical marks. It is sufficient the oneness of the word that you came to uphold and fight under its banner is, as the apostle, his companions and those who would follow them unto the day of judgement, had done.

3

You must not show any signs of nervousness or stress, and be joyful, happy, cheerful, and calm, because you are about to carry out an action that Allah loves and that pleases him. Then there will follow the day when with Allah's permission you will be with the "nymphs" in paradise. Accordingly, smile in the face of adversity young man, for you are departing to the eternal paradise!

Wherever you go and whatever you do, you should always recite invocations and prayers with Allah's believers and memorize them, and you will be successful, confident, victorious, and everything.

The Third Phase:

When you board the "P," when you first place your foot in it, recite the prayers and remember, it is a raid/invasion for the sake [of Allah.] As [the apostle] prayer and peace upon him said, "The raid or journey for the sake of Allah is better than the world and what is in it." When you set foot on "P" and take your seat, repeat the prayers and supplication mentioned earlier, then make yourself busy with repeating the Thukr and Allah's name. For He said, "O believers, when you come upon a group, stand your ground and invoke Allah many times over in order to succeed." Then, if the "P" makes a movement and begins to head toward Qaf then recite the prayer of travel for you are traveling to Allah "And be blessed by this travel."

Then you will see it stop, then take off, and this will be the hour of meeting of all the names of Allah. Therefore, pray to Allah, the Sublime, who mentioned in His Scriptures [the Koran], "Allah, give us patience, strengthen our feet, and grant us victory over the infidels." And as HE said, "God forgive our sins and our wasteful ways, make our feet steadfast and give us victory over the infidel." And as the Prophet said: " Allah who inspired the Book, who drove away the clouds, who defeated the parties, defeat them and grant us victory over them. Defeat them and make them quake!" Pray that you and all your brothers will conquer, win, and hit the target without fear. Ask Allah to bless you with martyrdom, and welcome it with planning, patience, and care. Each one of you then should be prepared to do his best in playing his role to Allah's satisfaction and clench his teeth as our predecessors did before engaging in battle.

When the storming begins, strike like heroes who are determined not to return to this world. Glorify [Allah, i.e., cry "Allah is Great"], because this cry will strike terror in the hearts of the infidels. He said, "Strike above the necks. Strike all mortals." And know that paradise has been adorned for you with the sweetest things. The nymphs, wearing their finest, are calling out to you, 'Come hither, followers of Allah!'"

So if God willed for one of you to be slain, then let it be proclaimed to his mother and

4

father, for you owe them. Do not fall out with one another, listen, and obey. And if you kill, then rob those you kill, because that is one of the laws of the Prophet, prayer and peace be upon. This on the condition that this does not distract you from keeping an eye on the enemy, his treason, and his attack, because the latter are more important. And if this is the case, it is necessary to give precedence to the mission and the group, because this is each individual's duty, and this is law, and duty takes precedence over law. Do not take revenge for yourself, but make your strikes and everything in the name of Allah. [Translator Note: The following summarizes the rest of this paragraph. The writer tells a tale of one of the companions of the prophet to illustrate that no action should be taken hastily in revenge, but all action should be taken in time in the name of Allah.]

Furthermore, apply to them the prisoners law, take prisoners and kill them as the Sublime said, "There is not a prophet who takes prisoners and goes forth with them on the earth..... Allah desires eternity and God is dear and wise!"

If all goes well, then each of you should pat his brother's shoulder, at the "A," the "P," and the "C," remind him that this is work being done for Allah. And don't confuse or panic your brothers, but encourage them, reassure them and remind them. And how beautiful it is to read from the Koran: "Let them fight in Allah's name, those who would trade this temporal life for the afterlife." And also, the Sublime's saying, "Do not consider those who were killed for the sake of Allah dead," and other such verses. Or he may chant to them like their predecessors did in battle to reassure them and bring into their hearts tranquility and joy.

Do not forget to take for the spoils even a cup, or a glass of water, to quench yourself and your brothers'. And if possible, when the time of truth and the Zero Hour arrives, then rip open your clothes, and bare your chest to embrace death for the sake of Allah! And you must continue to pronounce His name. And you either conclude with a prayer that, if possible, you begin seconds before the target, or your last words should be: "There is no god but Allah. Mohammed is His messenger!"

Afterward, Allah willing, there will be a rendezvous in the highest paradise with the mercy of Allah.

* If you see the multitudes of the infidels, remember the parties [enemies of Mohammad] whose number was close to 10,000, and how Allah granted victory [over them] to the believers.

The Sublime said, "When the believers saw the parties, they said, 'This is what Allah and His apostle have promised us! Allah and His apostle told us the truth.' And this only increased their faith and submission [i.e., their Islam]."

5