## CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com



RECEIVED
JUN 2 7 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

June 27, 2008

**VIA FACSIMILE AND E-MAIL**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6/27/08

Re:   In re September 11 Litigation, 21 MC 101 (AKH),
      07 Civ. 7051 (AKH)
      C & F Ref: DTB/CRC/VAT/28507

Dear Judge Hellerstein:

I write on behalf of the Aviation Parties in the above-referenced litigation. The Aviation Parties will file by July 1, 2008 their reply memorandum of law in support of the Aviation Parties' motion for summary judgment setting aside the Federal Bureau of Investigation's refusal to allow the depositions of certain witnesses and in opposition to the Government's cross-motion for summary judgment. The exhibits to this reply will exceed the permissible size limitations for electronic filing. In accordance with Paragraph 5 of the Southern District's "Procedures for Electronic Case Filing," we seek your permission to file the exhibits in hard copy format.

Respectfully submitted,

Desmond T. Barry, Jr.
Aviation Defendants' Liaison Counsel

DTB/mlp

So Ordered:

So ordered
6-27-08
[signature]

Alvin K. Hellerstein,
United States District Judge

7 TIMES SQUARE, NEW YORK, NEW YORK 10036   TELEPHONE 212.490.9100   FACSIMILE 212.370.4453

CONDON & FORSYTH LLP

Honorable Alvin K. Hellerstein
June 27, 2008
Page 2


cc : **Via Email**

    Robert A. Clifford, Esq.
    Timothy S. Tomasik, Esq.
    Clifford Law Offices, P.C.
    Property Damage and Business Loss Plaintiffs' Liaison Counsel

    Marc S. Moller, Esq.
    Brian J. Alexander, Esq.
    Kreindler & Kreindler LLP
    Wrongful Death/Personal Injury Plaintiffs' Co-Liaison Counsel

    Donald A. Migliori, Esq.
    Motley Rice LLC
    Wrongful Death/Personal Injury Plaintiffs' Co-Liaison Counsel

    Beth D. Jacob, Esq.
    Schiff Hardin LLP
    WTC 7 Ground Defendants' Liaison Counsel

    Richard A. Williamson, Esq.
    M. Bradford Stein, Esq.
    Flemming Zulack Williamson Zauderer LLP
    Counsel for Plaintiffs World Trade Center Properties LLC et al.

    Keith E. Harris, Esq.
    The Port Authority of New York and New Jersey
    Counsel for Plaintiffs The Port Authority of New York and New Jersey, WTC Retail LLC,
    and The Port Authority Trans-Hudson Corporation

    Beth E. Goldman, Esq.
    Sarah S. Normand, Esq.
    Jeannette A. Vargas, Esq.
    U.S. Attorneys' Office

    Aviation Defendants' Counsel