Pursuant to the Court's permission, **Exhibit 38** has been filed with the Court In hard copy.