Pursuant to the Court's permission, **Exhibit 48** has been filed with the Court in hard copy.