Pursuant to the Court's permission, **Exhibit 50** has been filed with the Court in hard copy.