Pursuant to the Court's permission, **<u>Exhibit 56</u>** has been filed with the Court in hard copy.

Case 1:07-cv-07051-AKH    Document 48-20    Filed 07/01/2008    Page 1 of 1