Pursuant to the Court's permission, **<u>Exhibit 58</u>** has been filed with the Court in hard copy.