## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                   ) ss.:
COUNTY OF NEW YORK     )

         Sarah R. Connelly, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in New York, New York and that on the 1st day of July 2008, deponent filed electronically with the Court and served the within REPLY MEMORANDUM OF LAW IN SUPPORT OF THE AVIATION PARTIES' MOTION FOR SUMMARY JUDGMENT SETTING ASIDE THE FEDERAL BUREAU OF INVESTIGATION'S REFUSAL TO ALLOW THE DEPOSITIONS OF CERTAIN WITNESSES AND IN OPPOSITION TO THE GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT; DECLARATION OF DESMOND T. BARRY, JR., DATED JULY 1, 2008, FILED IN SUPPORT OF THE AVIATION PARTIES' REPLY AND OPPOSITION; and AVIATION PARTIES' RESPONSE TO THE GOVERNMENT'S COUNTERSTATEMENT OF UNDISPUTED MATERIAL FACTS upon:

1. Robert A. Clifford, Esq. and Timothy S. Tomasik Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel;
2. Marc S. Moller, Esq. and Brian J. Alexander, Esq. – Wrongful Death and Personal Injury Plaintiffs' Co-Liaison Counsel;
3. Donald A. Migliori, Esq. – Wrongful Death and Personal Injury Plaintiffs' Co-Liaison Counsel;
4. Beth D. Jacob, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
5. Richard A. Williamson, Esq. and M. Bradford Stein, Esq. – Counsel for Plaintiffs World Trade Center Properties LLC et al.;
6. Keith E. Harris, Esq. – Counsel for Plaintiffs The Port Authority of New York and New Jersey, WTC Retail LLC, and The Port Authority Trans-Hudson Corporation;
7. Beth E. Goldman, Esq., Sarah S. Normand, Esq. and  Jeannette A. Vargas, Esq. – U.S. Attorneys' Office; and
8. All Aviation Defendants

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

                                        *Sarah R. Connelly*
                                        Sarah R. Connelly

Sworn to before me this
1st day of July 2008

_____
      Notary Public

MARIA PAGAN
Notary Public, State of New York
No. 01PA4670337
Qualified in Queens County
Commission Expires 10/31/____