MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   SARAH S. NORMAND
      BETH E. GOLDMAN
      JEANNETTE A. VARGAS
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709/2732/2678
Facsimile: (212) 637-2702
sarah.normand@usdoj.gov
beth.goldman@usdoj.gov
jeannette.vargas@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMERICAN AIRLINES, INC. et al.,
                                                :
                         Plaintiffs,
                                                :     07 Civ. 7051 (AKH)
     v.
                                                :     This case relates to
FEDERAL BUREAU OF INVESTIGATION et al.,               21 MC 101 (AKH)
                                                :
                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPPLEMENTAL DECLARATION OF SARAH S. NORMAND**

      SARAH S. NORMAND, pursuant to 28 U.S.C. § 1746, declares as follows:

      1.      I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for defendants the Federal Bureau of Investigation ("FBI") and FBI Director Robert S. Mueller (collectively, the "Government") in the above-referenced action and the related litigation, In re September 11 Litigation, 21 MC 101 (AKH) (S.D.N.Y.) ("September 11 Litigation"). Together with Assistant U.S. Attorneys Beth E. Goldman and Jeannette A. Vargas, I have been assigned to defend this

matter, and am fully familiar with the facts pertaining to it.

2. I submit this declaration in further support of the Government's cross-motion for summary judgment in this action.

3. Attached hereto as Exhibit W is a true and correct copy of the Joint Letter from Marc S. Moller, Plaintiffs' Liaison Counsel, and Desmond T. Barry, Jr., Aviation Defendants' Liaison Counsel, to the Court, dated March 9, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          July 18, 2008

                                          s/ Sarah S. Normand
                                          SARAH S. NORMAND
                                          Assistant United States Attorney