UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                         :

AMERICAN AIRLINES, INC., ET AL.,    :      07 Civ. 7051 (AKH)
Plaintiffs,                        :
                         :
-against-                    :      This document relates to
                         :      21 MC 101 (AKH)
FEDERAL BUREAU OF INVESTIGATION,  :
ET AL.,                      :
Defendants.                :
                         :
-------------------------------------------------------------X

**JOINDER IN THE MEMORANDUM OF LAW IN PARTIAL OPPOSITION TO
THE GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT
AFFIRMING THE FEDERAL BUREAU OF INVESTIGATIONS' REFUSAL TO
ALLOW THE DEPOSITIONS OF CERTAIN WITNESSES**

        All plaintiffs in 21 MC 101, by and through Liaison Counsel and the undersigned,

respectfully join in the Memorandum Of Law In Partial Opposition to the Government's

Cross-Motion for Summary Judgment Affirming The Federal Bureau of Investigations'

Refusal to Allow the Depositions of Certain Witnesses (Doc. #53) filed on July 18, 2008,

by Fleming Zulak Williamson Zauderer, LLP.

        Dated: July 21, 2008

Respectfully submitted,

CLIFFORD LAW OFFICES LLC          GREGORY P. JOSEPH LAW OFFICES LLC

By: s/ Robert A. Clifford             By: s/ Gregory P. Joseph
Robert A. Clifford (rac@cliffordlaw.com)   Gregory P. Joseph
Timothy S. Tomasik               (gjoseph@josephnyc.com)
Kimberly M. Collins              Douglas J. Pepe
120 N. LaSalle Street, 31st Floor       Jeffrey H. Zaiger
Chicago, IL 60602              485 Lexington Ave, 30th Floor
(312) 899-9090                New York, NY 10017
*21 MC 101 Plaintiffs' Liaison Counsel*    (212) 407-1200
                              *Member, 21 MC 101 Executive Committee*

**MOTLEY RICE LLC**

By: s/ Ronald L. Motley
Ronald L. Motley (rmotley@motleyrice.com)
Donald Migliori
Michael Elsner
Jodi Flowers
Robert Haefele
Vincent Parrett
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9000
*Attorneys for Plaintiffs*

**ZELLE HOFMANN VOELBEL MASON & GETTE**

By: s/ Steven J. Badger
Steven J. Badger (sbadger@zelle.com)
Tony Parsons
1201 Main Street
Suite 3000
Dallas TX 75202
*Member, 21 MC 101 Executive Committee*

**WARDEN TRIPLETT GRIER, P.A.**

By: s/ James M. Warden
James M. Warden (jwarden@wtglaw.com)
Michael J. Kuckelman
Jennifer E. Shafer
420 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 881-8100
*Member, 21 MC 101 Executive Committee*

**SPEISER KRAUSE NOLAN & GRANITO P.C.**

By: s/ Frank H. Granito, III
Frank H. Granito, III
(f3g@speiserkrause.com)
Jeanne M. O'Grady
Two Grand Central Tower
140 East 45th Street, 34th Floor
New York, NY 10017-3144
*Member, 21 MC 101 Executive Committee*